IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. _____ |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| VILOX TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
COMPLAINT AND EXHIBIT 1 THERETO UNDER SEAL**

Plaintiff Oracle Corporation ("Plaintiff" or "Oracle"), by and through its undersigned counsel, respectfully moves pursuant to Federal Rules of Civil Procedure 5.2 and the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, for leave to file a Complaint against Vilox Technologies, LLC ("Defendant" or "Vilox", together with Oracle, the "Parties") and Exhibit 1 thereto under seal.  The bases for this Motion are set forth below.

1. This is a civil action against Vilox seeking a declaratory judgment of patent non-infringement and invalidity, and relief pursuant to a related state law claim.

2. The Parties have an obligation to keep the existence and substance of the document attached as Exhibit 1 to the Complaint confidential.  *See* Ex. 1 at V.8.

3. The Complaint contains allegations citing and relating to the document attached as Exhibit 1.

4. The presumption of public access is overcome where the material sought to be protected is (1) "the kind of information that courts will protect[,]" and (2) "disclosure will work a clearly defined and serious injury to the party seeking closure." *In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001) (internal quotation marks and citations omitted); *see also Littlejohn v. Bic*

*Corp.*, 851 F.2d 673, 677-78 (3d Cir. 1988) (recognizing that the right of access to judicial proceedings and records "is not absolute" and stating that "[c]ourts may deny access to judicial records, for example, where they are sources of business information that might harm a litigant's competitive standing.").

5. Exhibit 1 and the allegations citing and relating to it in the Complaint include information that the Parties agreed to maintain as confidential and "disclosure will work a clearly defined and serious injury to the party seeking closure." It is well-established that parties have a "legitimate private interest in keeping confidential the terms of a confidential business agreement not otherwise available to the public." *Mars, Inc. v. JCM Am. Corp.*, 2007 WL 496816, at *2 (D.N.J. Feb. 13, 2007). Public disclosure of information parties have agreed to keep confidential may "dampen [the party's] ability to negotiate effectively favorable terms" in the future and cause it to "suffer a competitive injury by having its [c]onfidential [i]nformation disclosed to the public." *Id.* Moreover, if Oracle disclosed Exhibit 1 or the allegations relating thereto, Vilox might claim that Oracle violated its obligation to maintain that information as confidential.

6. Oracle therefore seeks leave to file its Complaint and Exhibit 1 thereto under seal.

7. Oracle will file a public version of the Complaint, with the confidential information redacted, within seven (7) days of this motion being granted.

WHEREFORE, for the foregoing reasons, Oracle respectfully requests that it be permitted to file and maintain its Complaint and Exhibit 1 thereto under seal, and respectfully requests that the Court enter the Proposed Order submitted herewith.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Brian P. Egan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Jared Bobrow | 1201 North Market Street |
| Diana Rutowski | P.O. Box 1347 |
| Jason Yu | Wilmington, DE 19899-1347 |
| Rose Sun | (302) 658-9200 |
| ORRICK, HERRINGTON & | jblumenfeld@morrisnichols.com |
| SUTCLIFFE LLP | began@morrisnichols.com |
| 1000 Marsh Road | |
| Menlo Park, CA 94025 | *Attorneys for Plaintiff* |
| (650) 614-7400 | *Oracle Corporation* |

Kristina D. McKenna
ORRICK, HERRINGTON &
SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
(617) 880-1800

Amanda Schwartz
ORRICK, HERRINGTON &
SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700

February 2, 2023