EXHIBIT 3

US006760720B1

(12) **United States Patent** (10) Patent No.: **US 6,760,720 B1**
De Bellis (45) Date of Patent: **Jul. 6, 2004**

(54) **SEARCH-ON-THE-FLY/SORT-ON-THE-FLY SEARCH ENGINE FOR SEARCHING DATABASES**

(75) Inventor: **Joseph L. De Bellis**, Southampton, NY (US)

(73) Assignee: **Pedestrian Concepts, Inc.**, Dover, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/513,340**

(22) Filed: **Feb. 25, 2000**

(51) Int. Cl.$^7$ .............................................. **G06F 17/30**
(52) U.S. Cl. ................................ **707/3**; 707/7; 707/10; 707/102
(58) Field of Search ............................. 707/3, 4, 7, 10, 707/102, 104.1; 705/26, 27

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,486,857 A | * 12/1984 | Heckel | 707/10 |
| 4,922,486 A | 5/1990 | Lidinsky et al. | 370/60 |
| 5,257,185 A | 10/1993 | Farley et al. | 364/419.19 |
| 5,345,586 A | 9/1994 | Hamala et al. | 395/650 |
| 5,450,581 A | 9/1995 | Bergen et al. | 355/600 |
| 5,515,488 A | * 5/1996 | Hoppe et al. | 345/440 |
| 5,519,866 A | 5/1996 | Lawrence et al. | 395/700 |
| 5,522,066 A | 5/1996 | Lu | 375/600 |
| 5,553,285 A | 9/1996 | Krakauer et al. | 395/600 |
| 5,572,644 A | 11/1996 | Liaw et al. | 395/793 |
| 5,588,150 A | 12/1996 | Lin et al. | 395/601 |
| 5,623,679 A | 4/1997 | Rivette et al. | 395/773 |
| 5,689,698 A | 11/1997 | Jones et al. | 395/604 |
| 5,701,453 A | * 12/1997 | Maloney et al. | 707/2 |
| 5,713,014 A | 1/1998 | Durflinger et al. | 395/604 |
| 5,717,924 A | 2/1998 | Kawai | 395/613 |
| 5,717,925 A | 2/1998 | Harper et al. | 395/613 |
| 5,848,292 A | 12/1998 | Nathan | 395/822 |
| 5,848,406 A | * 12/1998 | Mani et al. | 707/2 |
| 5,870,746 A | 2/1999 | Knutson et al. | 707/101 |

| | | | |
|---|---|---|---|
| 5,873,083 A | 2/1999 | Jones et al. | 707/4 |
| 5,878,423 A | 3/1999 | Anderson et al. | 707/100 |
| 5,893,107 A | 4/1999 | Chan et al. | 707/103 |
| 5,895,476 A | 4/1999 | Orr et al. | 707/517 |
| 5,923,330 A | 7/1999 | Tarlton et al. | 345/419 |
| 5,924,090 A | 7/1999 | Krellenstein | 707/5 |
| 5,951,643 A | 9/1999 | Shelton et al. | 709/227 |
| 5,970,490 A | 10/1999 | Morgensten | 707/10 |
| 5,974,407 A | 10/1999 | Sacks | 707/2 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| WO | PCT/US00/00054 | * | 7/2000 | G06F/7/06 |

OTHER PUBLICATIONS

PCT/US00/00054, filed Jul. 2000, Kay pending.*

*Primary Examiner*—Jean R. Homere
*Assistant Examiner*—Leslie Wong
(74) *Attorney, Agent, or Firm*—Andrews Kurth LLP

(57) **ABSTRACT**

A Sort-on-the-Fly/Search-on-the-Fly search engine provides an intuitive mechanisms for searching databases, allowing a user to access data in the database without having to know anything about the database structure. A user selects a desired search term, and the search engine searches the database for all instances of the desired term, even if a specific file or table does not contain the instance. The database need not have a specific file (in a flat database) or a table (in a relational database) of names. The user may specify other criteria, or constraints to narrow the search results, or for other reasons. The search engine then conducts a further search using this criteria and produces a second search result. Further narrowing or broadening of the search are permitted, with the search-on-the-fly search engine returning results based on any new constraints. If the returned data would be too large to be conveniently displayed at a terminal, the search engine executes a truncation routine so that the returned data is easily displayed.

**39 Claims, 27 Drawing Sheets**



**US 6,760,720 B1**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,974,418 A | | 10/1999 | Blinn et al. ................. 707/100 |
| 5,978,790 A | | 11/1999 | Buneman et al. ............. 707/2 |
| 5,978,791 A | | 11/1999 | Farber et al. ................. 707/2 |
| 5,978,793 A | | 11/1999 | Kashyap et al. .............. 707/2 |
| 5,991,791 A | | 11/1999 | Siefert ........................ 709/100 |
| 6,006,225 A | | 12/1999 | Bowman et al. ............... 707/5 |
| 6,058,391 A | * | 5/2000 | Gardner ........................ 705/26 |
| 6,061,797 A | | 5/2000 | Jade et al. .................. 713/201 |
| 6,098,172 A | | 8/2000 | Coss et al. .................. 713/201 |
| 6,119,165 A | | 9/2000 | Li et al. ...................... 709/229 |
| 6,138,162 A | | 10/2000 | Pistriotto et al. ........... 709/229 |
| 6,144,958 A | | 11/2000 | Ortega et al. .................. 707/5 |
| 6,169,986 B1 | * | 1/2001 | Bowman et al. ............. 707/10 |
| 6,170,012 B1 | | 1/2001 | Coss et al. .................. 709/229 |
| 6,182,083 B1 | | 1/2001 | Scheifler et al. ........... 707/103 |
| 6,219,670 B1 | * | 4/2001 | Mocek et al. .............. 707/102 |
| 6,253,188 B1 | * | 6/2001 | Witek et al. ................... 705/1 |
| 6,279,018 B1 | * | 8/2001 | Kudrolli et al. ............ 707/540 |
| 6,321,228 B1 | * | 11/2001 | Crandall et al. ............. 707/10 |
| 6,324,566 B1 | * | 11/2001 | Himmel et al. ............. 345/854 |
| 6,356,899 B1 | * | 3/2002 | Chakrabarti et al. .......... 707/3 |
| 2002/0049637 A1 | * | 4/2002 | Harman et al. .............. 705/26 |

* cited by examiner

Case 1:23-cv-00126-UNA   Document 3-1   Filed 02/02/23   Page 4 of 40 PageID #: 94



*Fig. 1*

**U.S. Patent**   Jul. 6, 2004   Sheet 2 of 27   US 6,760,720 B1



*Fig. 2*



*FIG. 3*



*Fig. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*



*FIG. 9*



Fig. 10

*Fig. 11*



*Fig. 12*



*Fig. 13*



*Fig. 14*



*Fig. 15a*



*Fig. 15b*





*Fig. 16*



Fig. 17

U.S. Patent          Jul. 6, 2004          Sheet 19 of 27          US 6,760,720 B1



*Fig. 18*



Fig. 19



*Fig. 20*



*Fig. 21*



Fig. 22



Fig. 23



Fig. 24



Fig. 25



*Fig. 26*

US 6,760,720 B1

**1**

# SEARCH-ON-THE-FLY/SORT-ON-THE-FLY SEARCH ENGINE FOR SEARCHING DATABASES

## TECHNICAL FIELD

The technical field is information management systems, interfaces, and mechanisms, and methods for searching one or more databases.

## BACKGROUND

In the most general sense, a database is a collection of data. Various architectures have been devised to organize data in a computerized database. Typically, a computerized database includes data stored in mass storage devices, such as tape drives, magnetic hard disk drives and optical drives. Three main database architectures are termed hierarchical, network and relational. A hierarchical database assigns different data types to different levels of the hierarchy. Links between data items on one level and data items on a different level are simple and direct. However, a single data item can appear multiple times in a hierarchical database and this creates data redundancy. To eliminate data redundancy, a network database stores data in nodes having direct access to any other node in the database. There is no need to duplicate data since all nodes are universally accessible. In a relational database, the basic unit of data is a relation. A relation corresponds to a table having rows, with each row called a tuple, and columns, with each column called an attribute. From a practical standpoint, rows represent records of related data and columns identify individual data elements. The order in which the rows and columns appear in a table has no significance. In a relational database, one can add a new column to a table without having to modify older applications that access other columns in the table. Relational databases thus provide flexibility to accommodate changing needs.

All databases require a consistent structure, termed a schema, to organize and manage the information. In a relational database, the schema is a collection of tables. Similarly, for each table, there is generally one schema to which it belongs. Once the schema is designed, a tool, known as a database management system (DBMS), is used to build the database and to operate on data within the database. The DBMS stores, retrieves and modifies data associated with the schema. Lastly, to the extent possible, the DBMS protects data from corruption and unauthorized access.

A human user controls the DBMS by providing a sequence of commands selected from a data sublanguage. The syntax of data sublanguages varies widely. The American National Standards Institute (ANSI) and the International Organization for Standardization (ISO) have adopted Structured English Query Language (SQL) as a standard data sublanguage for relational databases. SQL comprises a data definition language (DDL), a data manipulation language (DML), and a data control language (DCL). The DDL allows users to define a database, to modify its structure and to destroy it. The DML provides the tools to enter, modify and extract data from the database. The DCL provides tools to protect data from corruption and unauthorized access. Although SQL is standardized, most implementations of the ANSI standard have subtle differences. Nonetheless, the standardization of SQL has greatly increased the utility of relational databases for many applications.

Although access to relational databases is facilitated by standard data sublanguages, users still must have detailed

**2**

knowledge of the schema to obtain needed information from a database since one can design many different schemas to represent the storage of a given collection of information. For example, in an electronic commerce system, product information, such as product SKU, product name, product description, price, and tax code, may be stored in a single table within a relational database. In another electronic commerce system, product SKU, product name, description, and tax code may be stored in one table while product SKU and product price are stored in a separate table. In this situation, a SQL query designed to retrieve a product price from a database of the first electronic commerce system is not useful for retrieving the price for the same product in the other electronic system's database because the differences in schemas require the use of different SQL queries to retrieve product price. As a consequence, developers of retail applications accessing product information from relational databases may have to adapt their SQL queries to each individual schema. This, in turn, prevents their applications from being used in environments where there are a wide variety of databases having different schemas, such as the World Wide Web.

A further problem with conventional search engines is a tendency to return very large amounts of data, or to require the search parameters to be narrowed. When large amounts of data are presented, the display may take many "pages" before all data is seen by the user. The time and expense involved in such a data review may be significant.

## SUMMARY

A Sort-on-the-Fly/Search-on-the-Fly search engine (hereafter, search-on-the-fly search engine) provides an intuitive means for searching databases, allowing a user to access data in the database without having to know anything about the database structure. A user selects a desired search term, and a database manager searches the database for all instances of the desired term, even if a specific file or table does not contain the instance. For example, if a user wants to search the database using the name of a specific individual as a database entry point, the database manager will search the database using the desired name, and will organize the search results so that all entries associated with that name are displayed. The database need not have a specific file (in a flat database) or a table (in a relational database) of names. The user may perform further on-the-fly searches to narrow or focus the search results, or for other reasons. For example, given search results for all names that include the name "Smith," the user may then decide to search for all "Smiths" that include an association to an address in New Jersey. The search-on-the-fly search engine then conducts a further search using this criteria and produces a second search result. Further narrowing or broadening of the search are permitted, with the search-on-the-fly search engine returning results based on any new criteria.

In an embodiment, the search-on-the-fly search engine uses graphical user interfaces (GUIs) and one or more icons to make the search process as efficient as possible. The GUIs may incorporate one or more pull down menus of available search terms. As a user selects an item from a first pulldown menu, a subsequent pulldown menu displays choices that are available for searching. The process continues until the search engine has displayed a discrete data entry from the database. The pulldown menus are not pre-formatted. Instead, the pulldown menus are created "on-the-fly" as the user steps through the search process. Thus, the search-on-the-fly search engine is inherently intuitive, and allows a user with little or no knowledge of the database contents, its

US 6,760,720 B1

**3**

organization, or a search engine search routine to execute comprehensive searches that return generally accurate results.

The search-on-the-fly search engine also searches on key words specified by the user. The search-on-the-fly search engine can be used to exclude certain items. The search-on-the-fly search engine incorporates other advanced features such as saving search results by attaching a cookie to a user's computer, and associating icons with the search results.

The search-on-the-fly search engine may be used with both internal and external databases. For example, the search-on-the-fly search engine may be used with a company internal database and one or more databases accessible through the Internet.

The search-on-the-fly search engine is user-friendly. With one interface, many different types of databases or database schemas may be searched or sorted.

Finally, the search-on-the-fly technique, and other techniques discussed above may be used in conjunction with a method of doing business, particularly a business method that uses the Internet as a communications backbone.

### DESCRIPTION OF THE DRAWINGS

The detailed description will refer to the following figures, in which like numerals refer to like objects, and in which:

FIG. **1** is a block diagram of a system that uses a search-on-the-fly/sort-on-the-fly search engine;

FIG. **2** is another overall block diagram of the system of FIG. **1**;

FIG. **3** is a detailed block diagram of the search engine used with the system of FIG. **2**;

FIG. **4** is an example of a search-on-the-fly using the search engine of FIG. **3**;

FIGS. **5–9** are detailed block diagrams of components of the search engine of FIG. **3**;

FIG. **10** is another example of a search-on-the-fly using the search engine of FIG. **3**;

FIGS. **11–15**b are additional examples of a search-on-the-fly using the search engine of FIG. **3**;

FIGS. **16–20** are flow charts illustrating operations of the search engine of FIG. **3**;

FIG. **21** illustrates a further function of the search engine of FIG. **3** in which results of more than one search are combined; and

FIGS. **22–26** illustrate graphical user interfaces that may be displayed in conjunction with operation of the system of FIG. **1**.

### DETAILED DESCRIPTION

A sort-on-the-fly/search-on-the-fly search engine (hereafter, search-on-the-fly search engine) provides an intuitive means for searching various types of databases, allowing a user to access data in the database without having to know anything about the database structure. A user selects a desired search term, and a database manager searches the database for all instances of the desired term, even if a specific file or table does not contain the instance. For example, if a user wants to search the database using the name of a specific individual as a database entry point, the database manager will search the database using the desired name, and will organize the search results so that all entries associated with that name are displayed. The database need

**4**

not have a specific file (in a flat database) or a table (in a relational database) of names. The user may perform further on-the-fly searches to narrow the search results, or for other reasons. The search engine then conducts a further search using this criteria and produces a second search result. Further narrowing or broadening of the search are permitted, with the search engine returning results based on any new criteria.

FIG. **1** is a block diagram of a system **10** that uses the search-on-the-fly search engine. In FIG. **1**, a database **12** is accessed using a hardware/software interface device **100** to provide data to a user terminal **14**. Additional databases **13** and **15** may also be accessed by the terminal **14** using the device **100**. The databases **12**, **13** and **15** may use different schemas, or may use a same schema. As will be described later, the device **100** may include the search-on-the-fly search engine. In an alternative embodiment, the search-on-the-fly search engine may be co-located with the terminal **14**. In yet another embodiment, the search-on-the-fly search engine may be incorporated into the structure of one or more of the databases **12**, **13** and **15**. The device **100** may interface with any one or more of the databases **12**, **13** and **15** using a network connection such as through the Internet, for example. Other communications mediums may also be used between the terminal **14**, the device **100** and any one or more of the databases **12**, **13** and **15**. These mediums may include the public switched telephone network (PSTN), cable television delivery networks, Integrated Services Digital Networks (ISDN), digital subscriber lines (DSL), wireless means, including microwave and radio communications networks, satellite distribution networks, and any other medium capable of carrying digital data.

The system shown in FIG. **1** is but one of many possible variations. The search-on-the-fly search engine could also be incorporated within a single computer, such as a personal computer, a computer network with a host server and one or more user stations, an intranet, and an Internet-based system, as shown in FIG. **2**. Referring again to FIG. **2**, the terminal **14** may be any device capable of displaying digital data including handheld devices, cellular phones, geosynchronous positioning satellite (GPS) devices, wrist-worn devices, interactive phone devices, household appliances, televisions, television set top boxes, handheld computers, and other computers.

FIG. **3** is a detailed block diagram of an exemplary search-on-the-fly search engine **125**. The search engine **125** includes a request analyzer **130**that receives search requests **114** from the terminal **14** (not shown in FIG. **3**) and sends out updated requests **115** to a query generator **150**. A status control **140** receives a status update signal **116** and a request status control signal **118** and sends out a request status response **119** to the request analyzer **130**. The status control **140** also keeps track of search cycles, that is, the number of search iterations performed. The query generator **150** receives the updated requests **115** from the request analyzer **130** and sends a database access signal **151** to a database driver **170**. The query generator **150** receives results **153** of a search of the database **12** (not shown in FIG. **3**) from the database driver **170**. The query generator **150** provides a display signal **175** to the terminal **14**. The database driver **170** sends a database access signal **171** to the database **12**. Finally, a database qualifier **160** receives information **161** from the database driver **170** and provides a list **163** of available data fields from the database **12**. As will be described later, the list of available data fields **163** may be displayed to a user at the terminal **14**, and may be sorted and processed using the request analyzer **130** in conjunction with

US 6,760,720 B1

**5**

the database qualifier **160**. The database qualifier **160** also receives search information and other commands **131** from the request analyzer **130**.

The search engine **125** may identify a database schema by simply using a trial and error process. Alternatively, the search engine **125** may use other techniques know in the art. Such techniques are described, for example, in U.S. Pat. No. 5,522,066, "Interface for Accessing Multiple Records Stored in Different File System Formats," and U.S. Pat. No. 5,974, 407, "Method and Apparatus for Implementing a Hierarchical Database Management System (HDBMS) Using a Relational Database Management System (RDBMS) ad the Implementing Apparatus," the disclosures of which is hereby incorporated by reference.

The search engine **125** provides search-on-the-fly search capabilities and more conventional search capabilities. In either case, the search engine **125** may perform a preliminary database access function to determine if the user has access to the database **12**. The search engine **125** also determines the database schema to decide if the schema is compatible with the user's data processing system. If the database schema is not compatible with the user's processing system, the search engine **125** may attempt to perform necessary translations so that the user at the terminal **14** may access and view data in the database **12**. Alternatively, the search engine **125** may provide a prompt for the user indicating incompatibility between the terminal **14** and a selected database.

The search engine **125** may conduct a search using one or more search cycles. A search cycle includes receipt of a request **114**, any necessary formatting of the request **114**, and any necessary truncation steps. The search cycle ends when a result list **175** is provided to the terminal **14**. The search engine **125** may retain a status of each past and current search cycle so that the user can modify the search at a later time. The user may also use this feature of retaining a status of past and current search cycles to combine results of multiple searches, using, for example, a Boolean AND function, a Boolean OR function, or other logic function. The above listed functions will be described in more detail later.

The search-on-the-fly function of the search engine **125** begins by determining available data fields of the database **12**. The database **12** may have its data organized in one or more data fields, tables, or other structures, and each such data field may be identified by a data field descriptor. In many cases, the data field descriptor includes enough text for the user at the terminal **14** to determine the general contents of the data field. The list of data fields may then be presented at the terminal **14**, for example, in a pull down list. An example of such a data field result list is shown in FIG. **4**, which is from a federal database showing data related to managed health care organizations. This database is available at http://tobaccopapers.org/dnld.htm. In FIG. **4**, the first data field listed is "PlanType," which is shown in result list **156**. Other data field descriptors show the general categories of data in the database.

Using the terminal **14**, the user may select one of the data field descriptors to be searched. For example, the user could select "city." If a number of entries, or records, in the city data field is short, a further result list of complete city names may be displayed. If the entries are too numerous to be displayed within a standard screen size, for example, the search engine **125** may, in an iterative fashion, attempt to reduce, or truncate, the result list until the result list may be displayed. In the example shown in FIG. **4**, entries in the city

**6**

data field are so numerous (the database includes all U.S. cities that have a managed health care organization) that the search engine **125** has produced a result list **157** that shows only a first letter of the city. Based on the available database data fields, the user may then perform a further search-on-the-fly. In this case, the user may choose cities whose first initial is "N." The search engine **125** then returns a result list **158** of cities whose names start with the letter "N." Because in this instance the result list **158** is short, no further truncation is necessary to produce a manageable list.

FIG. **5** is a more detailed block diagram of the request analyzer **130**. A protocol analyzer **133** receives the request **114** and provides an output **135** to a constraint collator **136**. The protocol analyzer **133** examines the received request **114**, determines a format of the request **114**, and performs any necessary translations to make the request format compatible with the database to be accessed. If the database to be accessed by the terminal **14** is part of a same computer system as the terminal **14**, then the protocol analyzer **133** may not be required to perform any translations or to reformat the request **114**. If the database to be accessed is not part of the same computer system as the terminal **14**, then the protocol analyzer **133** may be required to reformat the request **114**. The reformatting may be needed, for example, when a request **114** is transmitted over a network, such as the Internet, to a database coupled to the network.

The constraint collator **136** provides the updated request **115** (which may be an initial request, or a subsequent request) to the query generator **150**. The constraint collator **136** is responsible for interpreting the request **114**. The constraint collator **136** performs this function by comparing the request **114** against information stored in the status control **140**. In particular, the constraint collator **136** sends the request status control signal **118** to the status control **140** and receives the request status response **119**. The constraint collator **136** then compares the request status response **119** to constraint information provided with the request **114** or to determine if the constraint status should be updated (e.g., because the request **114** includes a new constraint). In an embodiment, the constraint collator **136** compares constraint information in a current request **114** to constraint information residing in the status control **140**, and if the current request **114** includes a new constraint, such as a new narrowing request (for example, when the user clicks, touches or points over a field shown in a last search cycle), then the constraint collator **136** adds the updated information and sends the updated request **115** to the query generator **150**. If the constraint status should be updated, the constraint collator **136** sends the status update **118** to the status control **140**. If the request **114** is a refresh request, the constraint collator **136** sends a reset command **131** to the database qualifier **160**. The updated request **115** (possibly with a new constraint) is then sent to the query analyzer **150** for further processing.

FIG. **6** is a block diagram of the query generator **150**. The overall functions of the query generator **150** are to scan a database, such as the database **12**, using the database driver **170**, and to collect search results based on constraints supplied by the request analyzer **130**. The query generator **150** then returns the search results **175** to the terminal **14**.

The query generator **150** includes a truncator **152** and a dispatcher **154**. The truncator **152** receives the updated request **115**, including a new constraint, if applicable. The truncator **152** creates new queries, based on new constraints, and applies the new requests **151** to the database **12** using the database driver **170**. The truncator **152** may include a variable limit **155** that is set, for example, according to a

US 6,760,720 B1

**7**

capacity of the terminal **14** to display the search results **175**. If data retrieved from the database **12** exceed the limit value, the truncator **152** adjusts a size (e.g., a number of entries or records) of the data until a displayable result list is achieved. One method of adjusting the size is by cycling (looping). Other methods may also be used to adjust the size of the result list. For example, the terminal **14** may be limited to displaying 20 lines of data (entries, records) from the database **12**. The truncator **152** will cycle until the displayed result list is at most 20 lines. In an embodiment, the truncation process used by the truncator **152** assumes that if the user requests all values in a particular data field from the database **12**, and there are no other constraints provided with the request **114**, and if the size of the resulting result list is larger than some numeric parameter related to a display size of the terminal **14**, then the constraints may be modified by the truncator **152** so that the result list can accommodated (e.g., displayed on one page) by the terminal **14**. For example, instead of a full name of a city, some part of the name—the first n letters—is checked against the database **12** again, and n is reduced until the result list is small enough for the capacity of the terminal **14**. If the maximum number of displayable results is three (3), and the database **12** contains the names of six cities "Armandia, Armonk, New Orleans, New York, Riverhead, Riverdale," then the first attempt to "resolve" the result list will stop after a result list display is created with the full name of the cities:

Armandia, Armonk, New Orleans . . . (the limit was reached)

Try again with 7 characters:

Armandia, Armonk, New Orl, New Yor, (limit reached again)

Again with 5 characters:

Armandia, Armonk, New O, New Y, (limit reached again)

Again with 3 characters:

Arm( . . . ),New( . . . ),Riv( . . . ). These results may now be displayed on the terminal **14**. The display of Arm, New, Riv can then be used to conduct a further search-on-the-fly. For example, a user could then select Riv for a further search-on-the-fly. The result list returned would then list two cities, namely Riverhead and Riverdale.

In another embodiment, a fixed format is imposed such that all queries generated against a database will have preset limits corresponding to the capacity of the terminal **14**.

In yet another embodiment, the truncator **152** may adjust the field size by division or other means. For example, if the display limit has been reached, the truncator **125** may reduce the field size, X by a specified amount. In an embodiment, X may be divided by two. Alternatively, X may be multiplied by a number less than 1, such as ¾, for example. Adjusting the field size allows the search engine **125** to perform more focused searches and provides more accurate search results.

In still another embodiment, the user may select a limit that will cause the truncator **152** to adjust the field size. For example, the user could specify that a maximum of ten entries should be displayed.

For certain data fields, a terminal **14**, such as a hand-held device for example, may have a very limited display capacity. Alternatively a user may specify a limit on the number of entries for display. In these two illustrated cases, the search engine **125** may return a result list **175** of the request **114** on multiple display pages, and the user may toggle between these multiple display pages. As an example, if the terminal **14** is limited to displaying a maximum of ten entries, and if the request **114** results in a return of a data

**8**

field comprising the 400 largest cities in the United States, the truncator **152** will produce a list of 23 entries comprising 23 alphabetical characters (no cities that begin with Q, Y or Z—see FIG. **4**). The search engine **125** may then display the results on three pages. Alternatively, the truncator **152** could produce a list of letter groups into which the cities would fall, such as A–D, E–G, H–M, N–R, and R–X, for example. In another alternative, the search engine **125** may send a notice to the terminal that the request **114** cannot be accommodated on the terminal **14** and may prompt the user to add an additional constraint to the request **114**, so that a search result may be displayed at the terminal **14**.

Adjusting the data field size also provides more convenient search results for the user. For example, if a user were to access an Internet-based database for books for sale, and were to request a list of all book titles beginning with the letter "F," a common search engine might return several hundred titles or more, displaying perhaps twenty titles (entries) at a time. The user would then have to look through each of many pages to find a desired title. This process could be very time-consuming and expensive. Furthermore, if the search results were too large, the common search engine might return a notice saying the results were too large for display and might prompt the user to select an alternative search request. However, performing the same search using the search engine **125** allows the truncator **152** to reduce the size of the information displayed to a manageable level. In this example, if the request **114** includes the constraint "F," the truncator **152** will loop through the data in a data field that includes book titles starting with the letter "F" until a list is available that can fit within the display limits of the terminal **14**, or that fits within a limit set by the user, for example. The first list returned to the terminal **14** as a result of this request **114** may be a two letter combination with "F" as the first letter and a second letter of a book title as the second letter. For example, the fist list may include the entries "Fa," "Fe," "Fi ," "Fo," and "Fu," all of which represent titles of books. The user could then select one of the entries "Fa," "Fe," "Fi," "Fo," and "Fu" to perform a further search, continuing the process until one or more desired titles are displayed. An example of a similar truncation result is shown in FIG. **14**.

When a parameter related to the search results is adequately truncated, the parameter is directed to the dispatcher **154**, which retrieves the data from database **12** using the database driver **170**. The dispatcher **154** then directs the final, truncated search results **175** back to the terminal **14** as a response to the request **114**.

FIG. **7** is a block diagram showing the status control **140**, which is responsible for monitoring the status of a current search. Due to the nature of the search engine **125**, the user can choose any combination of constraints, fields or keywords, including those from past and current search cycles. The status control **140** may keep track of all past cycles of the search, as well as all information necessary to return to any of those past search cycles. The status control **140** includes a status data module **142**, and an index module **144**. The status data module **142** contains data related to each such search cycle, including the constraint(s) entered during the search cycle, any truncation steps taken, and the results of such truncation, for example. The index module **144** provides access to these data. When the request **114** is being analyzed by the request analyzer **130**, the constraint collator **136** sends a request status query **116** to the index module **144**. The status data module **142** contains information related to all past and current search cycles, which are referenced by the index module **144**, and delivers a status

US 6,760,720 B1

**9**

response **119** for the most recent search cycle to the constraint collator **136**. When a new constraint is sent to the query generator **150**, the status data module **142** is updated **118** by the constraint collator **136**. Specific structures of the request **114**, the request status query **116**, the status response **119** and the request status control **118** will be provided later.

The status data module **142** may be reset by the database qualifier **160** with all available fields when a refresh function is used. In an embodiment, the refresh function may be used to clear all past search cycles and the current search cycle from the status control **140**. In such an event, the search results, such as the search results shown in FIG. **4**, will no longer be displayed at the terminal **14**, and data related to the past and the current search cycles may not be used for future search cycles. In effect, the refresh function may cause the entire search to be discarded. The refresh function may be activated when a user selects a refresh button (see FIG. **4**) on a displayed result list, or on another portion of a GUI. Alternatively, the refresh function may discard selected search cycles. In this alternative embodiment, the user may, for example, move a cursor to a desired result list from a past search cycle and activate a refresh, reset, back, or drop button. All data associated with search cycles subsequent to the selected search cycle, including all displayed result lists may then be discarded.

FIG. **8** is a block diagram showing the database qualifier **160**. The database qualifier **160** provides data field information at the start of a search or when the search engine **125** is refreshed. A field assessor **162** access the database **12** using the database driver **170**, and identifies and accesses discrete data fields and other information in the database **12**. A field converter **164** structures the data field information into a usable (searchable/sortable) structure and sends **163** the formatted data field information to the status control **140**. Techniques for identifying and accessing the data fields, and for formatting the data field information are well known in the art. Such techniques are described, for example, in U.S. Pat. No. 5,222,066, Interface for Accessing Multiple Records Stored in Different File System Formats, the disclosure of which is hereby incorporated by reference.

FIG. **9** is a block diagram of the database driver **170**. The database driver **170** is the universal interface with the database **12**, which can be a local or a remote database.

FIG. **10** is an example of a search-on-the-fly using the search engine **125**. In FIG. **10**, a database **200** includes information related to a number of individuals. The information in the database **200** may be presented at the terminal **14** using a series of screens or menus **201–230**. The user first accesses the database **200** and is presented with a list **201** of the information or data fields contained in the database **200**. The result list **201** is generated by the field assessor **162**, and is provided for display at the terminal **14** by the query generator **150**. As shown in FIG. **10**, a user has selected the data field "City" for display of information. However, the number of "cities" listed in the database **200** is too large to conveniently display at one time (i.e., on one page) at the terminal **14**. Accordingly, the truncator **152** will loop a required number of times until an adequate display is available. In FIG. **10**, the menu **203** shows the results of the truncation with only the first letter of a city name displayed.

Using the menu **203**, the user has selected cities beginning with the letter "A." The results are shown in menu **205**. Now, the user elects to conduct another search-on-the-fly, by selecting the "sort-on-the-fly" option **206**. The query generator **150** displays all the information fields available from the database **200**, except for the information field already displayed, namely "City." The results are displayed in menu

**10**

**207**. The user then elects to further search on the data field "State." The query generator **150** returns the requested information as displayed in menu **209**, listing five states by their common two-letter abbreviation. The user then chooses New York from the menu **209**, and the query generator **150** returns a list of cities in New York, menu **211**.

Next, the user elects to conduct another search-on-the-fly, option **212**, and the query generator **150** returns only the remaining data fields for display in menu **215**. From the menu **215**, the user selects "Address" for the next data field to search, and the query generator **150** returns an menu **217** showing only first letters of the address. This signifies that the data field "Address" was too large to be easily displayed on the terminal **14**. The user then elects to search on all addresses that begin with "C." The query generator **150** returns a list of addresses by displaying only street names, menu **219**.

The user then elects to conduct a further search-on-the-fly, option **220**, and the remaining two data fields, "Name" and "Phone" are displayed as options in menu **221**. The user selects name, and the query generator returns a further breakdown of the data by last name and by first name, menu **223**. This process continues, with further menus being used to select a last name and a first name from the database **200**. When the final selection is made, information from the database **200** related to the individual is displayed in window **230**.

In the example shown in FIG. **10**, the user could have refreshed the search engine **125** at any time, and the search would have recommenced at the beginning. Alternatively, the user could, by simply selecting a prior menu, such as the menu **215**, have changed the course of the search. In this alternative, if the user had gone back to the menu **215** and instead of selecting "Address" selected "Phone," then the menus **217–229** would be removed from display at the terminal **14**, and the search would begin over from the point of the menu **215**.

FIGS. **11–15** illustrate exemplary searches of a remote database, such as the database **13** shown in FIG. **1**. The database in the illustrated example is for an Internet website **232** that sells books. The examples illustrated are based on a Barnes & Noble website. In FIG. **11**, the user has applied the search engine **125** to the website **232** database, and the query generator **150** has returned a list **233** of data fields from which the user may select to access data from the website **232** database. The list **233**, and other lists described below, may be displayed as overlays on the website **232**. In the example illustrated, the user selects "Title" for the first search cycle. Because the list of titles is too large to easily display at the terminal **14**, the truncator **152** loops until an alphanumeric list **234** is created. The list **234** is then returned to the terminal **14**. For the next search cycle, the user selects titles that begin with the letter "C." Again, the data field contains too many entries to conveniently display at the terminal **14**, and the truncator **152** loops as appropriate until list **235** is created. The process continues with subsequent lists **236** and **237** being returned to the terminal **14**.

FIGS. **12–15**b illustrate alternate searches that may be completed using the website **232** database.

For the search results shown in FIGS **11–15**a, the status control **140** may iterate as follows:

Status Control Started . . .
   Key: Title1 Option: Title Level: 1 Filter: Field: Title
   Key: A2 Option: A Level: 2 Filter: SUBSTRING
      ([Title],1,1)='A' Field: Title
   Key: AA3 Option: AA Level: 3 Filter: SUBSTRING
      ([Title],1,2)='AA' AND SUBSTRING([Title],1,1)=
      'A' Field: Title

US 6,760,720 B1

**11**

Key: F4 Option: F Level: 4 Filter: SUBSTRING ([Title],1,1)='F' Field: Title
Key: Fa5 Option: Fa Level: 5 Filter: SUBSTRING ([Title],1,2)='Fa' AND SUBSTRING([Title],1,1)= 'F' Field: Title
Key: Favo6 Option: Favo Level: 6 Filter: SUBSTRING ([Title],1,4)='Favo' AND SUBSTRING([Title],1, 2)='Fa' AND SUBSTRING([Title],1,1)='F' Field: Title
Key: C7 Option: C Level: 7 Filter: SUBSTRING ([Title],1,1)='C' Field: Title
Key: Ce8 Option: Ce Level: 8 Filter: SUBSTRING ([Title],1,2)='Ce' AND SUBSTRING([Title],1,1)= 'C' Field: Title
Key: Cells9 Option: Cells Level: 9 Filter: SUBSTRING([Title],1,5)='Cells' AND SUBSTRING([Title],1,2)='Ce' AND SUBSTRING ([Title],1,1)='C' Field: Title
Key: Cellula10 Option: Cellula Level: 10 Filter: SUBSTRING([Title],1,7)='Cellula' AND SUBSTRING([Title],1,2)='Ce' AND SUBSTRING ([Title],1,1)='C' Field: Title
Key: CC11 Option: CC Level: 11 Filter: SUBSTRING ([Title],1,2)='CC' AND SUBSTRING([Title],1,1)= 'C' Field: Title
Status Control Terminated.

FIG. **15**b shows the results for a search for a low-fat cookbook using the search engine **125** as applied to a remote database. In this example, the remote database is coupled to a Barnes & Noble web page. The first query, and resulting message strings, are illustrated by the following:
Query Analyzer
Message Received: ACK
Status Control: Refresh
Dispatcher
Message Sent: Categories~-~Title~-~Author~- ~ISBN~SubTitle~Format~Date
Published~Stock Status~Recommended
Age~Pages~Ratings~Price~Retail~Savings~Publisher
Query Analyzer
Message Received: CLK#0 #1#Categories
Status Control received an update:
Key: Categories1 Option: Categories Level: 1 Filter: Field: Categories
Query Generator
Request is not cached, processing
Generated Query: SELECT DISTINCT [Categories] FROM Books ORDER BY [Categories]
Number of Matching Records: 2032
Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,82) FROM Books ORDER BY SUBSTRING([Categories],1,82)
Number of Matching Records: 2022
Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,61) FROM Books ORDER BY SUBSTRING([Categories],1,61)
Number of Matching Records: 1995
Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,45) FROM Books ORDER BY SUBSTRING([Categories],1,45)
Number of Matching Records: 1751
Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,33) FROM Books ORDER BY SUBSTRING([Categories],1,33)
Number of Matching Records: 1251
Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,24) FROM Books ORDER BY SUBSTRING([Categories],1,24)

**12**

Number of Matching Records: 799
Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,18) FROM Books ORDER BY SUBSTRING([Categories],1,18)
Number of Matching Records: 425
Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,13) FROM Books ORDER BY SUBSTRING([Categories],1,13)
Number of Matching Records: 319
Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,9) FROM Books ORDER BY SUBSTRING([Categories],1,9)
Number of Matching Records: 147
Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,8) FROM Books ORDER BY SUBSTRING([Categories],1,8)
Number of Matching Records: 111
Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,7) FROM Books ORDER BY SUBSTRING([Categories],1,7)
Number of Matching Records: 78
Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,6) FROM Books ORDER BY SUBSTRING([Categories],1,6)
Number of Matching Records: 44
Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,5) FROM Books ORDER BY SUBSTRING([Categories],1,5)
Number of Matching Records: 26
Truncator finished, took 15 seconds to make 13 iterations
Caching this request . . .
Dispatcher
Message Sent: Afric~Art, ~Biogr~Busin~Compu~Cooki~Engin~Enter~Ficti~ Histo~Home ~Horro~Kids!~Law: ~Medic~Mind, ~Nonfi~Paren~Poetr~Refer~Relig~Scien~Small~ Sport~Trave~Write~
Query Analyzer
Message Received: CLKCategories

In the example illustrated by FIG. **15**b and the above-listed message strings, an initial request would have returned 2032 book titles for cookbooks. This number of entries maybe too large. Accordingly, the truncator **152**, through 13 iterations, reduces the entries in a result list to 26. The entries in the truncated result list can then be easily reviewed by the user, and further searches may be performed to identify a desired book. As can be seen above, the user has selected "Categories" as a data field to search. As is also shown in FIG. **15**b, the search engine **125** may display other information windows, such as book availability, ordering and shipping information windows. With a simple drag-and-drop cursor operation, for example, the user may then order and pay for the desired book.

FIG. **16–20** are flow charts illustrating operations of the search engine **125**. FIG. **16** is a flowchart of an overall search routine **250**. The process starts in block **251**. The request analyzer **130** receives the request **114**, block **252**. The request **114** may be made using a hierarchical menu-based display or a graphical user interface, with one or more layers. Using either the menu or the GUI, the user may enter specific details by typing, selection of iconic symbols or pre-formatted text, and by using well-known data entry techniques, for example. The request **114** may also comprise a simple text or voice query. Use of voice recognition may be particularly useful in mobile environments, and to speed access to the database **12**. Use of voice recognition may include simple commands, such as UP, DOWN, and

US 6,760,720 B1

**13**

SELECT, to select search terms from a pre-formatted list that is presented to the user at the terminal **14**. More sophisticated use of voice recognition may include actually speaking letters or numbers, or full search terms, such as speaking a key word for a key word search, for example.

The protocol analyzer **133** provides an output **135** to the constraint collator **136**, and the constraint collator **136** determines the nature of the request, block **254**. If the request **114** is a refresh request (i.e., a command to initiate the refresh function), the constraint collator **136** sends a reset command **131** to the database qualifier **160**. The updated request **115** (possibly with a new constraint) is then sent to the query analyzer **150** for further processing, including analyzing the database **12**, retrieving field descriptors, and formatting, block **256**. The result of the data field descriptor retrieval and formatting are shown as an available data fields result list, block **258**, and is returned to the terminal **14**, block **260**.

In block **254**, if the request **114** is not a refresh request, the constraint collator **136** provides the updated request **115** (which may be an initial request, or a subsequent request) to the query generator **150**, block **264**. The constraint collator **136** compares the request **114** against information stored in the status control **140**. In particular, the constraint collator **136** sends the request status control signal **118** to the status control **140** and receives the request status response **119**. The constraint collator **136** then compares the request status response **119** to constraint information provided with the request **114** to determine if the constraint status should be updated (e.g., because the request **114** includes a new constraint). If the constraint status should be updated, the constraint collator **136** calls create new constraint subroutine **270**, and creates new constraints.

The create new constraints subroutine **270** is shown as a flowchart in FIG. **17**. The subroutine starts at **272**. In block **274**, the constraint collator **136** determines if the request is for a sort-on-the-fly operation. If sort-on-the-fly has been selected, field assessor **162** prepares a new set of data fields, block **280**. The new set of data fields are then sent to the query generator **150**, block **284**, and the subroutine **270** ends, block **286**.

In block **274**, if sort-on-the-fly was not selected, the request analyzer **130** may receive a key word constraint, block **276**. The query generator **150** will then generate an input window in which the user may enter a desired key word, block **282**. Alternatively, the query generator **150** may prompt the user to enter a key word using voice recognition techniques, or any other way of entering data. The process then moves to block **284**. In block **276**, if a key word search option was not selected, the constraint collator **136** enters the new constraint to the existing list of constraints, block **278**. The process then moves to block **284**.

Returning to FIG. **16**, the constraint collator **136** next updates the status control **140**, block **290**. In block **292**, using the updated constraints, the query generator **150** generates a next query of the database **12**, block **292**. The database driver **170** then extracts the result list from the database **12**, according to the latest query, block **294**. In block **296**, the truncator **152** determines if the result list may be displayed at the terminal **14**. If the result list cannot be displayed, the process moves to block **298**, and a truncation routine is executed. The process then returns to block **294**. If the result list in block **296** is small enough, the result list is provided by the dispatcher **154** to the terminal **14**, block **258**.

As noted above, the request analyzer **130** determines the nature of the request, including any special commands. A

**14**

special command may include a command to conduct a search-on-the-fly. Alternatively, the search engine **125** may adopt a search-on-the-fly mechanism as a default value. The search engine **125** also may incorporate other special search commands, such as a Boolean search, for example.

FIGS. **18–20** are flowcharts illustrating alternate truncation subroutines **298**. In FIG. **18**, the subroutine **298** adjusts a size of a data field by decrementing a parameter TP related to entries in a selected data field. For example, if the data field comprises a list of U.S. cities by name, the parameter TP may be the number of alphabetical characters in a name. The results of such a truncation is shown in the example of FIG. **4**. The subroutine **298** starts at block **301**. In block **303**, the parameter TP is set to equal a size of the data field being searched. The truncator **152** then determines the list of records sized by the parameter TP, block **305**. In block **307**, the truncator **152** determines if the result list can be displayed at the terminal **14**. If the result list cannot be displayed at the terminal **14**, the truncator **152** decrements the parameter TP, block **309**. Processing then returns to block **305**, and the truncator **152** gets a reduced result list using the truncated parameter TP. If the result list can be displayed at the terminal **14**, the process moves to block **311** and the subroutine **298** ends.

FIG. **19** is a flowchart illustrating an alternate truncation routine **298**. The process starts in block **313**. In block **315**, the truncator **152** sets the parameter TP to a size of the data field being searched. In block **317**, the truncator **152** determines the list of records sized by the parameter TP. In block **319**, the truncator **152** determines if the result list can be displayed at the terminal **14**. If the result list cannot be displayed, the truncator **152** adjusts the size of the data field by dividing the parameter TP by a set amount, for example, by dividing the parameter TP by two, block **321**. Processing then returns to block **317**, and repeats. If the result list can be displayed at the terminal **14**, the process moves to block **323** and the subroutine ends.

FIG. **20** shows yet another alternative truncation subroutine **298**. The process starts in block **325**. In block **327**, the truncator **152** sets the parameter TP to equal the size of the data field being searched. In block **329**, the truncator **152** determines the list of records sized by the parameter TP. The truncator **152** then determines if the result list can be displayed at the terminal **14**, block **331**. If the result list cannot be displayed at the terminal **14**, the truncator **152** determines if the parameter TP is less then ten, block **333**. If the parameter TP is not less than ten, the truncator **152** adjusts the parameter TP by multiplying the parameter TP by a number less than one, block **337**. In an embodiment, the number may be ¾. The process then returns to block **329** and repeats. In block **333**, if the value of the parameter TP is less than ten, the truncator **152** decrements the parameter TP by one, block **335**. Processing then returns to block **329** and repeats. In block **331**, if the list can be displayed at the terminal **14**, the process moves to block **339** and the subroutine **298** ends.

The examples illustrated in FIGS. **18–20** are but a few examples of the truncations subroutine. One of ordinary skill in the art could conceive of other methods to adjust the field size. In addition to using a truncation subroutine, the user may specify a limit for the field size.

As noted above, the search engine **125** may be used for multiple searches and may be used to search multiple databases, including databases with different schemas. The results of individual searches, including the control data provided in the status control **140**, are saved. The search engine **125** may then be used to further sort (search), or

US 6,760,720 B1

15

otherwise operate on, the results of these multiple searches. In an embodiment, the search engine 125 may perform a Boolean AND operation on two search results. The result of the Boolean AND operation would be a list of records, or entries, that are common to the two search results. FIG. 21 illustrates such a Boolean AND operation.

In FIG. 21, a GUI 400 displays local database selections 410, including a database of recordings (compact discs—CDs) 412 and a database of contacts 414. The databases 412 and 414 may be shown by text descriptions and an appropriate icon, for example. The database selections in this example are resident on a user's terminal, such as the terminal 14 shown in FIG. 1. Also displayed on the GUI 400 is a remote database selection 420 that represents databases, such as the databases 13 and 15 shown in FIG. 1, that are located remotely from the terminal 14. In the example shown in FIG. 21, the remote database selection 420 includes a database 422 for online record sales, which is represented by an icon (a CD) and a text title of the online retailer. The remote databases shown in the remote database selection 420 may include those databases for which the user has already established a link. In the example shown, the user may already have entered an Internet address for the online retailer. In addition to any returned web pages from the online retailer, the terminal 14 may then display a representation of the database 422.

Continuing with the example, the user may use the search engine 125 to conduct a search-on-the-fly of the recordings database 412 and the virgin records database 422. The user may search both databases 412 and 422 for titles of recordings that are classified as "blues." The search engine 125 may return search results 416 and 424 for searches of both databases 412 and 422, respectively. The search results 416 and 424 may be displayed in a window section 430 of the GUI 400. The results 416 and 424 may also be represented by CD icons, such as the icons 432 and 434. The search results 416 and 424 may be stored as lists in one or more temporary databases, as represented by the windows 417 and 427. The search results 416 and 424 may also be stored in a scratch pad database 418. At this point, the user may wish to determine which recordings from the list 424 are contained in the list 416. The search engine may support this function by performing a Boolean AND operation of the lists 416 and 424. The results of the Boolean AND operation are represented by the icon 436 displayed in the window 430. To execute the Boolean AND operation, the user may simply drag the icon 432 over the icon 434, and then select AND from a pop-up menu 438 that appears when the icons 432 and 434 intersect. Other techniques to execute the Boolean AND (or another Boolean function) may include typing in a command in a window, using voice recognition techniques, and other methods. In addition, other Boolean functions may be used.

The result represented by the icon 436 of the Boolean AND operation may then be stored in a database at the terminal 14, such as in the scratch pad database 418 or may be stored at another location. The result may then be subjected to further search-on-the-fly operations.

Also shown in FIG. 21 is an online-purchase module 435 that may be used to consummate purchase of a product referenced in an online database such as the database 422. To initiate such a purchase, the user may drag an iconic or text representation of a desired product listed in the search result 424 over an icon 436 in the online-purchase module 435. This drag-and-drop overlaying these icon may initiate and complete the online purchase for the desired product.

Use of the search engine 125 may be facilitated by one or more GUIs that are displayed on the terminal 14. FIGS.

16

22–26 are examples of such GUIs. In FIG. 22, a GUI 450 includes a display section 452 and one or more database sections such as local database section 470 and remote database section 460. The local database section 470 includes databases local to the terminal 14. In the example shown, the local databases include a patients database 472, a general contacts database 474, a pharmacy database 476, a medicines database 478 and a scratch pad database 480. The remote databases include an Amazon.com database 462, an online record retailer database 464, a Physician's Desk Reference database 466 and an American Medical Association (AMA) online database 468. The remote and local databases may be represented by a text title and an icon, both contained in a small window as shown. A user may access one or the remote or local databases by moving a cursor over the desired window and then selecting the database. In the example shown, the local medicines database 478 has been selected, and a list 490 of data fields in the medicines database 478 is displayed in the display section 452. Also included on the display section 452 is a keyword button 492 that may be used to initiate a key word search of the medicines database 478.

FIG. 23 shows the GUI 450 with a user selection of a category data field from the list 490. The category data field is indicated as selected by an arrow adjacent to the data field name. When the category data field is selected, a category list 494 is displayed on display section 452. The category list 494 includes four entries, as shown.

The user may continue to search the medicines database 478 using key word techniques and search-on-the-fly techniques. FIG. 24 shows the GUI 450 with results of several search cycles displayed.

FIG. 25 illustrates a search of the PDR database 466. Such a search may be initiated by dragging a cursor to the window having the PDR 466 symbol (text or icon), and then operating a "select" button. FIG. 26 shows a search of the Amazon database 462. This search may also be initiated by a "drag-and-drop" operation.

In specific embodiments, the search engine 125 is implemented as a program executed on a general purpose computer, such as a personal computer. The search engine may also be implemented as a routine attached to a database structure. In addition, the search engine may be implemented on any processor capable of executing the routines of the program. In alternative embodiments, the search engine 125 may be implemented as a single special purpose integrated circuit (e.g., ASIC) having a main or central processor section for overall, system level control, and separate circuits dedicated to performing various different specific functions, computations and other processes under control of the central processor section. Those of ordinary skill in the art will appreciate that the search engine 125 may also be implemented using a plurality of separated dedicated or programmable integrated circuits, or other electronic circuits or devices (e.g., hardwired electronic or logic circuits such as discrete elements circuits, or programmable logic devices, such as PLDs, PLAs, or PALs). In general, any device or assembly of devices on which a finite state machine capable of implementing flowcharts similar to the flowcharts of FIGS. 16–20 can be used to implement the search engine 125.

The terms and descriptions used herein are set forth by way of illustration only and are not meant as limitations. Those skilled in the art will recognize that many variations are possible within the spirit and scope of the invention as defined in the following claims, and there equivalents, in which all terms are to be understood in their broadest possible sense unless otherwise indicated.

US 6,760,720 B1

17

What is claimed is:

1. A method implemented on a computer for searching databases, comprising:

determining a database schema for a database, wherein the database includes database fields;

providing a list of the database fields, wherein the list includes a descriptor indicating a data category;

receiving a search selection for a database field on the provided list of the database fields;

determining a quantity of entries in the selected database field;

if the quantity exceed a specified amount, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field; and

if the quantity does not exceed the specified amount, displaying contents of the database field.

2. The method of claim 1, further comprising providing a key word search.

3. A method implemented on a computer for searching a database, comprising:

generating a list of data fields;

receiving a first data field selection from the list of data fields;

determining a first quantity indicative of a number of entries of the selected data field;

if the first quantity exceeds a specified limit, reducing a size of data to be displayed from the selected data field wherein the reducing reduces characters in one or more entries in the selected data field and the size-reduced date represents each of the entries in the selected field; and

displaying data from the selected data field.

4. The method of claim 3, wherein the specified limit is fixed.

5. The method of claim 3, wherein the specified limit is variable.

6. The method of claim 3, wherein the data are displayed on a terminal, and wherein the specified limit is determined dynamically, based on a characteristic of the terminal.

7. The method of claim 3, wherein the specified limit is a user-determined limit.

8. The method of claim 3, wherein the method for reducing the size of the data to be displayed from the selected data field comprises:

performing a truncation that reduces the size of the data to be displayed from the selected data field;

comparing the reduced size of the specified limit; and

if the reduced size exceeds the specified limit, repeating the truncation and comparing steps until the size of the data to be displayed from the selected field is less than or equal to the specified limit.

9. The method of claim 8, wherein a parameter is related to the size of the data to be displayed from the selected data field, and wherein the truncation comprises decrementing the parameter.

10. The method of claim 9, wherein the parameter is decremented by a value of one.

11. The method of claim 8, wherein a parameter is related to the size of the data to be displayed from the selected data field, and wherein the truncation comprises dividing the parameter by a value.

12. The method of claim 11, wherein the value is two.

13. The method of claim 8, wherein a parameter is related to the size of the data to be displayed from the selected data

18

field, and wherein the truncation comprises multiplying the parameter by a value.

14. The method of claim 13, wherein the value is ¾.

15. The method of claim 3, further comprising:

receiving a first constraint, wherein the first constrain is related to a data element in a data field; and

receiving one or more subsequent constraints, wherein search results are generated based on a combination of the first and the one or more subsequent constraints.

16. The method claim 3, wherein each display of data comprises a search cycle, and further comprising receiving a refresh command, the refresh command resetting all search cycles.

17. The method claim 3, further comprising displaying the list of data fields and a representation of the selected data field, wherein the representation of the selected data field comprises one or more elements from the selected data field.

18. The method of claim 3, wherein the method comprises executing a plurality of search cycles, each search cycle of the plurality of search cycles providing a search result list comprising selected data elements from the data base.

19. The method of claim 18, further comprising resetting one or more search cycles of the plurality of search cycles.

20. The method of claim 3 further comprising:

determining a schema of the database;

comparing the determined schema to a capability of a terminal for displaying the data; and

formatting a search request from the terminal to correspond to the determined schema.

21. The method of claim 3, wherein the method for searching the database comprises searching a first database and a second database, and further comprising:

receiving a first search result from the search of the first database;

receiving a second search result from the search of the second database; and

combining the first and the second search results.

22. The method of claim 21, wherein the combining step comprises a Boolean AND operation.

23. The method of claim 21, wherein the combining step comprises a Boolean OR operation.

24. The method of claim 21, wherein the combining step comprises a Boolean NOR operation.

25. The method of claim 21, wherein the first search result is represented by a first icon and the second search result is represented by a second icon, and wherein the combining step comprises overlaying the first and the second icons.

26. The method of claim 3, wherein the displayed data includes one or more data records, each of the one or more data records represented by one or more of text title and an icon, and further comprising overlaying a text title or an icon on a symbol representing an online purchase, wherein the step of overlaying initiates an online purchase of an item represented by the text title or icon.

27. The method of claim 3, further comprising displaying the data on a terminal, the terminal including one of a handheld device, a cellular phone, a geosynchronous positioning satellite (GPS) device, a wrist-worn device, an interactive phone device, a household appliance, a television, a television set top box, a handheld computer, a main frame computer and a personal computer.

28. The method of claim 3, wherein the database is coupled to an Internet website, the method further comprising accessing the Internet website.

29. The method of claim 3, wherein the database is coupled to a node in a telecommunications network, the

US 6,760,720 B1

19

method further comprising accessing the node in the telecommunications network.

**30**. The method of claim **3**, wherein the database is coupled to a terminal for displaying the data.

**31**. A search engine program, executable on a digital logic device, for searching one or more databases using one or more search cycles, comprising:

a request analyzer that receives a search request;

a status control coupled to the request analyzer, the status control including information related to the one or more search cycles;

a database qualifier coupled to the status control that accesses the one or more databases and obtains data field information;

a query generator coupled to the request analyzer that formats the received search request; and

a database driver coupled to the query generator and the database qualifier that returns data from the one or more databases, wherein the request analyzer comprises a truncator, the truncator determining a size of a data field, comparing the size to a specified limit, and reformatting the formatted search request, wherein the reformatted search request causes the database driver to return data with characters reduced in one or more entries and the returned data represents each entry in the data field.

20

**32**. The program of claim **31**, wherein the truncator repeats the truncation until the size of the data field is less than or equal to the specified limit.

**33**. The program of claim **31**, wherein the specified limit is fixed.

**34**. The program of claim **31**, wherein the specified limit is variable.

**35**. The program of claim **31**, wherein the data are displayed on a terminal, and wherein the specified limit is determined dynamically, based on a characteristic of the terminal.

**36**. The program of claim **31**, wherein the program is encoded into the digital logic device.

**37**. The program of claim **31**, wherein the program is incorporated into a database coupled to the digital logic device.

**38**. The program of claim **31**, wherein the digital logic device is a general purpose computer, and wherein the program is a software routine that executes on the general purpose computer.

**39**. The program of claim **31**, wherein the request analyzer comprises a constraint collator, wherein the constraint collator receives a first constraint, wherein the first constraint is related to a data element in a data field, and receives one or more subsequent constraints, wherein search results are generated based on a combination of the first and the one or more subsequent constraints.

*     *     *     *     *