IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION, | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-126 (UNA) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| VILOX TECHNOLOGIES, LLC, | ) |
| Defendant. | ) |

## **ORDER**

This 2nd day of February 2023, Plaintiff Oracle Corporation having moved for leave to file the Complaint in this action and Exhibit 1 thereto under seal, and the Court having determined that good grounds exist for the requested relief; now, therefore,

IT IS HEREBY ORDERED that Plaintiff's motion for leave to file the Complaint and Exhibit 1 thereto under seal is GRANTED.

IT IS FURTHER HEREBY ORDERED that Plaintiff's shall file a public version of the Complaint, which redacts any confidential information, within seven (7) days of this Order.

_____
The Honorable Maryellen Noreika
United States District Judge