IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ORACLE CORPORATION,** | Case No. 1:23-cv-00126-MN |
| Plaintiff, | PATENT CASE |
| v. | |
| **VILOX TECHNOLOGIES, LLC,** | |
| Defendant. | |

### [PROPOSED] ORDER ON
### OPPOSED MOTION TO SUBSTITUTE DEFENDANT UNDER FEDERAL RULE 25

The Court, having considered Defendant's Opposed Motion to Substitute Defendant Under Federal Rule 25 and all other evidence of record, GRANTS the Motion. Effective May 30, 2023, upon the assignment of U.S. Patent No. 6,760,720 and 7,188,100 to Dr. Joseph L. De Bellis:

1. Defendant will be substituted such that Dr. Joseph L. De Bellis will be the Defendant and Vilox Technologies, LLC will be dismissed as Defendant;
2. The law firm of Ramey LLP and all of their attorneys, including William P. Ramey, III and all others, will be discharged from representing Vilox Technologies, LLC (including Dr. Joseph L. De Bellis) in the above referenced cause and all related causes; and
3. Dr. Joseph L. De Bellis will proceed *pro se*, thereby mooting any requirement for Defendant to procure Delaware Counsel.

IT IS SO ORDERED.

_____             _____
Date                                                                      HONORABLE JUDGE PRESIDING