IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 23-126 (MN) |
| VILOX TECHNOLOGIES, LLC, | ) ) ) |
| Defendant. | ) |
| VILOX TECHNOLOGIES, LLC and VILOX, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 23-302 (MN) ) |
| ORACLE CORPORATION, | ) ) |
| Defendant. | ) |

**MOTION FOR EXEMPTION FROM THE COURT'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Oracle Corporation hereby moves for an order to exempt a person from the Court's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Oracle states as follows:

1. The Court's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia* for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A motion hearing is scheduled in these cases for July 27, 2023, in Courtroom 4A.

3.  The following person intends to appear at the motion hearing, requires access to their electronic devices, but do not have a state issued bar card:

- Jared Bobrow

WHEREFORE, Oracle respectfully requests that the Court issue an order, in the form attached hereto, to exempt Mr. Bobrow from the Court's May 15, 2023 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Oracle Corporation*