# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

————

(302) 658-9200
(302) 658-3989 FAX

BRIAN P. EGAN
(302) 351-9454
began@morrisnichols.com

August 24, 2023

The Honorable Maryellen Noreika                    *VIA ELECTRONIC FILING*
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 19, Room 4324
Wilmington, DE 19801-3555

> Re:    *Oracle Corporation v. Vilox Technologies, LLC*, C.A. No. 23-126 (MN)
>         *Vilox Technologies, LLC, et al. v. Oracle Corporation*, C.A. No. 23-302 (MN)

Dear Judge Noreika:

I write with respect to two related matters, *Oracle v. Vilox Tech.*, C.A. No. 23-126-MN, and *Vilox Tech. v. Oracle*, C.A. No. 23-302-MN. At the July 27, 2023 hearing before Your Honor, the parties discussed with the Court documents that have been filed under seal to date (and subsequently redacted on the dockets), and the parties agreed to withdraw their redactions to these documents. Below is the list of documents from each matter that were filed under seal:

**C.A. No. 23-302**
D.I. 23 (Sealed Motion)
D.I. 32 (Sealed Order)
D.I. 56 (Sealed Response to Motion to Intervene)

**C.A. No. 23-126**
D.I. 2 (Complaint)
D.I. 25 (Sealed Response to Motion to Intervene)
D.I. 33 (Sealed Amended Complaint)

The aforementioned documents can be unsealed by the Court. The parties are available at the Court's convenience should it have any questions regarding this request.

The Honorable Maryellen Noreika                                                             Page 2
August 24, 2023

Respectfully,

*/s/ Brian P. Egan*

Brian P. Egan

BPE/rah

cc:      All Counsel of Record (via electronic mail)