Style Definition: Heading 1: Font: 12 pt, Indent: Left: 0.32", Hanging: 0.5"

Style Definition: Body Text: Font: 12 pt, Indent: Left: 0.07"

Style Definition: List Paragraph: Indent: Left: 0.07", First line: 0.5"

Style Definition: Table Paragraph: Font: (Default) Times New Roman

PLAINTIFFS'IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2024 NOV 15 PM 2:39

| | |
|---|---|
| VILOX TECHNOLOGIES, LLC, and JOSEPH L. DE BELLIS<br>Plaintiff, | Civil Action No. 23-302 (MN) |
| v. | |
| ORACLE CORPORATION,<br>Defendant | JURY TRIAL DEMANDED |

## PLAINTIFFS' SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Formatted ... [1]

Formatted: Heading 1, Centered, Indent: Left: 0.56", Right: 0.57", Space Before: 0 pt

Vilox Technologies, LLC ("("Vilox")") filed an ""Original Complaint"" and demand for jury trial in the Western District of Texas, Waco Division, seeking relief from patent infringement of the claims of U.S. Patent No. 6,760,720 ("("the '720'720 patent")") and U.S. Patent No. 7,188,100 ("("the '100'100 patent")") (referred to as the ""Patents-in-Suit")") by Oracle Corporation. ("("Oracle"" or ""Defendant").")). The Original Complaint was transferred to the District of Delaware. This Second Amended Complaint is in response to a Motion to Dismiss filed by Oracle and a corresponding July 27, 2023September 9, 2024 Oral Hearing.

Formatted: Font: 12 pt

Formatted: Indent: Left: 0", First line: 0.5", Right: -0.03", Space Before: 0 pt, Line spacing: Double

Formatted ... [2]

Formatted: Font: 12 pt, Not Expanded by / Condensed by

## I. THE PARTIES

Formatted: Font: 12 pt

Formatted: Font: 12 pt

1. Plaintiff Vilox Technologies, LLC is a Texas Limited Liability Company with its principal

Formatted ... [3]

Formatted: Justified, Indent: Left: 0", First line: 0.44", Right: -0.03", Space Before: 0 pt, Line spacing: Double, Numbered + Level: 2 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: -0.18" + Indent at: 0.07", Tab stops: 0.57", Left + Not

place of business located in Austin, Texas.[1]

Formatted: Font: 12 pt

2. Plaintiff Joseph L. De Bellis, MD intervened in the case in Delaware. Dr. De Bellis is the assignee and owner of the patents-in-issue.

Formatted ... [4]

~~2.~~3. On information and belief, Oracle is a corporation organized under the laws of the State of Delaware having a ~~principal~~ place of business at 2300 Oracle Way, Austin, Texas 78741. On information and belief, Oracle makes, sells, and offers to sell products and services throughout ~~Texas~~Delaware and Delaware, including in this judicial district, and introduces products and services that perform infringing methods or processes into the stream of commerce knowing that they would be sold in Texas and Delaware including this judicial district. Oracle has been served.

Formatted ... [5]

~~perform infringing methods or processes into the stream of commerce knowing that they would be~~

[1] Vilox is seeking to be dismissed from the case as it no longer owns the Patents-in-Suit.

sold in Texas and Delaware including this judicial district. Oracle can be served with process through their registered agent, Corporation Service Company d/b/a CSC Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701, or wherever they may be found.

## II. JURISDICTION AND VENUE

Formatted: Font: 12 pt, Font color: Auto, Character scale: 100%

Formatted ... [6]

Formatted: Heading 1, Indent: Left: 0", First line: 0", Right: -0.03", Space Before: 0 pt, Numbered + Level: 1 + Numbering Style: I, II, III, ... + Start at: 1 + Alignment: Left + Aligned at: 0.32" + Indent at: 0.82", Tab stops: 0.82", Left + Not at 0.85"

4. This Court has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because PlaintiffsPlaintiff's claims arise under an Act of Congress relating to patents, namely, 35 U.S.C. § 271.

Formatted: Font: 12 pt, Font color: Auto, Character scale: 100%

Formatted ... [7]

4.5. The Original Complaint was filed in Texas and subsequently was transferred to the District of Delaware. Thus, this Court has personal jurisdiction over Defendant because: (i) Defendant is present within or has minimum contacts within the State of Delaware and this judicial district; (ii) Defendant has purposefully availed itself of the privileges of conducting business in the State of Delaware and in this judicial district; and (iii) Plaintiff'sPlaintiff's cause of action arises directly from Defendant'sDefendant's business contacts and other activities in the State of TexasDelaware and in this judicial district.

Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: -0.03", Space Before: 0 pt, Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 4 + Alignment: Left + Aligned at: 0" + Indent at: 0.25"

Formatted ... [8]

6. Because of the transfer, venue is proper in this district under 28 U.S.C. §§ 13911391(b) and 1400(b). as Defendant is incorporated in Delaware. Defendant has committed acts of active and willful infringement and has a regular and established place of business in this District. Further, venue is proper because Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in TexasDelaware and in this District.

Formatted ... [9]

## III. INFRINGEMENT - Infringement of the '720'720 Patent

Formatted ... [10]

Formatted: Font: 12 pt

Formatted: Right: -0.03", Space Before: 0 pt

~~5.~~7. On July 6, 2004, U.S. Patent No. 6,760,720 (~~"~~"the ~~'720~~'720 patent~~"~~"), attached as Exhibit A) entitled ~~"~~"Search-on-the-Fly/Sort-on-the-Fly Search Engine for Searching Databases~~.~~," was duly and legally issued by the U.S. Patent and Trademark Office. At the time of infringement of the ~~'720~~'720 Patent claims, Vilox owned the patent. ~~However,~~ Dr. De Bellis now owns the ~~'720~~'720 patent by assignment.

Formatted: Font: 12 pt, Font color: Auto

Formatted [... 11]

Formatted: Justified, Indent: Left: 0", First line: 0.49", Right: -0.03", Space Before: 3.95 pt, Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 4 + Alignment: Left + Aligned at: 0" + Indent at: 0.25", Tab stops: 0.57", Left + Not at 1.05"

8. The ~~'720~~'720 patent relates to a novel and improved method and apparatus for conducting on-the-fly searches providing users with an intuitive mechanism for searching databases, allowing a user to access data in the database without having to know the structure of the database.

Formatted [... 12]

~~6.~~9. Oracle made, used, sold, and offered for sale within ~~Texas~~Delaware and within this District and elsewhere in the United States and/or imported into ~~Texas~~Delaware and into this District and elsewhere in the United States, products or services that, among other features, includes receiving a selection of one or more databases, generating a list of data fields that include a descriptor indicating a data category, receiving a search selection for a data field from the list of data fields, determining a quantity of entries in the selected database field, determining if the number of entries in the database field is equal to or less than a specified number of entries or if the number of entries does not exceed the specified amount, and if in excess of the specified amount reducing the number of characters displayed to the user, that infringes one or more of claims 1-39 of the ~~'720~~'720 patent, including one or more of those claims, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the ~~'720~~'720 patent into service (i.e., used them); but for ~~Defendant's~~Defendant's actions, the claimed—invention embodiments involving ~~Defendant's~~Defendant's products and services would never have been put into service. ~~Defendant's~~Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant procured monetary and commercial benefit from it.

Formatted [... 13]

~~7.~~ The Accused Instrumentalities are embodied in a number of Oracle ~~Database~~

Formatted [... 14]

products, ~~Oracle~~

**Formatted:** Font: 12 pt, Font color: Auto, Character scale: 100%

10. which include but are not limited to **Oracle Database, Oracle Commerce (formerly ATG Commerce)**, and **Oracle Cloud Infrastructure** ("("OCI"), and Oracle ATG Platform") Oracle's Cloud-based Software as a Service (SaaS). These products and services generally relate to retrieval, search, generation of results, and truncation of displayed characters performed within Oracle Database products, OCI products, and generation of results. **Oracle** ATG Platform products**Commerce**, which evolved from the acquisition of **ATG (Art Technology Group)** and **Endeca**, is an enterprise-grade e-commerce platform designed to help businesses create, manage, and optimize online storefronts, product catalogs, and customer interactions. It provides tools for handling complex e-commerce environments, offering flexibility and scalability for both B2C (Business-to-Consumer) and B2B (Business-to-Business) markets.

Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: -0.03", Space Before: 3.95 pt, Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 4 + Alignment: Left + Aligned at: 0" + Indent at: 0.25", Tab stops: 1.07", Left

Formatted ... [15]

11. OCI provides a cloud-based solution whereby Oracle customers store their data on Oracle Database, which is run on Oracle Commerce and hosted on Oracle servers. That is, Oracle, in offering at least its Software as a Service ("SaaS") directly infringes the method claims of the '720 patent because Oracle executes the software programs that correlate to Oracle Products, on one or more Oracle servers, at one or more Oracle server farms (i.e., in the Cloud).

12. Support for theall allegations of infringement may be found in the charts attached as Exhibits B -Dand E. The following description outlines a general theory of infringement.

Formatted: Font: 12 pt

Formatted ... [16]

8.13. **INFRINGEMENT OF CLAIM 1 OF THE '720'720 PATENT by Oracle Database:, Oracle Commerce (formerly ATG Commerce), and Oracle Cloud Infrastructure:**

Formatted: List Paragraph, Left, Indent: Left: 0", First line: 0.5", Right: -0.03", Space Before: 0 pt, Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 4 + Alignment: Left + Aligned at: 0" + Indent at: 0.25", Tab stops: 1.07", Left

Formatted ... [17]

refer to Exhibit B, clearly showing infringement of the '720 Patent, and the following:

14. The **preamble of claim 1** recites ""A method implemented on a computer for searching databases." An." Oracle operates a System of Oracle server farms throughout the United

Formatted ... [18]

States. Each Oracle server farm includes multiple Oracle servers, and each Oracle server executes Oracle software (programs and applications) for the benefit of Oracle's customers. The image below is a map showing locations of Oracle's North American server farms as of 2019. As can be seen in the map, in 2019, Oracle operated three such server farms, one each in Phoenix, Chicago, and Ashburn, VA.




*See* Exhibit B, page 3..

~~9.~~15. Oracle refers to this system of server farms as **Oracle Cloud Infrastructure (OCI). (OCI)** interacts with **Oracle Database** ~~2 Day Developers Guide ("Guide") "Shows how~~ to ~~develop and deploy a simple~~ store customer data, operate on that data, and provide reports and analytics to Oracle's customers. Customer data may include key business data, such as product catalogs, customer profiles, pricing, promotions, and order information, as well as sensitive employee information. The Oracle Database ~~application." Guide 1-1. The Guide continues on page 1-4: "**Structured Query Language (SQL)** [see following paragraph] (pronounced *sequel*) is the set-based, high-level computer language with which all programs and users access data in Oracle~~

**Formatted:** Justified, Indent: Left: 0", First line: 0.5", Right: -0.03", Space Before: 3.95 pt, Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 4 + Alignment: Left + Aligned at: 0" + Indent at: 0.25", Tab stops: 1.07", Left + Not at 1.04"

**Formatted:** Font: 12 pt, Bold

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

Database." (Emphasis in Guide.) Thus platform queries the Guide makes clear that operations (e.g., searching, using SQL) on stored data to fetch real-time data for search results, product displays, and personalized experiences; handling transactions like order placement, updates to inventory, and customer data in the Oracle Database is a computer-implemented method. Furthermore, the claim chart of Exhibit B shows an install and upgrade routine to install a database and corresponding database application on a computer.

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

10. During the July 27, 2023 Oral Hearing before this court, counsel for Oracle stated that "the fundamental problem with the pleadings ... [is that] the claim charts are stitched together using multiple Oracle products that aren't Oracle database or ATG, number one, and number two they rely upon essentially a software program called SQL ... that's not an Oracle product." See Hearing transcript, page 19.

11. This statement from the Oral Hearing is demonstrably FALSE in that the claim charts are not "stitched together," and that in fact, SQL is an Oracle product, as Oracle's own publicly available documents prove. Turning first to the issue of SQL, following is an excerpt

~~from a document Oracle produced in this litigation in an effort to refute the claim infringement charges. Specifically, on page 5, the Oracle-produced document, Introduction to Oracle Database (provided by link in Document 38-2, Declaration of Diana M. Rutkowski, originally filed in the Western District of Texas), discloses:~~

> ~~Data Access~~
>
> ~~A general requirement for a DBMS is to adhere to accepted industry standards for a data access language.~~
>
> ~~Structured Query Language (SQL)~~
>
> ~~SQL is a set-based declarative language that provides an interface to an RDBMS such as Oracle Database.~~
>
> ~~Procedural languages such as C describe *how* things should be done. SQL is nonprocedural and describes *what* should be done.~~
>
> ~~SQL is the ANSI standard language for relational databases. All operations on the data in an Orade database are performed using SQL statements. For example, you use SQL to create tables and query and modify data in tables.~~
>
> ~~A SQL statement can be thought of as a very simple, but powerful, computer program or instruction. Users specify the result that they want (for example, the names of employees), not how to derive it. A SQL statement is a string of SQL text such as the following:~~
>
> ~~SELECT first_name, last_name FROM employees;~~ fo ~~Copy~~
>
> ~~SQL statements enable you to perform the following tasks:~~
>
> - ~~Query data~~
> - ~~Insert update, and delete rows in a table~~
> - ~~Create, replace, alter, and drop objects~~
> - ~~Control access to the database and its objects~~
> - ~~Guarantee database consistency and integrity~~
>
> ~~SQL unifies the preceding tasks in one consistent language. Oracle SQL is an implementation of the ANSI standard. Oracle SQL supports numerous features that extend beyond standard SQL.~~

~~What this excerpt makes clear is that Oracle uses SQL in its database products, contrary to~~

~~Oracle's counsel would have this court believe. Furthermore, Oracle's counsel repeated this false allegation on each of pages 20, 21, 22, 23, and 24 of the transcript. In other words, it appears that Oracle's major justification for dismissal of the Original Complaint under FRCP 12(b)(6) is the allegation that Oracle does not use SQL. That "justification" has NO BASIS in fact, and in the event the justification may have swayed the court, Plaintiff respectfully requests the court deny the Motion to Dismiss under FRCP 12(b) (6).~~[1]

~~12. The other allegation, that the claim charts are "stitched together" also is false. However, in the Amended Complaint, Dr. De Bellis provides additional clarity as to how the claim limitations can be found in Oracle products, including Oracle Database. In addition, Dr. *De Bellis* provides additional claim charts from both the '720 Patent and the '100 patent.~~

~~13. In addition to addressing the two allegations (discussed above) that were presented to this court during the Oral Hearing, Dr. De Bellis here addresses the issue of if and how Oracle Corporation can directly infringe method claim 1 of the '720 Patent. Specifically, Oracle Corporation discloses:~~

Formatted: Font: Italic, Thick underline, Font color: Auto, Character scale: 105%

Formatted: Font: Italic, Thick underline, Font color: Auto, Character scale: 105%, Not Expanded by / Condensed by

Formatted: Font: Italic, Thick underline, Font color: Auto, Character scale: 105%

Formatted: Font: Italic, Thick underline, Font color: Auto, Character scale: 105%, Not Expanded by / Condensed by

Formatted: Font: Italic, Thick underline, Font color: Auto, Character scale: 105%

Formatted: Font: Italic, Font color: Auto, Character scale: 105%

[1] ~~As a side note, during the July 27, 2023 Oral Hearing, counsel for Vilox Technologies, LLC had an opportunity to point out the absurdity of Oracle's arguments, but failed to do so, instead further muddying the waters with his response to this court's question regarding SQL. See Transcript, pages 28 – 30. Apparently, neither counsel knows that Oracle Database uses SQL. Vilox Technologies, LLC's counsel also could not address this court's question (see Transcript, page 30) regarding Oracle practicing the method of claim 1 of the '720 and '100 Patents. See Transcript, pages 30 – 34. One simple observation is that Oracle sold the software that enabled the method. Accordingly, included with this Amended Complaint are claim charts for apparatus claims of both the '720 and '100 Patents. However, as alleged herein, Oracle does directly infringe the method claims because Oracle operates a cloud computing service (i.e., "software as a service"), specifically Oracle Cloud Infrastructure ("OCI"), and on information and belief, that cloud computing service, OCI, involves Oracle Corporation executing a "method." That is, on~~

~~information and belief, OCI operates on Oracle servers, and thus Oracle executes the method. See paragraph 17 of this Amended Complaint.~~

- Plugging In to the Cloud

Oracle Database 12c, released in 2013, was designed for the Cloud, featuring a new Multitenant architecture, In-Memory column store, and support for JSON documents. Oracle Database 12c helped **DBAs** make more efficient use of their IT resources, while continuing to reduce costs and improve service levels for end users.

Introduction to Oracle Database, page 3. This disclosure appears to relate to Oracle's software as a service product; that is, Oracle Database hosted on an Oracle cloud server. On Information and belief, Dr. De Bellis asserts that, with discovery, he will be able to show direct infringement of the method claims, including claim 1 of the '720 Patent, by Oracle, because it is Oracle's server that is executing the methods enabled through Oracle Database using Oracle's "Oracle Cloud Infrastructure." See footnote 1.

16. Continuing with the '720'720 Patent, claimClaim **1, the first limitation** is "“determining a database schema for a database, wherein the database includes database fields." ." This limitation is met by **Oracle Database**. For example, theAn Oracle Database 2-Day Developers Guide (Guide) (see Exhibit B), describes schemas composed of schema objects. A schema object may be, for example, a table or an index. Page 2 – 7 of the Guide discloses "“determining a database schema;":" in this example, the schema objects are indexes. Specifically, page 2 – 7 discloses the following determined schema, including schema "“OBJECT_NAME"" and schema "“OBJECT_TYPE"" for an example Oracle Database for human resources (HR):

Formatted: Font: 12 pt, Font color: Auto

Formatted ... [19]

Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: -0.03", Space Before: 0 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 4 + Alignment: Left + Aligned at: 0" + Indent at: 0.25", Tab stops: 1.07", Left

~~Example 2-2 Viewing HR S hctn# Objects with SQL*Plus~~

~~COLUMN OBJECT_NAME FORMAT A25~~
~~COLUMN OBJECT_TYPE FORMAT A25~~

~~SELECT OBJECT_NAME, OBJECT_TYPE FROM USER_OBJECTS~~
~~ORDER BY OBJECT_TYPE, OBJECT_NAME;~~

~~Result is similar to:~~

~~OBJECT_NAME OBJECT_TYPE~~

~~COUNTRY_C_ID_PK INDEX~~
~~DEPT_ID_PK INDEX~~
~~DEPT_LOCATION_IX INDEX~~
~~EMP_DEPARTMENT_IX INDEX~~
~~EMP_EMAIL_UK INDEX~~
~~EMP_EMP_ID_PK INDEX~~
~~EMP_JOB_IX INDEX~~
~~EMP_MANAGER_IX INDEX~~

~~ORACLE~~ ~~2-7~~

**Example 2-2 Viewing HR Schema Objects with SQL*Plus**

```
COLUMN OBJECT_NAME FORMAT A25
COLUMN OBJECT_TYPE FORMAT A25

SELECT OBJECT_NAME, OBJECT_TYPE FROM USER_OBJECTS
ORDER BY OBJECT_TYPE, OBJECT_NAME;
```

Result is similar to:

```
OBJECT_NAME               OBJECT_TYPE
------------------------- -------------------------
COUNTRY_C_ID_PK           INDEX
DEPT_ID_PK                INDEX
DEPT_LOCATION_IX          INDEX
EMP_DEPARTMENT_IX         INDEX
EMP_EMAIL_UK              INDEX
EMP_EMP_ID_PK             INDEX
EMP_JOB_IX                INDEX
EMP_MANAGER_IX            INDEX
```

ORACLE 2-7

Developers can extend or modify the schema to accommodate unique business processes, but the foundation is typically provided by the integrated database setup.

The **wherein clause of the first limitation** is met by simple reference to the above excerpt from the Guide. For example, one database field is "Country_C_ID_PK." Also see Exhibit B, page 4, describing that an Oracle Database comprises a "logical structure called a schema." In addition, as discussed in paragraph 19 below, for table schema objects, the table columns are

| | |
|---|---|
| Formatted | ... [20] |
| Formatted | ... [22] |
| Formatted | ... [23] |
| Formatted | ... [24] |
| Formatted | ... [25] |
| Formatted | ... [26] |
| Formatted | ... [27] |
| Formatted | ... [28] |
| Formatted | ... [29] |
| Formatted | ... [30] |
| Formatted | ... [31] |
| Formatted | ... [32] |
| Formatted | ... [33] |
| Formatted | ... [34] |
| Formatted | ... [35] |
| Formatted | ... [36] |
| Formatted | ... [37] |
| Formatted | ... [38] |
| Formatted | ... [39] |
| Formatted | ... [21] |
| Formatted | ... [40] |
| Formatted | ... [41] |
| Formatted | ... [42] |
| Formatted | ... [43] |
| Formatted | ... [44] |
| Formatted | ... [45] |
| Formatted | ... [46] |
| Formatted | ... [47] |
| Formatted | ... [48] |
| Formatted | ... [49] |
| Formatted | ... [50] |
| Formatted | ... [51] |
| Formatted | ... [52] |
| Formatted | ... [53] |
| Formatted | ... [54] |
| Formatted | ... [55] |
| Formatted | ... [56] |
| Formatted | ... [57] |
| Formatted | ... [58] |
| Formatted | ... [59] |

named database fields.

14.17. The second limitation of claim 1 is ""providing a list of the database fields, wherein the list includes a descriptor indicating a data category."." The above excerpt of page 2 – 7 of the Guide shows a list of the database fields in the left-hand column, and each database field includes a name (e.g., ""Country_C_ID_PK"") of the database field; that is, ""Country_C_ID_PK"" is the descriptor.

Formatted ... [60]

15.18. AnotherA second example is provided in ""Introduction to Oracle Database"" (as noted above, kindly produced by Oracle in response to the Original Complaint), page 4:

Formatted ... [61]

~~Tables~~

~~A table describes an entity such as employees.~~

~~You define a table with a table name, such as employees, and set of columns. In general, you give each column a name, a data type, and a width when you create the table.~~

~~A table is a set of rows. A column identifies an attribute of the entity described by the table, whereas a row identifies an instance of the entity. For example, attributes of the employees entity correspond to columns for employee ID and last name. A row identifies a specific employee.~~

~~You can optionally specify a rule, called an integrity constraint, for a column. One example is a NOT NULL integrity constraint. This constraint forces the column to contain a value in every row.~~

## Tables

A table describes an entity such as employees.

You define a table with a table name, such as `employees`, and set of columns. In general, you give each column a name, a data type, and a width when you create the table.

A table is a set of rows. A column identifies an attribute of the entity described by the table, whereas a row identifies an instance of the entity. For example, attributes of the employees entity correspond to columns for employee ID and last name. A row identifies a specific employee.

You can optionally specify a rule, called an integrity constraint, for a column. One example is a `NOT NULL` integrity constraint. This constraint forces the column to contain a value in every row.

As can be seen from the Oracle-produced document, one schema object, namely a table, consists of a set of rows and columns, with a column identifying an attribute of an entity described in the table. Thus, the columns correspond to database fields and the column has a name that identifies the attribute. Accordingly, the Oracle-supplied document further supports the assertions of infringement for claim 1 of the ~~720~~'720 Patent.

Formatted: Font: 12 pt

Formatted ... [62]

Formatted: List Paragraph, Left, Indent: Left: 0", First line: 0", Right: -0.03", Line spacing: Double, Tab stops: 1.07", Left

19. A third example of Oracle Database creating a schema can be understood from **Mr. Bobrow's own words** from the transcripts of the September 9, 2024 Hearing (Second Hearing) when he describes Oracle Database: "…Oracle Database can store information in that database and can query that database…Sometimes

it's information about employees and, you know, their ID number, their Social Security number, their date of hire, all of that can get organized in tables and these tables have essentially column headings and you can query the database to do different things."

20. Finally, in **Oracle Database, attributes (or properties)** such as product name, price, and category are used to define the schema for an e-commerce system. These attributes are linked to database fields and form the basis for data structuring. Oracle Commerce uses these attributes to create a flexible and dynamic schema, which can power functions like search, faceted navigation, personalization, and dynamic pricing. These attributes ensure that relevant data points are indexed and available for querying and filtering during user interactions. In **Oracle Database**, the MDEX engine indexes product attributes and processes user queries to deliver personalized, highly relevant search results and content for an optimized e-commerce experience.

~~16.~~21. The **third limitation of claim 1** is ~~"~~"receiving a search selection for a database field on the provided list of database fields.~~" The Guide discloses: A **query**, or SQL SELECT statement, selects data from one~~." Oracle dynamically refines and returns a list of products or ~~more tables or views." Guide, page 2 - 12 (emphasis in Guide).~~content based on these selections, with real-time adjustments to the number of entries displayed.

~~17.~~ The **fourth limitation of claim 1** is ~~"~~"determining a quantity of entries in the selected database field.~~" The following excerpt from the Guide shows a function for determining (counting) the number ofrows in selected database field. The Guide describes a "Group"~~

Formatted: Font: 12 pt
Formatted: Font: 12 pt, Bold
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Not Expanded by / Condensed by
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Not Expanded by / Condensed by
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Not Expanded by / Condensed by
Formatted: Font: 12 pt
Formatted ... [63]
Formatted ... [64]
Formatted: Font: 12 pt
Formatted ... [65]
Formatted: Font: 12 pt
Formatted ... [66]
Formatted: Font: 12 pt, Bold
Formatted ... [67]
Formatted: Font: 12 pt, Bold
Formatted ... [68]
Formatted: Font: 12 pt, Bold
Formatted ... [69]
Formatted: Font: 12 pt
Formatted ... [70]
Formatted: Font: 12 pt
Formatted ... [71]
Formatted: Font: 12 pt
Formatted ... [72]
Formatted: Font: 12 pt
Formatted ... [73]
Formatted: Font: 12 pt
Formatted ... [74]
Formatted: Font: 12 pt
Formatted ... [75]
Formatted: Font: 12 pt
Formatted ... [76]
Formatted: Font: 12 pt

~~Example 2-22 Counting the Number of Rows In Each Group~~

```
SELECT MANAGER_ID "Manager",
COUNT(*) "Number of Reports"
FROM EMPLOYEES
GROUP BY MANAGER_ID
ORDER BY MANAGER_ID;
```

~~**ORACLE.**~~

~~As the Guide further explains:~~

~~An aggregate function takes a group of rows and returns a single~~ ." In **Oracle Database**, the number of search or product entries returned can be determined by default settings within the platform, such as **pagination limits** or **result** ~~row. The group of rows can be an entire table or view. The aggregate functions that SQL supports are listed and described in *Oracle Database SQL Language Reference*. Aggregate functions are especially powerful when used with the GROUP BY clause.~~

22. ~~which groups query results by one~~**thresholds**. These limits can be configured **or** ~~more columns, with a result for each group. The query in Example 2-22 uses the COUNT function and the GROUP BY clause to show~~adjusted depending on the business needs, allowing administrators to specify **how many** ~~people report to each manager. The wildcard character, *, represents an entire record. Guide, page 2-29~~results are displayed on each page or in response to a query. This can typically be adjusted through configurations within the Oracle Commerce Workbench or by modifying search query parameters or pagination controls in the application layer.

~~18.~~23. **The fifth limitation of claim 1 is "if the quantity** ~~exceed~~exceeds **a specified amount, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field"** ~~The following excerpt from the Guide shows an example of determining a number of entries (in the example, six entries) and truncating each of the entries by reducing characters in one or more of the six entries and the truncated data represents each of the six entries:~~". Oracle Commerce can adjust the number of characters displayed in search

**Formatted:** Font: Bold, Font color: Auto
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted:** List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: -0.03", Space Before: 0 pt, Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 4 + Alignment: Left + Aligned at: 0" + Indent at: 0.25", Tab stops: 1.07", Left
**Formatted:** Font: 12 pt, Font color: Auto, Not Expanded by / Condensed by
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted:** Font: 12 pt, Font color: Auto, Not Expanded by / Condensed by
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted:** Font: 12 pt
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted:** Font: 12 pt, Bold, Font color: Auto
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted:** Font: 12 pt, Font color: Auto, Not Expanded by / Condensed by
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted:** Font: 12 pt, Font color: Auto, Not Expanded by / Condensed by
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted** ... [77]
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted** ... [78]
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted** ... [79]
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted** ... [80]
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted** ... [81]
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted** ... [82]
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted** ... [83]
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted** ... [84]
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted** ... [85]
**Formatted:** Font: 12 pt, Font color: Auto
**Formatted** ... [86]
**Formatted:** Font: 12 pt, Font color: Auto

results to fit the user interface. This typically involves truncating longer text fields, such as product descriptions or titles, to ensure that the content fits within a designated display area on search result pages or product listings. If needed, the platform provides options such as **"Read More"** or **Expand Buttons** to allow users to view the full content. The character limits can be configured based on the layout and design of the storefront. In systems like Oracle Commerce, truncation of facet lists is a necessary technique to manage large datasets and provide users with a more organized, efficient search experience. By sorting facet values **alphanumerically** and **truncating** the list based on relevance, the system ensures that users see meaningful and manageable sets of options first, with the ability to explore further via **"Show More"** if needed. This approach helps maintain both usability and performance when dealing with large, complex datasets in e-commerce, enterprise search, and business intelligence applications.

**Formatted:** Font: 12 pt, Font color: Auto

| | |
|---|---|
| Chen | 269.59 |
| Faviet | 295.89 |
| Greenberg | 394.52 |
| Popp | 226.85 |
| Sciarra | 253.15 |
| Urman | 256.44 |

6 rows selected.

**Example 2-15 Truncating Numeric Data**

```
SELECT LAST_NAME,
TRUNC ((SALARY * 12) /365) "Daily Pay"
FROM EMPLOYEES
WHERE DEPARTMENT_ID= 100
ORDER BY LAST_NAME;
```

**Result:**

| LASTNAME | Daily Pay |
|---|---|
| Chen | 269 |
| Faviet | 295 |
| Greenberg | 394 |
| Popp | 226 |
| Sciarra | 253 |
| Urman | 256 |

6 rows selected.

19.24. **The sixth and final limitation of claim 1** recites "if the quantity does not exceed the specified amount, displaying contents of the database field." On information and belief, this limitation of claim 1 as shown in EXHIBIT B, page 13.." If the pagination limit or results threshold is not met by or exceeded the results of Oracle DatabaseCommerce searches are displayed in their entirety.

20.IV. **INFRINGEMENT OF CLAIM 39 OF THE '720 '100 PATENT** by Oracle Database; refer to Exhibit C, clearly showing infringement of the '720 Patent, and the following:

21. The Preamble of claim 39 recites a "search engine program." and thus claim 39 is an apparatus claim that is infringed by Oracle's actions related to making, selling, and offering for sale the oracle Database products. Additionally, on information and belief, the search engine program is infringed by use of Oracle Database as a component of Oracle Cloud Infrastructure (OCI. See paragraph 17 above and footnote 1.



Formatted: Font: 12 pt
Formatted: Font: 12 pt, Not Expanded by / Condensed by
Formatted: Font: 12 pt, Bold
Formatted: Font: 12 pt, Bold, Not Expanded by / Condensed by
Formatted: Font: 12 pt, Bold
Formatted ... [88]
Formatted: Font: 12 pt, Bold
Formatted ... [89]
Formatted: Font: 12 pt, Bold
Formatted ... [90]
Formatted: Font: 12 pt, Bold
Formatted ... [91]
Formatted: Font: 12 pt, Bold
Formatted: Font: 12 pt
Formatted: Font: 12 pt
Formatted ... [92]
Formatted ... [87]
Formatted: Font: 12 pt
Formatted ... [93]
Formatted: Font: 12 pt
Formatted ... [94]
Formatted: Font: 12 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Character scale: 100%
Formatted ... [95]
Formatted: Font: 12 pt, Character scale: 100%
Formatted ... [96]
Formatted: Font: 12 pt, Character scale: 100%
Formatted ... [97]
Formatted ... [98]
Formatted ... [99]
Formatted: Font: 12 pt, Bold

~~22. The first limitation of claim 39 is a request analyzer that receives a search request.~~

~~Oracle Database uses the terms "query" and a "SELECT statement" as the equivalent of the~~

claimed search request.

23. The second limitation of claim 39 is a status control that includes information related to the one or more search cycles. This limitation is met by Oracle's incorporation of SQL statements as described in Oracle Database 2 Day Developers Guide ("Guide").

24. The third limitation of claim 39 is a database qualifier that controls access to a database and obtains data field information. The Guide, 2-17, meets this third limitation.

25. The fourth limitation of claim 39 is a query generator that formats the received search request. The Guide, 2-17 to 2-27 illustrates query formatting that meets this fourth limitation.

26. The fifth limitation of claim 39 is a database driver that returns data from the one or more databases. The Guide, 8-4 discloses an Execute Immediate function that meets this fifth limitation.

27. The sixth and final limitation of claim 39 is a truncator that determines a size of a data field, compares the size to a specified limit, and reformats the search request to return data with characters reduced in one or more entries. On information and belief, Oracle Database enables this function. In addition, Guide, starting at 8-18 describes several adaptive search functions. One such function is:

**Iterative Processing: Arrays**

Array processing is identical to row-by-row processing, except that it processes a group of rows in each iteration rather than a single row.

Assume that your functional requirement is the same as in Example X-X: query an external table named ext_scan_events, and then insert its rows into a heap-organized staging table named stagel_scan_events. The following PUSQL block uses an array technique to meet this requirement:

```
declare
  cursor c is select * from ext_scan_events e;
  type t is table of c%rowtype index by binary_integer;
  a t;
  rows binary_integer := 0;
begin
  open c;
  loop
    fetch c bulk collect into a limit array_size;
    exit when a.count = 0;
    forall i in 1..a.count
      insert into stagel_scan_events d values a(i);
    commit;
  end loop;
  close c;
end;
```

28. INFRINGEMENT OF CLAIM 1 OF THE '720 PATENT by Oracle ATG: refer to Exhibit D, clearly showing infringement of the '720 Patent, claim 1.

29. For claims 1 and 39, the allegations of infringement are preliminary and are therefore subject to change.

30. Defendant's infringing actions are without license and authorization.

31. Defendant induced infringement from at least March 2017. Defendant actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies) as to make, sell, and use its products and services (e.g., via Oracle Database products, and Oracle ATG Platform products, and OCI, implementing a method to retrieve, and search records, generate results, and display results) and related products and services such as to cause infringement of one or more of claims 1-39 of the '720 patent, literally or under the doctrine of equivalents. Defendant

encouraged and instructed others on how to use the products showing specific intent. Moreover, Defendant has known of the '720 patent and the technology underlying it since at least March 2017. For clarity, direct infringement is alleged in this complaint.

32. Defendant contributorily infringed the claims of the '720 Patent from at least March 2017. Defendant has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., via Oracle Database products, and Oracle ATG Platform products, and OCI products implementing a method to retrieve, and search records, generate results, and display results) and to sell and use related products and services such as to cause infringement of one or more of claims of the '720 Patent, literally or under the doctrine of equivalents. Defendant, from at least March 2017, encouraged and instructed others on how to use the products showing specific intent. Further, there are no substantial noninfringing uses for Defendant's products and services. For clarity, direct infringement is previously alleged in this complaint.

33. Defendant has caused Dr. De Bellis damage by direct and indirect infringement of (including inducing infringement of) the claims of the '720 patent.

IV. INFRINGEMENT OF THE '100 PATENT

34.25. On March 6, 2007, U.S. Patent No. 7,188,100 ("the '100 '100 patent"," attached as Exhibit DC) entitled ""Search-on-the-Fly Report Generator,"," was duly and legally issued by the U.S. Patent and Trademark Office. At the time of infringement alleged in this Amended Complaint, Vilox owned the '100 Patent by assignment. Dr. De Bellis now owns the '100 '100 Patent by assignment.

26. The '100 '100 Patent relates to a novel and improved method and apparatus for taking the results of a search using a search-on-the-fly search engine (or other search engine), generating a search result that includes descriptors of data categories, and creating a template that includes a link or path to one or more fields

Formatted: Body Text, Right: -0.03", No bullets or numbering, Tab stops: Not at 0.81"

Formatted ... [100]

Formatted ... [101]

in one or more databases.

Formatted: Font: 12 pt

link or path to one or more fields in one or more databases.

27. Support for all allegations of infringement may be found in the charts attached as Exhibits D and F. The following description outlines a general theory of infringement.

35.28. Oracle made, used, sold and/or offered for sale within TexasDelaware and within this District and elsewhere in the United States and/or imported into TexasDelaware and this District and elsewhere in the United States, products or services that, among other features, includes receiving a database query, searching a database ontheon-the-fly based on the query using a search-on-the-fly search engine (or other search engine), tweaking the received query to generate a defined query of the database, accessing the database using the defined query, generating a search result that includes descriptors of data categories, and creating a template that includes a link or path to one or more fields in one or more databases, that infringes one or more of daimsclaims 1-38 of the '400'100 Patent, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the '400'100 Patent into service (i.e., used them); but for Defendant'sDefendant's actions, the claimed-invention embodiments involving Defendant'sDefendant's products and services would never have been put into service. Defendant'sDefendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant'sDefendant's procurement of monetary and commercial benefit from it.

Formatted ... [102]

Formatted: Justified, Indent: Left: 0", First line: 0.5", Right: -0.03", Space Before: 0.05 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 4 + Alignment: Left + Aligned at: 0" + Indent at: 0.25", Tab stops: 1.07", Left + Not at 1.19"

36. The Accused Instrumentalities are embodied in a number of Oracle products which include but are not limited to **Oracle Database** products, **Oracle** ATG PlatformBI **(Business Intelligence)** and **Oracle Analytics**, products, and OCI that are used for creating report templates based on data from Oracle databases. These tools allow users to design, format, and generally relate to retrieval, search, generation of resultsgenerate reports from database queries, visualizations, and truncation of displayed characters performed within Oracle

Formatted ... [103]

~~Database~~ data analyses. Report templates are created in Oracle BI Publisher or Oracle Analytics Cloud, where users can customize layouts and structures using predefined templates or build new ones for repeated reporting purposes. These products~~. Oracle ATG Platform~~ are available as stand alone products~~, and OCI.~~

~~37.~~29. or packaged on **Oracle Cloud Infrastructure** ("OCI") Oracle's Cloud-based Software as a Service (SaaS). Support for the allegations of infringement may be found in the claim charts attached as Exhibits ~~F—H~~D and the following paragraphs 44 – 46.

~~38.~~ **Method claim 1** ~~(see Exhibit F) and apparatus claim 32 (see Exhibit G) each recite a~~ recites a "**query tweaker**." The specification of the ~~'100~~'100 Patent discloses that the query tweaker receives a raw query and performs "special transformations and ~~corrections~~correct7ions, including JOIN operations based on the database schema, applying filters and plug-ins, and applying GROUP BY clauses."

Formatted: Font: 12 pt, Font color: Text 1
Formatted: Font: 12 pt, Font color: Text 1
Formatted: Justified, Indent: Left: 0", First line: 0.5", Right: -0.03", Space Before: 0.05 pt, Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 4 + Alignment: Left + Aligned at: 0" + Indent at: 0.25", Tab stops: 1.07", Left + Not at 1.15"
Formatted: Font: 12 pt, Font color: Auto
Formatted: Font: 12 pt, Font color: Text 1
Formatted: Font: 12 pt, Font color: Auto
Formatted: Font: 12 pt, Font color: Auto
Formatted: Font: 12 pt, Font color: Auto, Not Expanded by / Condensed by
Formatted: Font: 12 pt, Font color: Auto
Formatted: Font: 12 pt, Bold, Font color: Auto
Formatted: Font: 12 pt, Bold, Font color: Auto, Not Expanded by / Condensed by
Formatted: Font: 12 pt, Bold, Font color: Auto
Formatted: Font: 12 pt, Font color: Auto, Not Expanded by / Condensed by
Formatted: Font: 12 pt, Bold, Font color: Auto
Formatted: Font: 12 pt, Font color: Auto, Not Expanded by / Condensed by
Formatted: Font: 12 pt, Font color: Auto
Formatted: Font: 12 pt, Font color: Auto, Not Expanded by / Condensed by
Formatted: Font: 12 pt, Font color: Auto
Formatted: Font: 12 pt, Font color: Auto, Not Expanded by / Condensed by
Formatted: Font: 12 pt, Font color: Auto
Formatted ... [104]
Formatted: Font: 12 pt, Font color: Auto
Formatted ... [105]
Formatted: Font: 12 pt, Font color: Auto
Formatted ... [106]
Formatted: Font: 12 pt, Font color: Auto
Formatted ... [107]
Formatted: Font: 12 pt, Font color: Auto
Formatted ... [108]
Formatted: Font: 12 pt, Font color: Auto
Formatted: Font: 12 pt, Font color: Auto
Formatted: Font: 12 pt, Font color: Auto

30. ~~Oracle~~." Oracle Database contains a **Query Optimizer**. The Query Optimizer is built into Oracle **Database** and plays a crucial role in SQL execution. It automatically evaluates various execution plans to find the most efficient way to access data, optimizing queries by performing transformations such as **join reordering**, subquery unnesting, and query rewrites with materialized views. This ensures that database queries run as efficiently as possible. Oracle Database **discloses Oracle Database includes "JOINs, filter, Plug-in, and GROUP By clause"** to **performing transformations and corrections on the received query.**

Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: -0.03", Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 4 + Alignment: Left + Aligned at: 0" + Indent at: 0.25", Tab stops: 1.07", Left

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt, Not Expanded by / Condensed by

Formatted: Font: 12 pt

Formatted: Font: 12 pt

~~39. Method claim 1 (see Exhibit F) and apparatus claim 32 (see Exhibit G) each recite a report template. Oracle discloses use of report templates. Oracle discloses a wide variety of report templates; for example, Oracle discloses named column templates~~

> ~~Named column templates allow for more flexibility in report design. However, because they reference columns by name, they can only be used by reports that are based on those columns. For example:~~
>
> ~~Copy~~
> ~~<tr><td>#ENAME#</td><td>#SAL#</td></tr>~~
>
> ~~Although named column templates offer flexibility, you may need to create a new template for each query. You can also include a position notation. The following example demonstrates how to use following HTML and substitution strings:~~
>
> ~~<tr><td>#ENAME#</td><td>#SAL#</td></tr>~~
>
> `<tr><td>#1#</td><td>#2#</td></tr>`

~~On information and belief, pending discovery, Plaintiff alleges one or more Oracle report template features meet the limitations of claims 1 and 32 with respect to "report templates."~~

~~40. Referring to Exhibit G, Oracle Database employs templates and views. On information and belief, the oracle Database templates and views meet the requirements of limitations 2 and 5 of apparatus claim 32 of the '100 Patent.~~

31. In **Oracle BI** systems, query optimization is used to adjust SQL queries generated by

dashboards and reports. The BI Server optimizes the query for efficient data retrieval, ensuring that reports and analytics are processed quickly and efficiently. **Oracle BI (Business Intelligence)** optimizes queries by applying **transformations** and **corrections** through a variety of built-in mechanisms. These include **query rewriting, aggregate navigation,** and **function-based optimizations.** Oracle BI optimizes (tweaks) queries for better performance by utilizing a variety of transforming and query correcting techniques including but not limited to **Query Rewriting, Data Level Corrections** including data cleansing transformations. Oracle BI allows for complex transformations, such as data type conversions, null handling, and rounding. These transformations can be applied directly within queries or at the ETL level to correct data before it is loaded into reports or dashboards.

32. Method claim 1 recites a report template. Oracle BI discloses the use of report templates. According to Oracle, **Oracle BI** uses **report templates** to streamline and standardize the process of generating reports. These templates define the layout, structure, and formatting for various types of reports, ensuring consistency and efficiency. **Report templates** in Oracle BI can be created using Oracle BI Publisher or directly within Oracle Analytics. **Oracle** goes on to claim that once a report template is created, it can be reused across different reports, reducing the need to design each report from scratch. This feature is particularly useful for organizations that need to generate frequent, similar reports, such as monthly sales summaries or financial statements. Oracle BI also describes the use of report templates for **parameterized inputs** so that different data sets can be applied to the same template, enabling dynamic content generation based on the selected parameters.

33. Method claim 1 recites the use of links within report templates. Oracle BI utilizes links within report templates used to **structure data relationships** between multiple datasets, particularly when combining data from disparate sources. Oracle BI Publisher provides two main types of links: **element-level links** and **group-level links.** By employing these links, Oracle BI enables the integration of multiple datasets into a single template, facilitating cohesive reporting across complex data relationships without needing to consolidate data at the source. An example might be a stock portfolio on a personalized financial

page. The template would include all the stocks and funds that are included in your retirement account. The reports would be compiled "on the fly" when you open your browser. The familiar report that can be default viewed or customized by the user displays the representative stocks, their values with links back to the source databases. One possibly being a real-time source of stock information. Another being the list of your owned stocks and the positions held. The report displays the current value of your portfolio with data links to disparate data sources.

34. **INFRINGEMENT OF CLAIM 1 OF THE '720 PATENT by Oracle Database, Oracle BI (Business Intelligence) and Oracle Cloud Infrastructure. The Claim 1 Preamble** states, "a computer-based method for creating a data report." Oracle BI is an Oracle product that creates data reports. Oracle OCI is a cloud-based SaaS that operates on Oracle Database, and Oracle BI on Oracle-owned and operated servers providing customers with data reports.

35. The **first limitation** states, "receiving a query". Oracle Database receives queries from Oracle BI.

36. The **whereby clause of the first limitation** states, "whereby the query comprises a database search request." Oracle Database receives database search requests from Oracle BI.

37. The **wherein clause of the first limitation** states, "wherein the database is searched using and on the fly search." Oracle BI possesses and on the fly search feature that ensures that users can dynamically adjust search parameters and receive updated results instantly, across both **desktop** and **mobile** applications of Oracle BI

38. The **second limitation** states, "a query tweaker generating a defined query of the database from the received query." **Oracle BI** generates SQL queries that retrieve data from underlying data sources.

39. The **wherein clause of the second limitation** states, "generating the defined query includes the query tweaker performing transformations and corrections on the received query, accessing one or more databases, using a search engine per the defined query;" Oracle BI generates a defined query

performing transformations and corrections on the query, accessing one or more databases using a dynamic search-on-the-fly search engine.

40. The **third limitation** states, "generating a search result based on the database access." Oracle BI generates a search result based on database access.

41. The **wherein clause of the third limitation** states, "wherein the search results contain one or more descriptors indicating corresponding data categories;"

42. The **fourth limitation** states, "creating a template of the search results," Oracle BI creates templates.

43. The **wherein clause of the fourth limitation** states, "wherein the template comprises links to the data categories described by the one or more descriptors." Oracle BI creates several different types of links in reports. Oracle BI enables the creation of **hyperlinks** within report templates that allow users to navigate between different reports or sections within a report. This can be useful for creating **drill-down reports** where clicking on a summary value takes the user to a more detailed view. Additionally, users can insert hyperlinks that direct to external websites or resources. These links can be static or dynamically generated. Another way that Oracle BI uses links in reporting is to support links within a single report to navigate to different sections. This can is useful in large reports, where users can jump directly to specific sections.

44. All the steps of Claim 1 are performed by Oracle Business Intelligence application against Oracle Database on Oracle servers hosted in the Oracle Cloud for the benefit of their customers.

45. **These allegations of infringement are preliminary and are therefore subject to change.**

~~41.~~46. ~~Defendant's~~Defendant's **infringing actions are without license and authorization.**

~~42. Defendant has and continues to induce infringement from at least March 2017. Defendant actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies) on how to use its products and services (e.g., utilizing search features and~~

Formatted: Font: 12 pt
Formatted: Font: 12 pt, Not Expanded by / Condensed by
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Not Expanded by / Condensed by
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Not Expanded by / Condensed by
Formatted: Font: 12 pt
Formatted ... [110]
Formatted: Font: 12 pt
Formatted ... [111]
Formatted: Font: 12 pt
Formatted ... [112]
Formatted: Font: 12 pt
Formatted ... [113]
Formatted: Font: 12 pt
Formatted ... [114]
Formatted: Font: 12 pt
Formatted ... [109]
Formatted ... [115]
Formatted: Font: 12 pt
Formatted ... [116]
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Condensed by 0.15 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Condensed by 0.1 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Condensed by 0.15 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Condensed by 0.2 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Condensed by 0.1 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Condensed by 0.05 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Condensed by 0.05 pt
Formatted: Font: 12 pt
Formatted ... [117]

features embodied in Defendant's products or services) and related products and services such as to cause infringement of one or more of claims 1-38 of the '100 Patent, literally or under the doctrine of equivalents. Defendant, from at least March 2017, encouraged and instructed others on how to use the products showing specific intent. Moreover, Defendant knew of the'100 Patent and the technology underlying it from at least March 2017. For clarity, direct infringement is alleged in this complaint.

43. Defendant contributorily infringed from at least March 2017. Defendant actively encouraged or instructed others on how to use its products and services (e.g., utilizing search features and report features embodied in Defendant's products or services) and related products and services such as to cause infringement of one or more of claims of the '100 Patent, literally or under the doctrine of equivalents. Defendant, from at least March 2017, encouraged and instructed others on how to use the products showing specific intent. Further, there are no substantial noninfringing uses for Defendant's products and services. Moreover, Defendant has known of the '100 Patent from at least March 2017.[4] For clarity, direct infringement is alleged in this complaint.

44. Defendant has caused and will continue to cause Vilox damage by direct and indirect infringement of (including inducing infringement of) the claims of the '100 patent.

## IV. CONDITIONS PRECEDENT

47. Plaintiff has never sold a product. Upon information and belief, Plaintiff predecessors-in-interest have never sold a product. Plaintiff is a non-practicing entity, with no products to mark. Plaintiff has pled all statutory requirements to obtain pre-suit damages. Further, all conditions precedent to recovery are met. Under the rule of reason analysis, Plaintiff has taken reasonable steps to ensure marking by any licensee producing a patented article.

48. Plaintiff and its predecessors-in-interest have entered into settlement licenses with several defendant entities, but none of the settlement licenses were to produce a patented article, for or under the Plaintiff's patents. Duties of confidentiality prevent disclosure of settlement licenses and their terms in this pleading but discovery will show that Plaintiff and its predecessors-in-interest have substantially complied with Section 287(a). Furthermore, each of the defendant entities in the settlement licenses did not agree that they were infringing any of Plaintiff's patents, including the Patents-in-Suit, and thus were not entering into the settlement license to produce a patented article for Plaintiff or under its patents. Further, to the extent necessary, Plaintiff has limited its claims of infringement to method claims and thereby remove any requirement for marking.

49. To the extent Defendant identifies an alleged unmarked product produced for Plaintiff or under Plaintiff's patents, Plaintiff will develop evidence in discovery to either show that the alleged unmarked product does not practice the Patents-in-suit and that Plaintiff has substantially complied with the marking statute. Defendant has failed to identify any alleged patented article for which Section 287(a) would apply. Further, Defendant has failed to allege any defendant entity produce a patented article.

50. The policy of § 287 serves three related purposes: (1) helping to avoid innocent infringement; (2) encouraging patentees to give public notice that the article is patented; and (3) aiding the public to identify whether an article is patented. These policy considerations are advanced when parties are allowed to freely settle cases without admitting infringement and thus not require marking. All settlement licenses were to end litigation and thus the policies of §287 are not violated. Such a result is further warranted by 35 U.S.C. §286 which allows for the recovery of damages for six years prior to the filing of the complaint.

51. For each previous settlement license, Plaintiff understood that (1) the settlement

license was the end of litigation between the defendant entity and Plsintiff and was not a license where the defendant entity was looking to sell a product under any of Plaintiff's patents; (2) the settlement license was entered into to terminate litigation and prevent future litigation between Plaintiff and defendant entity for patent infringement; (3) defendant entity did not believe it produced any product that could be considered a patentable article under 35 U.S.C. §287; and, (4) Plaintiff believes it has taken reasonable steps to ensure compliance with 35 U.S.C. §287 for each prior settlement license.

52. Each settlement license that was entered into between the defendant entity and Plaintiff was negotiated in the face of continued litigation and while Plainytiff believes there was infringement, no defendant entity agreed that it was infringing. Thus, each prior settlement license reflected a desire to end litigation and as such the policies of §287 are not violated.

## V. JURY DEMAND

Dr. De Bellis hereby requests a trial by jury on issues so triable by right.

## VI. PRAYER FOR RELIEF

WHEREFORE, Dr. De Bellis prays for relief as follows:

a. enter judgment that Defendant has infringed the claims of the '720'720 patent and the '100'100 patent through selling, offering for sale, manufacturing, and inducing others to infringe by using and instructing to implement a method to retrieve, and search records using a search-- on-the-fly search engine (or other search engine), generating a search result that includes descriptors of data categories, and creating a template that includes a link or path to one or more filed in one or more databases;

b. award Dr. De Bellis damages in an amount sufficient to compensate it for Defendant'sDefendant's infringement of the Patents-in-Suit in an amount no less than a reasonable royalty or lost profits, together with pre-judgment and post-judgment interest and costs under 35

Formatted: Font color: Auto, Character scale: 100%

Formatted ... [118]

Formatted: Indent: Left: 0", First line: 0", Right: -0.03", Space Before: 0.05 pt, Line spacing: Double, Numbered + Level: 1 + Numbering Style: I, II, III, ... + Start at: 1 + Alignment: Left + Aligned at: 0.32" + Indent at: 0.82", Tab stops: 0.82", Left + Not at 0.91"

Formatted ... [119]

Formatted: Font: 12 pt

Formatted ... [120]

Formatted ... [121]

Formatted ... [122]

Formatted ... [123]

U.S.C.

§ 284;

Formatted: Not Expanded by / Condensed by

c. award Dr. De Bellis an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

Formatted ... [124]

d. declare this case to be "exceptional" under 35 U.S.C. § 285 and award Vilox its ~~attorneys'~~attorneys' fees, expenses, and costs incurred in this action;

Formatted ... [125]

e. declare ~~Defendant's~~Defendant's infringement to be willful and treble the damages, including ~~attorneys'~~attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284; and

Formatted ... [126]

f. award Dr. De Bellis such other and further relief as this Court deems just and proper.

Formatted ... [127]

Dated: October 9, 2024

Joseph L. De Bellis MD

By: */s/ Joseph L. De Bellis*

Formatted ... [128]

Joseph L. De Bellis, MD
282 Edge of Woods Road
Southampton, NY,
631-431-6401
josephdebellis@gmail.com

**CERTIFICATE OF SERVICE**

I, Joseph L. De Bellis, hereby certify that on October 9, 2024, the attached document was hand delivered to the Clerk of the Court.

I further certify that on October 9, 2024, I electronically mailed the document to the following:

Jared Bobrow
Diana Rutowski
Jason Yu
Rose Sun
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road Menlo Park, CA 94025
650-614-7400
jbobrow@orrick.com

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

William Ramey
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
713-426-3923
wramey@rameyfirm.com

*/s/ Joseph L. De Bellis*
Joseph L. De Bellis, MD
282 Edge of Woods Road
Southampton, NY,
631-431-6401
E: josephdebellis@gmail.com

Formatted: Font: 12 pt

Formatted: Normal, Indent: Left: 3.11", Space Before: 0 pt, Line spacing: Multiple 1.05 li, No bullets or numbering, Tab stops: Not at 0.57"