Formatted: Font: Not Bold

# U.S. Patent No. 6,760,720 V. Oracle ATG

Formatted: Font: Not Bold

# 1. Claim Chart

Formatted Table

| Claim | Analysis |
|---|---|
| 1.A method implemented on a computer for searching databases, comprising: | Oracle corp. has developed Oracle ATG Web Commerce software (Oracle ATG), oracle database software provides a method implemented on a computer for searching databases<br><br>For example, oracle database need to be installed on a computer (implemented on a computer).<br><br>**Installing the ATG Platform**<br>To install the ATG platform:<br>1. Run the ATG10_1.exe \| bin file to start the setup program.<br>2. On Windows, click Next.<br>3. Accept the terms of the license agreement.<br>4. Specify the installation folder for the ATG software (for example, /usr/local/ATG/ATG10.1 or C:\ATG\ATG10.1).<br>5. Select all of the ATG products to install.<br>6. Select your application server. For WebSphere environments, choose the second option, 2- IBM WebSphere, for WebSphere without clustering.<br>7. Enter the required configuration information for your application server.<br><br>Source: https://docs.oracle.com/cd/E24152_01/CRS.10-1/ATGCRSInstall/html/s0405installingtheatgplatform01.html |

Formatted: Font: Not Bold

| | |
|---|---|
| | Oracle ATG Search from a database<br><br>**How Oracle ATG Web Commerce Search Works**<br><br>*Searching* means retrieving stored information using an input query. *Indexing* is the process of making documents and other content searchable. This searchable collection is then called the *index*. During indexing, Oracle ATG Web Commerce Search generalizes documents and other content into an abstraction called a *content item*. A content item consists of two main parts: *searchable text content* and *metadata*. Metadata includes the title, summary, and other associated properties. Examples of content items are products in an Oracle ATG Web Commerce catalog repository, HTML files, or structured data from a traditional database.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 3)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf |

**Formatted:** Font: Not Bold

| | |
|---|---|
| determining a database schema for a database, wherein the database includes database fields; | Oracle ATG can determine a database schema for a database, the database includes database fields.<br><br>For example, Oracle ATG defines a catalog repository including database schema<br><br>**Product Catalog Repository**<br><br>Oracle ATG Web Commerce uses a SQL repository to define the product catalog. Before reading this chapter, you should be familiar with the repository as described in the *ATG Repository Guide*.<br><br>A catalog repository is similar to any other SQL repository. There are three main parts:<br><br>1. The database schema on your SQL database server.<br>2. The repository component, which is of class `atg.adapter.gsa.GSARepository`.<br>3. The repository definition file, which is an XML file that defines the relationship between the SQL database and the repository component.<br><br>Oracle ATG Commerce Programming Guide (Page. 24)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGCommProgGuide/ATGCommProgGuide.pdf Page 533. |

Formatted: Font: Not Bold

| | |
|---|---|
| | Oracle database includes tables, in the table, columns represent the field<br><br>**1.2 About Oracle Database**<br>Oracle Database groups related information into logical structures called **schemas**. The logical structures contain **schema objects**.<br>When you connect to the database by providing your user name and password, you specify the schema and indicate that you are its owner. In Oracle Database, the user name and the name of the schema to which the user connects are the same.<br>**1.2.1 About Schema Objects**<br>Every object in an Oracle Database belongs to only one schema and has a unique name with that schema.<br>Some of the objects that schemas can contain are:<br>• **Tables**<br>Tables are the basic units of data storage in Oracle Database. Tables hold all user-accessible data. Each table contains **rows** that represent individual data **records**. Rows are composed of **columns** that represent the **fields** of the records.<br>• **Indexes**<br>Indexes are optional objects that can improve the performance of data retrieval from tables. Indexes are created on one or more columns of a table, and are automatically maintained in the database.<br><br>Source: https://docs.oracle.com/en/database/oracle/oracle-database/21/tdddg/two-day-developer-intro.html#GUID-D6CEA186-A6ED-4E4B-A479-76E0CAFCA0BA |

Formatted: Font: Not Bold

| | |
|---|---|
| | Oracle ATG includes repository item properties, attribute of a property specifies the database column that stores the property, since the database column represent field, thus the database includes database fields.<br><br>**Properties and Database Columns**<br><br>All repository item properties are described in the XML repository definition with `<property>` tags. You can explicitly map an item property to a database column name through the `column-names` attribute; otherwise, the property name and database column name are assumed to be the same. For example, you can map the `login` property to the `login_name` property as follows:<br><br>`<property name="login" column-names="login_name" data-types="string"/>`<br><br>The `column-names` attribute of a property specifies the database column that stores the property. Each property must also define its data type with the `data-types` attribute. In the case of a multi-column `id` property, the `data-types` attribute is a comma-separated list of data types, where each entry corresponds to an entry in the `column-names` attribute. Each column can have a different data type. If no data type is specified, the string data type is used by default. The valid data type names and their Java and SQL representations are listed in the Data Type Mappings: Java and SQL (page 172) section in the *SQL Repository Reference* (page 161) chapter.<br><br>Oracle Commerce Repository Guide (version 10.2) (page 39)<br><br>Source: https://docs.oracle.com/cd/E55783_02/Platform.11-2/ATGRepositoryGuide/ATGRepositoryGuide.pdf |

Formatted: Font: Not Bold

| | |
|---|---|
| | **Repository Items**<br><br>A repository is a collection of repository items. A repository item is a JavaBean component that implements `atg.repository.RepositoryItem` or one of its sub-interfaces, and corresponds to the smallest uniquely identifiable entity in the underlying data store. In the SQL repository, for example, a repository item often corresponds roughly to a row in a table. In the SQL profile repository, each user profile is a repository item.<br><br>*Properties*<br><br>Each repository item is composed of named properties that store the item's data—for example, `id`, `firstName`, and `lastName`. In the SQL repository, these properties generally correspond to table columns. Repository item properties are defined in its item descriptor.<br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGRepositoryGuide/html/s0203repositoryitems01.html |
| providing a list of the database fields, wherein the list includes a descriptor indicating a data category; | Oracle ATG provides a list of the database fields, wherein the list includes a descriptor indicating a data category.<br><br>database field is referred to property (attribute) |

Formatted: Font: Not Bold

| | |
|---|---|
| | Field<br><br>A database field is a set of data values, of the same data type, in a table. It is also referred to as a column or an attribute.<br><br>Most databases also allow fields to hold complex data like pictures, entire files, and even movie clips. A field that allows the same data type does not mean it only has simple text values. Some databases allow the data to be stored as a file on the Operating System, while the field data only contains a pointer or link to the actual file. This is done to keep the database size manageable, given that smaller database sizes mean less time for backups, as well as for searching data within the database.<br><br>Source: https://teachcomputerscience.com/database-fields/<br><br>For example, Oracle ATG associates property (database field) with item descriptor.<br><br>**Implementing a User-Defined Property Type**<br><br>As the SQL repository parses the XML repository definition file, it creates an instance of your `RepositoryPropertyDescriptor` class and stores it directly in the SQL repository's list of property descriptors for each item descriptor. The SQL repository calls `setItemDescriptor()` to associate your property with its item descriptor. The SQL repository then calls one or more methods corresponding to the property's type:<br><br>• `RepositoryPropertyDescriptor.setPropertyType()`<br><br>• `GSAPropertyDescriptor.setComponentPropertyType()`<br><br>Oracle Commerce Repository Guide (version 10.2) (page 74)<br><br>Source: https://docs.oracle.com/cd/E55783_02/Platform.11-2/ATGRepositoryGuide/ATGRepositoryGuide.pdf |

Formatted: Justified

Formatted: Font: Not Bold

| | |
|---|---|
| | **Specifying Properties to Display**<br><br>All properties defined in an item descriptor can display in the Details pane when an item of that type is selected. For out-of-the-box items, a subset of those properties display. You can modify the properties that display for existing items, or specify the list of properties that you want to display for custom or customized items.<br><br>ATG Business Control Center Administration and Development Guide<br><br>Source:https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGBCCAdminGuide/html/s0810specifyingpropertiestodisplay01.html<br>The property includes category |

Formatted: Font: Not Bold

**Category Properties**

You can work with the following category properties in the Details pane. The properties described in this section are the category properties that come with Merchandising by default. Your administrator might have added new catalog properties that are specific to your Web sites.

| Property | Description |
|---|---|
| Default display name | Name used for the category on the site.<br>This property is required.<br>The name does not have to be unique, as Merchandising assigns a unique ID to each asset you create. |
| Sites | In a multisite environment, the names of the sites to which the category belongs.<br>This property is read-only. See Assets in a Multisite Environment (page 39). |
| Start date | Date on which the category is available. |
| End date | Date the category is no longer available. |
| Default description | Short descriptive text to display with the category. |
| Default long description | Detailed descriptive text to display with the category. |
| Template | JSP template used to display the category.<br>For details about working with templates, see *Creating and Managing Media Assets and Folders* (page 89). |

Oracle ATG WEB Commerce Merchandising Guide for Business Users (page, 72)
Source: https://docs.oracle.com/cd/E55783_02/Platform.11-2/ATGMerchandisingUserGuide/ATGMerchandisingUserGuide.pdf

Oracle ATG provides a list of the database fields (properties), wherein the list includes a descriptor indicating a data category

Formatted: Font: Not Bold

| | |
|---|---|
| | **Presenting Search Options**<br><br>When you create a search form, it is good practice to provide users with a set of drop-down lists where they can specify the values to include in their search. The PossibleValues (page 279) component, an instance of `atg.repository.servlet.PossibleValues`, takes enumeration or `RepositoryItem` properties, queries the database for their values, and returns these values for use by a servlet bean such as ForEach, which can display the query results.<br><br>For example, you might want to query Recipe items on three properties: Appliance, PrepTime, and Course. You can construct three drop-down lists that display the complete set of property values:<br><br>Appliance: Oven, Toaster, Rice Cooker, Hot Pot, Fondue Pot, Microwave Oven<br>Prep Time: 15 min or less, 16-30 min, 31-45 min, 46-60 min, 60+ min<br>Course: Appetizer, Soup, Salad, Entrée, Dessert<br><br>Oracle ATG WEB Commerce Page Developer's Guide (page, 99)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGPageDevGuide/ATGPageDevGuide.pdf |
| receiving a search selection for a database field on the provided list of the database fields; | Oracle ATG receives a search selection for a database field on the provided list of the database fields.<br><br>For example, Oracle Database receives search selection for a database field on the provided list of the database fields (properties) |

Formatted: Font: Not Bold

| | |
|---|---|
| | **Presenting Search Options**<br>When you create a search form, it is good practice to provide users with a set of drop-down lists where they can specify the values to include in their search. The PossibleValues (page 279) component, an instance of `atg.repository.servlet.PossibleValues`, takes enumeration or `RepositoryItem` properties, queries the database for their values, and returns these values for use by a servlet bean such as ForEach, which can display the query results.<br>For example, you might want to query Recipe items on three properties: Appliance, PrepTime, and Course. You can construct three drop-down lists that display the complete set of property values:<br><br>Oracle ATG WEB Commerce Page Developer's Guide (page, 99)<br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGPageDevGuide/ATGPageDevGuide.pdf |
| determining a quantity of entries in the selected database field; | Oracle ATG has the ability to determine a quantity of entries in the selected database field.<br>For example, Oracle ATG determine a quantity of entries (get the number of items returned) in the selected database field |

Formatted: Font: Not Bold

| | |
|---|---|
| | **Managing Search Results**<br>SearchFormHandler class properties let you control the display of search results and help users access them. With these properties, you can:<br>• Set the maximum number of items returned by a query.<br>• Set the maximum number of items displayed on a single page.<br>• Get the number of items returned and the number of results pages.<br><br>Oracle ATG WEB Commerce Page Developer's Guide (page, 99)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGPageDevGuide/ATGPageDevGuide.pdf |
| if the quantity exceed a specified amount, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field; and | Oracle ATG can determine: if the quantity exceed a specified amount, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field;<br><br>For example, Oracle ATG can include Oracle Endeca |

Formatted: Font: Not Bold

| | |
|---|---|
| | **Architecture Diagram**<br>The diagram in this section shows the recommended server architecture for a multiple application environment running on Oracle ATG Web Commerce 10.2. A larger, printable version of this diagram, filename ATGArchitectureDiagram102.pdf, is located in the downloadable version of this documentation library.<br>As discussed in the Introduction, the recommended approach in Oracle ATG Web Commerce 10.2 for adding product catalog search features to your sites is to use Oracle Endeca Commerce. If your installation includes Commerce Service Center, you can use Oracle Endeca Commerce for catalog searching, but you are required to use ATG Search for customer orders and profiles. This configuration is shown in the diagram below.<br><br>Source: ~~Visual Builder Application~~https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGMultiApp/html/s0202architecturediagram01.html |

Formatted: Font: Not Bold

ORACLE | atg.

**ATG-Endeca Integration Guide**

**Installation Requirements**

The ATG-Endeca integration requires that Oracle ATG Web Commerce and Oracle Endeca Commerce software (including either Oracle Endeca Guided Search or Oracle Endeca Experience Manager), be installed in your environment. We also suggest that you initially install ATG Oracle Web Commerce Reference Store, so that you have an application and data to work with as you familiarize yourself with the integration.

For information on installing Oracle ATG Commerce software, see the ATG Installation and Configuration Guide. For information on installing Commerce Reference Store, see the ATG Commerce Reference Store Installation and Configuration Guide. For information on installing Oracle Endeca Commerce software, see the *Oracle Endeca Commerce Getting Started Guide* and other related Oracle Endeca installation documentation.

Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGEndecaIntegrationGuide/html/s0102installationrequirements01.html

Endeca can implement steps as

1. **Define Dimensions and Attributes in Endeca:**
   - In Endeca, you would define dimensions (e.g., city name) and attributes (e.g., city initials).
   - For the "city" dimension, you can create a ~~pair~~derived dimension called "city initial" to group cities by their first letter.

   The code can be:

```
<dimension>
  <dimensionName>City</dimensionName>
  <attributes>
    <attribute name="CityName"/>
    <attribute name="CityInitial" derived="true" expression="substring(CityName, 1, 1)"/>
  </attributes>
</dimension>
```

2. **Initial Query and Count of ~~drop-down lists when the contents of~~ Records:**

Formatted: Font: Bold

   - Endeca can be configured to count the ~~second list depend~~total number of records that match the initial search query.
   - Based on the ~~value selected in the first list, therefore, if~~ count, the ~~quantity exceed a specified amount , Oracle ATG can create a pair of drop-down lists. the first drop-down list can represent~~application logic can decide whether to display full city

Formatted: Font: Not Bold

| | |
|---|---|
| | names or truncated characters of a database field. the second lists presented untruncated characters of a database field. the results.<br><br>The code can be:<br><br>// Pseudo-code for Endeca query to count results<br>long cityCount = endecaQuery.countResults ("City");<br><br>**3. Faceted Navigation Setup:**<br>• Configure faceted navigation in Endeca, allowing the search results to be dynamically filtered.<br>• If the record count is high, the facet for "CityInitial" will display values like "A," "B," "C," etc., with counts for each letter.<br><br>The code can be:<br><br><facet><br>  <facetName>CityInitial</facetName><br>  <values><br>    <value name="A" count="50"/><br>    <value name="B" count="30"/><br>    ...<br>  </values><br></facet><br><br>**4. Display Initial Truncated Results:**<br>• If the number of results is large, display the truncated data represents each of the entries in the selected database field(e.g., city initials) instead of full names. |

Formatted: Outline numbered + Level: 1 + Numbering Style: Bullet + Aligned at: 0.25" + Tab after: 0.5" + Indent at: 0.5"

Formatted: Font: Not Bold

# Create Dependent Lists in an Oracle Visual Builder Application

Begin
Application
or Two Business
p-down List of
p-down List of
ction Chain to
Cities List
e and Variable for

## Before You Begin

This 15-minute tutorial shows you how to create cascading drop-down lists in an Oracle Visual Builder page, where one list depends on the other, by adding an event to trigger an action chain that assigns a variable.

### Background

You may want to create a pair of drop-down lists when the contents of the second list depend on the value selected in the first list. In this example, you have a business object that holds data about countries and another with data about cities in those countries. When you select a country from the first list, the second list displays only the cities in the selected country. You can then add a third component that displays information about the city you select from the second list.

You should be familiar with the basics of creating an application, adding components to pages, and creating action chains.

This tutorial uses a web application, but the basic principles apply to a mobile application, too.

Endeca will automatically handle
Source: https://docs.oracle.com/en/cloud/paas/app-builder-cloud/tutorial-create-dependent-lists/

Formatted: Justified

- Oracle Database has Trim statement to trim charact from a string, it has the abilitygrouping and counting based on the configuration.

The code can be:

```
// Pseudo-code to display truncated charactersresults
if (cityCount > 100) {
  displayCityInitials(endecaQuery.getFacet("CityInitial"));
} else {
  displayFullCityNames(endecaQuery.getResults("City"));
}
```

Formatted: Font: Not Bold

**5. User-Driven Refinement:**

- Users can select a facet value, such as "N," to refine the search.
- Endeca will perform a new query, restricted to the selected facet value, and return the list of ~~a database field~~ cities starting with "N."

Formatted: Outline numbered + Level: 1 + Numbering Style: Bullet + Aligned at: 0.25" + Tab after: 0.5" + Indent at: 0.5"

# TRIM

## Syntax




Description of the illustration trim.gif

## Purpose

TRIM enables you to trim leading or trailing characters (or both) from a character string. If *trim_character*

~~https://docs.oracle.com/cd/B19306_01/server.102/b14200/functions199.htm~~

The code can be:

```
// Pseudo-code for refining search based on user input
String selectedInitial = getUserSelectedInitial(); // e.g., "N"
```

Formatted: Font: Not Bold

| | |
|---|---|
| | List<String> citiesWithN = endecaQuery.getResults("City", "CityInitial=N");<br>displayFullCityNames(citiesWithN); |
| **if the quantity does not exceed the specified amount, displaying contents of the database field.** | **Oracle ATG can determine, if the quantity does not exceed the specified amount, displaying contents of the database field.**<br><br>**For example,** ~~Oracle ATG~~Endeca **can** ~~present search options in a drop-down list(displaying content~~ implement steps as<br><br>**Display Initial Truncated Results:**<br>• If the number **of** ~~the database field~~results is large, display the truncated data (e.g., city initials) instead of full names.<br><br>**Presenting Search Options**<br>When you create a search form, it is good practice to provide users with a set of drop-down lists where they can specify the values to include in their search. The PossibleValues (page 279) component, an instance of `atg.repository.servlet.PossibleValues`, takes enumeration or `RepositoryItem` properties, queries the database for their values, and returns these values for use by a servlet bean such as ForEach, which can display the query results.<br><br>For example, you might want to query Recipe items on three properties: Appliance, PrepTime, and Course. You can construct three drop-down lists that display the complete set of property values:<br><br>Appliance: Oven, Toaster, Rice Cooker, Hot Pot, Fondue Pot, Microwave Oven<br>Prep Time: 15 min or less, 16-30 min, 31-45 min, 46-60 min, 60+ min<br>Course: Appetizer, Soup, Salad, Entrée, Dessert<br><br>~~Oracle ATG WEB Commerce Page Developer's Guide (page. 99)~~<br>• Endeca will automatically handle the grouping and counting based on the configuration. |

Formatted: Outline numbered + Level: 1 + Numbering Style: Bullet + Aligned at: 0.25" + Tab after: 0.5" + Indent at: 0.5"

Formatted: Font: Not Bold

| | |
|---|---|
| | The code can be:<br><br>// Pseudo-code to display truncated results<br>if (cityCount > 100) {<br>  displayCityInitials(endecaQuery.getFacet("CityInitial"));<br>} else {<br>  displayFullCityNames(endecaQuery.getResults("City"));<br>}<br><br>~~Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGPageDevGuide/ATGPageDevGuide.pdf~~ |