Formatted: Font: Not Bold

# U.S. Patent No. 7,188,100 V. Oracle Database

2024 NOV 15 PM 2:39

**Formatted:** Font: Not Bold

## 1. Claim Chart

**Formatted Table**

| Claim | Analysis |
|---|---|
| A computer-based method for creating a data report, comprising: | Oracle Corp. has developed Oracle Database software, Oracle Database software provides a computer-based method implemented for creating a data report<br><br>For example, oracle database needs to be installed on a computer (computer-based).<br><br>https://docs.oracle.com/en/database/oracle/oracle-database/21/install-and-upgrade.html<br><br>Oracle Database is a RDBMS<br><br>Relational Database Management System (RDBMS)<br>The relational model is the basis for a **relational database management system (RDBMS).** An RDBMS moves data into a database, stores the data, and retrieves it so that applications can manipulate it.<br>Oracle Database is an RDBMS. An RDBMS that implements object-oriented features such as user-defined types, inheritance, and polymorphism is called an **object-relational database management system (ORDBMS).** Oracle Database has extended the relational model to an object-relational model, making it possible to store complex business models in a relational database. |

Formatted: Font: Not Bold

| | |
|---|---|
| | Source:https://docs.oracle.com/en/database/oracle/oracle-database/19/cncpt/introduction-to-oracle-database.html#GUID-2E8CBB2E-89D9-40C5-8AB0-75EEF20647ED<br><br>Oracle Database displays query results (create a data report)<br><br>4<br>**Formatting Query Results**<br><br>This chapter explains how to format your query results to produce a finished report. This chapter covers<br><br>• Formatting Columns<br>• Clarifying Your Report with Spacing and Summary Lines<br>• Defining Page and Report Titles and Dimensions<br>• Storing and Printing Query Results<br>• Creating Web Reports<br><br>Read this chapter while sitting at your computer and try out the examples shown. Before beginning, mak<br><br>**Formatting Columns**<br><br>Through the SQL*Plus COLUMN command, you can change the column headings and reformat the col<br><br>**Changing Column Headings**<br><br>When displaying column headings, you can either use the default heading or you can change it using the<br><br>**Default Headings**<br><br>SQL*Plus uses column or expression names as default column headings when displaying query results<br><br>Source: https://docs.oracle.com/cd/A87860_01/doc/server.817/a82950/ch4.htm |

Formatted: Font: Not Bold

| | |
|---|---|
| receiving a query, whereby the query comprises a database search request, and wherein the database is searched using an on-the-fly search; | Oracle Database can receive a query, the query comprises a database search request, and the database is searched using an on-the-fly search.<br><br>For example, Oracle Database receives a query (SELECT select_list from source_list), the query comprises a database search request from a source-list.<br><br>**About Queries**<br>A **query**, or SQL SELECT statement, selects data from one or more tables or views.<br>The simplest form of query has this syntax:<br>SELECT *select_list* FROM *source_list*<br>The *select_list* specifies the columns from which the data is to be selected, and the *source_list* specifies the tables or views that have these columns.<br>A query nested within another SQL statement is called a **subquery**.<br>In the SQL*Plus environment, you can enter a query after the SQL> prompt.<br>In the SQL Developer environment, you can enter a query in the SQL Worksheet. For instructions, see "Running Queries in SQL Developer".<br><br>Source: https://docs.oracle.com/cd/E18283_01/appdev.112/e10766/tdddg_selecting.htm<br><br>Oracle Database has Dynamic SQL, the SQL statements can change "on the fly" (the database is searched using an on-the-fly search) |

Formatted: Font: Not Bold

# What Is Dynamic SQL?

Dynamic SQL enables you to write programs that reference SQL statements whose full text is not known until runtime. Before discussing dynamic SQL in detail, a clear definition of static SQL may provide a good starting point for understanding dynamic SQL. Static SQL statements do not change from execution to execution. The full text of static SQL statements are known at compilation, which provides the following benefits:

- Successful compilation verifies that the SQL statements reference valid database objects.
- Successful compilation verifies that the necessary privileges are in place to access the database objects.
- Performance of static SQL is generally better than dynamic SQL.

With static SQL, all of the data definition information, such as table definitions, referenced by the SQL statements in your program must be known at compilation. If the data definition changes, you must change and recompile the program. Dynamic SQL programs can handle changes in data definition information, because the SQL statements can change "on the fly" at runtime. Therefore, dynamic SQL is much more flexible than static SQL. Dynamic SQL enables you to write application code that is reusable because the code defines a process that is independent of the specific SQL statements used.

Source: https://docs.oracle.com/cd/A81042_01/DOC/appdev.816/a76939/adg09dyn.htm

Formatted: Font: Not Bold

| | |
|---|---|
| | **To Execute Dynamic Queries**<br><br>You can use dynamic SQL to create applications that execute dynamic queries, which are queries whose full text is not known until runtime. Many types of applications need to use dynamic queries, including:<br><br>• Applications that allow users to input or choose query search or sorting criteria at runtime<br>• Applications that allow users to input or choose optimizer hints at run time<br>• Applications that query a database where the data definitions of tables are constantly changing<br>• Applications that query a database where new tables are created often<br><br>Source: https://docs.oracle.com/cd/A81042_01/DOC/appdev.816/a76939/adg09dyn.htm |
| a query tweaker generating a defined query of the database from the received query, | Oracle Database includes a query tweaker generating a defined query of the database from the received query, wherein generating the defined query includes the query tweaker performing transformations and corrections on the received query. |

Formatted: Font: Not Bold

| | |
|---|---|
| wherein generating the defined query includes the query tweaker performing transformations and corrections on the received query:<br><br>[construe the term "transformations and corrections"<br><br>26: 58-59<br>The query tweaker 873 receives a raw query on the database 13, and generates a specific query 878.<br><br>28: 58-65<br>In generating the specific query 878, the query tweaker 873 perform special transformations and corrections, including setting up types of JOIN operations based on the database schema; applying filters and plug-ins; and applying GROUP BY clauses. ] | For example, SQL of Oracle Database includes "JOINs, filter, Plug-in, and GROUP By clause" to performing transformations and corrections on the received query.<br><br>Database / Oracle / Oracle Database / Release 21<br>**SQL Language Reference**<br><br>Joins<br>A **join** is a query that combines rows from two or more tables, views, or materialized views. Oracle Database performs a join whenever multiple tables appear in the `FROM` clause of the query. The select list of the query can select any columns from any of these tables. If any two of these tables have a column name in common, then you must qualify all references to these columns throughout the query with table names to avoid ambiguity.<br><br>Source: https://docs.oracle.com/en/database/oracle/oracle-database/21/sqlrf/Joins.html<br><br>Selecting and Filtering Rows<br>To filter out or select rows for extraction or replication, use the `FILTER` and `WHERE` clauses of the `TABLE` and `MAP` parameters.<br>The `FILTER` clause offers you more functionality than the `WHERE` clause because you can employ any of the Oracle GoldenGate column conversion functions, whereas the `WHERE` clause accepts basic `WHERE` operators.<br>Selecting Rows with a FILTER Clause<br>Use a `FILTER` clause to select rows based on a numeric value by using basic operators or one or more Oracle GoldenGate column-conversion functions.<br><br>Source: https://docs.oracle.com/en/cloud/paas/goldengate-cloud/gwuad/selecting-and-filtering-rows.html#GUID-CF05918F-CE6E-4807-942E-795341BC39C5 |

Formatted: Font: Not Bold

# A.5 PL/SQL Server Plug-in Developer's Reference

You can use the plug-in framework in PL/SQL, including designing, creating, and using PL/SQL server plug-ins with Oracle Internet Directory.

The following sections explain this further:

- Designing, Creating, and Using PL/SQL Server Plug-ins
- Using PL/SQL Plug-ins
- Performing Binary Operations by using PL/SQLPlug-ins
- Object Type Definitions in the LDAP API Plug-in
- Specifications for PL/SQL Plug-in Procedures

Source:https://docs.oracle.com/en/middleware/idm/internet-directory/12.2.1.4/administer/pl-sql-server-plug-developers-reference.html

## GROUP BY clause

A GROUP BY clause, part of a *SelectExpression*, groups a result into subsets that have matching values for one or more columns. In each group, no two rows have the same value for the grouping column or columns. NULLs are considered equivalent for grouping purposes.

You typically use a GROUP BY clause in conjunction with an aggregate expression.

Using the ROLLUP syntax, you can specify that multiple levels of grouping should be computed at once.

### Syntax

```
GROUP BY
{
    column-Name [ , column-Name ]*
|
    ROLLUP ( column-Name [ , column-Name ]* )
}
```

Source: https://docs.oracle.com/javadb/10.8.3.0/ref/rrefsqlj32654.html

Formatted: Font: Not Bold

| | |
|---|---|
| accessing one or more databases, using a search engine, per the defined query; | Oracle Database can use a search engine to access one or more databases, per the defined query<br><br>Home Enterprise Applications<br>**Oracle search engine expands access to third-party data sources**<br>Oracle software can be used to fish through EMC, Notes and other information stores.<br><br>Source: https://www.networkworld.com/article/2294791/oracle-search-engine-expands-access-to-third-party-data-sources.html |
| generating a search result based on the database access, wherein the search result includes one or more descriptors indicating corresponding data categories; and | Oracle Database can generate a search result based on the database access, wherein the search result includes one or more descriptors indicating corresponding data categories<br><br>For example, Oracle Database uses columns in a table to represents fields. |

Formatted: Font: Not Bold

| | |
|---|---|
| | ## 1.2 About Oracle Database<br>Oracle Database groups related information into logical structures called **schemas**. The logical structures contain **schema objects**.<br>When you connect to the database by providing your user name and password, you specify the schema and indicate that you are its owner. In Oracle Database, the user name and the name of the schema to which the user connects are the same.<br>### 1.2.1 About Schema Objects<br>Every object in an Oracle Database belongs to only one schema, and has a unique name with that schema.<br>Some of the objects that schemas can contain are:<br>• **Tables**<br>Tables are the basic units of data storage in Oracle Database. Tables hold all user-accessible data. Each table contains **rows** that represent individual data **records**. Rows are composed of **columns** that represent the **fields** of the records.<br>• **Indexes**<br>Indexes are optional objects that can improve the performance of data retrieval from tables. Indexes are created on one or more columns of a table, and are automatically maintained in the database.<br><br>Source: https://docs.oracle.com/en/database/oracle/oracle-database/21/tdddg/two-day-developer-intro.html#GUID-D6CEA186-A6ED-4E4B-A479-76E0CAFCA0BA<br><br>For example, Table columns (a list of the database fields) are used to hold data, the list includes a descriptor (data type attribute) indicating a data category |

Formatted: Font: Not Bold

| | |
|---|---|
| | **8.4.1.2 About Table Column Attributes**<br>You define table columns to hold your data. When you create a column, you specify the following attributes:<br>• Data Type<br>• NOT NULL Column Constraint<br>• Default Value<br>• Encryption<br>**8.4.1.2.1 Data Type**<br>The data type attribute defines the kind of data to be stored in the column. When you create a table, you must specify a data type for each of its columns.<br>Data types define the domain of values that each column can contain. For example, DATE columns cannot accept the value February 29 (except for a leap year) or the values 2 or SHOE. Each value subsequently inserted in a column assumes the column data type. For example, if you insert 17-JAN-2004 into a date column, then Oracle Database treats that character string as a date value after verifying that it converts to a valid date.<br>Table 8-1 lists some common Oracle Database built-in data types.<br>*Table 8-1 Common Data Types*<br>**Data Type** — **Description**<br>VARCHAR2(size [BYTE\|CHAR]) — Variable-length character string having a maximum length of size bytes or characters. A column to hold postal codes for different countries, for example, might be restricted to 12 bytes by defining it as VARCHAR2(12).<br>You can use the CHAR qualifier, for example VARCHAR2(10 CHAR), to indicate the maximum length in characters, without regard for the number of bytes required. This is especially useful for languages that use characters with double-byte and triple-byte lengths. The BYTE and CHAR qualifiers override the setting of the NLS_LENGTH_SEMANTICS parameter, which has a default of bytes. The maximum size is 4000 bytes or characters. The minimum is 1 byte or 1 character. You must specify size for VARCHAR2<br><br>Source: https://docs.oracle.com/database/121/ADMQS/GUID-7EDE63C6-5317-46A2-A9A3-6C019702B50D.htm<br><br>For example, Oracle Database can display the selected column (descriptors indicating corresponding data categories) |

Formatted: Font: Not Bold

| | |
|---|---|
| | 4<br>**Formatting Query Results**<br>This chapter explains how to format your query results to produce a finished report. This chapter covers the following topics:<br>• Formatting Columns<br>• Clarifying Your Report with Spacing and Summary Lines<br>• Defining Page and Report Titles and Dimensions<br>• Storing and Printing Query Results<br>• Creating Web Reports<br>Read this chapter while sitting at your computer and try out the examples shown. Before beginning, make sure you have access to the sample tables<br>**Formatting Columns**<br>Through the SQL*Plus COLUMN command, you can change the column headings and reformat the column data in your query results.<br>**Changing Column Headings**<br>When displaying column headings, you can either use the default heading or you can change it using the COLUMN command. The sections below<br>**Default Headings**<br>SQL*Plus uses column or expression names as default column headings when displaying query results. Column names are often short and cryptic,<br><br>Source: https://docs.oracle.com/cd/A87860_01/doc/server.817/a82950/ch4.htm |
| creating a template of the search result, wherein the template comprises links to the data categories described by the one or more descriptors. | Oracle Database can create a template of the search result, wherein the template comprises links to the data categories described by the one or more descriptors<br><br>For example, Oracle Database can create a report template, the template comprises links to the data categories described by the one or more descriptors (column name) |

Formatted: Font: Not Bold

| | |
|---|---|
| | **11.3.17 Report Templates**<br><br>Report column templates provide you with control over the results of a row from a SQL query. This type of template defines a cell, not an entire row.<br><br>Each report template identifies column names using the syntax #1#, #2#, #3#, and so on. You can also name columns using column name substitution syntax such as #ENAME# or #EMPNO#. You can reference any item from your application within your template. For example, to reference an item called ABC. in your template, you could include the exact substitution string &ABC.. The actual value of ABC. would be provided by an end user editing an item in your application named ABC.<br><br>Generic Column Templates and Named Column Templates<br>Report Column Template Attributes for Generic Column Templates<br>Report Column Template Attributes for Named Column Templates<br>About Using JavaScript in Column Templates<br><br>~~Source: https://docs.oracle.com/en/database/oracle/application-express/21.2/htmdb/report-templates.html~~Source: https://docs.oracle.com/en/database/oracle/application-express/21.2/htmdb/report-templates.html<br><br>Oracle Application Express (APEX) is an option of the Oracle Database. |

Formatted: Font: Not Bold

## Installation

When installing Oracle Application Express there are a number of key architecture and management areas to understand.

Database | Web Listener | Multi-Tenancy | Roles and Responsibilities

Environments | Database Jobs | Database Backup

## Database

Oracle Application Express is a no-cost option of the Oracle Database which is fully supported as part of your Oracle Database maintenance agreement. It can be installed into any edition of the Oracle Database 10.2.0.4 and above, which includes Enterprise Edition, Standard Edition, Standard Edition One, and Express Edition (XE). Starting with Oracle Database 11gR1, Application Express is installed as part of the standard Oracle Database. Oracle strongly recommends that you upgrade to the latest version of Application Express available on the Oracle Technology Network (OTN). Oracle Application Express cannot be installed into any other relational database.

Source: https://www.oracle.com/tools/technologies/apex-deploy-installation.html

Oracle APEX constructs the appearance of each page in an application using templates.

Formatted: Font: Not Bold

| | |
|---|---|
| | **3.5 How Oracle APEX Uses Templates**<br><br>Learn how Oracle APEX uses templates APEX to construct the appearance of application pages.<br><br>The APEX engine constructs the appearance of each page in an application using templates. Templates define how controls, and page components display. This topic describes the various ways you can use templates to control and appearance of application pages.<br><br>• Basic Templates<br>Templates in Oracle APEX support the use of substitution strings to pass information and replace any charact with another value.<br>• Theme Templates<br>Learn about the Universal Theme and how to control application layout using theme styles, Theme Roller, anc options.<br>• Template Components<br>Use Template Components to create reusable UI components that work in Page Designer like any other plug-i<br>• Template Directives<br>Template directives are special tokens in a template that control how the text around them is processed.<br><br>Source: https://docs.oracle.com/en/database/oracle/apex/23.1/htmdb/how-oracle-apex-uses-templates.html<br><br>When you create a new application, the Create Application Wizard uses the Universal Theme - 42 (Universal Theme). The Universal Theme features a responsive design, versatile UI components, and easy customization. |

Formatted: Font: Not Bold

| | |
|---|---|
| | **3.5.2 Theme Templates**<br>Learn about the Universal Theme and how to control application layout using theme styles, Theme Roller, and template options.<br>A **theme** is a collection of templates that enables developers to define the layout and style of an entire application. When you create a new application, the Create Application Wizard uses the Universal Theme - 42 (Universal Theme). The Universal Theme features a responsive design, versatile UI components, and easy customization.<br><br>Source: https://docs.oracle.com/en/database/oracle/apex/23.1/htmdb/theme-templates.html#GUID-5DC6C1FB-E7A2-4161-A1E4-6A735613BA46<br><br>A sample search page created with the Create Page Wizard. a search field displays at after the page title and is followed by a Search Results region<br>**16.6.1 Example Searches**<br>View search examples.<br>The following example shows a sample search page created with the Create Page Wizard. Notice a search field displays at after the page title and is followed by a Search Results region. In Page Designer, the search field is positioned in the Breadcrumb region and the Search Results region displays in the Body Position. This example has two search configurations that map to two separate tables, `EBA_PROJECTS` and `EBA_PROJECT_TASKS`.<br><br>Source: https://docs.oracle.com/en/database/oracle/apex/22.2/htmdb/example-searches.html#GUID-F02052FA-54BB-4006-8E46-37433B9087BF<br><br>Search Results Region Attributes shows that APEX creates a template of the search result. |

Formatted: Font: Not Bold

## 16.6.8.2 Editing Search Results Region Attributes

Edit Search Results region attributes to change region behavior.

To edit Search Results Region attributes:

1. View the search page in Page Designer:
   a. On the Workspace home page, click the **App Builder** icon.
   b. Select an application.
   c. Select a page.

   Page Designer appears.
2. View the Search Results Region attributes:
   a. In the Rendering tab (or left pane), select the **Search Results** region.
   b. In the Property Editor, select the **Region** tab (if not already selected).




Description of the illustration search_page_components.png

Formatted: Font: Not Bold

| | |
|---|---|
| | Source: https://docs.oracle.com/en/database/oracle/apex/22.2/htmdb/editing-a-search-page.html#GUID-F75E8129-39C2-4BA8-B534-C8F39DB80474<br><br>The list template provides a list of links which can be used for navigation and other action-oriented tasks.<br><br>**Links List**<br>**Overview** Instructions List Attributes<br>**Overview**<br>This list template provides a list of links which can be used for navigation and other action-oriented tasks. You can optionally show badges, icons, sub list items, and more.<br>**Instructions**<br>1. In **Page Designer**, select a **region**<br>2. Go to the **Property Editor**<br>3. Under the **Region** tab<br>    1. Find **Identification → Type**, use **List**<br>4. Under the **Attributes** tab<br>    1. Find **Appearance → Template**, use **Links List**<br><br>Source: https://apex.oracle.com/pls/apex/apex_pm/r/ut/links-list<br><br>APEX Creates a Column ( the data categories described by the one or more descriptors) Link in an Interactive Report, such that the template comprises links to the data categories described by the one or more descriptors. |

Formatted: Font: Not Bold

### 8.9.6.2 Creating a Column Link in an Interactive Report

Use Column Attributes to create a link from a report to another page in your application or to a URL.

To create a column link to another page:

1. View the page in Page Designer:
   a. On the Workspace home page, click the **App Builder** icon.
   b. Select an application.
   c. Select a page.

   Page Designer appears.
2. In the Rendering tab, locate the region and expand the Columns node.
   The columns appear in the Rendering tab.
3. Select a column to edit.
   The Property Editor displays the attributes for that column. Attributes are organized in groups.
4. Find **Identification**. From Type, select **Link**
5. Find **Link** and click **No Link Defined**.
   The Link Builder - Target dialog appears.
6. To create a link to another page, in the Link Builder - Target dialog:
   a. Type - Select **Page in this Application**.
   b. Page - Specify the target page number.
   c. Set Items - Select a Name and Value to specify session state for an item.
   d. Clear/Reset, Clear Cache - Specify the page numbers on which to clear cache. To specify multiple page, enter a comma-delimited list of page numbers.
   e. Clear/Reset, Action - Select one of the following:

Source: https://docs.oracle.com/en/database/oracle/apex/22.1/htmdb/managing-interactive-report-column-attributes.html#GUID-DCBE6E24-678F-476B-9682-D82EECEBF7B4