~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | **25 Preparing to Use Commerce Reporting**<br><br>Commerce Reporting draws on data stored in the Data Warehouse, described in detail in the *ATG Data Warehouse Guide*. Before you can use this feature, data must be gathered and loaded into the warehouse. Data is collected in the form of log files, which include information about orders placed, visits to your sites, and changes to the product catalog or user records. This chapter describes the components, processes, and configuration required to create and load these logs.<br><br>Oracle ATG Commerce Programming Guide (Page, 533)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGCommProgGuide/ATGCommProgGuide.pdf Page 533. |
| receiving a query, whereby the query comprises a database search request, and wherein the database is searched using an on-the-fly search; | Oracle ATG can receive a query, the query comprises a database search request, and the database is searched using an on-the-fly search.<br><br>For example, Oracle ATG receives a query (The index items are fed into ATG Search). whereby the query comprises a database search request (a piece of structured data from a database) |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

<table>
<tr>
<td>[construe the term "on-the-fly search"<br><br>3: 1-7<br>user may perform further on-the-fly searches or information retrieval to narrow or focus the results, or for other reasons. For example, given results for all names that include the name "Smith, the user may then decide to obtain informa tion for all "Smiths' that include an association to an address in New Jersey. Search-on-the-fly then conducts a further information.<br><br>3: 11-20<br>In an embodiment, search-on-the-fly uses graphical user interfaces (GUIs) and one or more icons to make the information gathering process as efficient as possible. The GUIs may incorporate one or more pull down menus of available sorting terms. As a user selects an item from a first pulldown menu, a Subsequent pulldown menu displays choices that are available for Sorting or searching. The</td>
<td>

How ATG Search Works<br><br>"Searching" means retrieving information using an input query. Commonly, the information is textual, it is retrieved from a collection of documents, and the queries are words or phrases entered by an end-user. The search results are typically those documents most relevant to the query, plus some indication of why the documents were retrieved. In order for searching to be efficient, the document collection is indexed by its terms in a secondary storage component, typically called the index.<br><br>ATG Search generalizes documents and other content into an abstraction called an index item. An index item can be an actual document such as an HTML file, a repository item such as an ATG Commerce product, or a piece of structured data from a database such as Microsoft Access. An index item consists of two elements: searchable text content and metadata. Metadata includes the title, summary, and other properties, and is used in the following Commerce Search features:<br><br>• Faceted navigation<br>• Rank configuration<br>• Secondary sorting<br><br>The index items are fed into ATG Search which analyzes the content and stores a representation for each item in the index. The index objects are organized into hierarchical sets much like a directory scheme. ATG Search creates some sets from the physical organization of the items, some sets from the metadata of the items, and other sets from topic categorization results. These item sets enable users to search within subsets of the collection and browse the collection without query input.<br><br>Source: https://docs.oracle.com/cd/E23095_01/Search.93/ATGSearchInstall/html/s0202howatgsearchworks01.html<br><br>Oracle ATG can use Dynamic Search and Navigation (the database is searched using an on-the-fly search)</td>
</tr>
</table>

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| process may be continued or repeated until sort-on-the-fly/ search-on-the-fly has retrieved or displayed a discrete data entry from the database. | **Using Dynamic Search and Navigation**<br><br>Users who have ATG Merchandising and ATG Search also have a feature called Dynamic Search and Navigation that provides tools for designing dynamic navigational elements on your web site. If your site is an electronics store, for example, you can use this feature to organize TVs by screen size and price. A user who visits your site sees the following links: 5" - 20" TVs, 21" – 29" TVs, and 30" – 39" TVs. Clicking one link leads a user to a list of pricing links, each of which represents a list of products with a particular screen size and price.<br><br>Screen size and price are both properties of products. You use this feature to create a facet asset that represents a product property, so your site displays the values of the property as links. You may prefer separate selections for each property value, for example, one link for 5"TVs, another for 13" TVs and so on. Or, you may prefer to organize a range of selections as demonstrated above.<br><br>In ATG Merchandising, you create facets, and decide how facets will organize products into selections and what products a facet will include in its selections. Some facets are available to all products (global), where as others are available to a subset of products (local), such as the products in a given category. Facets can work in tandem with other facets as they do in our example, or may work independently.<br><br>You provide all of these guidelines in ATG Merchandising, which are then used in building selections that contain the appropriate products dynamically. How does that happen? ATG Search interprets the facets you define as search criteria and produces selections containing products as "search results." To site users, these results appear as links to products.<br><br>When you use Search Merchandising and Dynamic Search and Navigation together, ATG Search incorporates the search configuration settings (created with Search Merchandising) in the search query text used to produce a list of products. Once that list is produced, ATG uses your facet settings to create selections and populate them with the appropriate products.<br><br>Source:https://docs.oracle.com/cd/E23507_01/Platform.20073/ATGMerchandisingUserGuide/html/s0205usingdynamicsearchandnavigation01.html |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | **Dynamic Search and Navigation**<br><br>The Dynamic Search and Navigation feature enables ATG Commerce sites to provide a navigational structure that is not strictly based on the catalog hierarchy. Dynamic navigation is based on **facets**, which are like virtual categories that are populated by the results of search queries.<br><br>This chapter describes how to implement Dynamic Search and Navigation on an ATG Commerce site. It includes the following sections:<br><br>Overview of Facets<br><br>Source: https://docs.oracle.com/cd/E23507_01/Platform.20073/ATGSearchIntegration/html/s0401dynamicsearchandnavigation01.html |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

<table>
<tr><td></td><td>

**Overview of Facets**

A facet is a search refinement element that corresponds to a property of a commerce item type. The property is referred to as a faceting property. The values of this property are broken down into selections that can be either ranges or specific values. For example, you might define a price facet whose faceting property is the `salePrice` property of a product's SKUs. (Facets are always used to group products, but the faceting property can be a property of a related commerce item type, such as the product's parent categories or child SKUs.) The selection ranges, which can either be determined dynamically or specified explicitly when you create the facet in ATG Merchandising, might be $100 to $200, $200 to $500, $500 to $1000, etc. Or you might define a manufacturer facet with selection values of Acme, Cogswell, and Spacely.

The selection values are displayed on site pages as hyperlinks. When a user clicks one of these links, a query is issued to ATG Search, using the selection range or value as a refinement criterion. For example, if the customer clicks the "$100 to $200" link, the query issued would be something like "return all products whose sale price is between $100 and $200." The results of this query are then displayed on the page.

Source: https://docs.oracle.com/cd/E23507_01/Platform.20073/ATGSearchIntegration/html/s0402overviewoffacets01.html

</td></tr>
<tr><td>a query tweaker generating a defined query of the database from the received query, wherein generating the defined query includes the query tweaker performing transformations and</td><td>Oracle ATG includes a query tweaker generating a defined query of the database from the received query, wherein generating the defined query includes the query tweaker performing transformations and corrections on the received query.</td></tr>
</table>

EXHIBIT F

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| corrections on the received query:<br><br>[construe the term "transformations and corrections"<br><br>26: 58-59<br>The query tweaker 873 receives a raw query on the database 13, and generates a specific query 878.<br><br>28: 58-65<br>In generating the specific query 878, the query tweaker 873 perform special transformations and corrections, including setting up types of JOIN operations based on the database schema; applying filters and plug-ins; and applying GROUP BY clauses. ] | For example, Oracle ATG Web Commerce Search includes a spellchecking feature, which will attempt to correct the misspelled term.<br><br>However, *before* you add the term, make sure that you try a search with the misspelling. Oracle ATG Web Commerce Search does include a spellchecking feature, which will attempt to correct the misspelled term. If Search can determine the correct form of the term, the search will work, and you do not need to add the term.<br><br>Note, however, that if the misspelled version of the term actually *appears in the content*, the spellchecker assumes that it is a valid term, does not correct it, and the search will return *only* the misspelled items, because those match exactly the term the user entered.<br><br>If your tests with the misspelled search term do not achieve good results, add the correct version of the term to a dictionary as a custom term, and also add the misspelled version or versions as spelling variations of that term.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 101)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | **Natural Language Processing**<br><br>Once it receives the submitted request, Oracle ATG Web Commerce Search analyzes it to determine what terms it has to search for. To do this, it performs a series of analyses on the text the user entered. Note that it is the final result of *all* of these steps that is used by the search engine to conduct the search.<br><br>This is essentially the same process used to index content, and it relies on a combination of the core search dictionary, any supplemental dictionaries you have created, and lanquaqe-specific information.<br><br>This step includes the following processes:<br><br>1. Identify the words in the request. This step is necessary before Search can perform any further processing. For example, "running the New York Marathon" can be broken down into the following words:<br><br>running the New York marathon<br><br>Note that if it is specified as such in the dictionary, Search can index and search for compound terms such as "New York" as if they were a single word.<br><br>2. Identify the root form of each of the identified words.<br><br>In the marathon example, the root form of *running* would be identified as *run*.<br><br>3. Map variant word forms and common misspellings to a single form of the word.<br><br>For example, if the user had mistakenly typed *marathan*, Search could correct it to *marathon* before proceeding. (Note, however, that if the user puts the term in quotes, "marathan," Search attempts to match on the misspelled version.)<br><br>4. Identify synonyms for each of the words, if any.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 5)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| accessing one or more databases, using a search engine, per the defined query; | Oracle ATG uses a search engine to access one or more databases, per the defined query<br><br>For example, Oracle ATG Web Commerce Search is a search engine<br><br>**2 Overview**<br><br>This chapter describes the features and components of Oracle ATG Web Commerce Search.<br><br>Oracle ATG Web Commerce Search is an industry-leading search engine that lets users zero in on the information they need, regardless of format, location or language. Multiple levels of analysis pinpoint answers and deliver them with sub-second response times.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 3)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf<br><br>Oracle ATG Web Commerce Search from a database<br><br>**How Oracle ATG Web Commerce Search Works**<br><br>*Searching* means retrieving stored information using an input query. *Indexing* is the process of making documents and other content searchable. This searchable collection is then called the *index*. During indexing, Oracle ATG Web Commerce Search generalizes documents and other content into an abstraction called a *content item*. A content item consists of two main parts: *searchable text content* and *metadata*. Metadata includes the title, summary, and other associated properties. Examples of content items are products in an Oracle ATG Web Commerce catalog repository, HTML files, or structured data from a traditional database.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 3) |

EXHIBIT F

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf<br><br>Oracle ATG Web Commerce Search per the defined query (submitted request)<br><br>**Natural Language Processing**<br><br>Once it receives the submitted request, Oracle ATG Web Commerce Search analyzes it to determine what terms it has to search for. To do this, it performs a series of analyses on the text the user entered. Note that it is the final result of *all* of these steps that is used by the search engine to conduct the search.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 5)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf |
| generating a search result based on the database access, wherein the search result includes one or more descriptors indicating corresponding data categories; and | Oracle ATG can generate a search result based on the database access, wherein the search result includes one or more descriptors indicating corresponding data categories<br><br>For example, Oracle ATG generate a search result to displayed. |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

## Search Request Life Cycle

This diagram provides a high-level overview of the processes used in answering search requests:




Search Request Processing

Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 4)

Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf

The search result includes one or more descriptors (Categorization) indicating corresponding data categories

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | **Query Processing**<br><br>The compiled query information is compared against the index. The engine returns XML that includes the resulting matching products or statements, taking constraints into account, along with categorization, spelling, and query feedback information specified in the request.<br><br>The results are sorted in relevance order by default, but this behavior can be changed using request parameters. The results can be grouped to reduce duplication, and you can apply paging to prevent slowing down your site with large result lists.<br><br>The final results are displayed to the user.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 6)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf<br><br>Oracle ATG Web Commerce define item type by a Repository item descriptor |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

## Item Descriptors

Each repository item belongs to an item type that is defined by a Repository item descriptor. An item descriptor implements the `atg.repository.RepositoryItemDescriptor` interface and can subclass `atg.repository.ItemDescriptorImpl`. An item descriptor provides the following information:

- The item type's name
- Item type properties
- The class of the Java object used to represent the item type—for example, Integer or String

Repository item descriptors depend on a combination of the underlying data store and the configuration of the repository. In the SQL repository, for example, an item descriptor might correspond to a single database table, or encompass multiple tables.

Item descriptors are defined in an XML repository definition file. A repository can support multiple item descriptors. For example, the figure below shows two item descriptors that are defined in a Visitor Profile repository that stores customer data: `user` and `address`. Each item descriptor is typically implemented by multiple items. The example below shows how item descriptors user and address are implemented by multiple items:




Oracle Commerce Repository Guide (version 10.2) (page 5)
Source: https://docs.oracle.com/cd/E55783_02/Platform.11-2/ATGRepositoryGuide/ATGRepositoryGuide.pdf

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| creating a template of the search result, wherein the template comprises links to the data categories described by the one or more descriptors. | Oracle ATG can create a template of the search result, wherein the template comprises links to the data categories described by the one or more descriptors<br><br>For example, Oracle Database can create a report template (template page), the template comprises links to the data categories described by the one or more descriptors (links to all the child products of the category) |

## Specifying Template Pages for Categories and Products

You can display categories and products on your commerce site using JSPs. Rather than requiring you to create a separate JSP for each page on your commerce site, you can to create template pages that fill in the product's properties dynamically. You can then specify which template to use as a property of the category or product. This enables you to display any item without knowing in advance what template the item uses.

For example, the following portion of a JSP uses a `CategoryLookup` servlet bean to retrieve the current category, and a `ForEach` servlet bean to create links to all of the child products of the category. The URL for each link is found by looking at the `template.url` property of the product being linked to.

```
<dsp:droplet name="/atg/commerce/catalog/CategoryLookup">
<dsp:param param="itemId" name="id"/>

<dsp:oparam name="output">
 <dsp:droplet name="/atg/dynamo/droplet/ForEach">
   <dsp:param param="element.childProducts" name="array"/>
   <dsp:oparam name="outputStart">
   <p><b>Child Products:</b>
   </dsp:oparam>
   <dsp:oparam name="output">
   <dsp:getvalueof var="templateURL" param="element.template.url"/>
<dsp:a href="${templateURL}">
   <dsp:valueof param="element.displayName"/>
   <dsp:param param="element.repositoryId" name="itemId"/>
   </dsp:a>
   </dsp:oparam>
 </dsp:droplet>
</dsp:oparam>
</dsp:droplet>
```

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | Oracle ATG Web Commerce Programming Guide (version 10.2) (page 36)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGCommProgGuide/ATGCommProgGuide.pdf<br><br>For example, Oracle ATG Commerce Reference Store (CRS) uses a small number of template pages for displaying categories and products(search result), the template comprises links to the data categories described by the one or more descriptors ( *if a customer clicks on a link to a specific product, the page used to display the product is determined by the value of this property*) |

EXHIBIT F

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"



ORACLE atg. Documentation Home

## ATG Commerce Reference Store Overview

### Template Pages

CRS uses a small number of template pages for displaying categories and products. The main template pages are:

- /browse/category.jsp -- Displays a category that contains child categories but no child products.
- /browse/subcategory.jsp -- Displays a category that contains child products.
- /browse/productDetail.jsp -- Displays product details without a SKU color/size picker.
- /browse/productDetailWithPicker.jsp -- Displays product details with a SKU color/size picker.

The template used to display a given item is specified by the item's template property. So, for example, if a customer clicks on a link to a specific product, the page used to display the product is determined by the value of this property.

Since the same page can be used for different categories or products, the actual category or product is specified through query parameters. For the category templates, the category is specified with the categoryId query parameter. For example:

/browse/category.jsp?categoryId=cat10006

For the product templates, the product is specified with the productId query parameter, and its parent category is specified with the categoryId query parameter. For example:

/browse/productDetail.jsp?productId=xprod2035&categoryId=cat10056

~~EXHIBIT F~~

**Formatted:** Font: Not Bold, Font color: Auto

**Formatted:** Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

Source: https://docs.oracle.com/cd/E23095_01/CRS.93/ATGCRSOverview/html/s0204templatepages01.html

*Category Pages*

The category page used for a specific category differs depending on whether or not the category contains child products. If the category includes child categories but no child products of its own, ATG Store uses the `/browse/category.jsp` template. This template displays a listing of the featured products in the child categories. So, for example, the page for Footwear (which has Men's Shoes and Women's Shoes child categories) shows featured men's and women's shoes:




Source: https://docs.oracle.com/cd/E23095_01/CRS.93/ATGCRSOverview/html/s0204templatepages01.html

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | If the category includes child products, ATG Store uses the `/browse/subcategory.jsp` template. This template displays a listing of the category's child products:   Source: https://docs.oracle.com/cd/E23095_01/CRS.93/ATGCRSOverview/html/s0204templatepages01.html |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

*Product Detail Pages*

The product detail page used for a specific product differs depending on whether the `size` and `color` properties of its SKUs have values or are null. If the `size` and color `properties` are null (e.g., products in the Home Store category), ATG Store typically uses the `/browse/productDetail.jsp` template. This page displays information about the product, includes a quantity field for each SKU, an Add to Cart button, and a More Actions drop-down with options for adding the item to a gift list, emailing a friend, etc. For example:




In most cases, products displayed with the `/browse/productDetail.jsp` template have only one SKU. However, this template can also be used for products with multiple SKUs. In this case, the page displays a separate quantity field for each SKU. The Analog Watch in the Gift Ideas -> For Him category illustrates this:

Source: https://docs.oracle.com/cd/E23095_01/CRS.93/ATGCRSOverview/html/s0204templatepages01.html

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

2024 NOV 15 PM 2:39

**U.S. Patent No. 7,188,100 V. Oracle ATG**

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

## 1. Claim Chart

Formatted Table

| Claim | Analysis |
|---|---|
| A computer-based method for creating a data report, comprising: | Oracle Corp has developed Oracle ATG Web Commerce software, Oracle ATG software provides a computer-based method implemented for creating a data report<br><br>For example, Oracle ATG need to be installed on a computer (computer-based).<br><br>**Installing the ATG Platform**<br>To install the ATG platform:<br>1. Run the ATG10_1.exe\|bin file to start the setup program.<br>2. On Windows, click Next.<br>3. Accept the terms of the license agreement.<br>4. Specify the installation folder for the ATG software (for example, /usr/local/ATG/ATG10.1 or C:\ATG\ATG10.1).<br>5. Select all of the ATG products to install.<br>6. Select your application server. For WebSphere environments, choose the second option, 2- IBM WebSphere, for WebSphere without clustering.<br>7. Enter the required configuration information for your application server.<br><br>Source: https://docs.oracle.com/cd/E24152_01/CRS.10-1/ATGCRSInstall/html/s0405installingtheatgplatform01.html<br><br>Oracle ATG can create a data report (commerce Reporting) |

~~EXHIBIT F~~

**Formatted:** Font: Not Bold, Font color: Auto

**Formatted:** Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

# U.S. Patent No. 7,188,100 V. Oracle Database

~~EXHIBIT F~~

**Formatted:** Font: Not Bold, Font color: Auto

**Formatted:** Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

## 2. Claim Chart

| | |
|---|---|
| A computer-based method for creating a data report, comprising: | Oracle Corp. has developed Oracle Database software. Oracle Database software provides a computer-based method implemented for creating a data report<br><br>For example, oracle database needs to be installed on a computer (computer-based).<br><br><br><br>https://docs.oracle.com/en/database/oracle/oracle-database/21/install-and-upgrade.html<br><br>Oracle Database is a RDBMS |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | Relational Database Management System (RDBMS)<br>The relational model is the basis for a **relational database management system (RDBMS).** An RDBMS moves data into a database, stores the data, and retrieves it so that applications can manipulate it.<br>Oracle Database is an RDBMS. An RDBMS that implements object-oriented features such as user-defined types, inheritance, and polymorphism is called an **object-relational database management system (ORDBMS).** Oracle Database has extended the relational model to an object-relational model, making it possible to store complex business models in a relational database.<br><br>Source:https://docs.oracle.com/en/database/oracle/oracle-database/19/cncpt/introduction-to-oracle-database.html#GUID-2E8CBB2E-89D9-40C5-8AB0-75EEF20647ED<br><br>Oracle Database displays query results (create a data report) |

EXHIBIT F

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | 4<br>**Formatting Query Results**<br><br>This chapter explains how to format your query results to produce a finished report. This chapter covers<br><br>• Formatting Columns<br>• Clarifying Your Report with Spacing and Summary Lines<br>• Defining Page and Report Titles and Dimensions<br>• Storing and Printing Query Results<br>• Creating Web Reports<br><br>Read this chapter while sitting at your computer and try out the examples shown. Before beginning, mak<br><br>**Formatting Columns**<br><br>Through the SQL*Plus COLUMN command, you can change the column headings and reformat the col<br><br>**Changing Column Headings**<br><br>When displaying column headings, you can either use the default heading or you can change it using the<br><br>**Default Headings**<br><br>SQL*Plus uses column or expression names as default column headings when displaying query results.<br><br>Source: https://docs.oracle.com/cd/A87860_01/doc/server.817/a82950/ch4.htm |

~~EXHIBIT F~~

**Formatted:** Font: Not Bold, Font color: Auto

**Formatted:** Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| receiving a query, whereby the query comprises a database search request, and wherein the database is searched using an on-the-fly search; | Oracle Database can receive a query, the query comprises a database search request, and the database is searched using an on-the-fly search.<br><br>For example, Oracle Database receives a query (SELECT select_list from source_list), the query comprises a database search request from a source-list.<br><br>**About Queries**<br>A **query**, or SQL SELECT statement, selects data from one or more tables or views.<br>The simplest form of query has this syntax:<br>SELECT *select_list* FROM *source_list*<br>The *select_list* specifies the columns from which the data is to be selected, and the *source_list* specifies the tables or views that have these columns.<br>A query nested within another SQL statement is called a **subquery**.<br>In the SQL*Plus environment, you can enter a query after the SQL> prompt.<br>In the SQL Developer environment, you can enter a query in the SQL Worksheet. For instructions, see "Running Queries in SQL Developer".<br><br>Source: https://docs.oracle.com/cd/E18283_01/appdev.112/e10766/tdddg_selecting.htm<br><br>Oracle Database has Dynamic SQL, the SQL statements can change "on the fly" (the database is searched using an on-the-fly search) |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | **What Is Dynamic SQL?**<br><br>Dynamic SQL enables you to write programs that reference SQL statements whose full text is not known until runtime. Before discussing dynamic SQL in detail, a clear definition of static SQL may provide a good starting point for understanding dynamic SQL. Static SQL statements do not change from execution to execution. The full text of static SQL statements are known at compilation, which provides the following benefits:<br><br>• Successful compilation verifies that the SQL statements reference valid database objects.<br>• Successful compilation verifies that the necessary privileges are in place to access the database objects.<br>• Performance of static SQL is generally better than dynamic SQL.<br><br>With static SQL, all of the data definition information, such as table definitions, referenced by the SQL statements in your program must be known at compilation. If the data definition changes, you must change and recompile the program. Dynamic SQL programs can handle changes in data definition information, because the SQL statements can change "on the fly" at runtime. Therefore, dynamic SQL is much more flexible than static SQL. Dynamic SQL enables you to write application code that is reusable because the code defines a process that is independent of the specific SQL statements used.<br><br>Source: https://docs.oracle.com/cd/A81042_01/DOC/appdev.816/a76939/adg09dyn.htm |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | **To Execute Dynamic Queries**<br><br>You can use dynamic SQL to create applications that execute dynamic queries, which are queries whose full text is not known until runtime. Many types of applications need to use dynamic queries, including:<br>• Applications that allow users to input or choose query search or sorting criteria at runtime<br>• Applications that allow users to input or choose optimizer hints at run time<br>• Applications that query a database where the data definitions of tables are constantly changing<br>• Applications that query a database where new tables are created often<br><br>Source: https://docs.oracle.com/cd/A81042_01/DOC/appdev.816/a76939/adg09dyn.htm |
| a query tweaker generating a defined query of the database | Oracle Database includes a query tweaker generating a defined query of the database from the received query, wherein generating the defined query includes the query tweaker performing transformations and corrections on the received query. |

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| from the received query, wherein generating the defined query includes the query tweaker performing transformations and corrections on the received query;<br><br>[construe the term "transformations and corrections"<br><br>26: 58-59<br>The query tweaker 873 receives a raw query on the database 13, and generates a specific query 878.<br><br>28: 58-65<br>In generating the specific query 878, the query tweaker 873 perform special transformations and corrections, including setting up types of JOIN operations based on the database schema; applying filters and plug-ins; and applying GROUP BY clauses.] | For example, SQL of Oracle Database includes "JOINs, filter, Plug-in, and GROUP By clause" to performing transformations and corrections on the received query.<br><br>Database / Oracle / Oracle Database / Release 21<br>**SQL Language Reference**<br><br>Joins<br>A **join** is a query that combines rows from two or more tables, views, or materialized views. Oracle Database performs a join whenever multiple tables appear in the `FROM` clause of the query. The select list of the query can select any columns from any of these tables. If any two of these tables have a column name in common, then you must qualify all references to these columns throughout the query with table names to avoid ambiguity.<br><br>Source: https://docs.oracle.com/en/database/oracle/oracle-database/21/sqlrf/Joins.html<br><br>Selecting and Filtering Rows<br>To filter out or select rows for extraction or replication, use the `FILTER` and `WHERE` clauses of the `TABLE` and `MAP` parameters.<br>The `FILTER` clause offers you more functionality than the `WHERE` clause because you can employ any of the Oracle GoldenGate column conversion functions, whereas the `WHERE` clause accepts basic `WHERE` operators.<br>Selecting Rows with a FILTER Clause<br>Use a `FILTER` clause to select rows based on a numeric value by using basic operators or one or more Oracle GoldenGate column-conversion functions. |

~~EXHIBIT F~~

**Formatted:** Font: Not Bold, Font color: Auto

**Formatted:** Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | Source: https://docs.oracle.com/en/cloud/paas/goldengate-cloud/gwuad/selecting-and-filtering-rows.html#GUID-CF05918F-CE6E-4807-942E-795341BC39C5<br><br>**A.5 PL/SQL Server Plug-in Developer's Reference**<br>You can use the plug-in framework in PL/SQL, including designing, creating, and using PL/SQL server plug-ins with Oracle Internet Directory.<br>The following sections explain this further:<br>• Designing, Creating, and Using PL/SQL Server Plug-ins<br>• Using PL/SQL Plug-ins<br>• Performing Binary Operations by using PL/SQLPlug-ins<br>• Object Type Definitions in the LDAP API Plug-in<br>• Specifications for PL/SQL Plug-in Procedures<br><br>Source:https://docs.oracle.com/en/middleware/idm/internet-directory/12.2.1.4/administer/pl-sql-server-plug-developers-reference.html |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | **GROUP BY clause**<br><br>A GROUP BY clause, part of a *SelectExpression*, groups a result into subsets that have matching values for one or more columns. In each group, no two rows have the same value for the grouping column or columns. NULLs are considered equivalent for grouping purposes.<br><br>You typically use a GROUP BY clause in conjunction with an aggregate expression.<br><br>Using the ROLLUP syntax, you can specify that multiple levels of grouping should be computed at once.<br><br>**Syntax**<br><br>`GROUP BY`<br>`{`<br>`    column-Name [ , column-Name ]*`<br>`\|`<br>`    ROLLUP ( column-Name [ , column-Name ]* )`<br>`}`<br><br><u>Source: https://docs.oracle.com/javadb/10.8.3.0/ref/rrefsqlj32654.html</u> |
| <u>accessing one or more databases, using a search engine, per the defined query:</u> | <u>Oracle Database can use a search engine to access one or more databases, per the defined query</u><br><br>Home Enterprise Applications<br><br>**Oracle search engine expands access to third-party data sources**<br><br>Oracle software can be used to fish through EMC, Notes and other information stores. |

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | Source: https://www.networkworld.com/article/2294791/oracle-search-engine-expands-access-to-third-party-data-sources.html |
| generating a search result based on the database access, wherein the search result includes one or more descriptors indicating corresponding data categories; and | Oracle Database can generate a search result based on the database access, wherein the search result includes one or more descriptors indicating corresponding data categories<br><br>For example, Oracle Database uses columns in a table to represents fields. |

EXHIBIT F

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | **1.2 About Oracle Database**<br><br>Oracle Database groups related information into logical structures called **schemas**. The logical structures contain **schema objects**.<br><br>When you connect to the database by providing your user name and password, you specify the schema and indicate that you are its owner. In Oracle Database, the user name and the name of the schema to which the user connects are the same.<br><br>**1.2.1 About Schema Objects**<br><br>Every object in an Oracle Database belongs to only one schema and has a unique name with that schema.<br><br>Some of the objects that schemas can contain are:<br><br>• **Tables**<br><br>Tables are the basic units of data storage in Oracle Database. Tables hold all user-accessible data. Each table contains **rows** that represent individual data **records**. Rows are composed of **columns** that represent the **fields** of the records.<br><br>• **Indexes**<br><br>Indexes are optional objects that can improve the performance of data retrieval from tables. Indexes are created on one or more columns of a table, and are automatically maintained in the database.<br><br>Source: https://docs.oracle.com/en/database/oracle/oracle-database/21/tdddg/two-day-developer-intro.html#GUID-D6CEA186-A6ED-4E4B-A479-76E0CAFCA0BA<br><br>For example, Table columns (a list of the database fields) are used to hold data, the list includes a descriptor (data type attribute) indicating a data category |

EXHIBIT F

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

## 8.4.1.2 About Table Column Attributes

You define table columns to hold your data. When you create a column, you specify the following attributes:

- Data Type
- NOT NULL Column Constraint
- Default Value
- Encryption

### 8.4.1.2.1 Data Type

The data type attribute defines the kind of data to be stored in the column. When you create a table, you must specify a data type for each of its columns.

Data types define the domain of values that each column can contain. For example, `DATE` columns cannot accept the value `February 29` (except for a leap year) or the values `2` or `SHOE`. Each value subsequently inserted in a column assumes the column data type. For example, if you insert `17-JAN-2004` into a date column, then Oracle Database treats that character string as a date value after verifying that it converts to a valid date.

Table 8-1 lists some common Oracle Database built-in data types.

***Table 8-1 Common Data Types***

| Data Type | Description |
|---|---|
| `VARCHAR2(size [BYTE\|CHAR])` | Variable-length character string having a maximum length of *size* bytes or characters. A column to hold postal codes for different countries, for example, might be restricted to 12 bytes by defining it as `VARCHAR2(12)`.<br><br>You can use the `CHAR` qualifier, for example `VARCHAR2(10 CHAR)`, to indicate the maximum length in characters, without regard for the number of bytes required. This is especially useful for languages that use characters with double-byte and triple-byte lengths. The `BYTE` and `CHAR` qualifiers override the setting of the `NLS_LENGTH_SEMANTICS` parameter, which has a default of bytes. The maximum size is 4000 bytes or characters. The minimum is 1 byte or 1 character. You must specify *size* for |

Source: https://docs.oracle.com/database/121/ADMQS/GUID-7EDE63C6-5317-46A2-A9A3-6C019702B50D.htm

For example, Oracle Database can display the selected column (descriptors indicating corresponding data categories)

EXHIBIT F

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | 4<br>**Formatting Query Results**<br>This chapter explains how to format your query results to produce a finished report. This chapter covers the following topics:<br>• Formatting Columns<br>• Clarifying Your Report with Spacing and Summary Lines<br>• Defining Page and Report Titles and Dimensions<br>• Storing and Printing Query Results<br>• Creating Web Reports<br>Read this chapter while sitting at your computer and try out the examples shown. Before beginning, make sure you have access to the sample table<br>**Formatting Columns**<br>Through the SQL*Plus COLUMN command, you can change the column headings and reformat the column data in your query results.<br>**Changing Column Headings**<br>When displaying column headings, you can either use the default heading or you can change it using the COLUMN command. The sections below<br>**Default Headings**<br>SQL*Plus uses column or expression names as default column headings when displaying query results. Column names are often short and cryptic.<br><br>Source: https://docs.oracle.com/cd/A87860_01/doc/server.817/a82950/ch4.htm |
| creating a template of the search result, wherein the template comprises links to the data categories | Oracle Database can create a template of the search result, wherein the template comprises links to the data categories described by the one or more descriptors |

EXHIBIT F

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| described by the one or more descriptors. | For example, Oracle Database can create a report template, the template comprises links to the data categories described by the one or more descriptors (column name)<br><br>**11.3.17 Report Templates**<br><br>Report column templates provide you with control over the results of a row from a SQL query. This type of template defines a cell, not an entire row.<br><br>Each report template identifies column names using the syntax #1#, #2#, #3#, and so on. You can also name columns using column name substitution syntax such as #ENAME# or #EMPNO#. You can reference any item from your application within your template. For example, to reference an item called ABC. in your template, you could include the exact substitution string &ABC.. The actual value of ABC. would be provided by an end user editing an item in your application named ABC.<br><br>Generic Column Templates and Named Column Templates<br>Report Column Template Attributes for Generic Column Templates<br>Report Column Template Attributes for Named Column Templates<br>About Using JavaScript in Column Templates<br><br>Source: https://docs.oracle.com/en/database/oracle/application-express/21.2/htmdb/report-templates.html<br><br>Oracle Application Express (APEX) is an option of the Oracle Database. |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | # Installation<br>When installing Oracle Application Express there are a number of key architecture and management areas to understand.<br>Database · Web Listener · Multi-Tenancy · Roles and Responsibilities<br>Environments · Database Jobs · Database Backup<br>## Database<br>Oracle Application Express is a no-cost option of the Oracle Database which is fully supported as part of your Oracle Database maintenance agreement. It can be installed into any edition of the Oracle Database 10.2.0.4 and above, which includes Enterprise Edition, Standard Edition, Standard Edition One, and Express Edition (XE). Starting with Oracle Database 11gR1, Application Express is installed as part of the standard Oracle Database. Oracle strongly recommends that you upgrade to the latest version of Application Express available on the Oracle Technology Network (OTN). Oracle Application Express cannot be installed into any other relational database.<br><br>Source: https://www.oracle.com/tools/technologies/apex-deploy-installation.html<br><br>Oracle APEX constructs the appearance of each page in an application using templates. |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

# 3.5 How Oracle APEX Uses Templates

Learn how Oracle APEX uses templates APEX to construct the appearance of application pages.

The APEX engine constructs the appearance of each page in an application using templates. Templates define how controls, and page components display. This topic describes the various ways you can use templates to control and appearance of application pages.

- Basic Templates
  Templates in Oracle APEX support the use of substitution strings to pass information and replace any charact with another value.
- Theme Templates
  Learn about the Universal Theme and how to control application layout using theme styles, Theme Roller, and options.
- Template Components
  Use Template Components to create reusable UI components that work in Page Designer like any other plug-i
- Template Directives
  Template directives are special tokens in a template that control how the text around them is processed.

Source: https://docs.oracle.com/en/database/oracle/apex/23.1/htmdb/how-oracle-apex-uses-templates.html

When you create a new application, the Create Application Wizard uses the Universal Theme - 42 (Universal Theme). The Universal Theme features a responsive design, versatile UI components, and easy customization.

EXHIBIT F

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

| | |
|---|---|
| | **3.5.2 Theme Templates**<br>Learn about the Universal Theme and how to control application layout using theme styles, Theme Roller, and template options.<br>A **theme** is a collection of templates that enables developers to define the layout and style of an entire application. When you create a new application, the Create Application Wizard uses the Universal Theme - 42 (Universal Theme). The Universal Theme features a responsive design, versatile UI components, and easy customization.<br><br>Source: https://docs.oracle.com/en/database/oracle/apex/23.1/htmdb/theme-templates.html#GUID-5DC6C1FB-E7A2-4161-A1E4-6A735613BA46<br><br>A sample search page created with the Create Page Wizard, a search field displays at after the page title and is followed by a Search Results region<br>**16.6.1 Example Searches**<br>View search examples.<br>The following example shows a sample search page created with the Create Page Wizard. Notice a search field displays at after the page title and is followed by a Search Results region. In Page Designer, the search field is positioned in the Breadcrumb region and the Search Results region displays in the Body Position. This example has two search configurations that map to two separate tables, `EBA_PROJECTS` and `EBA_PROJECT_TASKS`.<br><br>Source: https://docs.oracle.com/en/database/oracle/apex/22.2/htmdb/example-searches.html#GUID-F02052FA-54BB-4006-8E46-37433B9087BF<br><br>Search Results Region Attributes shows that APEX creates a template of the search result. |

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

## 16.6.8.2 Editing Search Results Region Attributes

Edit Search Results region attributes to change region behavior.

To edit Search Results Region attributes:

1. View the search page in Page Designer:
   a. On the Workspace home page, click the **App Builder** icon.
   b. Select an application.
   c. Select a page.

   Page Designer appears.
2. View the Search Results Region attributes:
   a. In the Rendering tab (or left pane), select the **Search Results** region.
   b. In the Property Editor, select the **Region** tab (if not already selected).




Description of the illustration search_page_components.png

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

Source: https://docs.oracle.com/en/database/oracle/apex/22.2/htmdb/editing-a-search-page.html#GUID-F75E8129-39C2-4BA8-B534-C8F39DB80474

The list template provides a list of links which can be used for navigation and other action-oriented tasks.

## Links List

Overview Instructions List Attributes

### Overview

This list template provides a list of links which can be used for navigation and other action-oriented tasks. You can optionally show badges, icons, sub list items, and more.

### Instructions

1. In **Page Designer**, select a **region**
2. Go to the **Property Editor**
3. Under the **Region** tab
   1. Find **Identification → Type**, use **List**
4. Under the **Attributes** tab
   1. Find **Appearance → Template**, use **Links List**

Source: https://apex.oracle.com/pls/apex/apex_pm/r/ut/links-list

APEX Creates a Column ( the data categories described by the one or more descriptors) Link in an Interactive Report, such that the template comprises links to the data categories described by the one or more descriptors.

EXHIBIT F

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"

## 8.9.6.2 Creating a Column Link in an Interactive Report

Use Column Attributes to create a link from a report to another page in your application or to a URL.

To create a column link to another page:

1. View the page in Page Designer:
   a. On the Workspace home page, click the **App Builder** icon.
   b. Select an application.
   c. Select a page.

   Page Designer appears.
2. In the Rendering tab, locate the region and expand the Columns node.
   The columns appear in the Rendering tab.
3. Select a column to edit.
   The Property Editor displays the attributes for that column. Attributes are organized in groups.
4. Find **Identification**. From Type, select **Link**
5. Find **Link** and click **No Link Defined**.
   The Link Builder - Target dialog appears.
6. To create a link to another page, in the Link Builder - Target dialog:
   a. Type - Select **Page in this Application**.
   b. Page - Specify the target page number.
   c. Set Items - Select a Name and Value to specify session state for an item.
   d. Clear/Reset, Clear Cache - Specify the page numbers on which to clear cache. To specify multiple page, enter a comma-delimited list of page numbers.
   e. Clear/Reset, Action - Select one of the following:

Source: https://docs.oracle.com/en/database/oracle/apex/22.1/htmdb/managing-interactive-report-column-attributes.html#GUID-DCBE6E24-678F-476B-9682-D82EECEBF7B4

~~EXHIBIT F~~

Formatted: Font: Not Bold, Font color: Auto

Formatted: Header, Border: Top: (No border), Bottom: (No border), Left: (No border), Right: (No border), Between : (No border), Tab stops: Not at 3.25" + 6.5"