**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Joseph L. De Bellis, hereby certify that on November 15, 2024, the attached document was hand delivered to the Clerk of the Court.

I further certify that on November 15, 2024, I electronically mailed the document to the following:

Jared Bobrow
Diana Rutowski
Jason Yu
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400
jbobrow@orrick.com

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200
began@morrisnichols.com

William Ramey
Linda Saltiel
RAMEY, LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
713-426-3923
wramey@rameyfirm.com
lsaltiel@rameyfirm.com

*/s/ Joseph L. De Bellis*

Joseph L. De Bellis, MD
282 Edge of Woods Road
Southampton, NY
631-431-6401
josephdebellis@gmail.com