# EXHIBIT 2

13:12:40

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

VILOX TECHNOLOGIES, LLC, and )
JOSEPH L. DE BELLIS, )
)
Plaintiffs, )
) C.A. No. 23-302(MN)
v. )
)
ORACLE CORPORATION, )
)
Defendant. )

Monday, September 9, 2024
2:00 p.m.
Oral Argument

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

RAMEY, LLP
BY: WILLIAM P. RAMEY, III, ESQ.

-and-

JOSEPH DeBELLIS, Pro Se

Counsel for the Plaintiffs

And this is something that's generically available to their customers.

Before there was static SQL which all the characters had to be predefined. They now offer Dynamic SQL which allows the flexibility of creating no longer a static search, but a dynamic search.

And --

THE COURT: Where is the report generator?

DR. DeBELLIS: So then the report generator, as you move forward --

THE COURT: I'm just looking at first limitation, a search on-the-fly report generator that receives raw queries. Where do you allege the search on-the-fly report generator?

DR. DeBELLIS: Well, if you look at the first claim 1 of the '100 patent, page -- I have a reference to report generator on page 5, this is the -- it's the same language, but this is the first limitation is receiving a query --

THE COURT: I'm sorry, I thought we were talking about the claim 32.

DR. DeBELLIS: Yes, but --

THE COURT: So why are you now sending me back to a different claim? Can we just figure out -- I'm trying to figure out if you have asserted in non-conclusory or even

at all terms that the elements of claim 32 are met by the Oracle Database. And I see you're saying the Oracle Database can use Dynamic SQL, the Dynamic SQL can do on-the-fly searches, or can change on-the-fly at runtime, but where are you asserting that there is a search on-the-fly report generator that does what is claimed?

DR. DeBELLIS: Well, the search on-the-fly report generator receives raw queries and creates a report template and that's what the Dynamic SQL allows them to create a dynamic search --

THE COURT: Where do you say that? I'm just looking at what you have for the first limitation. I'm looking at page 17 of your program.

DR. DeBELLIS: Yes.

THE COURT: Which is not in your complaint, but I'm trying to figure out what you're going to allege. So where are you talking about this template? I don't see -- what you're telling me right now, where is this alleged?

DR. DeBELLIS: Well, I don't mention the templates until page 20, Your Honor. And this is from the Oracle -- the sources on page 21, I believe, where it states the source is -- basically from their report templates, report column templates provides you with the control over the results and a row from the SQL query, this type of template defines a cell, not an entire row.

15:16:14 Basically these are quotes specifically from -- and in this particular case, I don't have the exact reference here, but this is from their documentation defining how you create a report template using the Oracle Cloud software as a service.

15:16:36 And they define views and they define group by's. And in the definition, the query tweaker, which is the second limitation, we talk about transformations and corrections. And in my specifications, I define transformations and corrections as joined and grouped by's in the database, Oracle Database.

15:17:01 THE COURT: Is this in your complaint, in your Amended Complaint or is this something new? It doesn't matter what you have in here. This isn't what's the subject of the motion. Is this new stuff you came up with, or is this in your Amended Complaint?

15:17:15 DR. DeBELLIS: This is an example --

15:17:18 THE COURT: Is it in your Amended Complaint? You can't just say stuff -- I have to go by what's in your complaint, so if this is all new, maybe that tells me that I should let you try and amend again, but you can't use this new stuff to save your complaint that doesn't have it. This is not a pleading, this is just a presentation. So I need to understand, is this new, or is this what -- are you taking this out of your complaint?

15:17:51 DR. DeBELLIS: Your Honor, I'm sorry to be difficult. When you say new, these --

15:17:56 THE COURT: Is it in your complaint? Is what you're telling me here in your Amended Complaint?

15:18:02 DR. DeBELLIS: Yes, I believe --

15:18:03 THE COURT: Show me. Don't use this, show me using the complaint. The complaint is what's important. So show me where you have alleged these things using the Amended Complaint.

15:18:54 DR. DeBELLIS: On page 15 of the Amended Complaint, 34 says --

15:19:02 THE COURT: Which exhibit, or just the complaint itself?

15:19:05 DR. DeBELLIS: Just the complaint itself. Method, number 34, says method claim, see Exhibit F, an apparatus claim each recite a query tweaker. The specifications of the '100 discloses that the query tweaker receives a raw query and performs special transformations and corrections including joint operations based on the database scheme applying filters and plug ins and applying group by clauses. Oracle Database discloses Oracle Database includes joins, filters, plug ins and group by clauses to perform transformations and corrections on the received query.

15:19:45 Method claim 1 exhibit F, an apparatus claim 32

**each recite a report template. Oracle discloses use of report templates. Oracle discloses a wide variety of report templates, for example, Oracle discloses name column templates.**

**Upon information and belief --**

**THE COURT: Hold on. Hold on.**

**DR. DeBELLIS: Sorry.**

**THE COURT: So where is the on-the-fly? You say Oracle discloses a variety of report templates, for example, name column templates. Where is the reference to the on-the-fly aspect and the on-the-fly generator report?**

**DR. DeBELLIS: In the Amended Complaint, you're saying?**

**THE COURT: That's the only thing that really matters.**

**DR. DeBELLIS: Yeah, I don't -- I didn't find that reference to on-the-fly in quotations, only after the initial Amended Complaint, Your Honor. So if you're asking me -- the reference in the materials I provided today of on-the-fly within their documentation I found subsequent to the Amended Complaint.**

**THE COURT: Okay. Anything else you want to say?**

**DR. DeBELLIS: Again, I do apologize. I had gone through claim 1 coming up with very specific points**

where it essentially reads exactly on everything that the claims are made from their documentation, but it's all in that supplement, it's not in the original complaint. So that's problematic, I realize.

THE COURT: All right.

DR. DeBELLIS: I thought I could provide this as additional support information.

THE COURT: That's not the way it works.

DR. DeBELLIS: Okay.

THE COURT: All right. So, Mr. Bobrow, let's say that I am inclined to dismiss because I don't think that there are sufficient allegations here that are not conclusory that show that these products -- that allege that these products infringe. Why should I dismiss with prejudice as opposed to giving him one more opportunity?

MR. BOBROW: Your Honor, respectfully, this case began nearly two years ago. It began with a filing of a complaint in the District Court in Texas which was subsequently transferred here. We moved to dismiss. The Court provided guidance on what needed to be done and virtually nothing was changed from one complaint to the next.

At the time the complaint was first filed, Vilox was represented by counsel. They filed the complaint in Texas. Mr. DeBellis is now proceeding pro se, but in the