# EXHIBIT 3

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Wednesday, October 30, 2024 4:04 AM
**To:** Yu, Jason K. <jasonyu@orrick.com>; Joe De Bellis <josephdebellis@gmail.com>; LitigationParalegals <LitParalegals@rameyfirm.com>; Litigation Attorneys <litattorneys@rameyfirm.com>
**Cc:** Tina Hueske <thueske@rameyfirm.com>; Bobrow, Jared <jbobrow@orrick.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>
**Subject:** RE: Oracle v. Vilox (amended complaint)
**Importance:** High

**[EXTERNAL]**

Hi Jason,

We worked to support Dr. DeBellis as you would expect. It seems an unnecessary chart was included in two of the exhibits.

1. Exhibit E contains two claim charts. The first relates to Oracle ATG but the second relates to Oracle Database. The second chart can be deleted and was not meant to be asserted.

2. Exhibit F also contains two claim charts. The first relates to Oracle ATG but the second relates to Oracle Database The second chart can be deleted and was not meant to be asserted.

3. In Exhibit E, at pages 13-17, there are some allegations regarding "Oracle Endeca." On pages 15-17 there is a statement that "Endeca can implement steps as" and then some example code or pseudo code for an example that involves searching for a city name using "city initials." Dr. De Bellis indicated that this might illustrate how Endeca could work, but wasn't sure where the code came from. The code does not come from open source, the example code or pseudo code comes from consulting from ChaptGPT, to show that a person skilled in the art can implement the limitations in the claim based on Endeca.

Let me know if this provides what you need.

Bill

---

**From:** Yu, Jason K. <jasonyu@orrick.com>
**Sent:** Tuesday, October 29, 2024 11:51 AM
**To:** Joe De Bellis <josephdebellis@gmail.com>
**Cc:** William Ramey <wramey@rameyfirm.com>; Tina Hueske <thueske@rameyfirm.com>; Bobrow, Jared <jbobrow@orrick.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>
**Subject:** RE: Oracle v. Vilox (amended complaint)

Hello Bill,

We had our meet and confer call with Dr. De Bellis yesterday and discussed the allegations related to Oracle Cloud Infrastructure in the pleading and in Exhibit B ('720 Patent) and Exhibit D ('100 Patent).

We also discussed the allegations related to Oracle ATG in Exhibits E and F, but Dr. De Bellis indicated that you were primarily responsible for those claim charts and so he wasn't able to answer a number of our questions. I'm hoping you could fill us in on a few questions about those allegations.

- Exhibit E contains two claim charts. The first relates to Oracle ATG but the second relates to Oracle Database and appears to be largely duplicative of the claim chart in Exhibit B. Was this a drafting error or did you intend to include the second chart in addition to the chart in Exhibit B. If you intended to include them both, what is the difference between these two charts?

- Exhibit F also contains two claim charts. The first relates to Oracle ATG but the second relates to Oracle Database and appears to be largely duplicative of the claim chart in Exhibit D. Was this a drafting error or did you intend to include the second chart in addition to the chart in Exhibit B. If you intended to include them both, what is the difference between these two charts?

- In Exhibit E at pages 13-17, there are some allegations regarding "Oracle Endeca." On pages 15-17 there is a statement that "Endeca can implement steps as" and then some example code or pseudo code for an example that involves searching for a city name using "city initials." Dr. De Bellis indicated that this might illustrate how Endeca could work, but wasn't sure where the code came from. Can you tell us where this code came from?

Thanks,
Jason

---

**From:** Joe De Bellis <josephdebellis@gmail.com>
**Sent:** Thursday, October 24, 2024 1:17 PM
**To:** Yu, Jason K. <jasonyu@orrick.com>
**Cc:** William Ramey <wramey@rameyfirm.com>; Tina Hueske <thueske@rameyfirm.com>; Bobrow, Jared <jbobrow@orrick.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>
**Subject:** Re: Oracle v. Vilox (amended complaint)

**[EXTERNAL]**

Jason

That will work fine for me

Thank you

Joe

On Wed, Oct 23, 2024 at 13:24 Yu, Jason K. <jasonyu@orrick.com> wrote:

> Hello Dr. De Bellis,

Does 2:30 ET on Monday (10/28) work for you? If so, I can circulate a calendar invite and zoom link.

Thanks,

Jason

---

**From:** Joe De Bellis <josephdebellis@gmail.com>
**Sent:** Tuesday, October 22, 2024 10:48 AM
**To:** Yu, Jason K. <jasonyu@orrick.com>
**Cc:** William Ramey <wramey@rameyfirm.com>; Tina Hueske <thueske@rameyfirm.com>; Bobrow, Jared <jbobrow@orrick.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>
**Subject:** Re: Oracle v. Vilox (amended complaint)

**[EXTERNAL]**

Hi Everybody,

I apologize for my delayed reply but I am traveling and will be out of town until Sunday evening. I am available and wide open as of Monday Morning October 28th.

Thank you

Regards,

Joe De Bellis

On Tue, Oct 22, 2024 at 12:04 Yu, Jason K. <jasonyu@orrick.com> wrote:

Hi Bill,

Thanks for letting us know.

If you talk to Dr. De Bellis, can you ask him to get back to us promptly with his availability? Although the SAC lists Vilox as a party, no one signs the pleading on behalf of Vilox, and Vilox is seeking to be dismissed. Accordingly, this is Dr. De Bellis's pleading, and it is important that he participates to answer questions about his claims. I'm not sure if Vilox has any positions on issues related to the SAC (other than wanting to be dismissed), but we are happy to schedule around your availability so that you can attend as well. 11am CT on Friday works for us if it works for Dr. De Bellis.

Thanks,

Jason

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Monday, October 21, 2024 5:22 PM
**To:** Yu, Jason K. <jasonyu@orrick.com>; Tina Hueske <thueske@rameyfirm.com>; Bobrow, Jared <jbobrow@orrick.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>
**Cc:** Joe De Bellis <josephdebellis@gmail.com>
**Subject:** Re: Oracle v. Vilox (amended complaint)

**[EXTERNAL]**

Hi Jason,

This week is bad. I could do Friday from 11:00 to 2:00.

I have not spoken to dr. debellis.

William P. Ramey, III

Ramey LLP

5020 Montrose Blvd., Suite 800

Houston, Texas 77006

(713) 426-3923

(832) 689-9175 (fax)

wramey@rameyfirm.com

www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

---

**From:** Yu, Jason K. <jasonyu@orrick.com>
**Sent:** Monday, October 21, 2024 6:02:42 PM
**To:** William Ramey <wramey@rameyfirm.com>; Tina Hueske <thueske@rameyfirm.com>; Bobrow, Jared <jbobrow@orrick.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>
**Cc:** Joe De Bellis <josephdebellis@gmail.com>
**Subject:** RE: Oracle v. Vilox (amended complaint)

Hello Dr. De Bellis and Bill,

We have reviewed the proposed Second Amended Complaint and, pursuant to the Court's instructions, would like to set up a time to meet and confer this week. I'll propose 3pm ET on Wednesday, but I also have availability on Thursday if that doesn't work. Please let us know.

Thanks,

Jason

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Friday, October 11, 2024 8:42 AM
**To:** Tina Hueske <thueske@rameyfirm.com>; Yu, Jason K. <jasonyu@orrick.com>; Bobrow, Jared <jbobrow@orrick.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>
**Cc:** Joe De Bellis <josephdebellis@gmail.com>
**Subject:** RE: Oracle v. Vilox (amended complaint)

**[EXTERNAL]**

Hi Jason,

Let us know if you need anything else.

Bill

---

**From:** Tina Hueske <thueske@rameyfirm.com>
**Sent:** Friday, October 11, 2024 10:41 AM
**To:** Yu, Jason K. <jasonyu@orrick.com>; Bobrow, Jared <jbobrow@orrick.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>
**Cc:** William Ramey <wramey@rameyfirm.com>; Joe De Bellis <josephdebellis@gmail.com>
**Subject:** RE: Oracle v. Vilox (amended complaint)

Attached please find the comparison reports for Second Amended Complaint.

| **ShareFile Attachments** | Expires April 12, 2025 |
|---|---|
| Compare Report Ex. B, US6760720 v.Oracle...ase.pdf | 1.5 MB |
| Compare Report Ex. C, US6760720 v.Oracle ATG.pdf | 1.2 MB |
| Compare Report Ex. E, US7188100 v.Oracle ...ase.pdf | 2.2 MB |
| Compare Report Ex. F, US7188100 v.Oracle ATG.pdf | 5 MB |
| Compare Report FAC to SAC.pdf | 456.8 KB |

Download Attachments

Tina Hueske uses ShareFile to share documents securely.

Tina Hueske

Litigation Paralegal

RAMEY LLP

5020 Montrose Blvd., Suite 800

Houston, Texas 77006

Phone: (713) 426-3923 x606

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Thursday, October 10, 2024 3:32 PM
**To:** Yu, Jason K. <jasonyu@orrick.com>; Bobrow, Jared <jbobrow@orrick.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** Joe De Bellis <josephdebellis@gmail.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>; Litigation Attorneys <litattorneys@rameyfirm.com>
**Subject:** RE: Oracle v. Vilox (amended complaint)

Hi Jason,

Dr. De Bellis is sick with Covid I have been informed. While we are not his attorneys, we will get you the comparison, to expedite matters.

Please also refer to Plaintiff as Dr. DeBellis. He is a medical doctor.

But you can call me Bill.

Bill

---

**From:** Yu, Jason K. <jasonyu@orrick.com>
**Sent:** Thursday, October 10, 2024 2:50 PM
**To:** Bobrow, Jared <jbobrow@orrick.com>; William Ramey <wramey@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** Joe De Bellis <josephdebellis@gmail.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>; Litigation Attorneys <litattorneys@rameyfirm.com>
**Subject:** RE: Oracle v. Vilox (amended complaint)

Hello Joseph and William,

We have received Plaintiff's amended pleading and exhibits. Pursuant to Judge Norieka's model scheduling order and local rules (attached), a party seeking to amend a pleading must provide a "redline" comparison to the prior pleading showing the changes that party is making. Please provide us with redlines showing the change that Plaintiff made to the pleading and each of the exhibits (particularly the claim charts) today so that we may review.

Thanks,

Jason

**From:** Bobrow, Jared <jbobrow@orrick.com>
**Sent:** Wednesday, October 9, 2024 11:27 AM
**To:** William Ramey <wramey@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** Joe De Bellis <josephdebellis@gmail.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>; Litigation Attorneys <litattorneys@rameyfirm.com>
**Subject:** RE: Oracle v. Vilox (amended complaint)

Hi Bill,

As we've said many times, we are not in a position to file papers for Vilox or Dr. De Bellis.

Regards,

Jared

**Jared Bobrow**
Partner, Intellectual Property

Orrick
Silicon Valley
T (650) 614-7405
M (650) 245-4999
jbobrow@orrick.com

orrick

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Wednesday, October 9, 2024 10:33 AM
**To:** Bobrow, Jared <jbobrow@orrick.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** Joe De Bellis <josephdebellis@gmail.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>; Litigation Attorneys <litattorneys@rameyfirm.com>
**Subject:** RE: Oracle v. Vilox (amended complaint)
**Importance:** High

[EXTERNAL]

Hi Jared,

Dr. DeBellis will be e-mailing your firm a copy of the amended complaint later today. It is our understanding that your firm is to review the complaint and determine if you have any issues. If there are issues, such issues are to be addressed with the Court through an appropriate motion. if no issues, then the amended complaint will be filed and the case will proceed.

Nothing is being filed with the Court today, from what we understand. However, if your firm could file a notice of compliance when Dr. DeBellis e-mails you his amended complaint, it would be appreciated.

Please let me know if this is not your understanding.

As to the discovery responses on the assignment issues, we will get them to you shortly.

Thanks,

Bill

William P. Ramey, III

RAMEY LLP

5020 Montrose Bvd., Suite 800

Houston, Texas 77006

(713) 426-3923

(832) 900-4941 (facsimile)

www.rameyfirm.com

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

---

**From:** Bobrow, Jared <jbobrow@orrick.com>
**Sent:** Tuesday, August 20, 2024 10:44 PM
**To:** William Ramey <wramey@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** Joe De Bellis <josephdebellis@gmail.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Egan, Brian P. <began@morrisnichols.com>; Rutowski, Diana <drutowski@orrick.com>
**Subject:** RE: Oracle v. Vilox (and other issues)

Hi all,

I'm adding our Delaware counsel and Diana Rutowski to this thread.

Here is Oracle's portion of the status report. Could you please fill in your positions and then send this back by noon eastern on Thursday? We may have changes to make in light of your positions.

Thanks,

Jared

**Jared Bobrow**
Partner, Intellectual Property

Orrick
Silicon Valley

T (650) 614-7405
M (650) 245-4999
jbobrow@orrick.com

orrick

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Monday, August 19, 2024 6:30 PM
**To:** Bobrow, Jared <jbobrow@orrick.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** Joe De Bellis <josephdebellis@gmail.com>
**Subject:** Re: Oracle v. Vilox (and other issues)

**[EXTERNAL]**

Ok.

William P. Ramey, III

Ramey LLP

5020 Montrose Blvd., Suite 800

Houston, Texas 77006

(713) 426-3923

(832) 689-9175 (fax)

wramey@rameyfirm.com

www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

**From:** Bobrow, Jared <jbobrow@orrick.com>
**Sent:** Monday, August 19, 2024 7:41:29 PM
**To:** William Ramey <wramey@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Cc:** Joe De Bellis <josephdebellis@gmail.com>
**Subject:** RE: Oracle v. Vilox (and other issues)

Bill, we'll send around a draft with our position on Wednesday morning. You and Dr. De Bellis will need to fill in your respective positions. We do not agree that Vilox is out of the case.

Jared

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Monday, August 19, 2024 2:33 PM
**To:** LitigationParalegals <LitParalegals@rameyfirm.com>; Bobrow, Jared <jbobrow@orrick.com>
**Cc:** Joe De Bellis <josephdebellis@gmail.com>
**Subject:** Oracle v. Vilox (and other issues)

**[EXTERNAL]**

Jared,

Can we all agree that Vilox is out of the case? if so, perhaps we can indicate in a status report?

Do you want to take the first draft? It is due the 22nd.

Bill

---------- Forwarded message ---------
From: **Joe De Bellis** <josephdebellis@gmail.com>
Date: Fri, Aug 16, 2024 at 18:50
Subject: Discovery
To: Bobrow, Jared <jbobrow@orrick.com>

Jared,

I left you a message today.

I wanted to point out that as far as I am aware there has been no request for any specific discovery relating to me as a separate entity and my relationship to ViloX and ViloX Technologies.

The assignment was appropriately filed with the PTO and is publicly available for your review.

Additionally if your client would be satisfied with a document attesting to the absence of any side-deals or unrevealed relationships between me personally and the companies, then please go ahead and draft something for my signature.

If it's reasonable I would have no problem signing it and moving forward.

Please let me know.

Regards,

Joe

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.