# EXHIBIT 5

# Oracle® Fusion Middleware

Administrator's Guide for Universal Records Management

11*g* Release 1 (11.1.1)

**E10789-01**

May 2010

ORACLE®

Oracle Fusion Middleware Administrator's Guide for Universal Records Management, 11*g* Release 1 (11.1.1)

E10789-01

Copyright © 2010, Oracle and/or its affiliates. All rights reserved.

Primary Author: Jean Wilson

Contributor: Brian Carlson, Brian Johnson, Lisa Jones, Tok Hui Mackenthun, Rene Madsen, Jason Ogaard, Victor Owuor, Alex Sanchez

This software and related documentation are provided under a license agreement containing restrictions on use and disclosure and are protected by intellectual property laws. Except as expressly permitted in your license agreement or allowed by law, you may not use, copy, reproduce, translate, broadcast, modify, license, transmit, distribute, exhibit, perform, publish, or display any part, in any form, or by any means. Reverse engineering, disassembly, or decompilation of this software, unless required by law for interoperability, is prohibited.

The information contained herein is subject to change without notice and is not warranted to be error-free. If you find any errors, please report them to us in writing.

If this software or related documentation is delivered to the U.S. Government or anyone licensing it on behalf of the U.S. Government, the following notice is applicable:

U.S. GOVERNMENT RIGHTS Programs, software, databases, and related documentation and technical data delivered to U.S. Government customers are "commercial computer software" or "commercial technical data" pursuant to the applicable Federal Acquisition Regulation and agency-specific supplemental regulations. As such, the use, duplication, disclosure, modification, and adaptation shall be subject to the restrictions and license terms set forth in the applicable Government contract, and, to the extent applicable by the terms of the Government contract, the additional rights set forth in FAR 52.227-19, Commercial Computer Software License (December 2007). Oracle USA, Inc., 500 Oracle Parkway, Redwood City, CA 94065.

This software is developed for general use in a variety of information management applications. It is not developed or intended for use in any inherently dangerous applications, including applications which may create a risk of personal injury. If you use this software in dangerous applications, then you shall be responsible to take all appropriate fail-safe, backup, redundancy, and other measures to ensure the safe use of this software. Oracle Corporation and its affiliates disclaim any liability for any damages caused by use of this software in dangerous applications.

Oracle is a registered trademark of Oracle Corporation and/or its affiliates. Other names may be trademarks of their respective owners.

This software and documentation may provide access to or information on content, products, and services from third parties. Oracle Corporation and its affiliates are not responsible for and expressly disclaim all warranties of any kind with respect to third-party content, products, and services. Oracle Corporation and its affiliates will not be responsible for any loss, costs, or damages incurred due to your access to or use of third-party content, products, or services.

# 11

# Generating Reports

Several types of reports are provided with the software. These reports can be used to track user and group usage of the system and provide summary information for content and items involved with physical content such as invoices, chargebacks, and storage.

In addition, reports can be created as needed about the data that appears on the screen as a search result, content information, and so on. If these kinds of reports are available, an option appears on the Page menu on the screen, indicating the default reports available for that data.

Customized reports can also be created that are based on existing reports. Creating a customized report requires in-depth knowledge of service calls and queries. That type of report creation is discussed in the *Oracle Fusion Middleware Setup Guide for Universal Records Management*. This chapter discusses how to set default report options and how to produce the default reports provided with the software.

The following topics are discussed in this chapter:


- "Configuring Report Options" on page 11-1
- "User and Group Reports" on page 11-2
- "Content and Physical Item Reports" on page 11-6


## 11.1 Configuring Report Options

Reports are initially configured through menu options on the Configure Report Settings Page. During configuration a profile can be specified to be used when creating or updating a report template, and a profile to be used when creating or updating a report. A report format can also be chosen and if the report or template should be included when performing searches.

> **Note:** If barcode labels will be printed, specify PDF for the report format. Labels will display in HTML output but they can only be printed correctly using the PDF option.

Follow this procedure to configure default options to be used with all reports:

1. Click **Records** then **Configure** from the Top menu. Click **Reports** then **Settings**.

   The Configure Report Settings Page is displayed

2. Choose the report template profile from the option list or use the default profile provided.

3. Choose the profile to use when creating or updating a report.
4. Choose the report format to use. Options include HTML, PDF, RTF, or XLS. Note that if barcode labels are to be printed, this must be set to PDF.
5. Check the box to exclude all report templates during search operations.
6. Check the box to exclude all checked-in reports during search operations.
7. When finished, click **Submit Update**.

# 11.2 User and Group Reports

After creating users and alias groups, and assigning management roles and rights to users, reports can be generated to view at a glance which users and alias groups have access to the system. The following reports are available:

- "User Report" on page 11-2 (which includes bar code reports)
- "User Roles Report" on page 11-5
- "Group Report" on page 11-5
- "Group-User Report" on page 11-6

For details about the audit report, see Chapter 12, "Monitoring, Customizations and Audit Tools".

Reports are generated in the format specified by the setting on the user's profile page. To see the user format that is specified, click the user name in the top right corner of the screen and the User Profile page is displayed. If the system format is used, that is specified on the Configure Report Settings Page.

If the generated report file is in PDF format, Adobe Acrobat version 6.0 or later is required to view it.

To generate reports, click **Records** then **Reports** then the report type from the Top menu.

---

**Permissions:** The Admin.Reports right is required to produce any reports. This right is assigned by default to the Records Administrator role. The Admin role is also required.

---

## 11.2.1 User Report

A list can be generated of all users who have access to the system as well as a barcode list for the users. A report can also be created that can be used to produce barcode labels. The users and the bar codes assigned to them are defined in User Admin utility.



User Detail

Report Date: 11/6/2008 8:55 AM

| User Name | rma |
|---|---|
| Full Name | rma |
| Email Address | |
| Creation Date | 10/2/08 1:13 PM |
| Last Modified Date | 10/2/08 1:13 PM |
| Markings | |
| Security Classification | No Markings |
| Alternate Reviewer | |
| Barcode | RMA |

| User Name | rmaadmin |
|---|---|
| Full Name | |
| Email Address | rene.madsen@oracle.com |
| Creation Date | 9/24/08 3:55 PM |
| Last Modified Date | 10/14/08 9:44 AM |
| Markings | |
| Security Classification | Top Secret |
| Alternate Reviewer | |
| Barcode | RMAADMIN |

| User Name | rmadiscovery |
|---|---|
| Full Name | rmadiscovery |
| Email Address | |
| Creation Date | 10/8/08 9:59 AM |
| Last Modified Date | 10/8/08 9:59 AM |
| Markings | |
| Security Classification | No Markings |
| Alternate Reviewer | |
| Barcode | RMADISCOVERY |

| User Name | sysadmin |
|---|---|
| Full Name | System Administrator |
| Email Address | |
| Creation Date | 10/7/08 10:10 AM |
| Last Modified Date | 10/23/08 5:11 AM |
| Markings | |
| Security Classification | No Markings |
| Alternate Reviewer | |
| Barcode | SYSADMIN |

| User Name | user1 |
|---|---|
| Full Name | User One |
| Email Address | |
| Creation Date | 10/01/08 8:20 AM |
| Last Modified Date | 11/3/08 6:58 AM |
| Markings | JeanSuppMark |
| Security Classification | No Markings |
| Alternate Reviewer | |
| Barcode | USER1 |

| User Name | JeanUser |
|---|---|
| Full Name | Jean User |
| Email Address | jean.wilson@oracle.com |
| Creation Date | 10/17/08 9:15 AM |
| Last Modified Date | 10/29/08 7:13 AM |
| Markings | JeanSuppMark |
| Security Classification | No Markings |
| Alternate Reviewer | |
| Barcode | JEANUSER |

This report lists overview information for each user.

| Column | Description |
|---|---|
| User Name | Displays the name of the user as entered in the User Admin utility. |
| Full Name | Displays the full name of the user as entered in the User Admin utility. |
| E-mail Address | Displays the e-mail address of the user. |
| Creation Date | Displays the date and time the user was created in the User Admin utility. |
| Change Date | Displays the date and time the user information was last modified. |
| Supplemental | Displays any supplemental markings assigned to a user. |
| Security Classification | Displays the classification assigned to the user. |
| Alternate Reviewer | Indicates the alternate reviewer for this user. |
| Barcode | Displays the barcode designation for the user. |

## 11.2.2 User Barcode Reports

A report can be generated that lists barcode information and another type which can be used to produce barcode labels. The users are defined in the User Admin utility then assigned rights and roles.

View barcode reports using HTML but print reports using PDF in order to ensure proper formatting.




This report lists the barcode information for each user.

The following report produces a barcode list that is suitable for label printing.



### 11.2.3 User Roles Report

Use this report to view a list of all users and their assigned roles.

**User Roles**

Report Date: 3/16/10 12:35 PM

| User Name | Role |
|---|---|
| bowersj | admin<br>pcmadmin<br>rmaadmin<br>sysmanager |
| christyd | admin<br>guest<br>rmaadmin |
| daled | pcmadmin<br>rmaadmin |
| edwards | rma |
| finnegan | rma |
| holloway | rma |
| pcmAdminUser | pcmadmin |
| pcmRequestor | guest<br>pcmrequestor |
| rmadmin | chargebacksadmin<br>contributor<br>ermadmin<br>guest<br>pcmadmin<br>rmaadmin |
| schlotterer | rmaprivileged |
| sysadmin | admin<br>ermadmin<br>ermrequestor<br>pcmadmin<br>pcmrequestor<br>retadmin<br>retuser<br>rma<br>rmaadmin<br>rmaprivileged<br>sysmanager |
| tassottig | rma |
| user1 | contributor<br>pcmrequestor |
| user3 | contributor<br>pcmrequestor |
| DomainUser\Kerry | ermadmin<br>guest<br>pcmadmin<br>rmaadmin<br>rmaprivileged |
| Kerry | chargebacksadmin<br>ermadmin<br>ermrequestor<br>guest<br>pcmadmin<br>pcmrequestor<br>rmaadmin |

| Column | Description |
|---|---|
| User | Displays the user name of the user as entered in the User Admin utility. |
| Roles | Displays the roles assigned to the user. |

### 11.2.4 Group Report

Use the All Groups report to view a list of all aliases defined for the system.

**Aliases**

Report Date: 3/16/10 12:39 PM

| Group Name | Description |
|---|---|
| Analysts | Analysts |
| Finance | Finance |
| FOIAProcessors | FOIA Processors |
| HumanResources | HumanResources |
| OffSiteRequestReviewGroup | OffSite Request Review Group |
| ReservationGroup | ReservationGroup |
| RmaReviewers | RmaReviewers |

| Group Name | Description |
|---|---|
| DispositionsReviewGroup | DispositionsReviewGroup |
| FOIAOfficers | FOIA Officers |
| FOIASpecialists | FOIA Specialists |
| JAG | Judge Advocate Generals |
| RecordsManager | Records Manager |
| RMAApplicationAdministrator | RMA Application Administrator |

| Column | Description |
|---|---|
| Group Name | Lists all alias groups defined in the User Admin utility. |
| Description | Displays a short description of each alias group. |

### 11.2.5 Group-User Report

Use this report to view a list of all users and groups (aliases) currently defined for access. The users and groups (aliases) are assigned in the User Admin utility.


User Aliases

Report Date: 3/16/10 12:39 PM

| Group Name | User Name |
|---|---|
| Analysts | schlotterer<br>tassottig |
| DispositionsReviewGroup | sysadmin |
| Finance | daled<br>edwards<br>finnegan<br>holloway |
| FOIAOfficers | martinezd |
| FOIAProcessors | rogersj |
| FOIASpecialists | francod<br>lya<br>smithg |
| HumanResources | sysadmin |
| JAG | francod<br>harrise<br>lya<br>sandyd |
| OffSiteRequestReviewGroup | sysadmin |
| RecordsManager | christyd |
| ReservationGroup | sysadmin |
| RmaReviewers | sysadmin |
| RMAApplicationAdministrator | bowersj |

| Column | Description |
|---|---|
| Group | Lists all alias groups defined in the User Admin utility. |
| User | Lists every user assigned to an alias group. |

## 11.3 Content and Physical Item Reports

Several default reports and templates are provided with Oracle URM. These reports are available in a variety of locations within the software such as search result page, content information pages, and so on. The type of reports depend on the configuration of the system and which components have been enabled.

This section describes how to generate content reports using the default templates provided. For details about generating user and group reports, see "User and Group Reports" on page 11-2. For information about creating custom reports, see the *Oracle Fusion Middleware Setup Guide for Universal Records Management*.

### 11.3.1 Creating a Report

The creation of new reports is composed of two steps: finding the information for the report then choosing the appropriate report option.

1. Use searching or screening to find the information.
2. Use one of the following methods to create a report for an individual item:
   - Click the **Info** icon for the item. On the item's Content Information Page, click **Create Reports** then the type of report.

- On the Search Results Page, click the checkbox for an item. Click **Create Reports** then **Selected Items** then the type of report.

3. To create a report for multiple items, click the checkboxes of the items then click **Create Reports** then **Selected Items** then the type of report.
4. To create a report for all items on the page (such as all search results), click **Create Reports** then **Full Results** then the type of report.

This section provides several examples of reports.

## 11.3.2 Internal Item Detail Report

The following is an example of an Internal Item Detail Report. This report shows details about one item or about a group of items if several items are selected for use for the report.

### Internal Item Detail

Report Date: 9/22/2009 11:09 AM

| | |
|---|---|
| **Content ID** | STAGE5_URM_001227 |
| **Title** | R3 |

Security Information

| | | | |
|---|---|---|---|
| **Author** | christyd | **Security Group** | RecordsGroup |
| **Type** | Document | | |
| **Account** | | | |
| **Supplemental Markings** | | | |
| **Security Classification** | | | |

General Information

| | | | |
|---|---|---|---|
| **Record Format** | Text | **Media Type** | Electronic |
| **Originating Organization** | Default | **Life Cycle** | |

Records Information

| | | | |
|---|---|---|---|
| **Is Record** | No | **Is Cutoff** | No |
| **Category ID** | | **Folder ID** | F2 |
| **Subject To Audit** | No | **Audit** | |
| **Is Frozen** | No | **Freeze Name** | 0 |
| | | **Freeze Reasons** | |
| **Vital** | No | **Vital Reviewer** | |
| | | **Vital Period** | 0 |
| **Superseding Content** | | **Superseded Date** | |

Date Information

| | | | |
|---|---|---|---|
| **Release Date** | 9/22/09 11:47 AM | **Received Date** | |
| **Record Activation Date** | | **Record Obsolete Date** | |
| **Record Filing Date** | 9/22/09 11:47 AM | **Record Rescinded Date** | |
| **Record Expiration Date** | | **Record Cutoff Date** | |
| **Record Review Date** | 9/22/09 11:47 AM | **Superseded Date** | |
| **Record Cancelled Date** | | **Superseded Twice** | |
| **Delete Approve Date** | | **Record Destroy Date** | |
| **Publication Date** | 9/22/09 11:47 AM | **Received Date** | |
| **New Revision Date** | 9/22/09 11:47 AM | | |

An external detail report is similar to this report, but it includes the bar code for the item as well as other information which pertains only to external items.

## 11.3.3 Search Results Report

The following is an example of a Search Results report. This report shows basic information about items.

**Search Results**

Report Date: 9/22/2009 11:16 AM

| Content ID | Title | Release Date | Author |
|---|---|---|---|
| STAGE5_URM_001227 | R3 | 9/22/09 11:47 AM | christyd |
| STAGE5_URM_001225 | R1 | 9/22/09 11:43 AM | christyd |
| STAGE5_URM_001223 | freezconten2 | 9/22/09 11:12 AM | christyd |
| FREEZE1NAME | freeze1Name | 9/22/09 10:49 AM | christyd |
| 7440643DA24B6FAFD99E15A9BBFB03 | Move | 9/22/09 10:06 AM | Rene |
| STAGE5_URM_001219 | don't do it | 9/22/09 9:33 AM | christyd |
| 1E9C066786675AF30DA325DE4547BB | Delete All Revisions (Destroy Metadata) | 9/22/09 8:59 AM | Rene |
| ACB9F4DB8E29C2D92888B7F7810BC7 | Accession | 9/22/09 8:58 AM | Rene |
| AUDITLOGARCHIVE | Log | 9/21/09 9:24 PM | weblogic |

## 11.3.4 Records Destruction Certificate Report

The following is an example of a Records Destruction Certificate report. This report shows those items which are scheduled for destruction.

The following item(s) are due for destruction. Please sign below to authorize destruction of the following items.

| | | |
|---|---|---|
| Department/Division | Records Manager | |
| Email | Telephone | |

**Records to be Destroyed**

| Object Type | Name | Title | Author | Category ID | Record Destroy Date |
|---|---|---|---|---|---|
| Box | STAGE5_URM_000803 | phys2 | Rene | taskpanetest2 | |
| Box | STAGE5_URM_000802 | phys1 | Rene | taskpanetest2 | |
| Micro | STAGE5_URM_000204 | some pcm content item | rmadmin | file plan test cat | |

**Destruction Approvals:**

______________________ ______________________ ______________________
Legal Approval (print) Signature Date

______________________ ______________________ ______________________
Records Manager (print) Signature Date

Records Destroyed By ______________________ on ______________________