# EXHIBIT 6

# Oracle® APEX

## App Builder User's Guide

Release 21.2
F43175-03
February 2022

Oracle APEX App Builder User's Guide, Release 21.2

F43175-03

Copyright © 2003, 2022, Oracle and/or its affiliates.

Primary Author: Terri Jennings

Contributors: Christina Cho, Carsten Czarski , Hilary Farrell, Doug Gault, Michael Hichwa, Sharon Kennedy, John Godfrey, Monica Godoy Millan, Anthony Rayner, Marc Sewtz, Jason Straub, John Synders, Patrick Wolf

This software and related documentation are provided under a license agreement containing restrictions on use and disclosure and are protected by intellectual property laws. Except as expressly permitted in your license agreement or allowed by law, you may not use, copy, reproduce, translate, broadcast, modify, license, transmit, distribute, exhibit, perform, publish, or display any part, in any form, or by any means. Reverse engineering, disassembly, or decompilation of this software, unless required by law for interoperability, is prohibited.

The information contained herein is subject to change without notice and is not warranted to be error-free. If you find any errors, please report them to us in writing.

If this is software or related documentation that is delivered to the U.S. Government or anyone licensing it on behalf of the U.S. Government, then the following notice is applicable:

U.S. GOVERNMENT END USERS: Oracle programs (including any operating system, integrated software, any programs embedded, installed or activated on delivered hardware, and modifications of such programs) and Oracle computer documentation or other Oracle data delivered to or accessed by U.S. Government end users are "commercial computer software" or "commercial computer software documentation" pursuant to the applicable Federal Acquisition Regulation and agency-specific supplemental regulations. As such, the use, reproduction, duplication, release, display, disclosure, modification, preparation of derivative works, and/or adaptation of i) Oracle programs (including any operating system, integrated software, any programs embedded, installed or activated on delivered hardware, and modifications of such programs), ii) Oracle computer documentation and/or iii) other Oracle data, is subject to the rights and limitations specified in the license contained in the applicable contract. The terms governing the U.S. Government's use of Oracle cloud services are defined by the applicable contract for such services. No other rights are granted to the U.S. Government.

This software or hardware is developed for general use in a variety of information management applications. It is not developed or intended for use in any inherently dangerous applications, including applications that may create a risk of personal injury. If you use this software or hardware in dangerous applications, then you shall be responsible to take all appropriate fail-safe, backup, redundancy, and other measures to ensure its safe use. Oracle Corporation and its affiliates disclaim any liability for any damages caused by use of this software or hardware in dangerous applications.

Oracle, Java, and MySQL are registered trademarks of Oracle and/or its affiliates. Other names may be trademarks of their respective owners.

Intel and Intel Inside are trademarks or registered trademarks of Intel Corporation. All SPARC trademarks are used under license and are trademarks or registered trademarks of SPARC International, Inc. AMD, Epyc, and the AMD logo are trademarks or registered trademarks of Advanced Micro Devices. UNIX is a registered trademark of The Open Group.

This software or hardware and documentation may provide access to or information about content, products, and services from third parties. Oracle Corporation and its affiliates are not responsible for and expressly disclaim all warranties of any kind with respect to third-party content, products, and services unless otherwise set forth in an applicable agreement between you and Oracle. Oracle Corporation and its affiliates will not be responsible for any loss, costs, or damages incurred due to your access to or use of third-party content, products, or services, except as set forth in an applicable agreement between you and Oracle.

Oracle APEX may reside in a local on-premises Oracle Database or in a hosted environment, such as a Oracle Cloud service. The sign in process differs depending upon the installation type.

**Oracle APEX On-premises**

If you are running Oracle APEX on-premises, sign in to your Oracle APEX as described in Signing In to Your Workspace in *Oracle APEX Installation Guide*

**About Accessing Oracle APEX in Oracle Cloud**

In Oracle Cloud, Oracle APEX is installed and enabled in:

- Oracle APEX Application Development (APEX Service)
- Autonomous Database for Transaction Processing and Mixed Workloads
- Autonomous Database for Analytics and Data Warehousing

Oracle APEX is available in Exadata Cloud Service and Database Cloud Service in Oracle Cloud Infrastructure. However, you need to manually customize your databases to install and enable Oracle APEX by following on-premises installation process or using cloud tooling such as Terraform.

**See Also:**

- Get an Environment
- Welcome to Oracle APEX Application Development Service in *Getting Started with Oracle APEX Application Development*
- Creating Applications with Oracle Application Express on Autonomous Database in *Using Oracle Autonomous Database on Shared Exadata Infrastructure*

## 2.2 Understanding Oracle Application Express

Oracle APEX provides you with all the tools you need to build apps in a single, extensible platform, which runs as a part of Oracle Database.

When you install Oracle APEX, you can install either a runtime environment or a full development environment.

- What is Oracle Application Express?
- How Oracle Application Express Works
- About the Differences Between Runtime and Full Development Environments

### 2.2.1 What is Oracle Application Express?

Oracle APEX is a hosted declarative development environment for developing and deploying database-centric web applications. Thanks to built-in features such as user interface themes, navigational controls, form handlers, and flexible reports, Oracle Application Express accelerates the application development process.

The Application Express engine renders applications in real time from data stored in database tables. When you create or extend an application, Oracle Application Express creates or modifies metadata stored in database tables. When the application is run, the Application Express engine then reads the metadata and displays the application.

To provide stateful behavior within an application, Oracle Application Express transparently manages session state in the database. Application developers can get and set session state using simple substitutions and standard SQL bind variable syntax.

## 2.2.2 How Oracle Application Express Works

Oracle Application Express installs with your Oracle database and consists of data in tables and PL/SQL code. Whether you run the Oracle Application Express development environment or run an application built using Oracle Application Express, the process is the same. Your browser sends a URL request that is translated into the appropriate Oracle Application Express PL/SQL call. After the database processes the PL/SQL, the results are relayed back to your browser as HTML. This cycle happens each time you either request or submit a page.

Oracle Application Express does not use a dedicated database connection. Instead, each request is made through a new database session, consuming minimal CPU resources. Application session state is managed in the database tables by the Application Express engine.

Behind the scenes, the Application Express engine renders and processes pages. The Application Express engine also performs these tasks:

- Session state management
- Authentication services
- Authorization services
- Page flow control
- Validation processing

## 2.2.3 About the Differences Between Runtime and Full Development Environments

When you install Oracle Application Express, you can install two different environments:

- **Runtime environment**. In a runtime environment users can run applications but cannot modify them. Select this option for production implementations.
- **Full development environment**. In a full development environment, users can develop, modify, run, and delete Application Express applications. This option provides complete access to the Oracle Application Express environment described in this document.

> **See Also:**
>
> - *Oracle APEX Installation Guide*
> - "Installing Exported Applications into a Runtime Environment" in *Oracle Application Express Administration Guide*