# EXHIBIT 7

# Oracle® Fusion Middleware

## Report Designer's Guide for Oracle Business Intelligence Publisher

12c (12.2.1.4.0)
E91494-04
August 2021

Oracle Fusion Middleware Report Designer's Guide for Oracle Business Intelligence Publisher, 12c (12.2.1.4.0)

E91494-04

Copyright © 2015, 2021, Oracle and/or its affiliates.

Primary Author: Hemala Vivek

Contributing Authors: Christine Jacobs, Suzanne Gill

Contributors: Oracle Business Intelligence Publisher development, product management, and quality assurance teams

This software and related documentation are provided under a license agreement containing restrictions on use and disclosure and are protected by intellectual property laws. Except as expressly permitted in your license agreement or allowed by law, you may not use, copy, reproduce, translate, broadcast, modify, license, transmit, distribute, exhibit, perform, publish, or display any part, in any form, or by any means. Reverse engineering, disassembly, or decompilation of this software, unless required by law for interoperability, is prohibited.

The information contained herein is subject to change without notice and is not warranted to be error-free. If you find any errors, please report them to us in writing.

If this is software or related documentation that is delivered to the U.S. Government or anyone licensing it on behalf of the U.S. Government, then the following notice is applicable:

U.S. GOVERNMENT END USERS: Oracle programs (including any operating system, integrated software, any programs embedded, installed or activated on delivered hardware, and modifications of such programs) and Oracle computer documentation or other Oracle data delivered to or accessed by U.S. Government end users are "commercial computer software" or "commercial computer software documentation" pursuant to the applicable Federal Acquisition Regulation and agency-specific supplemental regulations. As such, the use, reproduction, duplication, release, display, disclosure, modification, preparation of derivative works, and/or adaptation of i) Oracle programs (including any operating system, integrated software, any programs embedded, installed or activated on delivered hardware, and modifications of such programs), ii) Oracle computer documentation and/or iii) other Oracle data, is subject to the rights and limitations specified in the license contained in the applicable contract. The terms governing the U.S. Government’s use of Oracle cloud services are defined by the applicable contract for such services. No other rights are granted to the U.S. Government.

This software or hardware is developed for general use in a variety of information management applications. It is not developed or intended for use in any inherently dangerous applications, including applications that may create a risk of personal injury. If you use this software or hardware in dangerous applications, then you shall be responsible to take all appropriate fail-safe, backup, redundancy, and other measures to ensure its safe use. Oracle Corporation and its affiliates disclaim any liability for any damages caused by use of this software or hardware in dangerous applications.

Oracle, Java, and MySQL are registered trademarks of Oracle and/or its affiliates. Other names may be trademarks of their respective owners.

Intel and Intel Inside are trademarks or registered trademarks of Intel Corporation. All SPARC trademarks are used under license and are trademarks or registered trademarks of SPARC International, Inc. AMD, Epyc, and the AMD logo are trademarks or registered trademarks of Advanced Micro Devices. UNIX is a registered trademark of The Open Group.

This software or hardware and documentation may provide access to or information about content, products, and services from third parties. Oracle Corporation and its affiliates are not responsible for and expressly disclaim all warranties of any kind with respect to third-party content, products, and services unless otherwise set forth in an applicable agreement between you and Oracle. Oracle Corporation and its affiliates will not be responsible for any loss, costs, or damages incurred due to your access to or use of third-party content, products, or services, except as set forth in an applicable agreement between you and Oracle.

# 4

# Creating RTF Templates

This topic describes the concepts of associating XML data to layout elements in an RTF report template. It describes basic and advanced techniques for creating complex and highly conditionalized report formats.

**Topics:**


- Getting Started
- Associating the XML Data to the Template Layout
- Adding Markup to the Template Layout
- Defining Groups
- Defining Headers and Footers
- Inserting Images and Charts
- Adding Drawings, Shapes, and Clip Art
- Supported Formatting Features of Microsoft Word
- Template Features
- Using Conditional Formatting
- Inserting Page-Level Calculations
- Handling Data
- Setting Variables, Parameters, and Properties
- Using Advanced Report Layouts
- Formatting Numbers, Dates, and Currencies
- Supporting Calendars and Time Zones
- Using External Fonts
- Controlling the Placement of Instructions Using the Context Commands
- Using XPath Commands
- Declaring Namespaces
- Using FO Elements and XSL Elements
- Guidelines for Designing RTF Templates for Microsoft Excel 2007 Output
- Rendering HTML Formatted Data in a Report
- Embedding PCL Commands for Check Printing
- 2D Barcode Functions

# Getting Started

This chapter describes the concepts of associating XML data to layout elements in a report template. It describes basic techniques as well as advanced techniques for creating complex and highly conditionalized report formats.

If you are using Microsoft Word to create RTF templates, then see Creating RTF Templates Using the Template Builder for Word before reading this chapter. The demos and samples provided in the Template Builder installation can help orient you to the process of creating templates in Microsoft Word.

It is not required to have Microsoft Word or the Template Builder to create RTF templates and this chapter describes how to add components without using the Template Builder. Many of the layout components described in this chapter can also be inserted in a template using the Template Builder.

This section covers the following topics:

- What Are RTF Templates?
- Prerequisites for Designing Templates
- What is XSLT Compatibility?
- Key Concepts
- Designing the Template Layout
- About Adding BI Publisher Code

## What Are RTF Templates?

Rich Text Format (RTF) is a specification used by common word processing applications, such as Microsoft Word.

When you save a document, RTF is a file type option.

BI Publisher converts documents saved as the RTF file type to XSL-FO enabling you to create report layouts using many standard word processor features.

During design time, you add data fields and other markup to the template using BI Publisher's simplified tags for XSL expressions. These tags associate the XML report data to the report layout and include other processing instructions.

In addition to the word processor's formatting features, BI Publisher supports other advanced reporting features such as conditional formatting, dynamic data columns, running totals, and charts.

If you are familiar with XSL and prefer not to use the simplified tags, BI Publisher also supports the use of pure XSL elements in the template. If you want to include code directly in the template, then you can include *any* XSL element, many FO elements, and a set of SQL expressions that BI Publisher extends.

## Prerequisites for Designing Templates

You must perform these tasks before designing a template.

Before you design a template, you must:

- Know the business rules that apply to the data from the source report.
- Generate sample data from the report data model.

  Be familiar with the formatting features of Microsoft Word.

## What is XSLT Compatibility?

BI Publisher uses the XSLT processor provided by Oracle XDK 11.1.0.7.0, which supports the W3C XSL Transformations 1.0 recommendation.

The processor also implements the current working drafts of the XSLT and XPath 2.0 standards.

By default, BI Publisher is compatible with XSLT 1.0. If you want to use XSLT and XPath 2.0 features in the template, then you must disable XSLT 1.0 compatibility. This configuration is performed at the template level. The template-level setting overrides the server setting.

XSLT compatibility is set as a Build Option in the Template Builder for Word. See Setting UI Options.

## Key Concepts

When you design the template layout, you must understand how to associate the XML input file to the layout.

This chapter presents a sample template layout with its input XML file to illustrate how to make the proper associations to add the markup tags to the template.

## Designing the Template Layout

Use the word processor's formatting features to create the design.

For example:

- Select the size, font, and alignment of text
- Insert bullets and numbering
- Draw borders around paragraphs
- Include a watermark
- Include images (jpg, gif, or png)
- Use table auto formatting features
- Insert a header and footer

  For additional information on inserting headers and footers, see Defining Headers and Footers.

For a detailed list of supported formatting features in Microsoft Word, see Supported Formatting Features of Microsoft Word.

## About Adding BI Publisher Code

When you create an RTF template, you add BI Publisher code to the RTF document. Follow one of these methods that are supported for adding code.

BI Publisher supports the following methods for adding code:

- Basic RTF Method

  Use any word processor that supports RTF version 1.6 writer (or later) to design a template using BI Publisher's simplified syntax.
- Form Field Method

  Using Microsoft Word's form field feature allows you to place the syntax in hidden form fields, rather than directly into the design of the template.

> **Note:**
>
> If you use XSL or XSL-FO code rather than the simplified syntax, then you must use the form field method.

This chapter describes how to create RTF templates using the preceding methods.

If you are using Microsoft Word, you can use the BI Publisher Template Builder for Word to facilitate inserting BI Publisher code fields. For detailed information, see Creating RTF Templates Using the Template Builder for Word.

# Associating the XML Data to the Template Layout

The figure in this section shows a sample layout for a Payables Invoice Register.



ORACLE E-Business Suite

Payables Invoice Register

Page 1 of 1
25th July 2003

Group: Suppliers Sort by Supplier

Supplier: **Supplier 1**

| Invoice Num | Invoice Date | GL Date | Curr | Entered Amt | Accounted Amt |
|---|---|---|---|---|---|
| Group:Invoices 1234566 | 1-Jan-2004 | 1-Jan-2004 | USD | 1000.00 | 1000.00 End:Invoices |
| Total for Supplier: Supplier1 | | | | **1000.00** | **1000.00** |

End:Suppliers

Company Confidential

Note the following:

- The data fields that are defined on the template.

  For example: Supplier, Invoice Number, and Invoice Date
- The elements of the template that are repeated when the report is run.

  For example, all the fields on the template are repeated for each Supplier that is reported. Each row of the invoice table is repeated for each invoice that is reported.

## Using an XML Input File

Following is the XML file that is used as input to the Payables Invoice Register report template.

To simplify the example, the XML output shown has been modified from the actual output from the Payables report.

```
<?xml version="1.0" encoding="WINDOWS-1252" ?>
 - <VENDOR_REPORT>
  - <LIST_G_VENDOR_NAME>
   - <G_VENDOR_NAME>
     <VENDOR_NAME>COMPANY A</VENDOR_NAME>
   -  <LIST_G_INVOICE_NUM>
    -  <G_INVOICE_NUM>
       <SET_OF_BOOKS_ID>124</SET_OF_BOOKS_ID>
       <GL_DATE>10-NOV-03</GL_DATE>
       <INV_TYPE>Standard</INV_TYPE>
       <INVOICE_NUM>031110</INVOICE_NUM>
       <INVOICE_DATE>10-NOV-03</INVOICE_DATE>
       <INVOICE_CURRENCY_CODE>EUR</INVOICE_CURRENCY_CODE>
       <ENT_AMT>122</ENT_AMT>
       <ACCTD_AMT>122</ACCTD_AMT>
       <VAT_CODE>VAT22%</VAT_CODE>
      </G_INVOICE_NUM>
     </LIST_G_INVOICE_NUM>
     <ENT_SUM_VENDOR>1000.00</ENT_SUM_VENDOR>
     <ACCTD_SUM_VENDOR>1000.00</ACCTD_SUM_VENDOR>
    </G_VENDOR_NAME>
   </LIST_G_VENDOR_NAME>
  <ACCTD_SUM_REP>108763.68</ACCTD_SUM_REP>
  <ENT_SUM_REP>122039</ENT_SUM_REP>
 </VENDOR_REPORT>
```

XML files are composed of elements. Each tag set is an element. For example <INVOICE_DATE> </INVOICE_DATE> is the invoice date element. "INVOICE_DATE" is the tag name. The data between the tags is the value of the element. For example, the value of `INVOICE_DATE` is "10-NOV-03".

The elements of the XML file have a hierarchical structure. Another way of saying this is that the elements have parent-child relationships. In the XML sample, some elements are contained within the tags of another element. The containing element is the parent and the included elements are its children.

Every XML file has only one root element that contains all the other elements. In this example, `VENDOR_REPORT` is the root element. The elements `LIST_G_VENDOR_NAME`, `ACCTD_SUM_REP`, and `ENT_SUM_REP` are contained between the `VENDOR_REPORT` tags and are children of `VENDOR_REPORT`. Each child element can have child elements of its own.

## Identifying Placeholders and Groups

The template content and layout must correspond to the content and hierarchy of the input XML file. Each data field in the template must map to an element in the XML file. Each group

of repeating elements in the template must correspond to a parent-child relationship in the XML file.

To map the data fields you define *placeholders*. To designate the repeating elements, you define *groups*.

**Note:**

BI Publisher supports regrouping of data if the report requires grouping that does not follow the hierarchy of the incoming XML data. For information on using this feature, see Regrouping the XML Data.

## Using Placeholders

Each data field in the report template must correspond to an element in the XML file.

When you mark up the template design, you define placeholders for the XML elements. The placeholder maps the template report field to the XML element. At runtime the placeholder is replaced by the value of the element of the same name in the XML data file.

For example, the "Supplier" field from the sample report layout corresponds to the XML element VENDOR_NAME. When you mark up the template, you create a placeholder for VENDOR_NAME in the position of the Supplier field. At runtime, this placeholder is replaced by the value of the element from the XML file (the value in the sample file is **COMPANY A**).

## Identifying the Groups of Repeating Elements

The sample report lists suppliers and their invoices. There are fields that repeat for each supplier. One of these fields is the supplier's invoices. There are fields that repeat for each invoice.

The report therefore consists of two groups of repeating fields:

- Fields that repeat for each supplier
- Fields that repeat for each invoice

The invoices group is nested inside the suppliers group. This can be represented as follows:

**Suppliers**

- Supplier Name
- Invoices
  - Invoice Num
  - Invoice Date
  - GL Date
  - Currency
  - Entered Amount

    - Accounted Amount
- Total Entered Amount
- Total Accounted Amount

Compare this structure to the hierarchy of the XML input file. The fields that belong to the Suppliers group shown above are children of the element G_VENDOR_NAME. The fields that belong to the Invoices group are children of the element G_INVOICE_NUM.

By defining a group, you are notifying BI Publisher that *for each* occurrence of an element (parent), you want the included fields (children) displayed. At runtime, BI Publisher loops through the occurrences of the element and displays the fields each time.

# Adding Markup to the Template Layout

BI Publisher converts the formatting that you apply in the word processor to XSL-FO. You add markup to create the mapping between the layout and the XML file and to include features that cannot be represented directly in the format.

The most basic markup elements are placeholders, to define the XML data elements; and groups, to define the repeating elements.

BI Publisher provides tags to add markup to the template. For the XSL equivalents of the BI Publisher tags, see XSL Equivalents.

## Creating Placeholders

The placeholder maps the template field to the XML element data field. At runtime the placeholder is replaced by the value of the element of the same name in the XML data file.

Enter placeholders in the document using the following syntax:

```
<?XML element tag name?>
```

The placeholder must match the XML element tag name exactly. It is case sensitive.

There are two ways to insert placeholders in the document, as described in the following sections:

- Using the Basic RTF Method: Insert the placeholder syntax directly into the template document.
- Using the Form Field Method: (Requires Microsoft Word) Insert the placeholder syntax in Microsoft Word's Text Form Field Options window. This method allows you to maintain the appearance of the template.

  See Inserting a Field.

## Using the Basic RTF Method

Enter the placeholder syntax in the document where you want the XML data value to appear.

Enter the element's XML tag name using the syntax:

```
<?XML element tag name?>
```

In the example, the template field "Supplier" maps to the XML element VENDOR_NAME. In the document, enter:

`<?VENDOR_NAME?>`

The entry in the template is shown in the following illustration.




## Using the Form Field Method

Placeholder tags can be added using the Form Field method.

To use Microsoft Word's Form Field method to insert the placeholder tags:

1. Enable the **Forms** toolbar in the Microsoft Word application.
2. Position the cursor in the location where you want to create a placeholder.
3. Select the **Text Form Field** toolbar icon. This action inserts a form field area in the document.
4. Double-click the form field area to invoke the **Text Form Field Options** dialog box.
5. (Optional) Enter a description of the field in the **Default text** field. The entry in this field populates the placeholder's position on the template.

   For the example, enter "Supplier 1".
6. Select the **Add Help Text** button.
7. In the help text entry field, enter the XML element's tag name using the syntax:

   <?*XML element tag name*?>

   You can enter multiple element tag names in the text entry field.

   In the example, the report field "Supplier" maps to the XML element VENDOR_NAME. In the **Form Field Help Text** field enter:

   `<?VENDOR_NAME?>`

   The following illustration shows the Text Form Field Options dialog and the Form Field Help Text dialog with the appropriate entries for the Supplier field.




> **Tip:**
>
> For longer strings of BI Publisher syntax, use the Help Key (F1) tab instead of the Status Bar tab. The text entry field on the Help Key (F1) tab allows more characters.

8. Click **OK** to apply.

   The **Default text** is displayed in the form field on the template.

   The following illustration shows the Supplier field from the template with the added form field markup.



## Completing the Example

This table shows the entries made to complete the example. The Template Field Name is the display name from the template. The Default Text Entry is the value entered in the Default Text field of the Text Form Field Options dialog box (form field method only). The Placeholder Entry is the XML element tag name entered either in the Form Field Help Text field (form field method) or directly on the template.

| Template Field Name | Default Text Entry (Form Field Method) | Placeholder Entry (XML Tag Name) |
|---|---|---|
| Invoice Num | 1234566 | <?INVOICE_NUM?> |
| Invoice Date | 1-Jan-2004 | <?INVOICE_DATE?> |
| GL Date | 1-Jan-2004 | <?GL_DATE?> |
| Curr | USD | <?INVOICE_CURRENCY_CODE?> |
| Entered Amt | 1000.00 | <?ENT_AMT?> |
| Accounted Amt | 1000.00 | <?ACCTD_AMT?> |
| (Total of Entered Amt column) | 1000.00 | <?ENT_SUM_VENDOR?> |
| (Total of Accounted Amt column) | 1000.00 | <?ACCTD_SUM_VENDOR?> |

This figure shows the Payables Invoice Register with the completed form field placeholder markup. See Using the Basic RTF Method for the completed basic RTF markup.

ORACLE
E-Business Suite

**Payables Invoice Register**

Page 1 of 1
25th January 2004

Supplier: **Supplier 1**

| Invoice Num | Invoice Date | GL Date | Curr | Entered Amt | Accounted Amt |
|---|---|---|---|---|---|
| 1234566 | 1-Jan-2004 | 1-Jan-2004 | USD | 1000.00 | 1000.00 |
| Total for Supplier: Supplier1 | | | | **1000.00** | **1000.00** |

Company Confidential

# Defining Groups

By defining a group, you notify BI Publisher that *for each* occurrence of an element, you want the included fields displayed. At runtime, BI Publisher loops through the occurrences of the element and displays the fields each time.

In the example, for each occurrence of G_VENDOR_NAME in the XML file, you want the template to display its child elements VENDOR_NAME (Supplier Name), G_INVOICE_NUM (the Invoices group), Total Entered Amount, and Total Accounted Amount. And, for each occurrence of G_INVOICE_NUM (Invoices group), you want the template to display Invoice Number, Invoice Date, GL Date, Currency, Entered Amount, and Accounted Amount.

To designate a group of repeating fields, insert the grouping tags around the elements to repeat.

Insert the following tag before the first element:

```
<?for-each:XML group element tag name?>
```

Insert the following tag after the final element:

```
<?end for-each?>
```

See Inserting a Repeating Group.

## Grouping Scenarios

When grouping, note that the group element must be a parent of the repeating elements in the XML input file. These are some of the grouping scenarios.

- If you insert the grouping tags around text or formatting elements, then the text and formatting elements between the group tags are repeated.
- If you insert the tags around a table, then the table is repeated.
- If you insert the tags around text in a table cell, then the text in the table cell between the tags is repeated.
- If you insert the tags around two different table cells, but in the same table row, then the single row is repeated.
- If you insert the tags around two different table rows, then the rows between the tags are repeated (this does not include the row that contains the "end group" tag).

## Using the Basic RTF Method

Enter the tags in the document to define the beginning and end of the repeating element group.

To create the Suppliers group in the example, insert the tag:

`<?for-each:G_VENDOR_NAME?>`

before the Supplier field that you previously created.

Insert `<?end for-each?>` in the document after the summary row.

The following illustration shows the Payables Invoice Register with the basic RTF grouping and placeholder markup.




| Invoice Num | Invoice Date | GL Date | Curr | Entered Amt | Accounted Amt |
|---|---|---|---|---|---|
| <?for-each: G_INVOICE_NUM?> <?INVOICE_NUM?> | <?INVOICE_DATE?> | <?GL_DATE?> | <?INVOICE_CURRENCY_CODE?> | <?ENT_AMT?> | <?ACCTD_AMT?> <?end for-each?> |

| | | |
|---|---|---|
| Total for Supplier: <?VENDOR_NAME?> | <?ENT_SUM_VENDOR?> | <?ACCTD_SUM_VENDOR?> |



## Using the Form Field Method

You can define a group using the Form Field method.

To use Microsoft Word's Form Field method to defining a group:

1. Insert a form field to designate the beginning of the group.

   In the help text field enter:

   ```
   <?for-each:group element tag name?>
   ```

   To create the Suppliers group in the example, insert a form field before the Suppliers field that you previously created. In the help text field enter:

   ```
   <?for-each:G_VENDOR_NAME?>
   ```

   For the example, enter the Default text "Group: Suppliers" to designate the beginning of the group on the template. The Default text is not required, but can make the template easier to read.

2. Insert a form field after the final placeholder element in the group. In the help text field enter `<?end for-each?>`.

   For the example, enter the Default text "End: Suppliers" after the summary row to designate the end of the group on the template.

   The following figure shows the template after the markup to designate the Suppliers group was added.




## Completing the Example

The second group in the example is the invoices group. The repeating elements in this group are displayed in the table. For each invoice, the table row should repeat. Create a group within the table to contain these elements.

> **Note:**
>
> For each invoice, only the table *row* should repeat, not the entire table. Placing the grouping tags at the beginning and end of the table row repeats only the row. If you place the tags around the table, then for each new invoice the entire table with headings is repeated.

To mark up the example, insert the grouping tag <?for-each:G_INVOICE_NUM?> in the table cell before the Invoice Num placeholder. Enter the Default text `Group:Invoices` to designate the beginning of the group.

Insert the end tag inside the final table cell of the row after the Accounted Amt placeholder. Enter the Default text `End:Invoices` to designate the end of the group.

The following figure shows the completed example using the form field method.



ORACLE
E-Business Suite

Payables Invoice Register

Page 1 of 1
25th July 2003

Group: Suppliers Sort by Supplier

Supplier: **Supplier 1**

| Invoice Num | Invoice Date | GL Date | Curr | Entered Amt | Accounted Amt |
|---|---|---|---|---|---|
| Group:Invoices 1234566 | 1-Jan-2004 | 1-Jan-2004 | USD | 1000.00 | 1000.00 End:Invoices |

| | | |
|---|---|---|
| Total for Supplier: Supplier1 | **1000.00** | **1000.00** |

End:Suppliers

Company Confidential

# Defining Headers and Footers

You can define headers and footers as part of the template.

This section covers the following topics:

- Native Support for Headers and Footers
- Inserting Placeholders in the Headers and Footers
- Creating Multiple or Complex Headers and Footers
- Defining Different First Page and Different Odd and Even Pages

## Native Support for Headers and Footers

BI Publisher supports the use of the native RTF header and footer feature.

To create a header or footer, use the word processor's header and footer insertion tools. As an alternative, or if you have multiple headers and footers, you can use start:body and end body tags to distinguish the header and footer regions from the body of the report.

## Inserting Placeholders in the Headers and Footers

At the time of this writing, Microsoft Word does not support form fields in the header and footer.

You must therefore insert the placeholder syntax directly into the template (basic RTF method), or use the start body/end body syntax described in the next section.

## Creating Multiple or Complex Headers and Footers

If the template requires multiple headers and footers, then create them by using BI Publisher tags to define the body area of the report. You may also want to use this method if the header and footer contain complex objects that you want to place in form

fields. When you define the body area, the elements occurring before the beginning of the body area compose the header. The elements occurring after the body area compose the footer.

Use the following tags to enclose the body area of the report:

```
<?start:body?>
```

```
<?end body?>
```

Use the tags either directly in the template, or in form fields.

The Payables Invoice Register contains a simple header and footer and therefore does not require the start body/end body tags. However, if you wanted to add another header to the template, define the body area.

**To define the body area:**

1. Insert `<?start:body?>` before the Suppliers group tag:

   ```
   <?for-each:G_VENDOR_NAME?>
   ```

2. Insert `<?end body?>` after the Suppliers group closing tag:

   ```
   <?end for-each?>
   ```

The following figure shows the Payables Invoice Register with the start body/end body tags inserted:


ORACLE E-Business Suite

Payables Invoice Register

Page 1 of 1
25th July 2003

<?start:body?>

Group: Suppliers    Sort by Supplier

Supplier: **Supplier 1**

| Invoice Num | Invoice Date | GL Date | Curr | Entered Amt | Accounted Amt |
|---|---|---|---|---|---|
| Group:Invoices 1234566 | 1-Jan-2004 | 1-Jan-2004 | USD | 1000.00 | 1000.00 End:Invoices |

| | | |
|---|---|---|
| Total for Supplier: Supplier1 | **1000.00** | **1000.00** |

End:Suppliers
<?end body?>

Company Confidential

# Defining Different First Page and Different Odd and Even Pages

If the report requires a different header and footer on the first page of the report; or, if the report requires different headers and footers for odd and even pages, then you can define this behavior using Microsoft Word's Page Setup dialog.

> **Note:**
>
> This feature is supported for PDF and RTF output only.

**To define different page setups:**

1. Select **Page Setup** from the **File** menu.
2. In the Page Setup dialog, select the **Layout** tab.
3. In the **Headers and footers** region of the dialog, select the appropriate check box:

   Different odd and even

   Different first page
4. Insert the headers and footers into the template as desired.

At runtime the generated report exhibits the defined header and footer behavior.

# Inserting Images and Charts

BI Publisher supports several methods for including images in the published document.

The following sections describe these options:

- Directly Inserting Images
- Inserting Images with URL References
- Inserting Images with an Element Reference from an XML File
- Rendering an Image Retrieved from BLOB Data
- Adding Charts to Templates

## Directly Inserting Images

Insert the jpg, gif, or png image directly in the template.

## Inserting Images with URL References

Include an alternative text link for an image.

To insert images with URL references:

1. Insert a dummy image in the template.
2. In Microsoft Word's Format Picture dialog box select the **Web** tab. Enter the following syntax in the **Alternative text** region to reference the image URL:

   ```
   url:{'http://<image location>'}
   ```

   For example, enter:

   ```
   url:{'http://www.example.com/images/ora_log.gif'}
   ```

## Inserting Images with an Element Reference from an XML File

Include a link to an XML file for an image.

To insert images with element references:

1. Insert a dummy image in the template.

2. In Microsoft Word's Format Picture dialog box select the **Web** tab. Enter the following syntax in the **Alternative text** region to reference the image URL:

   ```
   url:{IMAGE_LOCATION}
   ```

   where *IMAGE_LOCATION* is an element from the XML file that holds the full URL to the image.

   You can also build a URL based on multiple elements at runtime. Just use the concat function to build the URL string. For example:

   ```
   url:{concat(SERVER,'/',IMAGE_DIR,'/',IMAGE_FILE)}
   ```

   where *SERVER*, *IMAGE_DIR*, and *IMAGE_FILE* are element names from the XML file that hold the values to construct the URL.

   This method can also be used with the OA_MEDIA reference as follows:

   ```
   url:{concat('${OA_MEDIA}','/',IMAGE_FILE)}
   ```

## Rendering an Image Retrieved from BLOB Data

You can include an image stored as a BLOB in a form.

If results XML contains image data that had been stored as a BLOB in the database, then use the following syntax in a form field inserted in the template where you want the image to render at runtime:

```
<fo:instream-foreign-object content-type="image/jpg">
<xsl:value-of select="IMAGE_ELEMENT"/>
</fo:instream-foreign-object>
```

where

*image/jpg* is the MIME type of the image (other options might be: image/gif and image/png)

and

*IMAGE_ELEMENT* is the element name of the BLOB in the XML data.

Note that you can specify height and width attributes for the image to set its size in the published report. BI Publisher scales the image to fit the box size that you define. For example, to set the size of the example above to three inches by four inches, enter the following:

```
<fo:instream-foreign-object content-type="image/jpg" height="3 in" width="4
in">
<xsl:value-of select="IMAGE_ELEMENT"/>
</fo:instream-foreign-object>
```

Specify in pixels as follows:

```
<fo:instream-foreign-object content-type="image/jpg" height="300 px"
width="4 px">
...
```

or in centimeters:

```
<fo:instream-foreign-object content-type="image/jpg" height="3 cm"
width="4 cm">
...
```

or as a percentage of the original dimensions:

```
<fo:instream-foreign-object content-type="image/jpg" height="300%"
width="300%">
...
```

## Adding Charts to Templates

Follow these steps to add a chart to the template.

The following list summarizes the steps to add a chart to the template. These steps are discussed in detail in this section with an example.

1. Insert a dummy image in the template to define the size and position of the chart.
2. Add the definition for the chart to the Alternative text box of the dummy image. The chart definition requires XSL commands.
3. At runtime BI Publisher calls the charting engine to render the image that is then inserted into the final output document.

Note that RTF output is limited to raster images. PDF and HTML output support raster and vector images.

See Inserting a Chart.

### Adding a Sample Chart

Follow this illustration to add a sample chart.

Following is a piece of XML data showing total sales by company division.

```
<sales year=2004>
 <division>
  <name>Groceries</name>
  <totalsales>3810</totalsales>
  <costofsales>2100</costofsales>
 </division>
 <division>
  <name>Toys</name>
  <totalsales>2432</totalsales>
  <costofsales>1200</costofsales>
 </division>
 <division>
  <name>Cars</name>
  <totalsales>6753</totalsales>
  <costofsales>4100</costofsales>
 </division>
 <division>
  <name>Hardware</name>
```

```
  <totalsales>2543</totalsales>
  <costofsales>1400</costofsales>
 </division>
 <division>
  <name>Electronics</name>
  <totalsales>5965</totalsales>
  <costofsales>3560</costofsales>
 </division>
</sales>
```

This example describes how to insert a chart into the template to display it as a vertical bar chart, as shown in the following bar chart.




Note the following attributes of this chart:

- The style is a vertical bar chart.
- The chart displays a background grid.
- The components are colored.
- Sales totals are shown as Y-axis labels.
- Divisions are shown as X-axis labels.
- The chart is titled.
- The chart displays a legend.

Each of these properties can be customized to suit individual report requirements.

## Inserting the Dummy Image

The first step is to add a dummy image to the template in the position you want the chart to appear.

The image size defines how large the chart image is in the final document.

> **Note:**
>
> You must insert the dummy image as a "Picture" and not any other kind of object.

The following illustration shows an example of a dummy image.




The image can be embedded inside a for-each loop like any other form field if you want the chart to be repeated in the output based on the repeating data. In this example, the chart is defined within the sales year group so that a chart is generated for each year of data present in the XML file.

Right-click the image to open the **Format Picture** palette and select the **Web** tab. Use the **Alternative text** entry box to enter the code to define the chart characteristics and data definition for the chart.

## Adding Code to the Alternative Text Box

An **Alternative text** box is a text field that contains code, the content of which is rendered as a chart in the final document.

The following figure shows an example of the BI Publisher code in the Format Picture Alternative text box.




The content of the **Alternative text** represents the chart that is rendered in the final document. For this chart, the text is as follows:

```
chart:
<Graph graphType = "BAR_VERT_CLUST">
 <Title text="Company Sales 2004" visible="true"
horizontalAlignment="CENTER"/>
 <Y1Title text="Sales in Thousands" visible="true"/>
 <O1Title text="Division" visible="true"/>
 <LocalGridData colCount="{count(//division)}" rowCount="1">
  <RowLabels>
   <Label>Total Sales $1000s</Label>
  </RowLabels>
  <ColLabels>
   <xsl:for-each select="//division">
    <Label>
      <xsl:value-of select="name"/>
    </Label>
   </xsl:for-each>
  </ColLabels>
  <DataValues>
   <RowData>
    <xsl:for-each select="//division">
      <Cell>
       <xsl:value-of select="totalsales"/>
     </Cell>
    </xsl:for-each>
   </RowData>
  </DataValues>
```

```
 </LocalGridData>
</Graph>
```

The first element of the chart text must be the chart: element to inform the RTF parser that the following code describes a chart object.

Next is the opening `<Graph>` tag. Note that the whole of the code resides within the tags of the `<Graph>` element. This element has an attribute to define the chart type: `graphType`. If this attribute is not declared, the default chart is a vertical bar chart. BI Beans supports many different chart types. Several more types are presented in this section. For a complete listing, see the BI Beans graph DTD documentation.

The following code section defines the chart type and attributes:

```
<Title text="Company Sales 2004" visible="true"
horizontalAlignment="CENTER"/>
 <Y1Title text="Sales in Thousands" visible="true"/>
 <O1Title text="Division" visible="true"/>
```

All of these values can be declared or you can substitute values from the XML data at runtime. For example, you can retrieve the chart title from an XML tag by using the following syntax:

```
<Title text="{CHARTTITLE}" visible="true" horizontalAlighment="CENTER"/>
```

where "CHARTTITLE" is the XML tag name that contains the chart title. Note that the tag name is enclosed in curly braces.

The next section defines the column and row labels:

```
<LocalGridData colCount="{count(//division)}" rowCount="1">
  <RowLabels>
   <Label>Total Sales $1000s</Label>
  </RowLabels>
  <ColLabels>
   <xsl:for-each select="//division">
    <Label>
      <xsl:value-of select="name"/>
    </Label>
   </xsl:for-each>
  </ColLabels>
```

The `LocalGridData` element has two attributes: `colCount` and `rowCount`. These define the number of columns and rows that are shown at runtime. In this example, a count function calculates the number of columns to render:

```
colCount="{count(//division)}"
```

The `rowCount` has been hard-coded to 1. This value defines the number of sets of data to be charted. In this case it is 1.

Next the code defines the row and column labels. These can be declared, or a value from the XML data can be substituted at runtime. The row label is used in the chart legend (that is, "Total Sales $1000s").

The column labels for this example are derived from the data: Groceries, Toys, Cars, and so on. This is done using a for-each loop:

```
<ColLabels>
   <xsl:for-each select="//division">
    <Label>
      <xsl:value-of select="name"/>
    </Label>
   </xsl:for-each>
  </ColLabels>
```

This code loops through the `<division>` group and inserts the value of the `<name>` element into the `<Label>` tag. At runtime, this code generates the following XML:

```
<ColLabels>
  <Label>Groceries</Label>
  <Label>Toys</Label>
  <Label>Cars</Label>
  <Label>Hardware</Label>
  <Label>Electronics</Label>
</ColLabels>
```

The next section defines the actual data values to chart:

```
<DataValues>
   <RowData>
    <xsl:for-each select="//division">
      <Cell>
       <xsl:value-of select="totalsales"/>
     </Cell>
    </xsl:for-each>
   </RowData>
  </DataValues>
```

Similar to the labels section, the code loops through the data to build the XML that is passed to the BI Beans rendering engine. This code generates the following XML:

```
<DataValues>
  <RowData>
    <Cell>3810</Cell>
    <Cell>2432</Cell>
    <Cell>6753</Cell>
    <Cell>2543</Cell>
    <Cell>5965</Cell>
  </RowData>
</DataValues>
```

## Additional Chart Samples

Follow the sample pie chart to understand how you can display the data in a pie chart.

You can also display this data in a pie chart as shown in the following figure.




The following is the code added to the template to render this chart at runtime:

```
chart:
<Graph graphType="PIE">
 <Title text="Company Sales 2004" visible="true"
   horizontalAlignment="CENTER"/>
 <LocalGridData rowCount="{count(//division)}" colCount="1">
  <RowLabels>
  <xsl:for-each select="//division">
  <Label>
   <xsl:value-of select="name"/>
  </Label>
  </xsl:for-each>
  </RowLabels>
  <DataValues>
   <xsl:for-each select="//division">
    <RowData>
      <Cell>
       <xsl:value-of select="totalsales"/>
      </Cell>
    </RowData>
   </xsl:for-each>
```

```
  </DataValues>
 </LocalGridData>
</Graph>
```

## Horizontal Bar Chart Sample

This example shows total sales and cost of sales charted in a horizontal bar format. This also adds the data from the cost of sales element (<costofsales>) to the chart.




The following code defines this chart in the template:

```
chart:
<Graph graphType = "BAR_HORIZ_CLUST">
 <Title text="Company Sales 2004" visible="true"
horizontalAlignment="CENTER"/>
 <LocalGridData colCount="{count(//division)}" rowCount="2">
 <RowLabels>
  <Label>Total Sales ('000s)</Label>
  <Label>Cost of Sales ('000s)</Label>
 </RowLabels>
 <ColLabels>
  <xsl:for-each select="//division">
   <Label><xsl:value-of select="name"/></Label>
  </xsl:for-each>
 </ColLabels>
 <DataValues>
  <RowData>
   <xsl:for-each select="//division">
```

```
     <Cell><xsl:value-of select="totalsales"/></Cell>
   </xsl:for-each>
  </RowData>
  <RowData>
   <xsl:for-each select="//division">
    <Cell><xsl:value-of select="costofsales"/></Cell>
    </xsl:for-each>
  </RowData>
  </DataValues>
 </LocalGridData>
</Graph>
```

To accommodate the second set of data, the `rowCount` attribute for the `LocalGridData` element is set to 2. Also note the `DataValues` section defines two sets of data: one for Total Sales and one for Cost of Sales.

## Changing the Appearance of the Chart

There are many attributes available from the BI Beans graph DTD that you can manipulate to change the look and feel of the chart.

For example, the previous chart can be changed to remove the grid, place a graduated background, and change the bar colors and fonts, as shown in the following figure:




The code to support this is as follows:

```
chart:
<Graph graphType = "BAR_HORIZ_CLUST">
```

```
<SeriesItems>
 <Series id="0" color="#ffcc00"/>
 <Series id="1" color="#ff6600"/>
</SeriesItems>
<O1MajorTick visible="false"/>
<X1MajorTick visible="false"/>
<Y1MajorTick visible="false"/>
<Y2MajorTick visible="false"/>
<MarkerText visible="true" markerTextPlace="MTP_CENTER"/>
<PlotArea borderTransparent="true">
 <SFX fillType="FT_GRADIENT" gradientDirection="GD_LEFT"
 gradientNumPins="300">
 <GradientPinStyle pinIndex="1" position="1"
  gradientPinLeftColor="#999999"
  gradientPinRightColor="#cc6600"/>
 </SFX>
</PlotArea>
<Title text="Company Sales 2004" visible="true">
 <GraphFont name="Tahoma" bold="false"/>
</Title>
. . .
</Graph>
```

The colors for the bars are defined in the SeriesItems section. The colors are defined in hexadecimal format as follows:

```
<SeriesItems>
  <Series id="0" color="#ffcc00"/>
  <Series id="1" color="#ff6600"/>
</SeriesItems>
```

The following code hides the chart grid:

```
<O1MajorTick visible="false"/>
  <X1MajorTick visible="false"/>
  <Y1MajorTick visible="false"/>
  <Y2MajorTick visible="false"/>
```

The `MarkerText` tag places the data values on the chart bars:

```
<MarkerText visible="true" markerTextPlace="MTP_CENTER"/>
```

The `PlotArea` section defines the background. The `SFX` element establishes the gradient and the `borderTransparent` attribute hides the plot border:

```
<PlotArea borderTransparent="true">
  <SFX fillType="FT_GRADIENT" gradientDirection="GD_LEFT"
     gradientNumPins="300">
     <GradientPinStyle pinIndex="1" position="1"
       gradientPinLeftColor="#999999"
       gradientPinRightColor="#cc6600"/>
```

```
   </SFX>
</PlotArea>
```

The `Title text` tag has also been updated to specify a new font type and size:

```
<Title text="Company Sales 2004" visible="true">
  <GraphFont name="Tahoma" bold="false"/>
</Title>
```

# Adding Drawings, Shapes, and Clip Art

BI Publisher supports Microsoft Word drawing, shape, and clip art features. You can add these objects to the template and they are rendered in the final PDF output or HTML output (not supported for other output types).

The following AutoShape categories are supported:

- Lines - Straight, arrows, connectors, curve, free form, and scribble.
- Connectors - Straight connectors only are supported. Curved connectors can be achieved by using a curved line and specifying the end styles to the line.
- Basic Shapes - All shapes are supported.
- Block arrows - All arrows are supported.
- Flowchart - All flowchart objects are supported.
- Stars and Banners - All objects are supported.
- Callouts - The "line" callouts are not supported.
- Clip Art - Add images to the templates using the Microsoft Clip Art libraries.

## Adding Freehand Drawings

The freehand drawing tool helps you create drawings to the final PDF.

Use the freehand drawing tool in Microsoft Word to create drawings in the template to be rendered in the final PDF output.

## Adding Hyperlinks

This section explains on how to add hyperlinks to shapes.

See Inserting Hyperlinks.

## Layering Shapes

You can layer shapes on top of each other and use the transparency setting in Microsoft Word to allows shapes on lower layers to show through.

The following illustration shows an example of layered shapes.



## Using 3-D Effects

BI Publisher does not currently support the 3-D option for shapes.

## Adding Microsoft Equations

Use the equation editor to generate equations in the output.

The following figure shows an example of an equation:

$$\sigma = \sqrt{\frac{1}{N}\sum_{i=1}^{N}\left(x_i - \bar{x}\right)}$$

## Adding Organization Charts

Use the organization chart functionality in the templates and the chart that is rendered in the output.

The following figure shows an example of an organization chart.



# Adding WordArt

You can use Microsoft Word's WordArt functionality in the templates.

The following figure shows a sample WordArt example.




> **Note:**
>
> Some Microsoft WordArt uses a bitmap operation that currently cannot be converted to SVG. To use the unsupported WordArt in the template, you can take a screenshot of the WordArt then save it as an image (gif, jpeg, or png) and replace the WordArt with the image.

# Adding Data-Driven Shapes

In addition to supporting the static shapes and features in the templates, BI Publisher supports the manipulation of shapes based on incoming data or parameters, as well.

The following manipulations are supported:

- Replicate
- Move
- Change size
- Add text
- Skew
- Rotate

These manipulations not only apply to single shapes, but you can use the group feature in Microsoft Word to combine shapes together and manipulate them as a group.

## Including Manipulation Commands

Enter manipulation commands for a shape in the **Web** tab of the shape's properties dialog as shown in this figure.




## Replicating Shapes

You can replicate a shape based on incoming XML data in the same way you replicate data elements in a for-each loop.

To replicate a shape, use a for-each@shape command in conjunction with a shape-offset declaration. For example, to replicate a shape down the page, use the following syntax:

```
<?for-each@shape:SHAPE_GROUP?>
 <?shape-offset-y:(position()-1)*100?>
<?end for-each?>
```

where

`for-each@shape` opens the for-each loop for the shape context

`SHAPE_GROUP` is the name of the repeating element from the XML file. For each occurrence of the element `SHAPE_GROUP` a new shape is created.

`shape-offset-y:` is the command to offset the shape along the y-axis.

`(position()-1)*100)` sets the offset in pixels per occurrence. The XSL position command returns the record counter in the group (that is 1,2,3,4); one is subtracted from that number

and the result is multiplied by 100. Therefore for the first occurrence the offset would be 0: (1-1) * 100. The offset for the second occurrence would be 100 pixels: (2-1) *100. And for each subsequent occurrence the offset would be another 100 pixels down the page.

## Adding Text to Shapes

You can add text to a shape dynamically either from the incoming XML data or from a parameter value.

In the Property dialog enter the following syntax:

```
<?shape-text:SHAPETEXT?>
```

where SHAPETEXT is the element name in the XML data. At runtime the text is inserted into the shape.

## Adding Text Along a Path

You can add text along a line or curve from incoming XML data or a parameter.

After drawing the line, in the Property dialog enter:

```
<?shape-text-along-path:SHAPETEXT?>
```

where `SHAPETEXT` is the element from the XML data. At runtime the value of the element `SHAPETEXT` is inserted above and along the line.

## Moving a Shape

You can move a shape or transpose it along both the x and y-axes based on the XML data.

For example to move a shape 200 pixels along the y-axis and 300 along the x-axis, enter the following commands in the property dialog of the shape:

```
<?shape-offset-x:300?>
<?shape-offset-y:200?>
```

## Rotating a Shape

You can rotate a shape about a specified axis based on the incoming data.

Use the following command:

```
<?shape-rotate:ANGLE;'POSITION'?>
```

where

ANGLE is the number of degrees to rotate the shape. If the angle is positive, the rotation is clockwise; if negative, the rotation is counterclockwise.

POSITION is the point about which to carry out the rotation, for example, 'left/top'. Valid values are combinations of left, right, or center with center, top, or bottom. The default is left/top. The following illustration shows these valid values.




To rotate this rectangle shape about the bottom right corner, enter the following syntax:

```
<?shape-rotate:60,'right/bottom'?>
```

You can also specify an x,y coordinate within the shape itself about which to rotate.

## Skewing a Shape

You can skew a shape using the `skew` command.

You can skew a shape along its x or y axis using the following commands:

```
<?shape-skew-x:ANGLE;'POSITION'?>
<?shape-skew-y:ANGLE;'POSITION'?>
```

where

ANGLE is the number of degrees to skew the shape. If the angle is positive, the skew is to the right.

POSITION is the point about which to carry out the rotation, for example, 'left/top'. Valid values are combinations of left, right, or center with center, top, or bottom. See Rotating a Shape. The default is 'left/top'.

For example, to skew a shape by 30 degrees about the bottom right hand corner, enter the following:

```
<?shape-skew-x:number(.)*30;'right/bottom'?>
```

## Changing the Size of Shapes

You can change the size of a shape using the appropriate commands either along a single axis or both axes.

To change a shape's size along both axes, use:

```
<?shape-size:RATIO?>
```

where RATIO is the numeric ratio to increase or decrease the size of the shape. Therefore a value of 2 would generate a shape twice the height and width of the original. A value of 0.5 would generate a shape half the size of the original.

To change a shape's size along the x or y axis, use:

```
<?shape-size-x:RATIO?>
<?shape-size-y:RATIO?>
```

Changing only the x or y value has the effect of stretching or shrinking the shape along an axis. This can be data driven.

## Combining Commands

You can also combine these commands to carry out multiple transformations on a shape at one time. For example, you can replicate a shape and for each replication, rotate it by some angle and change the size at the same time.

The following example shows how to replicate a shape, move it 50 pixels down the page, rotate it by five degrees about the center, stretch it along the x-axis and add the number of the shape as text:

```
<for-each@shape:SHAPE_GROUP?>
 <?shape-text:position()?>
 <?shape-offset-y:position()*50?>
 <?shape-rotate:5;'center/center'?>
 <?shape-size-x:position()+1?>
<end for-each?>
```

These commands generate the output shown in the following shape transformation figure:




## CD Ratings Example

This example demonstrates how to set up a template that generates a star-rating based on data from an incoming XML file.

Assume the following incoming XML data:

```
<CATALOG>
 <CD>
  <TITLE>Empire Burlesque</TITLE>
  <ARTIST>Bob Dylan</ARTIST>
  <COUNTRY>USA</COUNTRY>
  <COMPANY>Columbia</COMPANY>
  <PRICE>10.90</PRICE>
  <YEAR>1985</YEAR>
  <USER_RATING>4</USER_RATING>
 </CD>
 <CD>
  <TITLE>Hide Your Heart</TITLE>
  <ARTIST>Bonnie Tylor</ARTIST>
  <COUNTRY>UK</COUNTRY>
  <COMPANY>CBS Records</COMPANY>
  <PRICE>9.90</PRICE>
  <YEAR>1988</YEAR>
  <USER_RATING>3</USER_RATING>
 </CD>
 <CD>
  <TITLE>Still got the blues</TITLE>
  <ARTIST>Gary More</ARTIST>
  <COUNTRY>UK</COUNTRY>
  <COMPANY>Virgin Records</COMPANY>
  <PRICE>10.20</PRICE>
  <YEAR>1990</YEAR>
  <USER_RATING>5</USER_RATING>
 </CD>
```

```
 <CD>
  <TITLE>This is US</TITLE>
  <ARTIST>Gary Lee</ARTIST>
  <COUNTRY>UK</COUNTRY>
  <COMPANY>Virgin Records</COMPANY>
  <PRICE>12.20</PRICE>
  <YEAR>1990</YEAR>
  <USER_RATING>2</USER_RATING>
 </CD>
<CATALOG>
```

Notice there is a USER_RATING element for each CD. Using this data element and the shape manipulation commands, you can create a visual representation of the ratings so that the reader can compare them at a glance. A template to achieve this is shown in the following visual representation of ratings figure:




The values for the fields are shown in the following values for fields table:

| Field | Form Field Entry |
|---|---|
| F | <?for-each:CD?> |
| TITLE | <?TITLE?> |
| ARTIST | <?ARTIST?> |
| E | <?end for-each?> |
| (star shape) | Web Tab Entry:<br><?for-each@shape:xdoxslt:foreach_number($_XDOCTX,1,USER_RATING,1)?><br><?shape-offset-x:(position()-1)*25?><br><?end for-each?> |

The form fields hold the simple element values. The only difference with this template is the value for the star shape. The replication command is placed in the **Web** tab of the Format AutoShape dialog.

In the for-each@shape command you can use a command to create a "for...next loop" construct. Specify 1 as the starting number; the value of USER_RATING as the final number; and 1 as the step value. As the template loops through the CDs, it creates an inner loop to repeat a star shape for every USER_RATING value (that is, a value of 4 generates 4 stars). The output from this template and the XML sample is shown in the following figure:



| Title | Artist | Rating |
| --- | --- | --- |
| Empire Burlesque | Bob Dylan | |
| Hide Your Heart | Bonnie Tylor | |
| Still got the blues | Gary More | |
| This is US | Gary Lee | |

## Grouped Shape Example

This example shows how to combine shapes into a group and have them react to the incoming data both individually and as a group.

Assume the following XML data:

```
<SALES>
 <SALE>
  <REGION>Americas</REGION>
  <SOFTWARE>1200</SOFTWARE>
  <HARDWARE>850</HARDWARE>
  <SERVICES>2000</SERVICES>
 </SALE>
 <SALE>
  <REGION>EMEA</REGION>
  <SOFTWARE>1000</SOFTWARE>
  <HARDWARE>800</HARDWARE>
  <SERVICES>1100</SERVICES>
 </SALE>
 <SALE>
  <REGION>APAC</REGION>
  <SOFTWARE>900</SOFTWARE>
  <HARDWARE>1200</HARDWARE>
  <SERVICES>1500</SERVICES>
 </SALE>
</SALES>
```

You can create a visual representation of this data so that users can very quickly understand the sales data across all regions. Do this by first creating the composite shape in Microsoft Word that you want to manipulate. The following figure shows a composite shape comprising four components:




The shape consists of three cylinders: red, yellow, and blue. These represent the data elements software, hardware, and services. The combined object also contains a rectangle that is enabled to receive text from the incoming data.

The following commands are entered into the **Web** tab:

Red cylinder: `<?shape-size-y:SOFTWARE div 1000;'left/bottom'?>`

Yellow cylinder: `<?shape-size-y:HARDWARE div 1000;'left/bottom'?>`

Blue cylinder: `<?shape-size-y:SERVICES div 1000;'left/bottom'?>`

The shape-size command is used to stretch or shrink the cylinder based on the values of the elements SOFTWARE, HARDWARE, and SERVICES. The value is divided by 1000 to set the stretch or shrink factor. For example, if the value is 2000, divide that by 1000 to get a factor of 2. The shape generates as twice its current height.

The text-enabled rectangle contains the following command in its **Web** tab:

```
<?shape-text:REGION?>
```

At runtime the value of the REGION element is displayed in the rectangle.

All of these shapes were then grouped together and in the **Web** tab for the grouped object, the following syntax is added:

```
<?for-each@shape:SALE?>
<?shape-offset-x:(position()-1)*110?>
<?end for-each?>
```

In this set of commands, the `for-each@shape` loops over the SALE group. The `shape-offset` command moves the next shape in the loop to the right by a specific number of pixels. The expression `(position()-1)` sets the position of the object. The position() function returns a record counter while in the loop, so for the first shape, the offset would be 1-1*110, or 0, which would place the first rendering of the object in the position defined in the template. Subsequent occurrences would be rendered at a 110 pixel offset along the x-axis (to the right).

At runtime three sets of shapes are rendered across the page, as shown in the following figure:




To make an even more visually representative report, these shapes can be superimposed onto a world map. Just use the Order dialog in Microsoft Word to layer the map behind the grouped shapes.

- Microsoft Word 2000 Users: After you add the background map and overlay the shape group, use the Grouping dialog to make the entire composition one group.
- Microsoft Word 2002/3 Users: These versions of Word have an option under Tools > Options, **General** tab to "Automatically generate drawing canvas when inserting autoshapes". Using this option removes the need to do the final grouping of the map and shapes. You can now generate a visually appealing output for the report as seen in the following figure:



# Supported Formatting Features of Microsoft Word

Microsoft Word can simplify formatting output.

In addition to the features already listed, BI Publisher supports the features of Microsoft Word that are described in the following sections:

- General Features of Microsoft Word
- Aligning Objects
- Inserting Tables
- Inserting Date Fields
- Inserting Multiple Columns on Pages
- Inserting Backgrounds and Watermarks
- Microsoft Word Features That Are Not Supported

## General Features of Microsoft Word

The general features of Microsoft Word are large blocks of text, page breaks, page numbering, and hidden text.

- Large blocks of text
- Page breaks

  (Not supported for HTML output) To insert a page break, press `Ctrl+Enter` right before the closing tag of a group. For example if you want the template to start a new page for every Supplier in the Payables Invoice Register:

  1. Place the cursor just before the Supplier group's closing `<?end for-each?>` tag.
  2. Press `Ctrl+Enter` to insert a page break.

  At runtime each Supplier starts on a new page.

  Using this Microsoft Word native feature causes a single blank page to print at the end of the report output. To avoid this single blank page, use BI Publisher's page break alias. See Inserting Page Breaks.
- Page numbering

  Insert page numbers into the final report by using the page numbering methods of the word processor. For example, if you are using Microsoft Word:

  1. From the **Insert** menu, select **Page Numbers...**
  2. Select the **Position**, **Alignment**, and **Format** as desired.

  At runtime the page numbers are displayed as selected.

  Note that page numbering is not supported for HTML output and has limited support in RTF output. After the RTF report is generated, press `F9` to reset the page numbers.
- Hidden text

  You can format text as hidden in Microsoft Word and the hidden text is maintained in RTF output reports.

## Aligning Objects

Use the word processor's alignment features to align text, graphics, objects, and tables. Bidirectional languages are handled automatically using the word processor's left/right alignment controls.

Note that BI Publisher output documents do not support right and left justification for symbol-based languages such as Chinese, Japanese, and Korean.

## Inserting Tables

Microsoft Word tables are can be used to enhance your reports.

The following Microsoft Word features are supported in BI Publisher:

- Nested Tables
- Cell Alignment

  You can align any object in the template using the word processor's alignment tools. This alignment is reflected in the final report output.
- Row spanning and column spanning

  To span both columns and rows in the template:

  1. Select the cells that you want to merge.
  2. From the **Table** menu, select **Merge Cells**.
  3. Align the data within the merged cell as you would normally.

  At runtime the cells appear merged.
- Table Autoformatting

  BI Publisher recognizes the table autoformats available in Microsoft Word.

  To autoformat tables:

  1. Select the table that you want to format.
  2. From the **Table** menu, select **Autoformat**.
  3. Select the desired table format.

  At runtime, the table is formatted using your selection.
- Cell patterns and colors

  To highlight cells or rows of a table with a pattern or color:

  1. Select the cell(s) or table.
  2. From the **Table** menu, select **Table Properties**.
  3. From the **Table** tab, select the **Borders and Shading...** button.
  4. Add borders and shading as desired.
- Repeating table headers

> **Note:**
>
> This feature is not supported for RTF output.

If the data is displayed in a table and you expect the table to extend across multiple pages, then you can define the header rows that you want to repeat at the start of each page.

To repeat header rows:

1. Select the row(s) that you want to repeat on each page.
2. From the **Table** menu, select **Heading Rows Repeat**.

- Prevent rows from breaking across pages.

  If you want to ensure that data within a row of a table is kept together on a page, you can set this as an option using Microsoft Word's **Table Properties**.

  To keep a row's contents together on one page:

  1. Select the row(s) that you want to ensure do not break across a page.
  2. From the **Table** menu, select **Table Properties**.
  3. From the **Row** tab, deselect the check box **Allow row to break across pages**.

- Fixed-width columns

  To set the widths of table columns:

  1. Select a column and then select **Table** > **Table Properties.**
  2. In the Table Properties dialog, select the **Column** tab.
  3. Enable the **Preferred width** checkbox and then enter the width as a **Percent** or in **Inches.**
  4. Select the **Next Column** button to set the width of the next column.

  Note that the total width of the columns must add up to the total width of the table.

- Text truncation

  By default, if the text within a table cell does not fit within the cell, then the text is wrapped. To truncate the text instead, use the table properties dialog.

  Note that table text truncation is supported for PDF and PPT outputs only.

  To truncate the text within a table cell:

  1. Place the cursor in the cell in which you want the text truncated.
  2. Right-click and select **Table Properties...** from the menu, or navigate to **Table** > **Table Properties...**
  3. From the Table Properties dialog, select the **Cell** tab, then select **Options...**
  4. Deselect the **Wrap Text** check box.

An example of truncation is shown in the following figure.

| Wrap Text checked | Wrap Text unchecked |
|---|---|
| The quick brown fox jumped over the lazy river. | The quick brown fox |

> **Note:**
>
> When using multibyte characters (for example, simplified Chinese) in tables, ensure that the column widths are large enough to contain the width of the largest character plus the cell's left and right margins to avoid unexpected character display in your final output.

# Inserting Date Fields

Insert dates using the date feature of the word processor. Note that this date corresponds to the publishing date, not to the request run date.

# Inserting Multiple Columns on Pages

BI Publisher supports Microsoft Word's Columns function to enable you to publish the output in multiple columns on a page. (Note that this is not supported for HTML output.)

Select **Format**, then **Columns** to display the Columns dialog to define the number of columns for the template.

To generate address labels in a two-column format:

1. Divide the page into two columns using the Columns command.
2. Define the repeatable group in the first column. Note that you define the repeatable group only in the first column, as shown in the following illustration.




F

| | |
|---|---|
| Name | CUSTOMER_NAME |
| Number | CUSTOMER_NUMBER |
| City | CITY |
| State | STATE |
| Zip Code | ZIP_CODE |

E

**Tip:**

To prevent the address block from breaking across pages or columns, embed the label block inside a single-celled table. Then specify in the Table Properties that the row should not break across pages. See Inserting Tables.

This template produces the multicolumn output that is shown in the following illustration.

| | |
|---|---|
| Name | Nuts and Bolts Ltd |
| Number | 1220 |
| City | Espoo |
| State | FI |
| Zip Code | [illegible] |

| | |
|---|---|
| Name | Big Co |
| Number | 1221 |
| City | Helsinki |
| State | FI |
| Zip Code | [illegible] |

| | |
|---|---|
| Name | My Company |
| Number | 1220 |
| City | Espoo |
| State | FI |
| Zip Code | [illegible] |

| | |
|---|---|
| Name | Small Co |
| Number | 1221 |
| City | Helsinki |
| State | FI |
| Zip Code | [illegible] |

## Inserting Backgrounds and Watermarks

BI Publisher supports the *Background* feature in Microsoft Word. You can specify a single, graduated color or an image background for the template to be displayed in the PDF output.

**Note:**

This feature is supported for PDF output and PPT output only.

To add a background to the template, use the Format > Background menu option.

### Adding a Background Using Microsoft Word 2000

With the Background support feature in Microsoft Word you can select a color background and fill effects.

From the **Background** pop up menu, you can:

- Select a single color background from the color palette.
- Select **Fill Effects** to open the Fill Effects dialog.

  From this dialog, select one of the following supported options:

  - **Gradient**: This can be either one or two colors.

- **Texture**: Select one of the textures provided, or load your own.
- **Pattern**: Select a pattern and background/foreground colors.
- **Picture**: Load a picture to use as a background image.

## Adding a Text or Image Watermark Using Microsoft Word 2002 or later

These versions of Microsoft Word allow you to add either a text or image watermark. Note that the steps you take to add a watermark depend on which version of Microsoft Word you are using.

You can add the following types of watermarks to documents:

- Picture Watermark - Load an image and define how it should be scaled on the document.
- Text Watermark - Use the predefined text options or enter your own, then specify the font, size and how the text should be rendered.

  The following figure shows an example of the Printed Watermark dialog completed to display a text watermark in Microsoft Word 2010:




## Microsoft Word Features That Are Not Supported

Do not use soft returns in your RTF template to achieve specific text placement. Instead use hard carriage returns.

A soft return may have unexpected results in your generated output.

# Template Features

Templates include several features that enhance their formatting and layout.

The template features t are described in the following topics:

- Inserting Page Breaks
- Inserting an Initial Page Number
- Specifying Last Page Only Content
- Ending on Even or Odd Pages
- Skipping Pages and Page Numbers
- Inserting Hyperlinks
- Including a Table of Contents
- Generating Bookmarks in PDF Output
- Inserting Check Boxes
- Inserting Drop-Down Lists
- Repeat Row Headers After Page Break


# Inserting Page Breaks

You can create a page break in a few ways.

> **Note:**
>
> Page breaks are supported for PDF, RTF, and PPT output. Page breaks are not supported for HTML output.

To create a page break after the occurrence of a specific element use the "split-by-page-break" alias. This causes the report output to insert a hard page break between every instance of a specific element.

To insert a page break between each occurrence of a group, insert the "split-by-page-break" form field within the group immediately before the `<?end for-each?>` tag that closes the group. In the Help Text of this form field enter the syntax:

```
<?split-by-page-break:?>
```

For the following XML, assume you want to create a page break for each new supplier:

```
<SUPPLIER>
 <NAME>My Supplier</NAME>
 <INVOICES>
  <INVOICE>
   <INVNUM>10001-1</INVNUM>
   <INVDATE>1-Jan-2005</INVDATE>
   <INVAMT>100</INVOICEAMT>
  </INVOICE>
  <INVOICE>
   <INVNUM>10001-2</INVNUM>
   <INVDATE>10-Jan-2005</INVDATE>
   <INVAMT>200</INVOICEAMT>
  </INVOICE>
 </INVOICES>
</SUPPLIER>
```

```
<SUPPLIER>
 <NAME>My Second Supplier</NAME>
 <INVOICES>
  <INVOICE>
   <INVNUM>10001-1</INVNUM>
   <INVDATE>11-Jan-2005</INVDATE>
   <INVAMT>150</INVOICEAMT>
  </INVOICE>
…
```

In the template sample shown in the following illustration, the field called PageBreak contains the split-by-page-break syntax:

FE
Supplier: Supplier 1

| Invoice Number | Invoice Date | Amount | Running Total |
|---|---|---|---|
| FE10001-1 | 1-Jan-2005 | 100.00 | 100.00EFE |

PageBreak EFE

Place the PageBreak field with the `<?split-by-page-break:?>` syntax immediately before the `<?end for-each?>` field. The PageBreak field sits inside the end of the SUPPLIER loop. This ensures that a page break is inserted before the occurrence of each new supplier. This method avoids the ejection of an extra page at the end of the group when using the native Microsoft Word page break after the group.

## Inserting an Initial Page Number

Some reports require that the initial page number be set at a specified number. For example, monthly reports may be required to continue numbering from month to month. BI Publisher allows you to set the page number in the template to support this requirement.

> **Note:**
>
> Initial page number is supported for PDF and PPT output. It is not supported for HTML and RTF output.

Use the following syntax in the template to set the initial page number:

```
<?initial-page-number:pagenumber?>
```

where *pagenumber* is the XML element or parameter that holds the numeric value.

BI Publisher also supports continuing the page number from a previous section. The default behavior of a new section in a document is to reset the page numbering. However, if the report requires that the page numbering continue into the next section, use the following command:

```
<?initial-page-number:'auto'?>
```

This command allows the continuation of the page numbering from the previous section.

**Example 1 - Set page number from XML data element**

If the XML data contains an element to carry the initial page number, for example:

```
<REPORT>
  <PAGESTART>200<\PAGESTART>
  ....
</REPORT>
```

Enter the following in the template:

```
<?initial-page-number:PAGESTART?>
```

The initial page number is the value of the PAGESTART element, which in this case is 200.

**Example 2 - Set page number by passing a parameter value**

If you define a parameter called PAGESTART, then you can pass the initial value by calling the parameter.

Enter the following in the template:

```
<?initial-page-number:$PAGESTART?>
```

> **Note:**
>
> You must first declare the parameter in the template. See Setting Parameters.

## Specifying Last Page Only Content

BI Publisher supports the Microsoft Word functionality to specify a different page layout for the first page, odd pages, and even pages.

> **Note:**
>
> This feature is supported for PDF and PPT output only.

To implement these options, simply select **Page Setup** from the **File** menu, then select the **Layout** tab. BI Publisher recognizes the settings that you make in this dialog.

However, Microsoft Word does not provide settings for a different last page only. This is useful for documents such as checks, invoices, or purchase orders on which you may want the content such as the check or the summary in a specific place only on the last page. BI Publisher provides this ability.

To specify last page only content:

1. Create a section break in the template to ensure the content of the final page is separated from the rest of the report.
2. Insert the following syntax on the final page:

   ```
   <?start@last-page:body?>
   ```

   ```
   <?end body?>
   ```

Any content on the page that occurs above or below these two tags is displayed only on the last page of the report. Also, note that because this command explicitly specifies the content of the final page, any desired headers or footers previously defined for the report must be reinserted on the last page.

This example uses the last page only feature for a report that generates an invoice listing with a summary to appear at the bottom of the last page.

Assume the following XML:

```
<?xml version="1.0" encoding="WINDOWS-1252"?>
<INVOICELIST>
 <VENDOR>
  <VENDOR_NAME>Nuts and Bolts Limited</VENDOR_NAME>
  <ADDRESS>1 El Camino Real, Redwood City, CA 94065</ADDRESS>
  <INVOICE>
   <INV_TYPE>Standard</INV_TYPE>
   <INVOICE_NUM>981110</INVOICE_NUM>
   <INVOICE_DATE>10-NOV-04</INVOICE_DATE>
   <INVOICE_CURRENCY_CODE>EUR</INVOICE_CURRENCY_CODE>
   <ENT_AMT>122</ENT_AMT>
   <ACCTD_AMT>122</ACCTD_AMT>
   <VAT_CODE>VAT22%</VAT_CODE>
  </INVOICE>
  <INVOICE>
   <INV_TYPE>Standard</INV_TYPE>
   <INVOICE_NUM>100000</INVOICE_NUM>
   <INVOICE_DATE>28-MAY-04</INVOICE_DATE>
   <INVOICE_CURRENCY_CODE>FIM</INVOICE_CURRENCY_CODE>
   <ENT_AMT>122</ENT_AMT>
   <ACCTD_AMT>20.33</ACCTD_AMT>
   <VAT_CODE>VAT22%</VAT_CODE>
  </INVOICE>
 </VENDOR>
 <VENDOR>
  ...
<INVOICE>
 ...
  </INVOICE>
 </VENDOR>
 <SUMMARY>
  <SUM_ENT_AMT>61435</SUM_ENT_AMT>
  <SUM_ACCTD_AMT>58264.68</SUM_ACCTD_AMT>
  <TAX_CODE>EU22%</TAX_CODE>
 </SUMMARY>
</INVOICELIST>
```

The report should show each VENDOR and their INVOICE data with a SUMMARY section that appears only on the last page, placed at the bottom of the page. The template for this is shown in this figure.

F
Vendor: VENDOR_NAME
Address: ADDRESS

| Invoice Type | Invoice Num | Invoice Date | Invoice Currency | Entered Amount | Accounted Amount |
|---|---|---|---|---|---|
| F Invoice | 120000 | 01-Jan-2006 | USD | 100 | 100 E |

E

*<<insert section break>*

Insert a Microsoft Word section break (type: next page) on the first page of the template. For the final page, insert new line characters to position the summary table at the bottom of the page. The summary table is shown in the following illustration.

Last Page Placeholder

**Tax Summary**

| Tax Code | Entered Amount | Accounted Amount |
|---|---|---|
| F VAT 18.5 | 100 | 100E |

In this example:

- The F and E components contain the for-each grouping statements.
- The grayed report fields are placeholders for the XML elements.
- The "Last Page Placeholder" field contains the syntax:

  ```
  <?start@last-page:body?> <?end body?>
  ```

  to declare the last page layout. Any content above or below this statement is displayed on the last page only. The content above the statement is regarded as the header and the content below the statement is regarded as the footer.

If the reports contains headers and footers that you want to carry over onto the last page, you must reinsert them on the last page. See Defining Headers and Footers.

You must insert a section break (type: next page) into the document to specify the last page layout. This example is available in the samples folder of the Oracle BI Publisher Template Builder for Word installation.

Because the default behavior of a new section in a document is to reset the page numbering the page number on the last page is reset. To continue the page numbering from the previous section, use the following command:

```
<?initial-page-number:'auto'?>
```

This command allows the continuation of the page numbering from the previous section.

It is important to note that if the report is only one page in length, the first page layout is used. If the report requires that a single page report should default to the last page layout (such as in a check printing implementation), then you can use the following alternate syntax for the "Last Page Placeholder" on the last page:

```
<?start@last-page-first:body?> <?end body?>
```

Substituting this syntax results in the last page layout for reports that are only one page long.

## Ending on Even or Odd Pages

If the report has different odd and even page layouts, then you might want to force the report to end specifically on an odd or even page by following these steps.

> **Note:**
>
> This feature is supported for PDF and PDF output only. It is not supported for RTF and HTML output.

For example, you may include the terms and conditions of a purchase order in the footer of the report using the different odd/even footer functionality (see Defining Different First Page and Different Odd and Even Pages) and you want to ensure that the terms and conditions are printed on the final page.

Or, you may have binding requirements to have the report end on an even page, without specific layout.

To end on an even page with layout:

- Insert the following syntax in a form field in the template:

  ```
  <?section:force-page-count;'end-on-even-layout'?>
  ```

To end on an odd page layout:

- Insert the following syntax in a form field in the template:

  ```
  <?section:force-page-count;'end-on-odd-layout'?>
  ```

If you do not have layout requirements for the final page, but would like a blank page ejected to force the page count to the preferred odd or even, then use the following syntax:

```
<?section:force-page-count;'end-on-even'?>
```

or

```
<?section:force-page-count;'end-on-odd'?>
```

## Skipping Pages and Page Numbers

You can skip pages and page numbers in the first page, even pages, or odd pages of the report.

The `fo:page-sequence` object is used as a container for page output elements. The `xdofo:blank-on` attribute of `fo:page-sequence` can specify whether to:

- Leave the first page, even pages, or odd pages blank.
- Skip the page numbers in the first page, even pages, or pages.

If you specify to skip the page count, the page number counter is not displayed when the page renders. The internal page number counter increments irrespective of the setting.

| Attribute Name | Values | Default |
| --- | --- | --- |
| xdofo:blank-on | • none<br>• even<br>• odd<br>• first<br>• even-skip-page-count<br>• odd-skip-page-count<br>• first-skip-page-count | none |

The tags for RTF Template are:

```
<?section:xdofo:blank-on;'even'?>
<?section:xdofo:blank-on;'odd'?>
<?section:xdofo:blank-on;'first'?>
<?section:xdofo:blank-on;'even-skip-page-count'?>
<?section:xdofo:blank-on;'odd-skip-page-count'?>
 <?section:xdofo:blank-on;'first-skip-page-count'?>
```

**Examples**

To leave the odd pages blank in a report, specify the following code in a form field at the beginning of the template:

```
<?section:xdofo:blank-on;'odd'?>
```

To skip the page count on the even pages of an order report, specify the following code in a form field at the beginning of the template:

```
<?section:xdofo:blank-on;'even-skip-page-count'?>
```

# Inserting Hyperlinks

BI Publisher supports several different types of hyperlinks.

> **Note:**
>
> Hyperlinks are supported for PDF, RTF, HTML, PPT, and Excel output.

The hyperlinks can be fixed or dynamic and can link to either internal or external destinations. Hyperlinks can also be added to shapes.

- To insert static hyperlinks to either text or a shape, use the word processor's insert hyperlink feature.

  To insert a static hyperlink to a text or a shape:

  1. Select the text or shape.
  2. Use the right-mouse menu to select **Hyperlink**; or, select **Hyperlink** from the **Insert** menu.
  3. Enter the URL using any of the methods provided on the Insert Hyperlink dialog box.

  The following illustration shows the insertion of a static hyperlink using Microsoft Word's Insert Hyperlink dialog.




- If the input XML data includes an element that contains a hyperlink or part of one, then you can create dynamic hyperlinks at runtime. In the **Type the file or Web page name** field of the Insert Hyperlink dialog, enter the following syntax:

  `{URL_LINK}`

where *URL_LINK* is the incoming data element name.

If you have a fixed URL that you want to add elements from the XML data file to construct the URL, enter the following syntax:

```
http://www.example.com?product={PRODUCT_NAME}
```

where *PRODUCT_NAME* is the incoming data element name.

In both these cases, at runtime the dynamic URL is constructed.

The following illustration shows the insertion of a dynamic hyperlink using Microsoft Word's Insert Hyperlink dialog. The data element SUPPLIER_URL from the incoming XML file contains the hyperlink that is inserted into the report at runtime.




- You can also pass parameters at runtime to construct a dynamic URL.

  Enter the parameter and element names surrounded by braces to build up the URL as follows:

  ```
  {$SERVER_URL}{$REPORT}/cstid={CUSTOMER_ID}
  ```

  where *SERVER_URL* and *REPORT* are parameters passed to the template at runtime (note the $ sign) and CUSTOMER_ID is an XML data element. This link may render as:

  ```
  http://myserver.domain:8888/CustomerReport/cstid=1234
  ```

To add the target attribute to a URL, add the following to the URL string:

```
??target=_target_value
```

For example:

```
http://www.example.com??target=_top
```

Values for the target attribute are:

- _top
- _blank
- _self
- _parent
- *framename*

You can pass in the value of target dynamically, using the following syntax:

```
http://www.example.com/index.html??target={$myTarget}
```

where *myTarget* is the name of the parameter that holds the value.

## Inserting Internal Links

Internal links point to a section within a document.

Insert internal links into the template using Microsoft Word's Bookmark feature.

1. Position the cursor in the desired destination in the document.
2. From the **Insert** menu, select **Bookmark**.
3. In the Bookmark dialog, enter a name for this bookmark, and select **Add**.
4. Select the text or shape in the document that you want to link back to the Bookmark target.
5. Use the right-mouse menu to select **Hyperlink**; or select **Hyperlink** from the **Insert** menu.
6. On the Insert Hyperlink dialog, select **Bookmark**.
7. Select the bookmark that you created from the list.

At runtime, the link is maintained in the generated report.

## Including a Table of Contents

BI Publisher supports the table of contents generation feature of the RTF specification. Follow the word processor's procedures for inserting a table of contents.

> **Note:**
>
> Table of contents feature is supported for PDF and PPT output. RTF support is limited: After report generation, the user must press F9 to reset the page numbers.

BI Publisher also provides the ability to create dynamic section headings in the document from the XML data. You can then incorporate these into a table of contents.

To create dynamic headings:

1. Enter a placeholder for the heading in the body of the document, and format it as a "Heading", using the word processor's style feature. You cannot use form fields for this functionality.

   For example, you want the report to display a heading for each company reported. The XML data element tag name is <COMPANY_NAME>. In the template, enter <?COMPANY_NAME?> where you want the heading to appear. Now format the text as a Heading.
2. Create a table of contents using the word processor's table of contents feature.

At runtime, the TOC placeholders and heading text are substituted.

# Generating Bookmarks in PDF Output

If you have defined a table of contents in the RTF template, then you can use the table of contents definition to generate links in the **Bookmarks** tab in the navigation pane of the output PDF.

The bookmarks can be either static or dynamically generated.

> **Note:**
>
> Bookmark support in RTF templates is limited to a single-point bookmark. This is to allow link (Goto) functionality within the document. Arrays in bookmarks are not supported.

For information on creating the table of contents, see Including a Table of Contents.

- To create links for a static table of contents:

  Enter the syntax:

  ```
  <?copy-to-bookmark:?>
  ```

  directly above the table of contents and

  ```
  <?end copy-to-bookmark:?>
  ```

  directly below the table of contents.
- To create links for a dynamic table of contents:

  Enter the syntax:

  ```
  <?convert-to-bookmark:?>
  ```

  directly above the table of contents and

  ```
  <?end convert-to-bookmark:?>
  ```

  directly below the table of contents.

To control the initial state of the bookmark when the PDF file is opened, use the following command:

```
<?collapse-bookmark:state;level?>
```

where

the state can have the following values:

- hide - Collapses the table of contents entries
- show - Expands the table of contents entries

and

level sets the table of contents collapse level. For example: "1" collapses the first level of entries in the table of contents; "2" collapses the first and second level entries.

Use this command with `<?copy-to-bookmark:?>` and `<?convert-to-bookmark:?>` as shown in the following examples:

- To create a static table of contents that hides level 1 and level 2 of the table of contents entries, enter the following:

  ```
  <?copy-to-bookmark:?>
  <?collapse-bookmark:hide;2?>
  ```

  directly above the table of contents and

  ```
  <?end copy-to-bookmark:?>
  ```

  directly below the table of contents.

- To create links for a dynamic table of contents that shows levels 1 and 2 of the table of contents expanded, enter the following:

  ```
  <?convert-to-bookmark:>
  <?collapse-bookmark:show;2?>
  ```

  directly above the table of contents and

  ```
  <?end convert-to-bookmark:?>
  ```

  directly below the table of contents.

## Inserting Check Boxes

You can include a check box in the template that you can define to display as checked or unchecked based on a value from the incoming data.

> **Note:**
>
> Check boxes are supported in PDF output only.

To define a check box in the template:

1. Position the cursor in the template where you want the check box to display, and select the **Check Box Form Field** from the **Forms** tool bar, as shown in the following figure:




2. Right-click the field to open the Check Box Form Field Options dialog.
3. Specify the **Default value** as either Checked or Not Checked.
4. In the Form Field Help Text dialog, enter the criteria for how the box should behave. This must be a boolean expression (that is, one that returns a true or false result).

   For example, suppose the XML data contains an element called <population>. You want the check box to appear checked if the value of <population> is greater than 10,000. Enter the following in the help text field:

   ```
   <?population>10000?>
   ```

   The help text coding is shown in the following figure:




   Note that you do not have to construct an "if" statement. The expression is treated as an "if" statement.

   See Inserting Drop-Down Lists for a sample template using a check box.

## Inserting Drop-Down Lists

BI Publisher allows you to use the drop-down form field to create a cross-reference in the template from the XML data to some other value that you define in the drop-down form field.

For example, suppose you have the following XML:

```
<countries>
 <country>
  <name>Chad</name>
  <population>7360000</population>
  <continentIndex>5</continentIndex>
 </country>
 <country>
  <name>China</name>
  <population>1265530000</population>
  <continentIndex>1</continentIndex>
 </country>
 <country>
  <name>Chile</name>
  <population>14677000</population>
  <continentIndex>3</continentIndex>
 </country>
. . .
</countries>
```

Notice that each <country> entry has a <continentindex> entry, which is a numeric value to represent the continent. Using the drop-down form field, you can create an index in the template that cross-references the <continentindex> value to the actual continent name. You can then display the name in the published report.

To create the index for the continent example:

1. Position the cursor in the template where you want the value from the drop-down list to display, and select the **Drop-Down Form Field** from the **Forms** tool bar, as shown in the figure below:




2. Right-click the field to display the Drop-Down Form Field Options dialog.
3. Add each value to the **Drop-down item** field and the click **Add** to add it to the **Items in drop-down list** group. The values are indexed starting from one for the first, and so on. For example, the list of continents is stored as shown in the following table:

| Index | Value |
|---|---|
| 1 | Asia |
| 2 | North America |
| 3 | South America |
| 4 | Europe |
| 5 | Africa |
| 6 | Australia |

4. Now use the Help Text box to enter the XML element name that holds the index for the drop-down field values.

   For this example, enter

```
<?continentIndex?>
```

   The following figure shows the Drop-Down Form Field Options dialogs for this example:




Using the check box and drop-down list features, you can create a report to display population data with check boxes to demonstrate figures that reach a certain limit. An example illustrating a report of population data with check boxes is shown in the following figure:

| Country | Population | more than 10M? | Continent |
|---|---|---|---|
| Chad | 7,360,000 | ☐ | Africa |
| China | 1,265,530,000 | ☒ | Asia |
| Chile | 14,677,000 | ☒ | South America |
| Sweden | 8,887,000 | ☐ | Europe |
| United States | 270,312,000 | ☒ | North America |
| New Zealand | 3,625,000 | ☐ | Australia |

The template to create this report is shown in the below figure and the fields have the values shown in the table below.

| Country | Population | more than 10M? | Continent |
|---|---|---|---|
| FE China | 1,000,000 | ☐ | Asia EFE |

| Field | Form Field Entry | Description |
|---|---|---|
| FE | `<?for-each:country?>` | Begins the country repeating group. |
| China | `<?name?>` | Placeholder for the name element. |
| 1,000,000 | `<?population?>` | Placeholder for the population element. |
| (check box) | `<?population>1000000?>` | Establishes the condition for the check box. If the value for the population element is greater than 1,000,000, the check box is displayed as checked. |
| Asia | `<?contintentIndex?>` | The drop-down form field for the continentIndex element. See the preceding description for its contents. At runtime, the value of the XML element is replaced with the value it is cross-referenced to in the drop-down form field. |
| EFE | `<?end for-each?>` | Ends the country group. |

## Repeat Row Headers After Page Break

If your report includes a row header that spans multiple rows, for example in a group-left construction, you can specify that the content in the initial cell repeats on the next page.

See the example shown in the following table.

| Date | Invoice | Amount |
|---|---|---|
| 02-DEC-12 | 234 | 53.35 |
| 04-DEC-12 | 10020402 | 146776.07 |
| | 10020403 | 172482.45 |
| | 10020404 | 147740.25 |
| | 10020405 | 71577.42 |
| | 10020406 | 89344.81 |
| | 10020407 | 223563.03 |
| | 10020408 | 176353.55 |
| 05-DEC-12 | 10020487 | 112902.54 |
| 06-DEC-12 | 502444 | 19125 |
| | 502445 | 12375 |

In the preceding example, if the report breaks across the 04-Dec-12 group, you would most likely prefer that the cell contents "04-Dec-12" repeat on the next page. To specify that the cell contents repeat, insert the following code in a form field in the table data cell that is to repeat:

```
<?attribute@block:xdofo:rowspancell-repeat-nextpage;'true'?>
```

This feature is only useful when number-rows-spanned for the table-cell is greater than one.

# Using Conditional Formatting

Conditional formatting occurs when a formatting element appears only when a certain condition is met.

> **Note:**
>
> For information about using the Template Builder to insert conditional regions and conditional formatting, see Inserting and Editing Conditional Regions and Inserting Conditional Formatting.

BI Publisher supports the usage of simple "if" statements, as well as more complex "choose" expressions.

The conditional formatting that you specify can be XSL or XSL:FO code, or you can specify actual RTF objects such as a table or data. For example, you can specify that if reported numbers reach a certain threshold, they are displayed shaded in red. Or, you can use this feature to hide table columns or rows depending on the incoming XML data.

This section covers the following topics of conditional formatting:

- Using If Statements
- Using If Statements in Boilerplate Text
- Using If-Then-Else Statements
- Inserting Choose Statements
- Formatting Columns
- Formatting Rows
- Highlighting Cells

## Using If Statements

Use an if statement to define a simple condition; for example, if a data field is a specific value.

To use an if statement:

1. Insert the following syntax to designate the beginning of the conditional area.

   ```
   <?if:condition?>
   ```

2. Insert the following syntax at the end of the conditional area: `<?end if?>`.

For example, to set up the Payables Invoice Register to display invoices only when the Supplier name is "Company A", insert the syntax `<?if:VENDOR_NAME='COMPANY A'?>` before the Supplier field on the template.

Enter the `<?end if?>` tag after the invoices table.

This example is displayed in the following illustration. Note that you can insert the syntax in form fields, or directly into the template.




## Using If Statements in Boilerplate Text

You can use “if” statements to change messages presented to users.

Assume that you want to incorporate an "if" statement into the following free-form text:

The program was (not) successful.

You want the "not" to display only if the value of an XML tag called `<SUCCESS>` equals "N".

To achieve this requirement, use the BI Publisher context command to place the if statement into the inline sequence rather than into the block (the default placement).

See Controlling the Placement of Instructions Using the Context Commands.

For example, if you construct the code as follows:

```
The program was <?if:SUCCESS='N'?>not<?end if?> successful.
```

The following undesirable result occurs:

```
The program was
not
successful.
```

Because BI Publisher applies the instructions to the block by default. To specify that the if statement should be inserted into the inline sequence, enter the following:

```
The program was <?if@inlines:SUCCESS='N'?>not<?end if?>
successful.
```

This construction results in the following display:

```
The program was successful.
```

If SUCCESS does not equal 'N';

or

```
The program was not successful.
```

If SUCCESS equals 'N'.

> **Note:**
>
> If you use `@inlines` with `if` syntax, any other `if` syntax inside the statement must use the context command `@inline`.If you use `@inlines` with `FOR-EACH` syntax any other `if` or `FOR-EACH` syntax inside the statement must use the context command `@inline`.

## Using If-Then-Else Statements

BI Publisher supports the common programming construct "if-then-else".

"if-then-else" is extremely useful when you must test a condition and conditionally show a result. For example:

```
IF X=0 THEN
 Y=2
ELSE
 Y=3
END IF
```

You can also nest these statements as follows:

```
IF X=0 THEN
 Y=2
ELSE
 IF X=1 THEN
   Y=10
 ELSE Y=100
END IF
```

Use the following syntax to construct an if-then-else statement in the RTF template:

```
<?xdofx:if element_condition then result1 else result2 end if?>
```

For example, the following statement tests the AMOUNT element value. If the value is greater than 1000, show the word "Higher"; if it is less than 1000, show the word "Lower"; if it is equal to 1000, show "Equal":

```
<?xdofx:if AMOUNT > 1000 then 'Higher'
  else
  if AMOUNT < 1000 then 'Lower'
   else
```

```
    'Equal'
end if?>
```

## Inserting Choose Statements

Use the choose, when, and otherwise elements to express multiple conditional tests. If certain conditions are met in the incoming XML data, then specific sections of the template are rendered. This is a very powerful feature of the RTF template. In regular XSL programming, if a condition is met in the choose command then further XSL code is executed. In the template, however, you can actually use visual widgets in the conditional flow (in the following example, a table).

Use the following syntax for these elements:

```
<?choose:?>
```

<?when:*expression*?>

```
<?otherwise?>
```

## Conditional Formatting Example

This example shows a `choose` expression in which the display of a row of data depends on the value of the fields EXEMPT_FLAG and POSTED_FLAG. When the EXEMPT_FLAG equals "^", the row of data renders light gray. When POSTED_FLAG equals "*" the row of data renders shaded dark gray. Otherwise, the row of data renders with no shading.

In the following figure, the form field default text is displayed. The form field help text entries are shown in the following table:



| Default Text Entry in Example Form Field | Help Text Entry in Form Field |
|---|---|
| <Grp:VAT | <?for-each:G_VAT?> starts the G_VAT group |
| <Choose | <?choose:?> opens the choose statement |
| <When EXEMPT_FLAG='^' | <?when: EXEMPT_FLAG='^'?> tests the EXEMPT_FLAG element, if true, use the first table shown |
| End When> | <?end when?> ends the EXEMPT_FLAG test |
| <When POSTED_FLAG='*' | <?when:POSTED_FLAG='*'?> tests the POSTED_FLAG element, if true, use the table following |
| End When> | <?end when?> ends the POSTED_FLAG test |
| Otherwise | <?otherwise:?> If none of above are true then use the following table |
| End Otherwise> | <?end otherwise?> ends the otherwise statement |
| End Choose> | <?end choose?> ends the choose statement |
| End Vat> | <?end for-each?> ends the G_VAT group |

# Formatting Columns

You can conditionally show and hide columns of data in the document output. This example demonstrates how to set up a table so that a column is only displayed based on the value of an element attribute.

This example shows a report of a price list, represented by the following XML:

```
<items type="PUBLIC"> <! -  can be marked 'PRIVATE'  - >
 <item>
  <name>Plasma TV</name>
  <quantity>10</quantity>
  <price>4000</price>
 </item>
 <item>
  <name>DVD Player</name>
  <quantity>3</quantity>
  <price>300</price>
 </item>
 <item>
  <name>VCR</name>
  <quantity>20</quantity>
  <price>200</price>
 </item>
 <item>
  <name>Receiver</name>
  <quantity>22</quantity>
  <price>350</price>
 </item>
</items>
```

Notice the "type" attribute associated with the items element. In this XML it is marked as "PUBLIC" meaning the list is a public list rather than a PRIVATE list. For the public

version of the list, the quantity column should not be shown in the output, but you want to develop only one template for both versions based on the list type.

The following figure contains a simple template that conditionally shows or hides the quantity column.

| Name | IFQuantityend-if | Price |
|---|---|---|
| grp:ItemPlasma TV | IF 20 end-if | 1,000.00end grp |

The following table shows the entries made in the template that is shown in the above figure:

| Default Text | Form Field Entry | Description |
|---|---|---|
| grp:Item | `<?for-each:item?>` | Holds the opening for-each loop for the item element. |
| Plasma TV | `<?name?>` | The placeholder for the name element from the XML file. |
| IF | `<?if@column:/items/@type="PRIVATE"?>` | The opening of the if statement to test for the attribute value PRIVATE in the column header. Note that this syntax uses an XPath expression to navigate back to the items level of the XML to test the attribute. For more information about using XPath in templates, see Using XPath Commands. |
| Quantity | N/A | Boilerplate heading |
| end-if | `<?end if?>` | Ends the if statement. |
| IF | `<?if@cell:/items/@type="PRIVATE"?>` | The opening of the if statement to test for the attribute value PRIVATE in the column data. |
| 20 | `<?quantity?>` | The placeholder for the quantity element. |
| end-if | `<?end if?>` | Ends the if statement. |
| 1,000.00 | `<?price?>` | The placeholder for the price element. |
| end grp | `<?end for-each?>` | Closing tag of the for-each loop. |

The conditional column syntax is the "if" statement syntax with the addition of the @column clause. It is the @column clause that instructs BI Publisher to hide or show the column based on the outcome of the if statement.

If you did not include the @column the data would not display in the report as a result of the if statement, but the column still would because you had drawn it in the template.

> **Note:**
>
> The @column clause is an example of a context command. For more information, see Controlling the Placement of Instructions Using the Context Commands.

The example renders the output that is shown in the following figure:

| Name | Price |
|---|---|
| Plasma TV | 4,000.00 |
| DVD Player | 300.00 |
| VCR | 200.00 |
| Receiver | 350.00 |

If the same XML data contained the type attribute set to PRIVATE, then the output that is shown in the below figure is rendered from the same template.

| Name | Quantity | Price |
|---|---|---|
| Plasma TV | 10 | 4,000.00 |
| DVD Player | 3 | 300.00 |
| VCR | 20 | 200.00 |
| Receiver | 22 | 350.00 |

# Formatting Rows

BI Publisher allows you to specify formatting conditions as the row-level of a table.

Examples of row-level formatting are:

- Highlighting a row when the data meets a certain threshold.
- Alternating background colors of rows to ease readability of reports.
- Showing only rows that meet a specific condition.

### Conditionally Displaying a Row

To display only rows that meet a certain condition, insert the `<?if:`*`condition`*`?>` `<?end if?>` tags at the beginning and end of the row, within the for-each tags for the group. These tags are demonstrated in the sample template that is shown in the following figure:

| Industry | Year | Month | Sales |
|---|---|---|---|
| for-each SALE if big INDUSTRY | YEAR | MONTH | SALES end if end SALE |

The following table describes the fields from the template in the above figure:

| Default Text Entry | Form Field Help Text | Description |
|---|---|---|
| for-each SALE | `<?for-each:SALE?>` | Opens the for-each loop to repeat the data belonging to the SALE group. |

| Default Text Entry | Form Field Help Text | Description |
|---|---|---|
| if big | <?if:SALES>5000?> | If statement to display the row only if the element SALES has a value greater than 5000. |
| INDUSTRY | <?INDUSTRY?> | Data field |
| YEAR | <?YEAR?> | Data field |
| MONTH | <?MONTH?> | Data field |
| SALES end if | <?end if?> | Closes the if statement. |
| end SALE | <?end for-each?> | Closes the SALE loop. |

### Conditionally Highlighting a Row

This example demonstrates how to set a background color on every other row. The template to create this effect is shown in the following figure:

| Industry | Year | Month | Sales |
|---|---|---|---|
| for-each SALE format; INDUSTRY | YEAR | MONTH | SALES end SALE |

The following table shows values of the form fields from the template in the above figure:

| Default Text Entry | Form Field Help Text | Description |
|---|---|---|
| for-each SALE | <?for-each:SALE?> | Defines the opening of the for-each loop for the SALE group. |
| format; | <?if@row:position() mod 2=0?> <xsl:attribute name="background-color" xdofo:ctx="incontext">lightgray</xsl:attribute><?end if?> | For each alternate row, the background color attribute is set to gray for the row. |
| INDUSTRY | <?INDUSTRY?> | Data field |
| YEAR | <?YEAR?> | Data field |
| MONTH | <?MONTH?> | Data field |
| SALES | <?SALES?> | Data field |
| end SALE | <?end for-each?> | Closes the SALE for-each loop. |

In the above table, note the format; field. It contains an if statement with a "row" context (@row). This sets the context of the if statement to apply to the current row. If the condition is true, then the <xsl:attribute> for the background color of the row is set to light gray. This setting results in the output that is shown in the following figure:

| Industry | Year | Month | Sales |
|---|---|---|---|
| Oil | 2000 | Jan | 100,000 |
| Automotive | 2000 | Jan | 200,000 |
| Groceries | 2000 | Jan | 50,000 |

See Controlling the Placement of Instructions Using the Context Commands.

## Highlighting Cells

This example demonstrates how to conditionally highlight a cell based on a value in the XML file.

This example uses the following XML code:

```
<accounts>
 <account>
  <number>1-100-3333</number>
  <debit>100</debit>
  <credit>300</credit>
 </account>
 <account>
  <number>1-101-3533</number>
  <debit>220</debit>
  <credit>30</credit>
 </account>
 <account>
  <number>1-130-3343</number>
  <debit>240</debit>
  <credit>1100</credit>
 </account>
 <account>
  <number>1-153-3033</number>
  <debit>3000</debit>
  <credit>300</credit>
 </account>
</accounts>
```

The template lists the accounts and their credit and debit values. The final report will highlight in red any cell whose value is greater than 1000. The template for this is shown in the following figure:

| Account | Debit | Credit |
|---|---|---|
| FE:Account 1-232-4444 | CH1 100.00 | CH2 100.00 EFE |

The field definitions for the template are shown in the following table:

| Default Text Entry | Form Field Entry | Description |
| --- | --- | --- |
| FE:Account | `<?for-each:account?>` | Opens the for each-loop for the element account. |
| 1-232-4444 | `<?number?>` | The placeholder for the number element from the XML file. |
| CH1 | `<?if:debit>1000?><xsl:attribute xdofo:ctx="block" name="background-color">red</xsl:attribute><?end if?>` | This field holds the code to highlight the cell red if the debit amount is greater than 1000. |
| 100.00 | `<?debit?>` | The placeholder for the debit element.<br>**Important:**<br>The `<?debit?>` element must reside in its own field. |
| CH2 | `<?if:credit>1000?><xsl:attribute xdofo:ctx="block" name="background-color">red</xsl:attribute><?end if?>` | This field holds the code to highlight the cell red if the credit amount is greater than 1000. |
| 100.00 | `<?credit?>` | The placeholder for the credit element. |
| EFE | `<?end for-each?>` | Closes the for-each loop. |

The code to highlight the debit column as shown in the table is:

```
<?if:debit>1000?>
  <xsl:attribute
   xdofo:ctx="block" name="background-color">red
  </xsl:attribute>
<?end if?>
```

The "if" statement is testing if the debit value is greater than 1000. If it is, then the next lines are invoked. Notice that the example embeds native XSL code inside the if statement.

The "attribute" element allows you to modify properties in the XSL.

The xdofo:ctx component is an BI Publisher feature that allows you to adjust XSL attributes at any level in the template. In this case, the background color attribute is changed to red.

To change the color attribute, you can use either the standard HTML names (for example, red, white, green) or you can use the hexadecimal color definition (for example, #FFFFF).

This template results in the output that is shown in the following figure:

| Account | Debit | Credit |
|---|---|---|
| 1-100-3333 | 100.00 | 300.00 |
| 1-101-3533 | 220.00 | 30.00 |
| 1-130-3343 | 240.00 | 1100.00 |
| 1-153-3033 | 3000.00 | 300.00 |

# Inserting Page-Level Calculations

Learn more about the supported page-level calculations for PDFs and PPTs.

BI Publisher supports the page-level calculations that are described in the following sections for PDF and PPT outputs only:

- Displaying Page Totals
- Inserting Brought Forward and Carried Forward Totals
- Inserting Running Totals

## Displaying Page Totals

BI Publisher allows you to display calculated page totals in the report. Because the page is not created until publishing time, the totaling function must be executed by the formatting engine.

> **Note:**
>
> Page totaling is performed in the PDF-formatting layer. Therefore this feature is not available for other outputs types: HTML, RTF, Excel. This page totaling function works only if the source XML co6de has raw numeric values. The numbers must not be preformatted.

Because the page total field does not exist in the XML input data, you must define a variable to hold the value. When you define the variable, you associate it with the element from the XML file that is to be totaled for the page. Once you define total fields, you can also perform additional functions on the data in those fields.

To declare the variable that is to hold the page total, insert the following syntax immediately following the placeholder for the element that is to be totaled:

```
<?add-page-total:TotalFieldName;'element'?>
```

where

TotalFieldName is the name you assign to the total (to reference later) and

'element' is the XML element field to be totaled.

You can add this syntax to as many fields as you want to total.

Then when you want to display the total field, enter the following syntax:

```
<?show-page-total:TotalFieldName;'Oracle-number-format' number-
separators="{$_XDONFSEPARATORS}"?>
```

where

TotalFieldName is the name you assigned to give the page total field above and

Oracle-number-format is the format you want to use to for the display, using the Oracle format mask (for example: 'C9G999D00'). For the list of Oracle format mask symbols, see Oracle Abstract Format Masks.

number-separators="{$_XDONFSEPARATORS}" is a required attribute to apply the grouping separator and decimal separator for the format mask you defined.

The following example shows how to set up page total fields in a template to display total credits and debits that have displayed on the page, and then calculate the net of the two fields.

This example uses the following XML code:

```
<balance_sheet>
 <transaction>
  <debit>100</debit>
  <credit>90</credit>
 </transaction>
 <transaction>
  <debit>110</debit>
  <credit>80</credit>
 </transaction>
…
<\balance_sheet>
```

The following figure shows the table to insert in the template to hold the values:

| Debit | Credit |
|---:|---:|
| FE 100.00 | 90.00 Net EFE |

The following table shows the form field entries made in the template whose table is shown in the previous figure:

| Default Text Entry | Form Field Help Text Entry | Description |
|---|---|---|
| FE | `<?for-each:transaction?>` | This field defines the opening "for-each" loop for the transaction group. |

| Default Text Entry | Form Field Help Text Entry | Description |
|---|---|---|
| 100.00 | `<?debit?><?add-page-total:dt;'debit'?>` | This field is the placeholder for the debit element from the XML file. To total this field by page, the page total declaration syntax is added. The variable defined to hold the total for the debit element is dt. |
| 90.00 | `<?credit?> <?add-page-total:ct;'credit'?>` | This field is the placeholder for the credit element from the XML file. To total this field by page, the page total declaration syntax is added. The variable defined to hold the total for the credit element is ct. |
| Net | `<add-page-total:net;'debit - credit'?>` | Creates a net page total by subtracting the credit values from the debit values. |
| EFE | `<?end for-each?>` | Closes the for-each loop. |

Note that on the variable defined as "net" you perform a calculation on the values of the credit and debit elements.

Now that you have declared the page total fields, you can insert a field in the template where you want the page totals to appear. Reference the calculated variables using the names you supplied (in the example, ct and dt). The syntax to display the page totals is as follows:

For example, to display the debit page total, enter the following:

```
<?show-page-total:dt;'C9G990D00';'(C9G990D00)' number-
separators="{$_XDONFSEPARATORS}"?>
```

Therefore to complete the example, place the following at the bottom of the template page, or in the footer:

Page Total Debit: `<?show-page-total:dt;'C9G990D00';'(C9G990D00)' number-separators="{$_XDONFSEPARATORS}"?>`

Page Total Credit: `<?show-page-total:ct;'C9G990D00';'(C9G990D00)' number-separators="{$_XDONFSEPARATORS}"?>`

Page Total Balance: `<?show-page-total:net;'C9G990D00';'(C9G990D00)' number-separators="{$_XDONFSEPARATORS}"?>`

The output for this report is shown in the following figure:

Page 1

| Debit | Credit |
|---|---|
| 100.00 | 90.00 |
| 110.00 | 80.00 |
| 120.00 | 70.00 |
| 130.00 | 60.00 |
| 140.00 | 50.00 |
| 150.00 | 40.00 |

Page Total Debit:750.00
Page Total Credit:390.00
Page Total Balance:360.00

## Inserting Brought Forward and Carried Forward Totals

Many reports require that a page total be maintained throughout the report output and be displayed at the beginning and end of each page. These totals are known as "brought forward and carried forward" totals.

**Note:**

The totaling for the brought forward and carried forward fields is performed in the PDF-formatting layer. Therefore this feature is not available for other outputs types such as HTML, RTF, and Excel.

An example of a report with forward totals is displayed in the following figure:

Page 1

| Inv | Date | Amount |
|---|---|---|
| 1001 | 1-Jan-05 | 100 |
| 1002 | 1-Jan-05 | 100 |
| 1003 | 1-Jan-05 | 100 |

Carried Forward: 300

Page 2
Brought Forward: 300

| Inv | Date | Amount |
|---|---|---|
| 1004 | 1-Jan-05 | 100 |
| 1005 | 1-Jan-05 | 100 |
| 1006 | 1-Jan-05 | 100 |

Carried Forward: 600

Page 3
Brought Forward: 600

| Inv | Date | Amount |
|---|---|---|
| 1007 | 1-Jan-05 | 100 |
| 1008 | 1-Jan-05 | 100 |
| 1009 | 1-Jan-05 | 100 |

At the end of the first page, the page total for the Amount element is displayed as the **Carried Forward** total. At the top of the second page, this value is displayed as the **Brought Forward** total from the previous page. At the bottom of the second page, the brought forward value plus the total for that page is calculated and displayed as the new **Carried Forward** value, and this continues throughout the report.

This functionality is an extension of the Displaying Page Totals feature. The following example walks through the syntax and setup required to display the brought forward and carried forward totals in the published report.

Assume that you have the following XML code:

```
<?xml version="1.0" encoding="WINDOWS-1252"?>
<INVOICES>
 <INVOICE>
  <INVNUM>10001-1</INVNUM>
  <INVDATE>1-Jan-2005</INVDATE>
  <INVAMT>100</INVOICEAMT>
 </INVOICE>
 <INVOICE>
  <INVNUM>10001-2</INVNUM>
  <INVDATE>10-Jan-2005</INVDATE>
  <INVAMT>200</INVOICEAMT>
 </INVOICE>
 <INVOICE>
  <INVNUM>10001-1</INVNUM>
  <INVDATE>11-Jan-2005</INVDATE>
  <INVAMT>150</INVOICEAMT>
 </INVOICE>
. . .
</INVOICES>
```

The sample template that is shown in the following figure creates the invoice table and declares a placeholder that holds the page total.




The following table shows the fields in the template that is shown in the above figure.

| Field | Form Field Help Text Entry | Description |
|---|---|---|
| Init PTs | <?init-page-total: InvAmt?> | Declares InvAmt as the placeholder that holds the page total. |
| FE | <?for-each:INVOICE?> | Begins the INVOICE group. |
| 10001-1 | <?INVNUM?> | Placeholder for the Invoice Number tag. |
| 1-Jan-2005 | <?INVDATE?> | Placeholder for the Invoice Date tag. |
| 100.00 | <?INVAMT?> | Placeholder for the Invoice Amount tag. |
| InvAmt | <?add-page-total:InvAmt;INVAMT?> | Assigns the "InvAmt" page total object to the INVAMT element in the data. |
| EFE | <?end for-each?> | Closes the INVOICE group. |
| End PTs | <?end-page-total:InvAmt?> | Closes the "InvAmt" page total. |

To display the brought forward total at the top of each page (except the first), use the following syntax:

```
<xdofo:inline-total
  display-condition="exceptfirst"
  name="InvAmt">
   Brought Forward:
<xdofo:show-brought-forward
  name="InvAmt"
  format="99G999G999D00" number-separators="{$_XDONFSEPARATORS}"/>/>
</xdofo:inline-total>
```

The following list describes the elements that comprise the brought forward syntax:

- **inline-total** - This element has two properties:
  - name - Specifies the name of the variable you declared for the field.
  - display-condition - Sets the display condition. This is an optional property that takes one of the following values:
    - first - Contents are displayed only on the first page.
    - last - Contents are displayed only on the last page.
    - exceptfirst - Contents are displayed on all pages except first.
    - exceptlast - Contents are displayed on all pages except last.
    - everytime - (Default) Contents are displayed on every page.

    In this example, display-condition is set to "exceptfirst" to prevent the value from appearing on the first page where the value would be zero.
- **Brought Forward:** - This string is optional and is displayed as the field name on the report.
- **show-brought-forward** - Shows the value on the page. It has the following properties:
  - name - The name of the field to show. In this case, InvAmt. This property is mandatory.
  - format - The Oracle number format to apply to the value at runtime. This property is optional, but if you want to supply a format mask, you must use the Oracle format mask. See Oracle Abstract Format Masks.
  - number-separators="{$_XDONFSEPARATORS}" - This attribute is required to apply the grouping separator and number separator for the format mask you defined.

Insert the brought forward object at the top of the template where you want the brought forward total to display. If you place it in the body of the template, then you can insert the syntax in a form field.

If you want the brought forward total to display in the header, you must insert the full code string into the header because Microsoft Word does not support form fields in the header or footer regions. However, you can alternatively use the start body/end body syntax, which allows you to define what the body area of the report is. BI Publisher recognizes any content above the defined body area as header content, and any content below as the footer. This allows you to use form fields. See Creating Multiple or Complex Headers and Footers for details.

Place the carried forward object at the bottom of the template where you want the total to display. The carried forward object for our example is as follows:

```
<xdofo:inline-total
  display-condition="exceptlast"
  name="InvAmt">
   Carried Forward:
<xdofo:show-carry-forward
  name="InvAmt"
  format="99G999G999D00" number-separators="{$_XDONFSEPARATORS}"/>
</xdofo:inline-total>
```

Note the following differences with the brought-forward object:

- The display-condition is set to exceptlast so that the carried forward total is displayed on every page except the last page.
- The display string is "Carried Forward".
- The show-carry-forward element is used to show the carried forward value. It has the same properties as brought-carried-forward, described above.

You are not limited to a single value in the template, you can create multiple brought forward/carried forward objects in the template pointing to various numeric elements in the data.

> **Note:**
>
> Ensure that you do not include the commands `<?init-page-total:invAmnt?>` and `<?end-page-total:InvAmt?>` as shown in the preceding example. The display-condition logic computation depends on these commands to function correctly.

## Inserting Running Totals

The variable functionality can be used to add a running total to the invoice listing report.

See Set Variables for more information. This example assumes the following XML structure:

```
<?xml version="1.0" encoding="WINDOWS-1252"?>
<INVOICES>
 <INVOICE>
  <INVNUM>10001-1</INVNUM>
  <INVDATE>1-Jan-2005</INVDATE>
  <INVAMT>100</INVOICEAMT>
 </INVOICE>
 <INVOICE>
  <INVNUM>10001-2</INVNUM>
  <INVDATE>10-Jan-2005</INVDATE>
  <INVAMT>200</INVOICEAMT>
 </INVOICE>
```

```
 <INVOICE>
  <INVNUM>10001-1</INVNUM>
  <INVDATE>11-Jan-2005</INVDATE>
  <INVAMT>150</INVOICEAMT>
 </INVOICE>
</INVOICES>
```

You can use this XML code to create a report that contains running totals as shown in the following illustration.

| Invoice Number | Invoice Date | Amount | Running Total |
|---|---|---|---|
| 1000-1 | 1-Jan-2005 | 100.00 | 100.00 |
| 1000-2 | 10-Jan-2005 | 200.00 | 300.00 |
| 1000-3 | 11-Jan-2005 | 150.00 | 450.00 |

To create the Running Total field, define a variable to track the total and initialize it to 0. The template is shown in the following illustration.

RTotalVar

| Invoice Number | Invoice Date | Amount | Running Total |
|---|---|---|---|
| FE10001-1 | 1-Jan-2005 | 100.00 | 100.00EFE |

The values for the form fields in the template that is shown in the previous illustration are described in the next table.

| Form Field | Syntax | Description |
|---|---|---|
| RtotalVar | `<?xdoxslt:set_variable($_XDOCTX, 'RTotalVar', 0)?>` | Declares the "RTotalVar" variable and initializes it to 0. |
| FE | `<?for-each:INVOICE?>` | Starts the Invoice group. |
| 10001-1 | `<?INVNUM?>` | Invoice Number tag |
| 1-Jan-2005 | `<?INVDATE?>` | Invoice Date tag |
| 100.00 | `<?xdoxslt:set_variable($_XDOCTX, 'RTotalVar', xdoxslt:get_variable($_XDOCTX, 'RTotalVar') + INVAMT)?> <? xdoxslt:get_variable($_XDOCTX, 'RTotalVar')?>` | Sets the value of RTotalVar to the current value plus the new Invoice Amount. Retrieves the RTotalVar value for display. |
| EFE | `<?end for-each?>` | Ends the INVOICE group. |

# Handling Data

These sections describe methods for handling data in templates.

- Sorting Data
- Checking for Null Values
- Regrouping the XML Data


## Sorting Data

You can sort a group by any element within the group. Insert the following syntax within the group tags:

```
<?sort:element name; order; data-type?>
```

where

element name is the name of the element you want the group sorted by

order is 'ascending' or 'descending'

data-type is the element data type. Valid values are: 'text' and 'number'.

If the order is not specified, by default, the sort order is ascending. If the data type is not specified, the type is assumed to be text.

For example, to sort a data set by an element named SALARY so that the highest salaries appear first, enter the following:

```
<?sort:SALARY;'descending';'number'?>
```

When you are sorting within a for-each group, enter the sort statement after the for-each statement. For example, to sort the Payables Invoice Register (shown at the beginning of this chapter) by Supplier (VENDOR_NAME), enter the following:

```
<?for-each:G_VENDOR_NAME?><?sort:VENDOR_NAME?>
```

To sort a group by multiple fields, just enter additional sort statements in the appropriate order. For example, to sort by Supplier and then by Invoice Number, enter the following

```
<?sort:VENDOR_NAME?> <?sort:INVOICE_NUM;'ascending';'number'?>
```

## Checking for Null Values

Within the XML data there are three possible scenarios for the value of an element.

They are as follows:

- The element is present in the XML data, and it has a value.
- The element is present in the XML data, but it does not have a value.
- The element is not present in the XML data, and therefore there is no value.

In the report layout, you may want to specify a different behavior depending on the presence of the element and its value. The following examples show how to check for each of these conditions using an "if" statement. The syntax can also be used in other conditional formatting constructs.

- To define behavior when the element is present and the value is not null, use the following:

<?if:element_name!=' '?> *desired behavior* <?end if?>

- To define behavior when the element is present, but is null, use the following:

  <?if:element_name and element_name="?> *desired behavior* <?end if?>

- To define behavior when the element is not present, use the following:

  <?if:not(element_name)?> *desired behavior* <?end if?>

# Regrouping the XML Data

The RTF template supports the XSL 2.0 for-each-group standard that allows you to regroup XML data into hierarchies that are not present in the original data.

With this feature, the template does not have to follow the hierarchy of the source XML file. You are therefore no longer limited by the structure of the data source.

## XML Sample

This XML sample shows a set of data that uses the for-each-group standard.

To demonstrate the for-each-group standard, the following XML data sample of a CD catalog listing is regrouped in a template:

```
<CATALOG>
   <CD>
      <TITLE>Empire Burlesque</TITLE>
      <ARTIST>Bob Dylan</ARTIST>
      <COUNTRY>USA</COUNTRY>
      <COMPANY>Columbia</COMPANY>
      <PRICE>10.90</PRICE>
      <YEAR>1985</YEAR>
   </CD>
   <CD>
      <TITLE>Hide Your Heart</TITLE>
      <ARTIST>Bonnie Tylor</ARTIST>
      <COUNTRY>UK</COUNTRY>
      <COMPANY>CBS Records</COMPANY>
      <PRICE>9.90</PRICE>
      <YEAR>1988</YEAR>
   </CD>
   <CD>
      <TITLE>Still got the blues</TITLE>
      <ARTIST>Gary More</ARTIST>
      <COUNTRY>UK</COUNTRY>
      <COMPANY>Virgin Records</COMPANY>
      <PRICE>10.20</PRICE>
      <YEAR>1990</YEAR>
   </CD>
   <CD>
      <TITLE>This is US</TITLE>
      <ARTIST>Gary Lee</ARTIST>
      <COUNTRY>UK</COUNTRY>
      <COMPANY>Virgin Records</COMPANY>
      <PRICE>12.20</PRICE>
```

```
        <YEAR>1990</YEAR>
    </CD>
```

Using the regrouping syntax, you can create a report of this data that groups the CDs by country and then by year. You are not limited by the data structure presented.

## Regrouping Syntax

You can regroup data using the proper syntax

To regroup the data, use the following syntax:

```
<?for-each-group: BASE-GROUP;GROUPING-ELEMENT?>
```

For example, to regroup the CD listing by COUNTRY, enter the following in the template:

```
<?for-each-group:CD;COUNTRY?>
```

The elements that were at the same hierarchy level as COUNTRY are now children of COUNTRY. You can then refer to the elements of the group to display the values desired.

To establish nested groupings within the already defined group, use the following syntax:

```
<?for-each:current-group(); GROUPING-ELEMENT?>
```

For example, after declaring the CD grouping by COUNTRY, you can then further group by YEAR within COUNTRY as follows:

```
<?for-each:current-group();YEAR?>
```

At runtime, BI Publisher loops through the occurrences of the new groupings, displaying the fields that you defined in the template.

> **Note:**
>
> This syntax is a simplification of the XSL for-each-group syntax. If you choose not to use the simplified syntax above, you can use the XSL syntax as shown below. The XSL syntax can only be used within a form field of the template.

```
<xsl:for-each-group
  select=expression
  group-by="string expression"
  group-adjacent="string expression"
  group-starting-with=pattern>
```

```
  <!--Content: (xsl:sort*, content-constructor) -->
</xsl:for-each-group>
```

## Template Example

You can see some features that can be used to enhance templates in this example.

The following illustration shows a template that displays the CDs by Country, then Year, and lists the details for each CD.



Group by Country
Country:USA

Group by Year
Year:2000

| Title | Artist | Price |
|---|---|---|
| Group:DetailsMy CD | John Doe | 1.00End Group |

End Group by Year
End Group by Country

The following table shows the BI Publisher syntax entries made in the form fields of the template that is shown in the previous illustration.

| Default Text Entry | Form Field Help Text Entry | Description |
|---|---|---|
| Group by Country | `<?for-each-group:CD;COUNTRY?>` | The `<?for-each-group:CD;COUNTRY?>` tag declares the new group. It regroups the existing CD group by the COUNTRY element. |
| USA | `<?COUNTRY?>` | Placeholder to display the data value of the COUNTRY tag. |
| Group by Year | `<?for-each-group:current-group();YEAR?>` | The `<?for-each-group:current-group();YEAR?>` tag regroups the current group (that is, COUNTRY), by the YEAR element. |
| 2000 | `<?YEAR?>` | Placeholder to display the data value of the YEAR tag. |
| Group: Details | `<?for-each:current-group()?>` | Once the data is grouped by COUNTRY and then by YEAR, the `<?for-each:current-group()?>` command is used to loop through the elements of the current group (that is, YEAR) and render the data values (TITLE, ARTIST, and PRICE) in the table. |
| My CD | `<?TITLE?>` | Placeholder to display the data value of the TITLE tag. |
| John Doe | `<?ARTIST?>` | Placeholder to display the data value of the ARTIST tag. |

| Default Text Entry | Form Field Help Text Entry | Description |
| --- | --- | --- |
| 1.00 | <?PRICE?> | Placeholder to display the data value of the PRICE tag. |
| End Group | <?end for-each?> | Closes out the <?for-each:current-group()?> tag. |
| End Group by Year | <?end for-each-group?> | Closes out the <?for-each-group:current-group();YEAR?> tag. |
| End Group by Country | <?end for-each-group?> | Closes out the <?for-each-group:CD;COUNTRY?> tag. |

This template produces the report that is shown in the next illustration when merged with the XML file.


Country:**USA**

Year:**1985**

| Title | Artist | Price |
| --- | --- | --- |
| Empire Burlesque | Bob Dylan | 10.90 |

Country:**UK**

Year:**1988**

| Title | Artist | Price |
| --- | --- | --- |
| Hide your heart | Bonnie Tylor | 9.90 |

Year:**1990**

| Title | Artist | Price |
| --- | --- | --- |
| Still got the blues | Gary More | 10.20 |
| This is US | Gary Lee | 12.20 |

## Regrouping by an Expression

Regrouping by an expression allows you to apply a function or command to a data element, and then group the data by the returned result.

To use this feature, state the expression within the regrouping syntax as follows:

```
<?for-each:BASE-GROUP;GROUPING-EXPRESSION?>
```

To demonstrate this feature, an XML data sample that simply contains average temperatures per month is used as input to a template that calculates the number of months having an average temperature within a certain range.

The following XML code is composed of <temp> groups. Each <temp> group contains a <month> element and a <degree> element, which contains the average temperature for that month:

```
<temps>
  <temp>
    <month>Jan</month>
    <degree>11</degree>
  </temp>
  <temp>
    <month>Feb</month>
    <degree>14</degree>
  </temp>
  <temp>
    <month>Mar</month>
    <degree>16</degree>
  </temp>
  <temp>
    <month>Apr</month>
    <degree>20</degree>
  </temp>
  <temp>
    <month>May</month>
    <degree>31</degree>
  </temp>
  <temp>
    <month>Jun</month>
    <degree>34</degree>
  </temp>
  <temp>
    <month>Jul</month>
    <degree>39</degree>
  </temp>
  <temp>
    <month>Aug</month>
    <degree>38</degree>
  </temp>
  <temp>
    <month>Sep</month>
    <degree>24</degree>
  </temp>
  <temp>
    <month>Oct</month>
    <degree>28</degree>
  </temp>
  <temp>
    <month>Nov</month>
    <degree>18</degree>
  </temp>
  <temp>
    <month>Dec</month>
```

```
    <degree>8</degree>
  </temp>
</temps>
```

You want to display this data in a format showing temperature ranges and a count of the months that have an average temperature to satisfy those ranges, as shown in the following illustration.

Annual Temperature Summary

| Range | Number of Months |
|---|---|
| 0 F to 10 F | 1 Month(s) |
| 10 F to 20 F | 4 Month(s) |
| 20 F to 30 F | 3 Month(s) |
| 30 F to 40 F | 4 Month(s) |

Using the for-each-group command you can apply an expression to the <degree> element that enables you to group the temperatures by increments of 10 degrees. You can then display a count of the members of each grouping, which is the number of months having an average temperature that falls within each range.

The next illustration shows the template to create the report that is shown in the previous illustration.

Annual Temperature Summary

| Range | Number of Months |
|---|---|
| Group by TmpRng Range | Months Month(s)End TmpRng |

The next table shows the form field entries made in the template that is shown in the previous illustration.

| Default Text Entry | Form Field Help Text Entry |
|---|---|
| Group by TmpRng | `<?for-each-group:temp;floor(degree div 10)?> <?sort:floor(degree div 10)?>` |
| Range | `<?concat(floor(degree div 10)*10,' F to ',floor(degree div 10)*10+10, 'F')?>` |
| Months | `<?count(current-group())?>` |
| End TmpRng | `<?end for-each-group?>` |

Note the following about the form field tags:

- The `<?for-each-group:temp;floor(degree div 10)?>` is the regrouping tag. It specifies that for the existing <temp> group, the elements are to be regrouped by the expression, floor(degree div 10). The floor function is an XSL function that returns the highest integer that is not greater than the argument (for example, 1.2 returns 1, 0.8 returns 0).

  In this case, it returns the value of the <degree> element, which is then divided by 10. This generates the following values from the XML data: 1, 1, 1, 2, 3, 3, 3, 3, 2, 2, 1, and 0.

  These are sorted, so that when processed, the following four groups are created: 0, 1, 2, and 3.
- The `<?concat(floor(degree div 10)*10,'F to ', floor(degree div 10)*10+10,'F'?>` displays the temperature ranges in the row header in increments of 10. The expression concatenates the value of the current group times 10 with the value of the current group times 10 plus 10.

  Therefore, for the first group, 0, the row heading displays 0 to (0 +10), or "0 F to 10 F".
- The `<?count(current-group())?>` uses the count function to count the members of the current group (the number of temperatures that satisfy the range).
- The `<?end for-each-group?>` tag closes out the grouping.

# Setting Variables, Parameters, and Properties

Learn more about setting variables, parameters, and properties.

This section covers the following topics:

- Set Variables
- Setting Parameters
- Setting Properties

## Set Variables

Updatable variables differ from standard XSL variables <xsl:variable> in that they're updatable during the template application to the XML data.

This allows you to create many new features in the templates that require updatable variables.

The variables use a "set and get" approach for assigning, updating, and retrieving values.

Use the following syntax to declare/set a variable value:

```
<?xdoxslt:set_variable($_XDOCTX, 'variable name', value)?>
```

Use the following syntax to retrieve a variable value:

```
<?xdoxslt:get_variable($_XDOCTX, 'variable name')?>
```

For example, you can retrieve a variable value based on a condition:

```
<?if:'column name'=xdoxslt:get_variable($_XDOCTX, 'variable name')?>
```

For example, you can perform calculations:

```
<?xdoxslt:set_variable($_XDOCTX, 'x', xdoxslt:get_variable($_XDOCTX,
'x' + 1)?>
```

This sets the value of variable 'x' to its original value plus 1, much like using "x = x + 1".

The $_XDOCTX specifies the global document context for the variables. In a multi-threaded environment there may be many transformations occurring at the same time, therefore the variable must be assigned to a single transformation.

See Inserting Running Totals for an example of the usage of updatable variables.

## Setting Parameters

You can pass runtime parameter values into the template.

These can then be referenced throughout the template to support many functions. For example, you can filter data in the template, use a value in a conditional formatting block, or pass property values (such as security settings) into the final document.

> **Note:**
>
> For BI Publisher Enterprise users, all name-value parameter pairs are passed to the template. You must register the parameters that you want to utilize in the template using the syntax described below.

To use a parameter in a template:

1. Declare the parameter in the template.

   Use the following syntax to declare the parameter:

   ```
   <?param@begin:parameter_name;parameter_value?>
   ```

   where

   *parameter_name* is the name of the parameter

   *parameter_value* is the default value for the parameter (the parameter_value is optional)

   param@begin: is a required string to push the parameter declaration to the top of the template at runtime so that it can be referred to globally in the template.

   The syntax must be declared in the Help Text field of a form field. The form field can be placed anywhere in the template.

2. Refer to the parameter in the template by prefixing the name with a "$" character. For example, if you declare the parameter name to be "InvThresh", then reference the value using "$InvThresh".
3. If you are not using BI Publisher Enterprise, but only the core libraries:

   At runtime, pass the parameter to the BI Publisher engine programmatically.

   Prior to calling the FOProcessor API create a Properties class and assign a property to it for the parameter value as follows:

```
Properties prop = new Properties();
prop.put("xslt.InvThresh", "1000");
```

**Example: Passing an invoice threshold parameter**

This example illustrates how to declare a parameter in the template that filters the data based on the value of the parameter.

The following XML sample lists invoice data:

```
<INVOICES>
 <INVOICE>
  <INVOICE_NUM>981110</INVOICE_NUM>
  <AMOUNT>1100</AMOUNT>
 </INVOICE>
 <INVOICE>
  <INVOICE_NUM>981111</INVOICE_NUM>
  <AMOUNT>250</AMOUNT>
 </INVOICE>
 <INVOICE>
  <INVOICE_NUM>981112</INVOICE_NUM>
  <AMOUNT>8343</AMOUNT>
 </INVOICE>
. . .
</INVOICES>
```

The following illustration shows a template that accepts a parameter value to limit the invoices displayed in the final document based on the parameter value.


InvThresh Declaration

| Invoice Number | Invoice Amount |
| --- | --- |
| FE IF 13222-2 | $100.00 EI EFE |

The following table describes the fields for defining parameters as shown in the template in the previous illustration.

| Field | Form Field Help Text Entry | Description |
|---|---|---|
| InvThreshDeclaration | <?param@begin:InvThresh?> | Declares the parameter InvThresh. |
| FE | <?for-each:INVOICE?> | Begins the repeating group for the INVOICE element. |
| IF | <?if:AMOUNT>$InvThresh?> | Tests the value of the AMOUNT element to determine if it is greater than the value of InvThresh. |
| 13222-2 | <?INVOICE_NUM?> | Placeholder for the INVOICE_NUM element. |
| $100.00 | <?AMOUNT?> | Placeholder for the AMOUNT element. |
| EI | <?end if?> | Closing tag for the if statement. |
| EFE | <?end for-each?> | Closing tag for the for-each loop. |

In this template, only INVOICE elements with an AMOUNT greater than the InvThresh parameter value are displayed. If you pass in a parameter value of 1,000, then the report that is shown in the following illustration is produced.

| Invoice Number | Invoice Amount |
|---|---|
| 981110 | 1100 |
| 981112 | 8343 |

Notice the second invoice does not display because its amount was less than the parameter value.

# Setting Properties

BI Publisher properties that are available in the BI Publisher Configuration file can alternatively be embedded into the RTF template.

The properties set in the template are resolved at runtime by the BI Publisher engine. You can either hard code the values in the template or embed the values in the incoming XML data. Embedding the properties in the template avoids the use of the configuration file.

For example, if you use a nonstandard font in the template, then rather than specify the font location in the configuration file, you can embed the font property inside the template. If you must secure the generated PDF output, then you can use the BI Publisher PDF security properties and obtain the password value from the incoming XML data.

To add a BI Publisher property to a template, use the Microsoft Word Properties dialog (available from the **File** menu), and enter the following information:

- **Name** - Enter the BI Publisher property name prefixed with "xdo-"

- **Type** - Select "Text"
- **Value** - Enter the property value. To reference an element from the incoming XML data, enter the path to the XML element enclosed by curly braces. For example: {/root/password}

### Embedding a Font Reference

For this example, suppose you want to use a font in the template called "XMLPScript". This font is not available on the server; therefore you must tell BI Publisher where to find the font at runtime. You tell BI Publisher where to find the font by setting the "font" property. Assume the font is located in "/tmp/fonts", then you would enter the following in the Properties dialog:

- **Name** - xdo-font.XMLPScript.normal.normal
- **Type** - Text
- **Value** - truetype./tmp/fonts/XMLPScript.ttf

When the template is applied to the XML data on the server, BI Publisher looks for the font in the /tmp/fonts directory. Note that if the template is deployed in multiple locations, then you must ensure that the path is valid for each location.

### Securing a PDF Output

For this example, suppose you want to use a password from the XML data to secure the PDF output document. The XML data is as follows:

```
<PO>
 <security>true</security>
 <password>welcome</password>
 <PO_DETAILS>
 ..
</PO>
```

In the Properties dialog set two properties: pdf-security to set the security feature as enabled or not, and pdf-open-password to set the password. Enter the following in the Properties dialog:

- **Name**: `xdo-pdf-security`
- **Type**: Text
- **Value**: `{/PO/security}`
- **Name**: `xdo-pdf-open-password`
- **Type**: Text
- **Value**: `{/PO/password}`

Storing the password in the XML data is not recommended if the XML persists in the system for any length of time. To avoid this potential security risk, you can use a template parameter value that is generated and passed into the template at runtime.

For example, you could set up the following parameters:

- PDFSec - To pass the value for the xdo-pdf-security property
- PDFPWD - To pass the value for the password

You would then enter the following in the Properties dialog:

- **Name** - `xdo-pdf-security`
- **Type** - Text
- **Value** - `{$PDFSec}`
- **Name** - `xdo-pdf-open-password`
- **Type** - Text
- **Value** - `{$PDFPWD}`

To set the template parameters, see Setting Parameters.

# Using Advanced Report Layouts

Learn more about Advanced Report Layouts.

This section describes the following tasks for advanced report layouts:

- Creating Batch Reports
- Handling No Data Found Conditions
- Inserting Pivot Tables
- Constructing Dynamic Data Columns

## Creating Batch Reports

It is a common requirement to print a batch of documents, such as invoices or purchase orders in a single PDF file. Because these documents are intended for different customers, each document requires that the page numbering be reset and that page totals are specific to the document. If the header and footer display fields from the data (such as customer name), then these must be reset as well.

BI Publisher supports this requirement through the use of a context command. This command allows you to define elements of the report to a specific section. When the section changes, these elements are reset.

The following example demonstrates how to reset the header and footer and page numbering within an output file:

The following XML code is a report that contains multiple invoices:

```
...
<LIST_G_INVOICE>
   <G_INVOICE>
      <BILL_CUST_NAME>Vision, Inc. </BILL_CUST_NAME>
      <TRX_NUMBER>2345678</TRX_NUMBER>
      ...
   </G_INVOICE>
   <G_INVOICE>
      <BILL_CUST_NAME>Oracle, Inc. </BILL_CUST_NAME>
      <TRX_NUMBER>2345685</TRX_NUMBER>
      ...
   </G_INVOICE>
   ...
```

```
</LIST_G_INVOICE>
...
```

Each G_INVOICE element contains an invoice for a potentially different customer. To instruct BI Publisher to start a new section for each occurrence of the G_INVOICE element, add the @section command to the opening for-each statement for the group, using the following syntax:

```
<?for-each@section:group name?>
```

where *group_name* is the name of the element for which you want to begin a new section.

For example, the for-each grouping statement for this example is as follows:

```
<?for-each@section:G_INVOICE?>
```

The closing `<?end for-each?>` tag is not changed.

The following figure shows a sample template for batch reports:

> **Note:**
>
> The G_INVOICE group for-each declaration is still within the body of the report, even though the headers are reset by the command.




The following table describes the values of the form fields from the template in the previous figure (that shows a sample template for batch reports):

| Default Text Entry | Form Field Help Text | Description |
|---|---|---|
| for-each G_INVOICE | `<?for-each@section:G_INVOICE?>` | Begins the G_INVOICE group, and defines the element as a Section. For each occurrence of G_INVOICE, a new section is started. |

| Default Text Entry | Form Field Help Text | Description |
|---|---|---|
| <?TRX_NUMBER?> | N/A | Microsoft Word does not support form fields in the header, therefore the placeholder syntax for the TRX_NUMBER element is placed directly in the template. |
| end G_INVOICE | `<?end for-each?>` | Closes the G_INVOICE group. |

Now for each new occurrence of the G_INVOICE element, a new section begins. The page numbers restart, and if header or footer information is derived from the data, it is reset as well.

## Handling No Data Found Conditions

When you use @section with the BI Publisher commands for-each or for-each-group (for example: `<?for-each@section:ELEMENT_NAME?>`), and the input data file has no data, then an empty or invalid PDF output document may be generated for that for-each loop. To prevent this from happening, edit the RTF template.

To handle no data found conditions:

1. At the end of the RTF template, add a section break.
2. On the last page (the new section page), add the command `<?if@section:not(ELEMENT_NAME)?>No Data Found<?end if?>`

   where ELEMENT_NAME is the same data element that you are using in the for-each@section loop.

   Now if no data exists for ELEMENT_NAME, a valid PDF is generated with the text "No Data Found".

## Inserting Pivot Tables

The columns of a pivot table are data dependent.

At design time you do not know how many columns are reported, or what the appropriate column headings are. Moreover, if the columns should break onto a second page, you must be able to define the row label columns to repeat onto subsequent pages. The following example shows how to design a simple pivot tale report that supports these features. See Inserting a Pivot Table.

This example uses the following XML sample:

```
<ROWSET>
  <RESULTS>
    <INDUSTRY>Motor Vehicle Dealers</INDUSTRY>
    <YEAR>2005</YEAR>
    <QUARTER>Q1</QUARTER>
    <SALES>1000</SALES>
 </RESULTS>
  <RESULTS>
    <INDUSTRY>Motor Vehicle Dealers</INDUSTRY>
    <YEAR>2005</YEAR>
    <QUARTER>Q2</QUARTER>
```

```
    <SALES>2000</SALES>
  </RESULTS>
  <RESULTS>
    <INDUSTRY>Motor Vehicle Dealers</INDUSTRY>
    <YEAR>2004</YEAR>
    <QUARTER>Q1</QUARTER>
    <SALES>3000</SALES>
  </RESULTS>
  <RESULTS>
    <INDUSTRY>Motor Vehicle Dealers</INDUSTRY>
    <YEAR>2004</YEAR>
    <QUARTER>Q2</QUARTER>
    <SALES>3000</SALES>
  </RESULTS>
  <RESULTS>
    <INDUSTRY>Motor Vehicle Dealers</INDUSTRY>
    <YEAR>2003</YEAR>
     ...
  </RRESULTS>
  <RESULTS>
    <INDUSTRY>Home Furnishings</INDUSTRY>
     ...
  </RESULTS>
  <RESULTS>
    <INDUSTRY>Electronics</INDUSTRY>
     ...
  </RESULTS>
  <RESULTS>
    <INDUSTRY>Food and Beverage</INDUSTRY>
     ...
  </RESULTS>

</ROWSET>
```

From this XML code, a report is generated that shows each industry and totals the sales by year as shown in the following illustration.

| Industry | 2005 | 2004 | 2003 |
|---|---|---|---|
| Motor Vehicle Dealers | 3000 | 6000 | 1200 |
| Home Furnishings | 3200 | 7770 | 3300 |
| Electronics | 9000 | 9000 | 4300 |
| Food and Beverage | 1200 | 900 | 5600 |

The following illustration shows the template to generate the report that is shown in the previous illustration.

| | |
|---|---|
| **Industry** header column | for: **YEAR** end |
| for: INDUSTRY | for: sum(SALES) end end |

The form fields in the template that is shown in the previous illustration have the values that are described in the following table.

| Default Text Entry | Form Field Help Text | Description |
|---|---|---|
| header column | <?horizontal-break-table:1?> | Defines the first column as a header that should repeat if the table breaks across pages. See Defining Columns to Repeat Across Pages. |
| for: | <?for-each-group@column:RESULTS;YEAR?> | Uses the regrouping syntax (see Regrouping the XML Data) to group the data by YEAR; and the @column context command to create a table column for each group (YEAR). See Controlling the Placement of Instructions Using the Context Commands. |
| YEAR | <?YEAR?> | Placeholder for the YEAR element. |
| end | <?end for-each-group?> | Closes the for-each-group loop. |
| for: | <?for-each-group:RESULTS;INDUSTRY?> | Begins the group to create a table row for each INDUSTRY. |
| INDUSTRY | <?INDUSTRY?> | Placeholder for the INDUSTRY element. |
| for: | <?for-each-group@cell:current-group();YEAR?> | Uses the regrouping syntax (see Regrouping the XML Data) to group the data by YEAR; and the @cell context command to create a table cell for each group (YEAR). |
| sum(Sales) | <?sum(current-group()//SALES)?> | Sums the sales for the current group (YEAR). |
| end | <?end for-each-group?> | Closes the for-each-group statement. |
| end | <?end for-each-group?> | Closes the for-each-group statement. |

Note that only the first row uses the @column context to determine the number of columns for the table. All remaining rows must use the @cell context to create the table cells for the column. See Controlling the Placement of Instructions Using the Context Commands.

## Constructing Dynamic Data Columns

The ability to construct dynamic data columns is a very powerful feature of the RTF template. Using this feature you can design a template that correctly renders a table when the number of columns that is required by the data is variable.

For example, you are designing a template to display columns of test scores within specific ranges. However, you do not how many ranges have data to report. You can define a dynamic data column to split into the correct number of columns at runtime.

Use the following tags to accommodate the dynamic formatting required to render the data correctly:

- Dynamic Column Header

  `<?split-column-header:group element name?>`

  Use this tag to define which group to split for the column headers of a table.
- Dynamic Column `<?split-column-data:group element name?>`

  Use this tag to define which group to split for the column data of a table.
- Dynamic Column Width

  `<?split-column-width:name?>` or

  `<?split-column-width:@width?>`

  Use one of these tags to define the width of the column when the width is described in the XML data. The width can be described in two ways:

  – An XML element stores the value of the width. In this case, use the syntax `<?split-column-width:name?>`, where *name* is the XML element tag name that contains the value for the width.

  – If the element defined in the split-column-header tag, contains a width attribute, use the syntax `<?split-column-width:@width?>` to use the value of that attribute.
- Dynamic Column Width's unit value (in points) `<?split-column-width-unit:value?>`

  Use this tag to define a multiplier for the column width. If the column widths are defined in character cells, then you must use the appropriate multiplier value to render the columns to the correct width in points. For example, if you are using 10 point courier font in the table, you would use a multiplier of 6, which is the approximate width of a character displayed in 10 point courier font. If the multiplier is not defined, then the widths of the columns are calculated as a percentage of the total width of the table. The column width calculations are illustrated in the following table:

| Width Definition | Column 1 (Width = 10) | Column 2 (Width = 12) | Column 3 (Width = 14) |
|---|---|---|---|
| Multiplier not present -% width | 10/10+12+14*100 28% | %Width = 33% | %Width =39% |
| Multiplier = 6 - width | 60 pts | 72 pts | 84 pts |

## Defining Columns to Repeat Across Pages

If the table columns expand horizontally across more than one page, you can define how many row heading columns you want to repeat on every page.

Use the following syntax to specify the number of columns to repeat:

```
<?horizontal-break-table:number?>
```

where number is the number of columns (starting from the left) to repeat.

> **Note:**
>
> This functionality is supported for PDF output only.

## Example of Dynamic Data Columns

A template is required to display test score ranges for school exams. Logically, you want the report to be arranged as shown in the table here.

| Test Score | Test Score Range 1 | Test Score Range 2 | Test Score Range 3 | ...Test Score Range n |
|---|---|---|---|---|
| Test Category | # students in Range 1 | # students in Range 2 | # students in Range 3 | # of students in Range *n* |

However, you do not know how many Test Score Ranges are reported. The number of Test Score Range columns is dynamic, depending on the data.

The following XML data describes these test scores. The number of occurrences of the element <TestScoreRange> determine how many columns are required. In this case there are five columns: 0-20, 21-40, 41-60, 61-80, and 81-100. For each column there is an amount element (<NumOfStudents>) and a column width attribute (<TestScore width="15">).

```
<?xml version="1.0" encoding="utf-8"?>
 <TestScoreTable>
  <TestScores>
    <TestCategory>Mathematics</TestCategory>
    <TestScore width ="15">
    <TestScoreRange>0-20</TestScoreRange>
    <NumofStudents>30</NumofStudents>
 </TestScore>
    <TestScore width ="20">
    <TestScoreRange>21-40</TestScoreRange>
    <NumofStudents>45</NumofStudents>
 </TestScore>
   <TestScore width ="15">
    <TestScoreRange>41-60</TestScoreRange>
    <NumofStudents>50</NumofStudents>
 </TestScore>
    <TestScore width ="20">
    <TestScoreRange>61-80</TestScoreRange>
    <NumofStudents>102</NumofStudents>
 </TestScore>
    <TestScore width ="15">
    <TestScoreRange>81-100</TestScoreRange>
   <NumofStudents>22</NumofStudents>
 </TestScore>
 </TestScores>
  <TestScoreTable>
```

Using the dynamic column tags in form fields, set up the table in two columns as shown in the following figure. The first column, `Test Score` is static. The second

column, `Column Header and Splitting` is the dynamic column. At runtime this column is split according to the data, and the header for each column is appropriately populated. The Default Text entry and Form Field Help entry for each field are listed in the following table. (See Using the Form Field Method for more information on using form fields).

| Test Score | Column Header and Splitting |
|---|---|
| Group:TestScores Test Category | Content and Splitting end:TestScores |

| Default Text Entry | Form Field Help Text Entry |
|---|---|
| Group:TestScores | `<?for-each:TestScores?>` |
| Test Category | `<?TestCategory?>` |
| Column Header and Splitting | `<?split-column-header:TestScore?> <?split-column-width:@width?> <?TestScoreRange?>%` |
| Content and Splitting | `<?split-column-data:TestScore?> <?NumofStudents?>` |
| end:TestScores | `<?end for-each?>` |

- `Test Score` is the boilerplate column heading.
- `Test Category` is the placeholder for the `<TestCategory>` data element, that is, Mathematics, which is also the row heading.
- The second column is the one to be split dynamically. The width you specify is divided by the number of columns of data. In this case, there are 5 data columns.
- The second column contains the dynamic range data. The width of the column is divided according to the split column width. Because this example does not contain the unit value tag (`<?split-column-width-unit:`*`value`*`?>`), the column is split on a percentage basis. Wrapping of the data occurs if required.

  If the tag (`<?split-column-width-unit:`*`value`*`?>`) were present, then the columns have a specific width in points. If the total column widths were wider than the allotted space on the page, then the table breaks onto another page.

  The `horizontal-break-table` tag could then be used to specify how many columns to repeat on the subsequent page. For example, a value of 1 would repeat the column `Test Score` on the subsequent page, with the continuation of the columns that did not fit on the first page.

The template renders the output that is shown in the following figure:

| Test Score | 0-20 | 21-40 | 41-60 | 61-80 | 81-100 |
|---|---|---|---|---|---|
| Mathematics | 30 | 45 | 50 | 102 | 22 |

# Formatting Numbers, Dates, and Currencies

This section provides details for formatting numbers, dates, and currencies.

It contains the following topics:

- Formatting Numbers
- Formatting Dates
- Formatting Currencies

## Formatting Numbers

BI Publisher supports two methods for specifying the number format.

- Oracle's format-number function (recommended).
- Microsoft Word's Native number format mask.

> **Note:**
>
> You can also use the native XSL format-number function to format numbers. For information, see Formatting Native XSL Numbers.

Use only one of these methods. If the number format mask is specified using both methods, then the data is formatted twice, causing unexpected behavior.

The group separator and the number separator are set at runtime based on the template locale. If you are working in a locale other than en-US, or the templates require translation, use the Oracle format masks.

## Data Source Requirements

To use the Oracle format mask or the Microsoft format mask, the numbers in the data source must be in a raw format, with no formatting applied (for example: 1000.00). If the number has been formatted for European countries (for example: 1.000,00) then the format does not work.

The Oracle BI Publisher parser requires the Java BigDecimal string representation. This consists of an optional sign ("-") followed by a sequence of zero or more decimal digits (the integer), optionally followed by a fraction, and optionally followed by an exponent. For example: -123456.3455e-3.

## Localization Considerations

If you are working in a locale other than en-US, or the templates require translation, then use the Oracle format masks.

The Microsoft format masks can generate unexpected results in templates run in different locale settings.

Do not include "%" in the format mask because this fixes the location of the percent sign in the number display, while the desired position could be at the beginning or the end of a number, depending on the locale.

## Using the Microsoft Number Format Mask

To format numeric values, use Microsoft Word's field formatting features available from the Text Form Field Options dialog.

To apply a number format to a form field:

1. Open the Form Field Options dialog for the placeholder field.
2. Set the **Type** to Number.
3. Select the appropriate **Number format** from the list of options.

## Supported Microsoft Format Mask Definitions

Several format mask definitions can be used to standardize output.

The following table lists the supported Microsoft format mask definitions.

| Symbol | Location | Meaning |
|---|---|---|
| 0 | Number | Digit. Each explicitly set 0 appears, if no other number occupies the position.<br>Example:<br>Format mask: 00.0000<br>Data: 1.234<br>Display: 01.2340 |
| # | Number | Digit. When set to #, only the incoming data is displayed.<br>Example:<br>Format mask: ##.####<br>Data: 1.234<br>Display: 1.234 |
| . | Number | Determines the position of the decimal separator. The decimal separator symbol used is determined at runtime based on template locale.<br>Example:<br>Format mask: #,##0.00<br>Data: 1234.56<br>Display for English locale: 1,234.56<br>Display for German locale: 1.234,56 |
| - | Number | Determines placement of minus sign for negative numbers. |
| , | Number | Determines the placement of the grouping separator. The grouping separator symbol used is determined at runtime based on template locale.<br>Example:<br>Format mask: #,##0.00<br>Data: 1234.56<br>Display for English locale: 1,234.56<br>Display for German locale: 1.234,56 |

| Symbol | Location | Meaning |
|---|---|---|
| E | Number | Separates mantissa and exponent in a scientific notation.<br>Example:<br>0.###E+0 plus sign always shown for positive numbers<br>0.###E-0 plus sign not shown for positive numbers |
| ; | Subpattern boundary | Separates positive and negative subpatterns. See the Note that follows the table. |
| % | Prefix or Suffix | Multiply by 100 and show as percentage |
| ' | Prefix or Suffix | Used to quote special characters in a prefix or suffix. |

**Note:**

Subpattern boundary: A pattern contains a positive and negative subpattern, for example, "#,##0.00;(#,##0.00)". Each subpattern has a prefix, numeric part, and suffix. The negative subpattern is optional. If absent, the positive subpattern prefixed with the localized minus sign ("-" in most locales) is used as the negative subpattern. That is, "0.00" alone is equivalent to "0.00;-0.00". If there is an explicit negative subpattern, it serves only to specify the negative prefix and suffix. The number of digits, minimal digits, and other characteristics are all the same as the positive pattern. That means that "#,##0.0#;(#)" produces precisely the same behavior as "#,##0.0#;(#,##0.0#)".

## Using the Oracle Format Mask

You can use the Oracle format mask in form fields.

To apply the Oracle format mask to a form field:

1. Open the Form Field Options dialog box for the placeholder field.
2. Set the **Type** to "Regular text".
3. In the Form Field Help Text field, enter the mask definition according to the following example:

```
<?format-number:fieldname;'999G999D99'?>
```

where

*fieldname* is the XML tag name of the data element you are formatting and

*999G999D99* is the mask definition.

The following illustration shows an example Form Field Help Text dialog entry for the data element "empno".




The following table lists the supported Oracle number format mask symbols and their definitions.

| Symbol | Meaning |
|---|---|
| 0 | Digit. Each explicitly set 0 appears, if no other number occupies the position. Example: Format mask: 00.0000 Data: 1.234 Display: 01.2340 |
| 9 | Digit. Returns value with the specified number of digits with a leading space if positive or a leading minus if negative. Leading zeros are blank, except for a zero value, which returns a zero for the integer part of the fixed-point number. Example: Format mask: 99.9999 Data: 1.234 Display: 1.234 |
| C | Returns the ISO currency symbol in the specified position. |
| D | Determines the placement of the decimal separator. The decimal separator symbol used is determined at runtime based on template locale. For example: Format mask: 9G999D99 Data: 1234.56 Display for English locale: 1,234.56 Display for German locale: 1.234,56 |
| EEEE | Returns a value in scientific notation. |
| G | Determines the placement of the grouping (thousands) separator. The grouping separator symbol used is determined at runtime based on template locale. For example: Format mask: 9G999D99 Data: 1234.56 Display for English locale: 1,234.56 Display for German locale: 1.234,56 |
| L | Returns the local currency symbol in the specified position. |
| MI | Displays negative value with a trailing "-". |
| PR | Displays negative value enclosed by <> |
| PT | Displays negative value enclosed by () |
| S (before number) | Displays positive value with a leading "+" and negative values with a leading "-" |
| S (after number) | Displays positive value with a trailing "+" and negative value with a trailing "-" |

## Formatting Dates

BI Publisher supports three methods for specifying the date format.

They are:

- Specify an explicit date format mask using Microsoft Word's native date format mask.
- Specify an explicit date format mask using Oracle's format-date function.
- Specify an abstract date format mask using Oracle's abstract date format masks. (Recommended for multilingual templates.)

Only one method should be used. If both the Oracle and MS format masks are specified, the data is formatted twice, which causes unexpected behavior.

## Data Source Requirements

To use the Microsoft format mask or the Oracle format mask, the date from the XML data source must be in canonical format.

This format is:

YYYY-MM-DDThh:mm:ss+HH:MM

where

- YYYY is the year
- MM is the month
- DD is the day
- T is the separator between the date and time component
- hh is the hour in 24-hour format
- mm is the minutes
- ss is the seconds
- +HH:MM is the time zone offset from Universal Time (UTC), or Greenwich Mean Time

An example of this construction is:

2005-01-01T09:30:10-07:00

The data after the "T" is optional, therefore the following date: 2005-01-01 can be formatted using either date formatting option.

> **Note:**
>
> If the time component and time zone offset are not included in the XML source date, then BI Publisher assumes it represents 12:00 AM UTC (that is, yyyy-mm-ddT00:00:00-00:00).

## Using the Microsoft Date Format Mask

To format date values, use Microsoft Word's field formatting features available from the Form Field Options dialog.

To apply a date format to a form field:

1. Open the Form Field Options dialog box for the placeholder field.
2. Set the **Type** to Date, Current Date, or Current Time.
3. Select the appropriate **Date format** from the list of options.

If you do not specify the mask in the **Date format** field, then the abstract format mask "MEDIUM" is used as default. See Oracle Abstract Format Masks for the description.

The following table lists the supported Microsoft date format mask components.

| Symbol | Meaning |
|---|---|
| d | The day of the month. Single-digit days do not have a leading zero. |
| dd | The day of the month. Single-digit days have a leading zero. |
| ddd | The abbreviated name of the day of the week, as defined in AbbreviatedDayNames. |
| dddd | The full name of the day of the week, as defined in DayNames. |
| M | The numeric month. Single-digit months do not have a leading zero. |
| MM | The numeric month. Single-digit months have a leading zero. |
| MMM | The abbreviated name of the month, as defined in AbbreviatedMonthNames. |
| MMMM | The full name of the month, as defined in MonthNames. |
| yy | The year without the century. If the year without the century is less than 10, the year is displayed with a leading zero. |
| yyyy | The year in four digits. |
| gg | The period or era. This pattern is ignored if the date to be formatted does not have an associated period or era string. |
| h | The hour in a 12-hour clock. Single-digit hours do not have a leading zero. |
| hh | The hour in a 12-hour clock. Single-digit hours have a leading zero. |
| H | The hour in a 24-hour clock. Single-digit hours do not have a leading zero. |
| HH | The hour in a 24-hour clock. Single-digit hours have a leading zero. |
| m | The minute. Single-digit minutes do not have a leading zero. |
| mm | The minute. Single-digit minutes have a leading zero. |
| s | The second. Single-digit seconds do not have a leading zero. |
| ss | The second. Single-digit seconds do have a leading zero. |
| f | Displays seconds fractions represented in one digit. |
| ff | Displays seconds fractions represented in two digits. |
| fff | Displays seconds fractions represented in three digits. |
| ffff | Displays seconds fractions represented in four digits. |
| fffff | Displays seconds fractions represented in five digits. |
| ffffff | Displays seconds fractions represented in six digits. |
| fffffff | Displays seconds fractions represented in seven digits. |
| tt | The AM/PM designator defined in AMDesignator or PMDesignator, if any. |
| z | Displays the time zone offset for the system's current time zone in whole hours only. (This element can be used for formatting only) |
| zz | Displays the time zone offset for the system's current time zone in whole hours only. (This element can be used for formatting only) |

| Symbol | Meaning |
|---|---|
| zzz | Displays the time zone offset for the system's current time zone in hours and minutes. |
| : | The default time separator defined in TimeSeparator. |
| / | The default date separator defined in DateSeparator. |
| ' | Quoted string. Displays the literal value of any string between two ' characters. |
| " | Quoted string. Displays the literal value of any string between two " characters. |

## Using the Oracle Format Mask

Use the Oracle format mask to specify how date and time displays.

To apply the Oracle format mask to a date field:

1. Open the **Form Field Options** dialog box for the placeholder field.
2. Set the **Type** to Regular Text.
3. Select the **Add Help Text...** button to open the **Form Field Help Text** dialog.
4. Insert the following syntax to specify the date format mask:

   ```
   <?format-date:date_string; 'ABSTRACT_FORMAT_MASK';'TIMEZONE'?>
   ```

   or

   ```
   <?format-date-and-calendar:date_string;
   'ABSTRACT_FORMAT_MASK';'CALENDAR_NAME';'TIMEZONE'?>
   ```

   where time zone is optional. The detailed usage of format mask, calendar and time zone is described below.

   If no format mask is specified, then the abstract format mask "MEDIUM" is used as the default.

   Example form field help text entry:

   ```
   <?format-date:hiredate;'YYYY-MM-DD'?>
   ```

The following table lists the supported Oracle format mask components.

> **Note:**
>
> Excel2007 output (.xlsx) does not support the following format masks: E, EE, W, WW, X, XX. If you use these in an RTF template and generate Excel2007 output, the date with any of these formats will not be viewable. Some combinations of these format masks may result in an error when the Excel2007 (.xlsx) output is opened.

| Symbol | Meaning |
|---|---|
| - / , . ; : "text" | Punctuation and quoted text are reproduced in the result. |
| AD A.D. | AD indicator with or without periods. |
| AM A.M. | Meridian indicator with or without periods. |

| Symbol | Meaning |
|---|---|
| BC B.C. | BC indicator with or without periods. |
| CC | Century. For example, 2002 returns 21; 2000 returns 20. |
| DAY | Name of day, padded with blanks to length of 9 characters. |
| D | Day of week (1-7). |
| DD | Day of month (1-31). |
| DDD | Day of year (1-366). |
| DL | Returns a value in the long date format. |
| DS | Returns a value in the short date format. |
| DY | Abbreviated name of day. |
| E | Abbreviated era name. |
| EE | Full era name. |
| FF[1..9] | Fractional seconds. Use the numbers 1 to 9 after FF to specify the number of digits in the fractional second portion of the datetime value returned.<br>Example:<br>'HH:MI:SS.FF3' |
| HH | Hour of day (1-12). |
| HH12 | Hour of day (1-12). |
| HH24 | Hour of day (0-23). |
| MI | Minute (0-59). |
| MM | Month (01-12; JAN = 01). |
| MON | Abbreviated name of month. |
| MONTH | Name of month, padded with blanks to length of 9 characters. |
| PM P.M. | Meridian indicator with or without periods. |
| RR | Lets you store 20th century dates in the 21st century using only two digits. |
| RRRR | Round year. Accepts either 4-digit or 2-digit input. If 2-digit, provides the same return as RR. If you do not want this functionality, then simply enter the 4-digit year. |
| SS | Seconds (0-59). |
| TZD | Daylight savings information. The TZD value is an abbreviated time zone string with daylight savings information. It must correspond to the region specified in TZR.<br>Example:<br>PST (for Pacific Standard Time)<br>PDT (for Pacific Daylight Time) |
| TZH | Time zone hour. (See TZM format element.) |
| TZM | Time zone minute. (See TZH format element.)<br>Example:<br>'HH:MI:SS.FFTZH:TZM' |
| TZR | Time zone region information. The value must be one of the time zone regions supported in the database.<br>Example:<br>PST (Pacific Standard Time) |

| Symbol | Meaning |
|---|---|
| WW | Week of year (1-53) where week 1 starts on the first day of the year and continues to the seventh day of the year. |
| W | Week of month (1-5) where week 1 starts on the first day of the month and ends on the seventh. |
| X | Local radix character. |
| YYYY | 4-digit year. |
| YY Y | Last 2, or 1 digit(s) of year. |

# Default Format Mask

If you do not want to specify a format mask with either the MS method or the Oracle method, you can omit the mask definition and use the default format mask. The default format mask is the MEDIUM abstract format mask from Oracle.

See Oracle Abstract Format Masks for definition.

To use the default option using the Microsoft method, set the **Type** to Date, but leave the **Date format** field blank in the Text Form Field Options dialog.

To use the default option using the Oracle method, do not supply a mask definition to the "format-date" function call. For example:

```
<?format-date:hiredate?>
```

# Oracle Abstract Format Masks

The abstract date format masks reflect the default implementations of date/time formatting in the I18N library.

When you use one of these masks, the output generated depends on the locale that is associated with the report.

Specify the abstract mask using the following syntax:

```
<?format-date:fieldname;'MASK'?>
```

where *fieldname* is the XML element tag and

MASK is the Oracle abstract format mask name

For example:

```
<?format-date:hiredate;'SHORT'?>
<?format-date:hiredate;'LONG_TIME_TZ'?>
<?format-date:xdoxslt:sysdate_as_xsdformat();'MEDIUM'?>
```

The following table lists the abstract format masks and the sample output that would be generated for the US locale.

| Mask | Output for US Locale |
| --- | --- |
| SHORT | 2/31/99 |
| MEDIUM | Dec 31, 1999 |
| LONG | Friday, December 31, 1999 |
| SHORT_TIME | 12/31/99 6:15 PM |
| MEDIUM_TIME | Dec 31, 1999 6:15 PM |
| LONG_TIME | Friday, December 31, 1999 6:15 PM |
| SHORT_TIME_TZ | 12/31/99 6:15 PM GMT |
| MEDIUM_TIME_TZ | Dec 31, 1999 6:15 PM GMT |
| LONG_TIME_TZ | Friday, December 31, 1999 6:15 PM GMT |

## Displaying the System Date (sysdate) in Reports

To correctly display the sysdate, use the function xdoxslt:sysdate_as_xsdformat() with the `<?format-date:?>` command.

For example:

```
<?format-date:xdoxslt:sysdate_as_xsdformat();'MEDIUM'?>
```

```
<?format-date:xdoxslt:sysdate_as_xsdformat();'LONG'?>
```

```
<?format-date:xdoxslt:sysdate_as_xsdformat();'LONG_TIME_TZ'?>
```

```
<?format-date-and-calendar:xdoxslt:sysdate_as_xsdformat();
    'LONG_TIME';'ROC_OFFICIAL';?>
```

## Formatting Currencies

BI Publisher enables you to define specific currency format masks to apply to the published data at runtime.

To utilize currency formatting in the RTF template:

1. Set up the currency formats in BI Publisher's runtime configuration properties. The currency formats can be defined at the system level or at the report level.

   When you set up the currency format property, you define the format to be used for a specified currency, using the International Standards Organization (ISO) currency code. A sample is shown in the following figure:




See Configuring Currency Formats for more information.

2. Enter the format-currency command in the RTF template to apply the format to the field at runtime, as described in Applying a Currency Format to a Field.

## Applying a Currency Format to a Field

Follow these steps to understand the parameters for the format-currency function and to apply a currency format to a field.

The parameters for the format-currency function are as follows:

```
<?format-currency:Amount_Field;CurrencyCode;displaySymbolOrNot?>
```

where

`Amount_Field` takes the tag name of the XML element that holds the amount value in the data.

`CurrencyCode` can either be set to a static value or it can be set dynamically. If the value is static for the report, then enter the ISO three-letter currency code in single quotes, for example, ‘USD’.

To set the value dynamically, enter the tag name of the XML element that holds the ISO currency code. Note that an element that contains the currency code must be present in the data.

At runtime, the `Amount_Field` is formatted according to the format you set up for the currency code in the report properties.

`displaySymbolOrNot` takes one of the following values: `true` or `false`. When set to `true`, the currency symbol is displayed in the report based on the value for

**CurrencyCode**. If you do not want the currency symbol to be displayed, then you can either enter `false` or simply do not specify the parameter.

## Example: Displaying Multiple Currency Formats in a Report

The table here provides an example that assumes you have set up the various currency formats in the report properties.

| Currency Code | Format Mask |
|---|---|
| USD | 9G999D99 |
| INR | 9G99G99G999D99 |

In this example, you need not set the currency code dynamically. You have the following elements in the XML data:

```
<TOTAL_SALES>
    <US_SALES>8596526459.56</US_SALES>
    <INDIA_SALES>60000000</INDIA_SALES>
</TOTAL_SALES>
```

You want to display these two total fields in the template.

For US_SALES, the syntax in the BI Publisher properties field is as follows:

```
<?format-currency:US_SALES;'USD'?>
```

The following figure shows the two fields in a template with the BI Publisher Properties dialog displaying the entry for INDIA_SALES:




At runtime, the fields are displayed as shown in the following figure:



## Example: Displaying Multiple Currency Codes in a Single Report

This simple XML code includes an element that contains the Amount (Trans_amount) and an element that contains the ISO currency code (Cur_Code).

```
<ROW>
  <Trans_Amount>123</Trans_Amount>
  <Cur_Code>USD</Cur_Code>
</ROW>
<ROW>
  <Trans_Amount>-456</Trans_Amount>
  <Cur_Code>GBP</Cur_Code>
</ROW>
<ROW>
  <Trans_Amount>748</Trans_Amount>
  <Cur_Code>EUR</Cur_Code>
</ROW>
<ROW>
  <Trans_Amount>-987</Trans_Amount>
  <Cur_Code>JPY</Cur_Code>
</ROW>
```

To display each of these amounts with the appropriate currency symbol, enter the following in the template for the field in which you want the amounts to display:

```
<?format-currency:Trans_Amount;Cur_Code;'true'?>
```

The following figure shows the multiple currency report that is generated:

| | |
|---|---|
| USD Amount: | $123.00 |
| GBP Amount: | -£456.00 |
| EUR Amount: | € 748.00 |
| JPY Amount: | -¥987 |

# Supporting Calendars and Time Zones

This section describes support for calendars and time zones.

## Calendar Specification

The term *calendar* refers to the calendar date displayed in the published report.

The following types are supported:

- GREGORIAN

- ARABIC_HIJRAH
- ENGLISH_HIJRAH
- JAPANESE_IMPERIAL
- THAI_BUDDHA
- ROC_OFFICIAL (Taiwan)

Use one of the following methods to set the calendar type:

- Call the format-date-and-calendar function and declare the calendar type.

  For example:`<?format-date-and-calendar:hiredate;'LONG_TIME_TZ';'ROC_OFFICIAL';?>`

  The following figure shows the output generated using this definition with locale set to zh-TW and time zone set to Asia/Taipei:

  中華民國88年12月31日 星期五 下午 2:15 台北

- Set the calendar type using the profile option XDO: Calendar Type (XDO_CALENDAR_TYPE).

> **Note:**
>
> The calendar type that is specified in the template overrides the calendar type set in the profile option.

## Specify Time Zone

You can specify a time zone using a Java time zone string.

There are two ways to specify time zone information:

- Call the format-date or format-date-and-calendar function with the Oracle format.
- Set the user profile option Client Timezone (CLIENT_TIMEZONE_ID) in Oracle Applications.

If no time zone is specified, then the report time zone is used.

In the template, the time zone must be specified as a Java time zone string, for example, America/Los Angeles. The following example shows the syntax to enter in the help text field of the template:

```
<?format-date:hiredate;'LONG_TIME_TZ';'Asia/Shanghai'?>
```

## Specify No Time Zone Conversion

You can prevent a time zone from being converted to the user's local time zone.

To stop timezone conversion truncate the timezone component in the date-time XSD string. In reports that do not need timezone conversion, `<?format-date-nt: ...?>` is a convenient function to achieve no timezone conversion.

Use this RTF template command to prevent any time zone conversion on the date-time provided.

Syntax: <?format-date-nt:<date_string>;'ABSTRACT_FORMAT_MASK'?>

Examples:

```
<?format-date-nt:Hire_Date;'SHORT'?>
<?format-date-nt:xdoxslt:sysdate_as_xsdformat();'MEDIUM'?>
<?format-date-nt:Hire_Date;'MEDIUM_TIME'?>
```

# Using External Fonts

BI Publisher enables you to use external fonts in the output that are not normally available on the server.

To set up a new font for the report output, use the font to design the template on your client machine, then make it available on the server, and configure BI Publisher to access the font at runtime.

> **Note:**
>
> External fonts are supported for PDF output only.

To use external fonts

1. Use the font in the template.
   a. Copy the font to the <WINDOWS_HOME>/fonts directory.
   b. Open Microsoft Word and build the template.
   c. Insert the font in the template: Select the text or form field and then select the desired font from the font dialog box (Format > Font) or font drop down list.

      The following illustration shows an example of the form field method and the text method.




2. Place the font on the BI Publisher server in the *ORACLE_HOME*/common/fonts directory.

**Note:**

The predefined fonts are located in the Oracle Business Intelligence Oracle home, in: *ORACLE_HOME*/common/fonts. The font location is set by the XDO_FONT_DIR variable. If this variable is not set in your environment, then the fonts are located in $JAVA_HOME/jre/lib/fonts.

3. Set the BI Publisher "font" property.

   You can set the font property for the report in the BI Publisher Font Mappings page, or in the configuration file.

   To set the property in the Font Mappings page:

   a. Open the report in the report editor.
   b. Click **Properties**, then click **Font Mappings**.
   c. Enter the font and then select the font to which you want to map it. See Configuring Report Properties.

   To set the property in the configuration file:

   a. Update the BI Publisher configuration file "fonts" section with the font name and its location on the server. For example, the new entry for a TrueType font is structured as follows:

```
<font family="MyFontName" style="normal" weight="normal">
    <truetype path="\user\fonts\MyFontName.ttf"/>
</font>
```

   Administrator must set the properties in the BI Publisher configuration file.

Now you can run the report and BI Publisher uses the font in the output as designed. For PDF output, the advanced font handling features of BI Publisher embed the external font glyphs directly into the final document. The embedded font only contains the glyphs required for the document and not the complete font definition. Therefore the document is completely self-contained, eliminating the need to have external fonts installed on the printer.

## Using the Barcode Fonts Shipped with BI Publisher

There are several fonts that output barcodes included with BI Publisher.

The following table describes the barcodes that are included with BI Publisher.

| Font File | Supported Algorithm |
| --- | --- |
| 128R00.TTF | code128a, code128b, and code128c |
| B39R00.TTF | code39, code39mod43 |
| UPCR00.TTF | upca, upce |

When you use one of these prepackaged fonts, BI Publisher executes the preprocessing on the data prior to applying the barcode font to the data in the output document. For example, to calculate checksum values or start and end bits for the data before formatting them.

At design time it is not necessary that you apply the barcode font to the field in Microsoft Word. Instead, you can map the font that you apply to the field using BI Publisher's font

mapping. At runtime, BI Publisher applies the barcode font to any field using the base font you specified in the font mapping. Be sure to choose a font that is not used elsewhere in the template.

If you want to use the font directly in Microsoft Word, then add the appropriate .TTF file to the `C:\WINDOWS\Fonts` directory. To use the Template Builder Preview function, map the font in the Template Builder configuration file.

To use the barcode fonts in the report output:

1. Insert a field in the template where the barcode is to display in the report output.
2. In the form field, enter the following command:

   `<?format-barcode:data;'barcode_type'?>`

   where

   *data* is the element from the XML data source to be encoded. For example: INVOICE_NO

   *barcode_type* is one of the supported algorithms listed above.

   Examples:

   ```
   <?format-barcode:INVOICE_NO;'code128a'?>

   <?format-barcode:INVOICE_NO;'code39mod43'?>

   <?format-barcode:INVOICE_NO;'upca'?>
   ```

3. In Microsoft Word, apply the font to the field. If you have not installed the barcode fonts on your client machine, then select a font that is not used elsewhere in the template, for example, Bookman.
4. Configure the font in the Font Mapping page. For more information about the Font Mapping page.

Note the following:

- Microsoft Word may not render the barcode fonts properly even when they are installed on your client. To work around this issue, apply a different font to the field and map the font as described above.
- The upca algorithm accepts only UPC-A message string and encodes into UPC-A barcode.
- A string of 12 characters is treated as UPC-A message with a check digit, 11 is without a check digit.
- The upce algorithm accepts only UPC-E message strings and encodes into UPC-E barcode.
- A string of 8 characters is treated as a UPC-E message with both a front and end guard bar; a string of 6 characters is without guard bars.

## Implementing Custom Barcode Formats

If you choose to use a custom barcode instead, use this procedure to implement a custom barcode.

BI Publisher offers the ability to execute preprocessing on the data prior to applying a barcode font to the data in the output document. For example, you might need to calculate checksum values or start and end bits for the data before formatting them.

The solution requires that you register a barcode encoding class with BI Publisher that can then be instantiated at runtime to apply the formatting in the template.

To enable the formatting feature in the template, you must use two commands in the template. The first command registers the barcode encoding class with BI Publisher. This must be declared somewhere in the template prior to the encoding command. The second is the encoding command to identify the data to be formatted.

## Registering the Barcode Encoding Class

You can include barcodes in form fields.

Use the following syntax in a form field in the template to register the barcode encoding class:

```
<?register-barcode-vendor:java_class_name;barcode_vendor_id?>
```

This command requires a Java class name (this carries out the encoding) and a barcode vendor ID as defined by the class. This command must be placed in the template before the commands to encode the data in the template. For example:

```
<?register-barcode-
vendor:'oracle.xdo.template.rtf.util.barcoder.BarcodeUtil';'XMLPBarVendor'?>
```

where

`oracle.xdo.template.rtf.util.barcoder.BarcodeUtil` is the Java class and

`XMLPBarVendor` is the vendor ID that is defined by the class.

## Encoding the Data

Use this syntax in a form field in the template to format the data.

```
<?format-barcode:data;'barcode_type';'barcode_vendor_id'?>
```

where

the data is the element from the XML data source to be encoded. For example: LABEL_ID

the barcode_type is the method in the encoding Java class used to format the data (for example: Code128a).

the barcode_vendor_id is the ID defined in the register-barcode-vendor field of the first command you used to register the encoding class.

For example:

```
<?format-barcode:LABEL_ID;'Code128a';'XMLPBarVendor'?>
```

At runtime, the barcode_type method is called to format the data value and the barcode font is then applied to the data in the final output.

# Controlling the Placement of Instructions Using the Context Commands

The BI Publisher syntax is simplified XSL instructions. This syntax, along with any native XSL commands you may use in the template, is converted to XSL-FO at runtime. The placement of these instructions within the converted stylesheet determines the behavior of the template.

BI Publisher's RTF processor places these instructions within the XSL-FO stylesheet according to the most common context. However, sometimes you must define the context of the instructions differently to create a specific behavior. To support this requirement, BI Publisher provides a set of context commands that allow you to define the context (or placement) of the processing instructions. For example, using context commands, you can:

- Specify an `if` statement in a table to refer to a cell, a row, a column or the whole table.
- Specify a for-each loop to repeat either the current data or the complete section (to create new headers and footers and restart the page numbering)
- Define a variable in the current loop or at the beginning of the document.

You can specify a context for both processing commands using the BI Publisher syntax and those using native XSL.

- To specify a context for a processing command using the simplified BI Publisher syntax, simply add @context to the syntax instruction. For example:
  - `<?for-each@section:INVOICE?>` - Specifies that the group INVOICE should begin a new section for each occurrence. By adding the section context, you can reset the header and footer and page numbering.

    If you do not want to restart the page numbering, then add the command: `<?initial-page-number:'auto'?>` after the @section command to continue the page numbering across sections.
  - `<?if@column:VAT?>` - Specifies that the `if` statement should apply to the VAT column only.
- To specify a context for an XSL command, add the xdofo:ctx="context" attribute to the tags to specify the context for the insertion of the instructions. The value of the context determines where the code is placed.

  For example:

  ```
  <xsl:for-each xdofo:ctx="section" select ="INVOICE">
  ```

  ```
  <xsl:attribute xdofo:ctx="inblock" name="background-color">red</
  xsl:attribute>
  ```

BI Publisher supports the context types that are described in the following table:

| Context | Description |
| --- | --- |
| section | The statement affects the whole section including the header and footer. For example, a for-each@section context command creates a new section for each occurrence - with restarted page numbering and header and footer. Note that you can retain continuous page numbering across sections by using the `<?initial-page-number:'auto'?>` command. See Creating Batch Reports for an example of this usage. |
| column | The statement affects the whole column of a table. This context is typically used to show and hide table columns depending on the data. See Formatting Columns for an example. |
| cell | The statement affects the cell of a table. This is often used together with @column in pivot tables to create a dynamic number of columns. See Inserting Pivot Tables for an example. |
| block | The statement affects multiple complete fo:blocks (RTF paragraphs). This context is typically used for `if` and for-each statements. It can also be used to apply formatting to a paragraph or a table cell. See Highlighting Cells for an example. |
| inline | The context becomes the single statement inside an fo:inline block. This context is used for variables. |
| incontext | The statement is inserted immediately after the surrounding statement. This is the default for `<?sort?>` statements that must follow the surrounding for-each as the first element. |
| inblock | The statement becomes a single statement inside an fo:block (RTF paragraph). This is typically not useful for control statements (such as `if` and for-each) but is useful for statements that generate text, such as call-template. |
| inlines | The statement affects multiple complete inline sections. An inline section is text that uses the same formatting, such as a group of words rendered as bold. See Using If Statements in Boilerplate Text.<br>If you use `@inlines` with `if` syntax, any other `if` syntax inside the statement must use the context command `@inline`. If you use `@inlines` with `FOR-EACH` syntax any other `if` or `FOR-EACH` syntax inside the statement must use the context command `@inline`. |
| begin | The statement is placed at the beginning of the XSL stylesheet. This is required for global variables. See Setting Parameters. |
| end | The statement is placed at the end of the XSL stylesheet. |

The following table shows the default context for the BI Publisher commands:

| Command | Context |
| --- | --- |
| apply-template | inline |
| attribute | inline |
| call-template | inblock |
| choose | block |
| for-each | block |
| if | block |
| import | begin |
| param | begin |

| Command | Context |
|---|---|
| sort | incontext |
| template | end |
| value-of | inline |
| variable | end |

# Using XPath Commands

XPath is an industry standard developed by the World Wide Web Consortium (W3C).

It is the method used to navigate through an XML document. XPath is a set of syntax rules for addressing the individual pieces of an XML document. You might not know it, but you have already used XPath; RTF templates use XPath to navigate through the XML data at runtime.

This section contains a brief introduction to XPath principles. For more information, see the W3C Web site: `http://www.w3.org/TR/xpath`

XPath follows the Document Object Model (DOM), which interprets an XML document as a tree of nodes. A node can be one of seven types:

- root
- element
- attribute
- text
- namespace
- processing instruction
- comment

Many of these elements are shown in the following sample XML, which contains a catalog of CDs:

```
<?xml version="1.0" encoding="UTF-8"?>
<! -  My CD Listing  - >
<CATALOG>
 <CD cattype=Folk>
  <TITLE>Empire Burlesque</TITLE>
  <ARTIST>Bob Dylan</ARTIST>
  <COUNTRY>USA</COUNTRY>
  <PRICE>10.90</PRICE>
  <YEAR>1985</YEAR>
 </CD>
 <CD cattype=Rock>
  <TITLE>Hide Your Heart</TITLE>
  <ARTIST>Bonnie Tylor</ARTIST>
  <COUNTRY>UK</COUNTRY>
  <PRICE>9.90</PRICE>
  <YEAR>1988</YEAR>
```

```
  </CD>
</CATALOG>
```

The root node in this example is CATALOG. CD is an element, and it has an attribute cattype. The sample contains the comment My CD Listing. Text is contained within the XML document elements.

## Locating Data

Locate information in an XML document using location-path expressions.

A node is the most common search element that you encounter. Nodes in the example CATALOG XML include CD, TITLE, and ARTIST. Use a path expression to locate nodes within an XML document. For example, the following path returns all CD elements:

```
//CATALOG/CD
```

where

the double slash (//) indicates that all elements in the XML document that match the search criteria are to be returned, regardless of the level within the document.

the slash (/) separates the child nodes. All elements matching the pattern are returned.

To retrieve the individual TITLE elements, use the following command:

```
/CATALOG/CD/TITLE
```

This example returns the following XML:

```
<CATALOG>
 <CD cattype=Folk>
  <TITLE>Empire Burlesque</TITLE>
  </CD>
 <CD cattype=Rock>
  <TITLE>Hide Your Heart</TITLE>
  </CD>
</CATALOG>
```

Further limit the search by using square brackets. The brackets locate elements with certain child nodes or specified values. For example, the following expression locates all CDs recorded by Bob Dylan:

```
/CATALOG/CD[ARTIST="Bob Dylan"]
```

Or, if each CD element did not have an PRICE element, you could use the following expression to return only those CD elements that include a PRICE element:

```
/CATALOG/CD[PRICE]
```

Use the bracket notation to leverage the attribute value in the search. Use the @ symbol to indicate an attribute. For example, the following expression locates all Rock CDs (all CDs with the cattype attribute value Rock):

```
//CD[@cattype="Rock"]
```

This returns the following data from the sample XML document:

```
<CD cattype=Rock>
  <TITLE>Hide Your Heart</TITLE>
  <ARTIST>Bonnie Tylor</ARTIST>
  <COUNTRY>UK</COUNTRY>
  <PRICE>9.90</PRICE>
  <YEAR>1988</YEAR>
</CD>
```

You can also use brackets to specify the item number to retrieve. For example, the first CD element is read from the XML document using the following XPath expression:

```
/CATALOG/CD[1]
```

The sample returns the first CD element:

```
<CD cattype=Folk>
  <TITLE>Empire Burlesque</TITLE>
  <ARTIST>Bob Dylan</ARTIST>
  <COUNTRY>USA</COUNTRY>
  <PRICE>10.90</PRICE>
  <YEAR>1985</YEAR>
 </CD>
```

XPath also supports wildcards to retrieve every element contained within the specified node. For example, to retrieve all the CDs from the sample XML, use the following expression:

```
/CATALOG/*
```

You can combine statements with Boolean operators for more complex searches. The following expression retrieves all Folk and Rock CDs, thus all the elements from the sample:

```
//CD[@cattype="Folk"]|//CD[@cattype="Rock"]
```

The pipe (|) is equal to the logical OR operator. In addition, XPath recognizes the logical OR and AND, as well as the equality operators: <=, <, >, >=, ==, and !=. For example, you can find all CDs released in 1985 or later using the following expression:

```
/CATALOG/CD[YEAR >=1985]
```

## Starting Reference

The first character in an XPath expression determines the point at which it should start in the XML tree.

Statements beginning with a forward slash (/) are considered absolute. No slash indicates a relative reference. An example of a relative reference is:

```
CD/*
```

This statement begins the search at the current reference point. That means if the example occurred within a group of statements the reference point left by the previous statement would be utilized.

As noted earlier, double forward slashes (//) retrieve every matching element regardless of location in the document, therefore the use of double forward slashes (//) should be used only when necessary to improve performance.

## Specifying Context and Parents

To select current and parent elements, XPath recognizes the dot notation commonly used to navigate directories.

Use a single period (`.`) to select the current node and use double periods (`..`) to return the parent of the current node. For example, to retrieve all child nodes of the parent of the current node, use:

```
../*
```

Therefore, to access all CDs from the sample XML, use the following expression:

```
/CATALOG/CD/..
```

You could also access all the CD titles released in 1988 using the following:

```
/CATALOG/CD/TITLE[../YEAR=1988]
```

The two periods (`..`) are used to navigate up the tree of elements to find the YEAR element at the same level as the TITLE, where it is then tested for a match against "1988". You could also use `//` in this case, but if the element YEAR is used elsewhere in the XML document, then you might get erroneous results.

XPath is an extremely powerful standard when combined with RTF templates allowing you to use conditional formatting and filtering in the template.

# Declaring Namespaces

If the XML data contains namespaces, you must declare them in the template prior to referencing the namespace in a placeholder. Declare the namespace in the template using either the basic RTF method or in a form field.

Enter the following syntax:

`<?namespace:*namespace name*= *namespace url*?>`

For example:

`<?namespace:fsg=http://www.example.com/fsg/2002-30-20/?>`

Once declared, you can use the namespace in the placeholder markup, for example: `<?fsg:ReportName?>`

# Using FO Elements and XSL Elements

This section describes how to use FO elements and XSL elements.

## Using FO Elements

You can use the native FO syntax inside the Microsoft Word form fields.

For more information on XSL-FO see the W3C Website at `http://www.w3.org/2002/08/XSLFOsummary.html`

The full list of FO elements that BI Publisher supports is in Supported XSL-FO Elements.

## Using XSL Elements

You can use any XSL element in the template by inserting the XSL syntax into a form field.

If you are using the basic RTF method, you cannot insert XSL syntax directly into the template. BI Publisher has extended the following XSL elements for use in RTF templates.

To use these in a basic-method RTF template, you must use the BI Publisher Tag form of the XSL element. If you are using form fields, use either option.

### Applying a Template Rule

Use this element to apply a template rule to the current element's child nodes.

**XSL Syntax**: `<xsl:apply-templates select="name">`

**BI Publisher Tag**: `<?apply:*name*?>`

This function applies to `<xsl:template-match="*n*">`, where *n* is the element name.

### Copying the Current Node

Use this element to create a copy of the current node.

**XSL Syntax**: `<xsl:copy-of select="name">`

**BI Publisher Tag**: `<?copy-of:*name*?>`

## Calling a Named Template

Use this element to call a named template to be inserted into or applied to the current template.

For example, use this feature to render a table multiple times.

*XSL Syntax*: <xsl:call-template name="name">

*BI Publisher Tag*: <?call-template:*name*?>

## Declaring a Template

Use this element to apply a set of rules when a specified node is matched.

*XSL Syntax*: `<xsl:template name="name">`

*BI Publisher Tag*: `<?template:name?>`

## Declaring a Variable

Use this element to declare a local or global variable.

*XSL Syntax*: `<xsl:variable name="name">`

*BI Publisher Tag*: `<?variable:name?>`

*Example*:

```
<xsl:variable name="color" select="'red'"/>
```

Assigns the value *red* to the *color* variable. The variable can then be referenced in the template.

## Importing a Style Sheet

Use this element to import the contents of one style sheet into another.

> **Note:**
>
> An imported style sheet has lower precedence than the importing style sheet.

XSL Syntax: `<xsl:import href="url">`

BI Publisher Tag: `<?import:url?>`

## Defining the Root Element of the Style Sheet

This and the `<xsl:stylesheet>` element are completely synonymous elements. Both are used to define the root element of the style sheet.

**Note:**

An included style sheet has the same precedence as the including style sheet.

XSL Syntax: `<xsl:stylesheet xmlns:x="url">`

BI Publisher Tag: `<?namespace:x=url?>`

**Note:**

The namespace must be declared in the template. See Declaring Namespaces.

## Formatting Native XSL Numbers

The native XSL format-number function takes a basic format.

The basic format is:

```
format-number(number,format,[decimalformat])
```

The following list describes the parameters:

- number - Required. Specifies the number to be formatted.
- format - Required. Specifies the format pattern. Use the following characters to specify the pattern:
  - # (Denotes a digit. Example: ####).
  - 0 (Denotes leading and following zeros. Example: 0000.00).
  - . (The position of the decimal point Example: ###.##).
  - , (The group separator for thousands. Example: ###,###.##).
  - % (Displays the number as a percentage. Example: ##%).
  - ; (Pattern separator. The first pattern is used for positive numbers and the second for negative numbers).
- decimalformat - Optional. For more information on the decimal format, consult any basic XSLT manual.

# Guidelines for Designing RTF Templates for Microsoft PowerPoint Output

BI Publisher can generate the RTF template as PowerPoint output enabling you to get report data into key business presentations. Currently, the PowerPoint document generated is a simple export of the formatted data and charts to PowerPoint.

## Limitations

PowerPoint output has certain limitations.

Following are limitations when working with PowerPoint as an output:

- When designing tables for a PowerPoint slide, you must define the table border type as a single line (double border, dash, and other types are not supported).
- Hyperlinks are not supported.
- Shapes are not supported.
- Text position may be slightly incorrect if you use right-align.
- Paper size must be the same on all pages of the RTF template. You cannot have mixed paper sizes in the same document.
- Bidirectional languages are not supported.
- Text position may be slightly incorrect for Chinese, Japanese, and Korean fonts when using bold or italic effects on characters. This is because Microsoft uses bold or italic emulation when there is no bold or italic font.
- All Unicode languages, except bidirectional languages, are supported.
- BI Publisher's font fallback mechanism is not supported for PowerPoint outputs. If you want to use a font that is not installed, then ensure that you have configured it with BI Publisher.

## Usage Guidelines

When creating a template for PowerPoint output, there are several items to keep in mind.

Following are guidelines to help you when designing an RTF template intended for PowerPoint output:

- PowerPoint output preserves the page orientation (portrait or landscape) defined in the RTF template. Most presentations are oriented in landscape so this is the recommended orientation of an RTF template.
- A page break in an RTF template generates a new slide.
- The background color of the slides are always generated as white. If you prefer a different background color, then you must change the color after the PowerPoint file is generated.
- When highlighting characters in the page header or footer, when the font is not predefined in xdo.cfg, ensure that you specify the font for the whole tag "<?XXXXXX?>", including the "<?" and "?>" in the template.
- When using multibyte characters (for example, simplified Chinese) in tables, ensure that the column widths are large enough to contain the width of the largest character plus the cell's left and right margins to avoid unexpected character display.

## About Charts in PowerPoint Output

BI Publisher supports native PowerPoint charts for certain chart types rendered in PowerPoint2007 output. When the chart is inserted as a native chart, you can modify it in

PowerPoint. If the chart is not inserted as a native chart, then BI Publisher inserts a PNG image that cannot be updated.

The following chart types can be rendered as native PowerPoint charts in PowerPoint2007 output:

- Pie
- Ring
- Line
- Area
- Radar
- Bubble
- Pareto
- Combination
- Stock

Any chart type that is not native to PowerPoint (for example, gauge or funnel) is converted to a bar chart.

By default, native chart insertion is enabled. To disable native chart insertion for a report, set the report property **Enable PPTX native chart support** to false. See Setting Report Processing and Output Document Properties for more information.

> **Note:**
>
> Note that when **Enable PPTX native chart support** is set to false, all charts are rendered as images in PowerPoint2007 output. Therefore, set this option to false only when a report includes the non-native chart types.

## Configuring Fonts for the BI Publisher Server

Support for PowerPoint output does not include the font fallback mechanism that is used for other types of output in BI Publisher. If you are using a nonstandard font in the template, then you must configure the BI Publisher server for each font used in the RTF template for generating PowerPoint output.

You must copy these fonts to the BI Publisher server and define the Font Mappings for RTF templates. This can be done for the entire system or for individual reports. See #unique_95 for more details.

## Configuring Fonts for the BI Publisher Template Builder

When using the BI Publisher Template Builder to design a report, to correctly preview PPT output that uses non-English or non-standard fonts, you must define the fonts in the BI Publisher configuration file.

This configuration file is called xdo.cfg and is typically found in:

```
C:\Oracle\BI Publisher\BI Publisher Desktop\Template Builder for
Word\config\
```

Note that if you have not used this file yet you might find the "file xdo example.cfg" instead. This file must be saved with an encoding of UTF-8 and provide a full and absolute path for each font defined. Otherwise, you will encounter issues such as characters overlays and wrapping that does not work.

**To configure fonts for the BI Publisher Template Builder:**

1. Navigate to `C:\Oracle\BI Publisher\BI Publisher Desktop\Template Builder for Word\config\`
2. Open the xdo.cfg file and update the font mappings. For information on updating font mappings directly in the xdo.cfg file, see Font Definitions in *Administrator's Guide for Oracle Business Intelligence Publisher*.
3. Save the xdo.cfg in UTF-8 format.

   The following figure shows a sample xdo.cfg file:

```
<config version="1.0.0"  xmlns="http://xmlns.oracle.com/oxp/config/">

<!-- Properties -->
<properties>
</properties>

<!-- Font setting -->
  <fonts>
    <font family="宋体" style="*" weight="*">
      <truetype
        path="C:\Program Files\Oracle\BI Publisher\BI Publisher Desktop\Template Builder for Word\fonts\simsun.ttc"/>
    </font>
    <font family="Times New Roman" style="*" weight="*">
      <truetype
        path="C:\Program Files\Oracle\BI Publisher\BI Publisher Desktop\Template Builder for Word\fonts\times.ttf"/>
    </font>
  </fonts>

</config>
```

# Guidelines for Designing RTF Templates for Microsoft Excel 2007 Output

This section describes report features specific to designing RTF templates for Excel 2007 output (.xlsx).

It includes the following topics:

- Creating Multiple Sheets
- Specifying a Sheet Name
- Specifying Number and Date Formatting

## Creating Multiple Sheets

By default, page breaks and section breaks specified in the RTF template create a new sheet in the output Excel workbook. You can control whether page breaks create a new sheet using the property `xlsx-page-break-as-new-sheet`. Set this property to *false* when you do not want page breaks in the RTF template to generate new sheets in the Excel workbook. A similar control does not exist for section breaks; that is, a section break in the template will always create a new sheet in the Excel workbook output.

For information on setting properties in an RTF template, see Setting Properties.

## Specifying a Sheet Name

You can specify which sheet to use in an input data phrase.

To specify a sheet name, use the following command in the template:

<?spreadsheet-sheet-name: *xpath-expression*?>

where *xpath-expression* is an XPath expression or a string constant.

For example, assume your template uses input data as follows:

```
 <?xml version="1.0" encoding="UTF-8" ?>
   <ROWSET>
    <ROW>
      <CUSTOMER_NAME>Vgpsuwo Fjprpit</CUSTOMER_NAME>
      <CUSTOMER_NUMBER>7795</CUSTOMER_NUMBER>
      <YEAR>2005</YEAR>
      <BRAND>MSPKID</BRAND>
      <DIVISION>UWGLERXM</DIVISION>
      <STATE>LD</STATE>
      <INVOICE_DATE>2004-12-07T07:13:15.379-08:00</INVOICE_DATE>
      <INVOICE_NO>806356</INVOICE_NO>
      <INVOICE_AMOUNT>8181.704554734346</INVOICE_AMOUNT>
    </ROW>
...
</ROWSET>
```

To generate a sheet name that shows the YEAR and STATE from the data (for example, "2005 ID") enter the following in a BI Publisher field in your template:

```
<?spreadsheet-sheet-name: {concat(.//YEAR, ' ',.//STATE)}?>
```

Ensure that your expression generates unique sheet names within the workbook.

## Specifying Number and Date Formatting

For Excel 2007 output format, BI Publisher does not apply any formatting for number and date.

BI Publisher saves the formatting mask and the actual value (date or number) into the XLSX output file. The formatting is handled by Microsoft Excel. For example:

- If the Microsoft Windows Region and Language of the client computer is set to English (United States), then the numbers and dates are formatted in en-US locale in the Excel 2007 output file.
- If the Microsoft Windows Region and Language of the client computer is set to French (France), then the numbers and dates in the same Excel 2007 output file are formatted in fr-FR locale.

Note also that Microsoft Excel 2007 output does not support some Oracle format masks. See Using the Oracle Format Mask for more information.

# Rendering HTML Formatted Data in a Report

This section describes how to preserve HTML formatting from a data source in your final output report.

This section contains the following topics:

- Supported HTML Features
- Data Model Requirements
- RTF Template Requirements
- Example

## Supported HTML Features

Using supported HTML features helps you format output for readability and consistency.

Supported HTML features are:

- Hyperlink
- List
  - Bulleted list
  - Ordered list
- Paragraph
- Font style (bold, italic, plain, underline, subscript, superscript, strike-through)
- Font size
- Font family
- Background color
- Foreground color
- Paragraph alignment (center, left, right, and justify)
- Paragraph indent

The following HTML features are not supported:

- Nested list (list with indent)
- Any HTML tags or attributes manually inserted by modifying the HTML source code; for example, inserted tables or images.

## Data Model Requirements

The XML data used as input to the report must wrap the HTML portion of the data in a CDATA section.

You can retrieve data stored in the form of XHTML documents stored in a database CLOB column and render the markup in the generated report.

## RTF Template Requirements

To render the HTML in your report, use the following tag in the RTF template.

The tag is:

```
<?html2fo: elementname?>
```

where *elementname* is the XML element name that contains the HTML data.

## Example

This example uses the mentioned XML data with embedded HTML data.

```
<?xml version="1.0" encoding="UTF-8"?>
<RTECODE>
<![CDATA[
<p><font style="font-style: italic; font-weight: bold;" size="3">
<a href="http://www.oracle.com">oracle</a></font> </p>
<p><font size="6"><a href="http://docs.oracle.com/">Oracle
Documentation</a>
</font></p>
]]>
</RTECODE>
```

To render this sample as formatted HTML a report, enter the following in your RTF template:

```
<?html2fo: RTECODE?>
```

The following figure shows how the sample will render in the output report:




# Embedding PCL Commands for Check Printing

PCL (Printer Command Language) is a page description language. Like Postscript, it is widely supported in office printers. To support PCL printers, BI Publisher provides a PDF to PCL converter. In addition to translating the PDF document into a sequence of PCL commands, specific PCL commands can be embedded in an RTF template, so that when the report output is generated in PDF and then converted to PCL the commands are maintained in the PCL file. When the PCL printer receives the PCL file, it invokes the embedded commands.

BI Publisher supports PCL commands to enable font selection commands for secure check printing; for example, to invoke the MICR font used for the machine-readable account codes and the custom font used for the check signer's signature. The MICR font and the custom signature font are stored in hardware cartridges on the printer and are invoked using PCL escape sequences embedded in the PCL-formatted file.

To embed the PCL commands in the file that is printed, use the BI Publisher commands described in this section in your RTF template in the specific position on the page where you want the PCL commands to render.

To use this feature, an administrator must also define the PCL printer in the BI Publisher printer setup page to use the PDF to PCL filter.

**Note:**

This feature is provided to support commands for font selection as described in the chapter, *PCL Font Selection* of the *PCL5 Printer Language Technical Reference Manual*. If you include other PCL commands (such as tray switching) in the template, the report output may produce the results desired, although these commands are not strictly supported.

## Procedure Overview

This overview discusses how to embed PCL commands in a template

To embed PCL commands in a template to be invoked by your PCL printer, perform the following:

1. Define the PCL printer in the BI Publisher **Administration Delivery** options.
2. Include the commands in the RTF template as described in Embedding PCL Commands in RTF Templates.
3. To generate the output, schedule or run the report selecting PDF as the output type. Select the PCL printer defined in step 1 as the destination.

## Embedding PCL Commands in RTF Templates

BI Publisher supports custom PCL command embedding, which means that in addition to translating PDF documents into a sequence of PCL commands, BI Publisher supports specifying exact PCL commands to be included at a specific position on a PCL page.

To use this feature, include the following syntax in a template or data at the position where you want to print out the text.

```
<pcl><control><esc/>(pcl command)</control>(text or data field)<sp/
>(text or data field)</pcl>
```

where

<pcl></pcl>: indicates the start and end of the custom PCL command sequence and the text to print using the custom command. If any text data appears before <pcl> or after </pcl>, it is printed as regular text using the font and font size in effect.

<control></control>: indicates the start and end of the PCL sequence. The data inserted after </control> is considered text data. The PCL command included between <control> and </control> is applied to it. Inserting any data between <pcl> and <control> is invalid and the data is ignored.

<esc/>: include <esc/> between <control> and </control> to escape character (ASCII 0x1b) in the output.

<sp/>: inserts a space. Include <sp/> in the text section (after </control> and before </pcl>) to insert a space character in the output.

The entire command and text sequence between `<pcl></pcl>` must be entered as a single line of text rendered by a single text-showing (Tj) operator in PDF. To insert a space, you must use `<sp/>` because the inclusion of an actual space in the text or data would separate the sequence into multiple text sequences in the PDF.

The following figure shows a sample check template with the command sequence:




The PCL command sequence in the example is

```
<pcl><control><esc/>(70X</control>ROUTING<sp/>ACCOUNT</pcl>
```

Note that (70X is the font to substitute; ROUTING and ACCOUNT are form fields mapped to the input XML data and the `<sp/>` command is used to insert the space between the routing and account numbers.

This RTF template is merged with data and converted to PDF as shown in the following figure. The PCL command sequence is displayed as regular text.

> **Note:**
>
> You can make the font size smaller to make the line less visible, but you cannot hide it.



When this PDF is converted to PCL, `<esc/>` is converted to the escape character `0x1b`; the PCL command is included from the PDF (`(70X`); `<sp/>` is converted to a space character and the text is generated with the PCL absolute cursor positioning command (`&a#v#h#P`). The following figure shows the PCL output displayed using a text editor.




When this PCL file is sent to a printer where the MICR font with font ID 70 is installed, the printer produces the final printed output as shown in the following figure:




## Specifications and Restrictions

BI Publisher's PDF to PCL converter supports input of PDF files up to version 1.7 and output of PCL 5 (including HP/GL2 and PJL) and PCL 5c.

The converter supports basic text and vector/raster graphic features in PDF that are required for most business reporting and office printing.

Note the following limitations for documents processed by the PDF to PCL converter:

- SVG graphics, such as graphs, are not supported.
- Embedded objects (such as Flash objects) and file attachments are not supported.
- Use of Adobe core dingbats and symbol font is not supported. Use TrueType fonts to print dingbats and symbols and embed the font when generating PDF.
- BI Publisher supports printing of the generated output on any printer that supports PCL 5/PCL 5c standard. However, the display of the generated output using PCL viewer applications or any software that re-processes PCL for other than direct printing purposes is not supported.
- The PDF to PCL converter supports, with limitations, the conversion of PDF documents generated by BI Publisher's FO processor. Other PDFs, such as PDF

files processed with FormProcessor or PDF documents generated by external applications may produce the printed results desired, but are not strictly supported.

- The PDF to PCL converter supports the conversion of PDF documents generated by the PDFBookBinder and PDFDocMerger utilities so far as all the PDF documents used for generating the output are originally generated by BI Publisher's FOProcessor and the documents do not include restricted features.

# 2D Barcode Functions

You can use the QR code or PDF417 2D barcode type in RTF templates. When you create an RTF template, use the qrcode or pdf417 functions to specify the barcode type. These functions don't require external fonts.

**qrcode Syntax**

```
<?qrcode: <DATA>; <SIZE>[; <CHARSET>]?>
```

where

*DATA* – Data to be encoded in the QR code format.

*SIZE* – QR code size dimension in points(pt).

*CHARSET* – (Optional) Character set for encoding the data. Default is UTF8.

**pdf417 Syntax**

```
<?pdf417: <DATA>[; <XSCALE>[; <COLUMNS>[; <ROWS>[; <CHARSET>]]]]?>
```

where

*DATA* – Data to be encoded in the PDF417 format.

*XSCALE* – Point(pt) per PDF417 module width. Default is 1 (1pt per module).

*COLUMNS* – The number of columns to be used in the generated PDF417 symbol. Default is -1.

*ROWS* – The number of rows to be used in the generated PDF417 symbol. Default is -1.

*CHARSET* – (Optional) Character set to be used to encode data with the Byte compaction mode. Specify *CHARSET* only if the data contains non-Latin-1(ISO-8859-1) characters.