# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **VILOX TECHNOLOGIES, LLC, and JOSEPH L. DE BELLIS**<br>**Plaintiff,**<br><br>**v.**<br><br>**ORACLE CORPORATION,**<br>**Defendant** | **Civil Action No. 23-302 (MN)**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Vilox Technologies, LLC ("Vilox") filed an "Original Complaint" and demand for jury trial in the Western District of Texas, Waco Division, seeking relief from patent infringement of the claims of U.S. Patent No. 6,760,720 ("the '720 patent") and U.S. Patent No. 7,188,100 ("the '100 patent") (referred to as the "Patents-in-Suit") by Oracle Corporation. ("Oracle" or "Defendant"). The Original Complaint was transferred to the District of Delaware. This Second Amended Complaint is in response to a Motion to Dismiss filed by Oracle and a corresponding September 9, 2024 Oral Hearing.

## I. THE PARTIES

1. Plaintiff Vilox Technologies, LLC is a Texas Limited Liability Company with its principal place of business located in Austin, Texas.[1]

2. Plaintiff Joseph L. De Bellis, MD intervened in the case in Delaware. Dr. De Bellis is the assignee and owner of the patents-in-issue.

3. On information and belief, Oracle is a corporation organized under the laws of the State of Delaware having a place of business at 2300 Oracle Way, Austin, Texas 78741. On information and belief, Oracle makes, sells, and offers to sell products and services throughout

[1] Vilox is seeking to be dismissed from the case as it no longer owns the Patents-in-Suit.

Delaware and Delaware, including in this judicial district, and introduces products and services that perform infringing methods or processes into the stream of commerce knowing that they would be sold in Texas and Delaware including this judicial district. Oracle has been served.

## II. JURISDICTION AND VENUE

4. This Court has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's claims arise under an Act of Congress relating to patents, namely, 35 U.S.C. § 271.

5. The Original Complaint was filed in Texas and subsequently was transferred to the District of Delaware. Thus, this Court has personal jurisdiction over Defendant because: (i) Defendant is present within or has minimum contacts within the State of Delaware and this judicial district; (ii) Defendant has purposefully availed itself of the privileges of conducting business in the State of Delaware and in this judicial district; and (iii) Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of Delaware and in this judicial district.

6. Because of the transfer, venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b) as Defendant is incorporated in Delaware. Defendant has committed acts of active and willful infringement and has a regular and established place of business in this District. Further, venue is proper because Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in Delaware and in this District.

## III. INFRINGEMENT - Infringement of the '720 Patent

7. On July 6, 2004, U.S. Patent No. 6,760,720 ("the '720 patent", attached as Exhibit A) entitled "Search-on-the-Fly/Sort-on-the-Fly Search Engine for Searching Databases," was duly and

legally issued by the U.S. Patent and Trademark Office. At the time of infringement of the ’720 Patent claims, Vilox owned the patent. Dr. De Bellis now owns the ‘720 patent by assignment.

8. The ’720 patent relates to a novel and improved method and apparatus for conducting on-the-fly searches providing users with an intuitive mechanism for searching databases, allowing a user to access data in the database without having to know the structure of the database.

9. Oracle made, used, sold, and offered for sale within Delaware and within this District and elsewhere in the United States and/or imported into Delaware and into this District and elsewhere in the United States, products or services that, among other features, includes receiving a selection of one or more databases, generating a list of data fields that include a descriptor indicating a data category, receiving a search selection for a data field from the list of data fields, determining a quantity of entries in the selected database field, determining if the number of entries in the database field is equal to or less than a specified number of entries or if the number of entries does not exceed the specified amount, and if in excess of the specified amount reducing the number of characters displayed to the user, that infringes one or more of claims 1-39 of the ’720 patent, including one or more of those claims, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the ‘720 patent into service (i.e., used them); but for Defendant’s actions, the claimed-invention embodiments involving Defendant’s products and services would never have been put into service. Defendant’s acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant procured monetary and commercial benefit from it.

10. The Accused Instrumentalities are embodied in a number of Oracle products which include but are not limited to **Oracle Database**, **Oracle Commerce (formerly ATG Commerce)**, and **Oracle Cloud Infrastructure** (“OCI”) Oracle’s Cloud-based Software as a Service (SaaS). These products and services generally relate to retrieval, search, and truncation of displayed

characters and generation of results. **Oracle Commerce**, which evolved from the acquisition of **ATG (Art Technology Group)** and **Endeca**, is an enterprise-grade e-commerce platform designed to help businesses create, manage, and optimize online storefronts, product catalogs, and customer interactions. It provides tools for handling complex e-commerce environments, offering flexibility and scalability for both B2C (Business-to-Consumer) and B2B (Business-to-Business) markets.

11. OCI provides a cloud-based solution whereby Oracle customers store their data on Oracle Database, which is run on Oracle Commerce and hosted on Oracle servers. That is, Oracle, in offering at least its Software as a Service ("SaaS") directly infringes the method claims of the '720 patent because Oracle executes the software programs that correlate to Oracle Products, on one or more Oracle servers, at one or more Oracle server farms (i.e., in the Cloud).

12. Support for all allegations of infringement may be found in the charts attached as Exhibits B and E. The following description outlines a general theory of infringement.

13. **INFRINGEMENT OF CLAIM 1 OF THE '720 PATENT by Oracle Database, Oracle Commerce (formerly ATG Commerce), and Oracle Cloud Infrastructure:**

14. The **preamble of claim 1** recites "A method implemented on a computer for searching databases." Oracle operates a System of Oracle server farms throughout the United States. Each Oracle server farm includes multiple Oracle servers, and each Oracle server executes Oracle software (programs and applications) for the benefit of Oracle's customers. The image below is a map showing locations of Oracle's North American server farms as of 2019. As can be seen in the map, in 2019, Oracle operated three such server farms, one each in Phoenix, Chicago, and Ashburn, VA.




*See* Exhibit B, page 3..

15. Oracle refers to this system of server farms as **Oracle Cloud Infrastructure (OCI). (OCI)** interacts with **Oracle Database** to store customer data, operate on that data, and provide reports and analytics to Oracle's customers. Customer data may include key business data, such as product catalogs, customer profiles, pricing, promotions, and order information, as well as sensitive employee information. The Oracle Database platform queries the stored data to fetch real-time data for search results, product displays, and personalized experiences; handling transactions like order placement, updates to inventory, and customer data in the database.

16. Continuing with the '720 Patent, **Claim 1, the first limitation** is "determining a database schema for a database, wherein the database includes database fields." This limitation is met by **Oracle Database**. For example, An Oracle Database 2-Day Developers Guide (Guide) (see Exhibit B), describes schemas composed of schema objects. A schema object may be, for example, a table or an index. Page 2 – 7 of the Guide discloses "determining a database schema;" in this

example, the schema objects are indexes. Specifically, page 2 – 7 discloses the following determined schema, including schema "OBJECT_NAME" and schema "OBJECT_TYPE" for an example Oracle Database for human resources (HR):

**Example 2-2 Viewing HR Schema Objects with SQL*Plus**

```
COLUMN OBJECT_NAME FORMAT A25
COLUMN OBJECT_TYPE FORMAT A25

SELECT OBJECT_NAME, OBJECT_TYPE FROM USER_OBJECTS
ORDER BY OBJECT_TYPE, OBJECT_NAME;
```

Result is similar to:

```
OBJECT_NAME               OBJECT_TYPE
------------------------- ------------------------
COUNTRY_C_ID_PK           INDEX
DEPT_ID_PK                INDEX
DEPT_LOCATION_IX          INDEX
EMP_DEPARTMENT_IX         INDEX
EMP_EMAIL_UK              INDEX
EMP_EMP_ID_PK             INDEX
EMP_JOB_IX                INDEX
EMP_MANAGER_IX            INDEX
```

ORACLE 2-7

Developers can extend or modify the schema to accommodate unique business processes, but the foundation is typically provided by the integrated database setup.

The **wherein clause of the first limitation** is met by simple reference to the above excerpt from the Guide. For example, one database field is "Country_C_ID_PK." Also see Exhibit B, page 4, describing that an Oracle Database comprises a "logical structure called a schema." In addition, as discussed in paragraph 19 below, for table schema objects, the table columns are named database fields.

17. The **second limitation of claim 1** is "providing a list of the database fields, wherein the list includes a descriptor indicating a data category." The above excerpt of page 2 – 7 of the Guide shows a list of the database fields in the left-hand column, and each database field includes a name (e.g., "Country_C_ID_PK") of the database field; that is, "Country_C_ID_PK" is the descriptor.

18. A second example is provided in "Introduction to Oracle Database" (as noted above, kindly produced by Oracle in response to the Original Complaint), page 4:

> ## Tables
>
> A table describes an entity such as employees.
>
> You define a table with a table name, such as `employees`, and set of columns. In general, you give each column a name, a data type, and a width when you create the table.
>
> A table is a set of rows. A column identifies an attribute of the entity described by the table, whereas a row identifies an instance of the entity. For example, attributes of the employees entity correspond to columns for employee ID and last name. A row identifies a specific employee.
>
> You can optionally specify a rule, called an integrity constraint, for a column. One example is a `NOT NULL` integrity constraint. This constraint forces the column to contain a value in every row.

As can be seen from the Oracle-produced document, one schema object, namely a table, consists of a set of rows and columns, with a column identifying an attribute of an entity described in the table. Thus, the columns correspond to database fields and the column has a name that identifies the attribute. Accordingly, the Oracle-supplied document further supports the assertions of infringement for claim 1 of the '720 Patent.

19. A third example of Oracle Database creating a schema can be understood from **Mr. Bobrow's own words** from the transcripts of the September 9, 2024 Hearing (Second Hearing) when he describes Oracle Database: "…Oracle Database can store information in that database and can query that database…Sometimes it's information about employees and, you know, their ID number, their Social Security number, their date of hire, all of that can get organized in tables and these tables have essentially column headings and you can query the database to do different things."

20. Finally, in **Oracle Database**, **attributes (or properties)** such as product name, price, and category are used to define the schema for an e-commerce system. These attributes are linked to

database fields and form the basis for data structuring. Oracle Commerce uses these attributes to create a flexible and dynamic schema, which can power functions like search, faceted navigation, personalization, and dynamic pricing. These attributes ensure that relevant data points are indexed and available for querying and filtering during user interactions. In **Oracle Database**, the MDEX engine indexes product attributes and processes user queries to deliver personalized, highly relevant search results and content for an optimized e-commerce experience.

21. The **third limitation of claim 1** is "receiving a search selection for a database field on the provided list of database fields." Oracle dynamically refines and returns a list of products or content based on these selections, with real-time adjustments to the number of entries displayed.

22. The **fourth limitation of claim 1** is "determining a quantity of entries in the selected database field." In **Oracle Database**, the number of search or product entries returned can be determined by default settings within the platform, such as **pagination limits** or **result thresholds**. These limits can be configured or adjusted depending on the business needs, allowing administrators to specify how many results are displayed on each page or in response to a query. This can typically be adjusted through configurations within the Oracle Commerce Workbench or by modifying search query parameters or pagination controls in the application layer.

23. The **fifth limitation of claim 1** is "if the quantity exceeds a specified amount, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field". Oracle Commerce can adjust the number of characters displayed in search results to fit the user interface. This typically involves truncating longer text fields, such as product descriptions or titles, to ensure that the content fits within a designated display area on search result pages or product listings. If needed, the platform provides options such as **"Read More"** or **Expand**

**Buttons** to allow users to view the full content. The character limits can be configured based on the layout and design of the storefront. In systems like Oracle Commerce, truncation of facet lists is a necessary technique to manage large datasets and provide users with a more organized, efficient search experience. By sorting facet values **alphanumerically** and **truncating** the list based on relevance, the system ensures that users see meaningful and manageable sets of options first, with the ability to explore further via **"Show More"** if needed. This approach helps maintain both usability and performance when dealing with large, complex datasets in e-commerce, enterprise search, and business intelligence applications.

24. The **sixth and final limitation of claim 1** recites "if the quantity does not exceed the specified amount, displaying contents of the database field." If the pagination limit or results threshold is not met or exceeded the results of Oracle Commerce searches are displayed in their entirety.

## IV. INFRINGEMENT OF THE '100 PATENT

25. On March 6, 2007, U.S. Patent No. 7,188,100 ("the '100 patent," attached as Exhibit C) entitled "Search-on-the-Fly Report Generator," was duly and legally issued by the U.S. Patent and Trademark Office. At the time of infringement alleged in this Amended Complaint, Vilox owned the '100 Patent by assignment. Dr. De Bellis now owns the '100 Patent by assignment.

26. The '100 Patent relates to a novel and improved method and apparatus for taking the results of a search using a search-on-the-fly search engine (or other search engine), generating a search result that includes descriptors of data categories, and creating a template that includes a link or path to one or more fields in one or more databases.

27. Support for all allegations of infringement may be found in the charts attached as Exhibits D and F. The following description outlines a general theory of infringement.

28. Oracle made, used, sold and/or offered for sale within Delaware and within this District and elsewhere in the United States and/or imported into Delaware and this District and elsewhere in the United States, products or services that, among other features, includes receiving a database query, searching a database on-the-fly based on the query using a search-on-the-fly search engine (or other search engine), tweaking the received query to generate a defined query of the database, accessing the database using the defined query, generating a search result that includes descriptors of data categories, and creating a template that includes a link or path to one or more fields in one or more databases, that infringes one or more of claims 1-38 of the ’100 Patent, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the ‘100 Patent into service (i.e., used them); but for Defendant’s actions, the claimed-invention embodiments involving Defendant’s products and services would never have been put into service. Defendant’s acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant’s procurement of monetary and commercial benefit from it.

29. The Accused Instrumentalities are embodied in a number of Oracle products which include but are not limited to **Oracle Database**, **Oracle BI (Business Intelligence)** and **Oracle Analytics,** products that are used for creating report templates based on data from Oracle databases. These tools allow users to design, format, and generate reports from database queries, visualizations, and data analyses. Report templates are created in Oracle BI Publisher or Oracle Analytics Cloud, where users can customize layouts and structures using predefined templates or build new ones for repeated reporting purposes. These products are available as stand alone products or packaged on **Oracle Cloud Infrastructure** (“OCI”) Oracle’s Cloud-based Software as a Service (SaaS). Support for the allegations of infringement may be found in the claim charts attached as Exhibits D and the following paragraphs 44 – 46.

30. **Method claim 1** recites a "**query tweaker**." The specification of the '100 Patent discloses that the query tweaker receives a raw query and performs "special transformations and correct7ions, including JOIN operations based on the database schema, applying filters and plug-ins, and applying GROUP BY clauses." Oracle Database contains a **Query Optimizer**. The Query Optimizer is built into Oracle Database and plays a crucial role in SQL execution. It automatically evaluates various execution plans to find the most efficient way to access data, optimizing queries by performing transformations such as **join reordering**, subquery unnesting, and query rewrites with materialized views. This ensures that database queries run as efficiently as possible. Oracle Database discloses Oracle Database includes "JOINs, filter, Plug-in, and GROUP By clause" to performing transformations and corrections on the received query.

31. In **Oracle BI** systems, query optimization is used to adjust SQL queries generated by dashboards and reports. The BI Server optimizes the query for efficient data retrieval, ensuring that reports and analytics are processed quickly and efficiently. **Oracle BI (Business Intelligence)** optimizes queries by applying **transformations** and **corrections** through a variety of built-in mechanisms. These include **query rewriting**, **aggregate navigation**, and **function-based optimizations**. Oracle BI optimizes (tweaks) queries for better performance by utilizing a variety of transforming and query correcting techniques including but not limited to **Query Rewriting, Data Level Corrections** including data cleansing transformations. Oracle BI allows for complex transformations, such as data type conversions, null handling, and rounding. These transformations can be applied directly within queries or at the ETL level to correct data before it is loaded into reports or dashboards.

32. Method claim 1 recites a report template. Oracle BI discloses the use of report templates. According to Oracle, **Oracle BI** uses **report templates** to streamline and standardize the

process of generating reports. These templates define the layout, structure, and formatting for various types of reports, ensuring consistency and efficiency. **Report templates** in Oracle BI can be created using Oracle BI Publisher or directly within Oracle Analytics. **Oracle** goes on to claim that once a report template is created, it can be reused across different reports, reducing the need to design each report from scratch. This feature is particularly useful for organizations that need to generate frequent, similar reports, such as monthly sales summaries or financial statements. Oracle BI also describes the use of report templates for **parameterized inputs** so that different data sets can be applied to the same template, enabling dynamic content generation based on the selected parameters.

33. Method claim 1 recites the use of links within report templates. Oracle BI utilizes links within report templates used to **structure data relationships** between multiple datasets, particularly when combining data from disparate sources. Oracle BI Publisher provides two main types of links: **element-level links** and **group-level links**. By employing these links, Oracle BI enables the integration of multiple datasets into a single template, facilitating cohesive reporting across complex data relationships without needing to consolidate data at the source. An example might be a stock portfolio on a personalized financial page. The template would include all the stocks and funds that are included in your retirement account. The reports would be compiled "on the fly" when you open your browser. The familiar report that can be default viewed or customized by the user displays the representative stocks, their values with links back to the source databases. One possibly being a real-time source of stock information. Another being the list of your owned stocks and the positions held. The report displays the current value of your portfolio with data links to disparate data sources.

34. **INFRINGEMENT OF CLAIM 1 OF THE '720 PATENT by Oracle Database, Oracle BI (Business Intelligence) and Oracle Cloud Infrastructure. The Claim 1 Preamble**

states, "a computer-based method for creating a data report." Oracle BI is an Oracle product that creates data reports. Oracle OCI is a cloud-based SaaS that operates on Oracle Database, and Oracle BI on Oracle-owned and operated servers providing customers with data reports.

35. The **first limitation** states, "receiving a query". Oracle Database receives queries from Oracle BI.

36. The **whereby clause of the first limitation** states, "whereby the query comprises a database search request." Oracle Database receives database search requests from Oracle BI.

37. The **wherein clause of the first limitation** states, "wherein the database is searched using and on the fly search." Oracle BI possesses and on the fly search feature that ensures that users can dynamically adjust search parameters and receive updated results instantly, across both **desktop** and **mobile** applications of Oracle BI

38. The **second limitation** states, "a query tweaker generating a defined query of the database from the received query," **Oracle BI** generates SQL queries that retrieve data from underlying data sources.

39. The **wherein clause of the second limitation** states, "generating the defined query includes the query tweaker performing transformations and corrections on the received query, accessing one or more databases, using a search engine per the defined query;" Oracle BI generates a defined query performing transformations and corrections on the query, accessing one or more databases using a dynamic search-on-the-fly search engine.

40. The **third limitation** states, "generating a search result based on the database access," Oracle BI generates a search result based on database access.

41. The **wherein clause of the third limitation** states, "wherein the search results contain one or more descriptors indicating corresponding data categories;"

42. The **fourth limitation** states, "creating a template of the search results," Oracle BI creates templates.

43. The **wherein clause of the fourth limitation** states, "wherein the template comprises links to the data categories described by the one or more descriptors." Oracle BI creates several different types of links in reports. Oracle BI enables the creation of **hyperlinks** within report templates that allow users to navigate between different reports or sections within a report. This can be useful for creating **drill-down reports** where clicking on a summary value takes the user to a more detailed view. Additionally, users can insert hyperlinks that direct to external websites or resources. These links can be static or dynamically generated. Another way that Oracle BI uses links in reporting is to support links within a single report to navigate to different sections. This can is useful in large reports, where users can jump directly to specific sections.

44. All the steps of Claim 1 are performed by Oracle Business Intelligence application against Oracle Database on Oracle servers hosted in the Oracle Cloud for the benefit of their customers.

45. These allegations of infringement are preliminary and are therefore subject to change.

46. Defendant's infringing actions are without license and authorization.

## IV. CONDITIONS PRECEDENT

47. Plaintiff has never sold a product. Upon information and belief, Plaintiff predecessors-in-interest have never sold a product. Plaintiff is a non-practicing entity, with no products to mark. Plaintiff has pled all statutory requirements to obtain pre-suit damages. Further, all conditions precedent to recovery are met. Under the rule of reason analysis, Plaintiff has taken reasonable steps to ensure marking by any licensee producing a patented article.

48. Plaintiff and its predecessors-in-interest have entered into settlement licenses with

several defendant entities, but none of the settlement licenses were to produce a patented article, for or under the Plaintiff's patents. Duties of confidentiality prevent disclosure of settlement licenses and their terms in this pleading but discovery will show that Plaintiff and its predecessors-in-interest have substantially complied with Section 287(a). Furthermore, each of the defendant entities in the settlement licenses did not agree that they were infringing any of Plaintiff's patents, including the Patents-in-Suit, and thus were not entering into the settlement license to produce a patented article for Plaintiff or under its patents. Further, to the extent necessary, Plaintiff has limited its claims of infringement to method claims and thereby remove any requirement for marking.

49. To the extent Defendant identifies an alleged unmarked product produced for Plaintiff or under Plaintiff's patents, Plaintiff will develop evidence in discovery to either show that the alleged unmarked product does not practice the Patents-in-suit and that Plaintiff has substantially complied with the marking statute. Defendant has failed to identify any alleged patented article for which Section 287(a) would apply. Further, Defendant has failed to allege any defendant entity produce a patented article.

50. The policy of § 287 serves three related purposes: (1) helping to avoid innocent infringement; (2) encouraging patentees to give public notice that the article is patented; and (3) aiding the public to identify whether an article is patented. These policy considerations are advanced when parties are allowed to freely settle cases without admitting infringement and thus not require marking. All settlement licenses were to end litigation and thus the policies of §287 are not violated. Such a result is further warranted by 35 U.S.C. §286 which allows for the recovery of damages for six years prior to the filing of the complaint.

51. For each previous settlement license, Plaintiff understood that (1) the settlement license was the end of litigation between the defendant entity and Plsintiff and was not a license

where the defendant entity was looking to sell a product under any of Plaintiff's patents; (2) the settlement license was entered into to terminate litigation and prevent future litigation between Plaintiff and defendant entity for patent infringement; (3) defendant entity did not believe it produced any product that could be considered a patentable article under 35 U.S.C. §287; and, (4) Plaintiff believes it has taken reasonable steps to ensure compliance with 35 U.S.C. §287 for each prior settlement license.

52. Each settlement license that was entered into between the defendant entity and Plaintiff was negotiated in the face of continued litigation and while Plainytiff believes there was infringement, no defendant entity agreed that it was infringing. Thus, each prior settlement license reflected a desire to end litigation and as such the policies of §287 are not violated.

## V. JURY DEMAND

Dr. De Bellis hereby requests a trial by jury on issues so triable by right.

## VI. PRAYER FOR RELIEF

WHEREFORE, Dr. De Bellis prays for relief as follows:

a. enter judgment that Defendant has infringed the claims of the '720 patent and the '100 patent through selling, offering for sale, manufacturing, and inducing others to infringe by using and instructing to implement a method to retrieve, and search records using a search- on-the-fly search engine (or other search engine), generating a search result that includes descriptors of data categories, and creating a template that includes a link or path to one or more filed in one or more databases;

b. award Dr. De Bellis damages in an amount sufficient to compensate it for Defendant's infringement of the Patents-in-Suit in an amount no less than a reasonable royalty or lost profits, together with pre-judgment and post-judgment interest and costs under 35 U.S.C.

§ 284;

c. award Dr. De Bellis an accounting for acts of infringement not presented at trial and an award

by the Court of additional damage for any such acts of infringement;

d. declare this case to be "exceptional" under 35 U.S.C. § 285 and award Vilox its attorneys' fees, expenses, and costs incurred in this action;

e. declare Defendant's infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284; and

f. award Dr. De Bellis such other and further relief as this Court deems just and proper.

Dated: October 9, 2024

Joseph L. De Bellis MD

By: *Isl Joseph L. De Bellis*

Joseph L. De Bellis, MD
282 Edge of Woods Road
Southampton, NY,
631-431-6401
josephdebellis@gmail.com

**CERTIFICATE OF SERVICE**

I, Joseph L. De Bellis, hereby certify that on October 9, 2024, the attached document was hand delivered to the Clerk of the Court.

I further certify that on October 9, 2024, I electronically mailed the document to the following:

Jared Bobrow
Diana Rutowski
Jason Yu
Rose Sun
ORRICK, HERRINGTON & SUTCLIFFE LLP

1000 Marsh Road Menlo Park, CA 94025
650-614-7400
jbobrow@orrick.com

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

William Ramey
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
713-426-3923
wramey@rameyfirm.com

*/s/ Joseph L. De Bellis*
Joseph L. De Bellis, MD
282 Edge of Woods Road
Southampton, NY,
631-431-6401
josephdebellis@gmail.com

US006760720B1

(12) **United States Patent**
**De Bellis**

(10) **Patent No.: US 6,760,720 B1**
(45) **Date of Patent: Jul. 6, 2004**

(54) **SEARCH-ON-THE-FLY/SORT-ON-THE-FLY SEARCH ENGINE FOR SEARCHING DATABASES**

(75) Inventor: **Joseph L. De Bellis**, Southampton, NY (US)

(73) Assignee: **Pedestrian Concepts, Inc.**, Dover, DE (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/513,340**

(22) Filed: **Feb. 25, 2000**

(51) **Int. Cl.**[7] .............................................. **G06F 17/30**
(52) **U.S. Cl.** ................................ **707/3**; 707/7; 707/10; 707/102
(58) **Field of Search** ............................ 707/3, 4, 7, 10, 707/102, 104.1; 705/26, 27

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | | |
|---|---|---|---|---|
| 4,486,857 A | * 12/1984 | Heckel | 707/10 |
| 4,922,486 A | 5/1990 | Lidinsky et al. | 370/60 |
| 5,257,185 A | 10/1993 | Farley et al. | 364/419.19 |
| 5,345,586 A | 9/1994 | Hamala et al. | 395/650 |
| 5,450,581 A | 9/1995 | Bergen et al. | 355/600 |
| 5,515,488 A | * 5/1996 | Hoppe et al. | 345/440 |
| 5,519,866 A | 5/1996 | Lawrence et al. | 395/700 |
| 5,522,066 A | 5/1996 | Lu | 375/600 |
| 5,553,285 A | 9/1996 | Krakauer et al. | 395/600 |
| 5,572,644 A | 11/1996 | Liaw et al. | 395/793 |
| 5,588,150 A | 12/1996 | Lin et al. | 395/601 |
| 5,623,679 A | 4/1997 | Rivette et al. | 395/773 |
| 5,689,698 A | 11/1997 | Jones et al. | 395/604 |
| 5,701,453 A | * 12/1997 | Maloney et al. | 707/2 |
| 5,713,014 A | 1/1998 | Durflinger et al. | 395/604 |
| 5,717,924 A | 2/1998 | Kawai | 395/613 |
| 5,717,925 A | 2/1998 | Harper et al. | 395/613 |
| 5,848,292 A | 12/1998 | Nathan | 395/822 |
| 5,848,406 A | * 12/1998 | Mani et al. | 707/2 |
| 5,870,746 A | 2/1999 | Knutson et al. | 707/101 |
| 5,873,083 A | 2/1999 | Jones et al. | 707/4 |
| 5,878,423 A | 3/1999 | Anderson et al. | 707/100 |
| 5,893,107 A | 4/1999 | Chan et al. | 707/103 |
| 5,895,476 A | 4/1999 | Orr et al. | 707/517 |
| 5,923,330 A | 7/1999 | Tarlton et al. | 345/419 |
| 5,924,090 A | 7/1999 | Krellenstein | 707/5 |
| 5,951,643 A | 9/1999 | Shelton et al. | 709/227 |
| 5,970,490 A | 10/1999 | Morgenstern | 707/10 |
| 5,974,407 A | 10/1999 | Sacks | 707/2 |


(List continued on next page.)

FOREIGN PATENT DOCUMENTS

WO PCT/US00/00054 * 7/2000 ............. G06F/7/06

OTHER PUBLICATIONS

PCT/US00/00054, filed Jul. 2000, Kay pending.*

*Primary Examiner*—Jean R. Homere
*Assistant Examiner*—Leslie Wong
(74) *Attorney, Agent, or Firm*—Andrews Kurth LLP

(57) **ABSTRACT**

A Sort-on-the-Fly/Search-on-the-Fly search engine provides an intuitive mechanisms for searching databases, allowing a user to access data in the database without having to know anything about the database structure. A user selects a desired search term, and the search engine searches the database for all instances of the desired term, even if a specific file or table does not contain the instance. The database need not have a specific file (in a flat database) or a table (in a relational database) of names. The user may specify other criteria, or constraints to narrow the search results, or for other reasons. The search engine then conducts a further search using this criteria and produces a second search result. Further narrowing or broadening of the search are permitted, with the search-on-the-fly search engine returning results based on any new constraints. If the returned data would be too large to be conveniently displayed at a terminal, the search engine executes a truncation routine so that the returned data is easily displayed.

**39 Claims, 27 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,974,418 | A | | 10/1999 | Blinn et al. | 707/100 |
| 5,978,790 | A | | 11/1999 | Buneman et al. | 707/2 |
| 5,978,791 | A | | 11/1999 | Farber et al. | 707/2 |
| 5,978,793 | A | | 11/1999 | Kashyap et al. | 707/2 |
| 5,991,791 | A | | 11/1999 | Siefert | 709/100 |
| 6,006,225 | A | | 12/1999 | Bowman et al. | 707/5 |
| 6,058,391 | A | * | 5/2000 | Gardner | 705/26 |
| 6,061,797 | A | | 5/2000 | Jade et al. | 713/201 |
| 6,098,172 | A | | 8/2000 | Coss et al. | 713/201 |
| 6,119,165 | A | | 9/2000 | Li et al. | 709/229 |
| 6,138,162 | A | | 10/2000 | Pistriotto et al. | 709/229 |
| 6,144,958 | A | | 11/2000 | Ortega et al. | 707/5 |
| 6,169,986 | B1 | * | 1/2001 | Bowman et al. | 707/10 |
| 6,170,012 | B1 | | 1/2001 | Coss et al. | 709/229 |
| 6,182,083 | B1 | | 1/2001 | Scheifler et al. | 707/103 |
| 6,219,670 | B1 | * | 4/2001 | Mocek et al. | 707/102 |
| 6,253,188 | B1 | * | 6/2001 | Witek et al. | 705/1 |
| 6,279,018 | B1 | * | 8/2001 | Kudrolli et al. | 707/540 |
| 6,321,228 | B1 | * | 11/2001 | Crandall et al. | 707/10 |
| 6,324,566 | B1 | * | 11/2001 | Himmel et al. | 345/854 |
| 6,356,899 | B1 | * | 3/2002 | Chakrabarti et al. | 707/3 |
| 2002/0049637 | A1 | * | 4/2002 | Harman et al. | 705/26 |

* cited by examiner


10
13
DATABASE
12
DATABASE
15
DATABASE
14
TERMINAL
100
INTERFACE

*Fig. 1*


12
DATABASE
125
100
14
Handheld Devices
Cell Phones
GPS Devices
Wrist Devices
Interactive Phone Devices
Household Appliances
Pad Devices
Laptop PC
Personal Computer
Institutional Corporate

*Fig. 2*


125
SEARCH ENGINE
List of Available Data Fields 163
Information 161
Status Control 140
Database Qualifier 160
Status Update Signal
116
Request Status Response
119
118
Request Status Control Signal
Search Information And Other Commands
131
Database Driver 170
Database Access Signal 171
Results Of Database Search 153
Database Access Signal 151
114
Search Request
Request Analyzer 130
Updated Request
115
Query Generator 150
Display Signal
175

FIG. 3


450
460
462
464
466
468
AMAZON
VIRGIN
PDR
AMA ONLINE
November 1999
December 1999
January 2000
PlanType
contract_id
plan_id
state_code
tax_status_code
plan_name
sp_plan_name
street_address
city
zip_code
contact_person
phone_number
alt_phone_number
web_address
use_web_flag
fed_approval_status
sp_fed_approval_status
pos_available_flag
important_note
sp_important_note
Nashville
New Orleans
New York
Newark
North Haven
North Quincy
Norwalk
New York (19)
Drop now
Sort-on-the-fly
Refresh
156
157
158
Patients
General Contacts
Pharmacy
Scratch Pad
Medicines
470
472
474
476
478
480
Ready

Fig. 4


116
Status Update Signal
Request Status Response
119
Request Status Control Signal
118
131
Search Information And Other Commands
136
Constraint Collator
Updated Request
115
135
Output
Search Request
Protocol Analyzer
133
114
Request Analyzer
130

FIG. 5


150
Query Generator
Variable Limit
155
Database Access
Signal 151
Truncator
152
Updated
Request 115
Display Signal 175
Display Signal
175
Dispatcher
154

FIG. 6


140
Status Control
Index
144
Status Data
142
From
Database
Qualifier
Status
Update
Signal
116
Request
Status
Response
119
Request
Status
Control
Signal
118

FIG. 7


160
Database Qualifier
List Of Available Data Fields 163
Field Converter 164
Search Information And Other Commands 131
Field Assessor 162
161
Information

FIG. 8


Information
161
DATABASE DRIVER
170
Database Access Signal
171
151
Database Access Signal
153
Results Of Database Search

FIG. 9


200
201
203
205
206
207
209
211
212
215
217
219
220
221
223
225
227
230
Database Information
Name: Joseph L. De Bella
Address: 18 Canal St
City / State: Armonk NY
Zip Code: 11019
Phone: (914) 123-4567

Fig. 10

Fig. 11



*Fig. 12*






*Fig. 13*

*Fig. 14*



Fig. 15a



*Fig. 15b*


barnesandnoble.com (www.bn.com) - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Address
Search Favorites History
Links Gateway Infoseek Java MSDN Online Optimum
MCP MSN
Books
Browse Subjects
Kids
Bargains
Categories
Title
Author
ISBN
SubTitle
Format
Date Published
Stock Status
Recommended Age
Pages
Ratings
February 11, 2000
Welcome to the new sound of shopping!
bn RADIO
iuniverse.com
CLICK HERE
Special Features
Oprah's Pick:
bn.com Live
Award Winners
Bestsellers
Recommended
New Releases
bn.com Editors
bn.com Interests
Browse Subjects
Art, Architecture &
Photography
Biography
Business
Computers
Cooking
Fiction & Literature
History
Cooking: Appe
Cooking: Brea
Cooking: Cann
Cooking: Cuis
Cooking: Dair
Cooking: Dess
Cooking: Diab
Cooking: Diet
Cooking: Essa
Cooking: Frui
Cooking: Gan
Cooking: Gar
Cooking: Gou
Cooking: Hea
Cooking: Her
Cooking: Hist
Cooking: Holi
Cooking: Me
Cooking: Mic
128pp.
2nd ed.
Audio
Bath Book
Board Book
Book and Toy
Coloring Book
Betty Crocker's New Low-Fat, Low-Cholesterol Cookbook
Cooking Healthy With a Man in Mind
Cooking Healthy with the Kids in Mind
Healthy Cooking for Two
Healthy Exchanges Cookbook
How to Bypass Your Bypass
International Light Cuisine
Lean Italian Cooking
The Joy of Healthy Pasta
The Light, Lean, and Low-Fat Cookbook
The Ultimate Low Cholesterol Low Fat Cookbook
SOF
Drop!
look at:
The Harlem Renaissa
Stock Status
Ships 2-3 days
Ships within 24 h
Unavailable
Ready



250
251
START
252
Analyze Request
254
Refresh Request ?
YES
NO
256
Analyze Database And Retireve Field Descriptions
258
Dispatch New Result List
260
Back To User
264
Request Status
270
Create New Constraints Subroutine
290
Update Status Control
292
Generate Database Query
Extract Result List
294
298
Truncate Subroutine
296
Result List Is Small Enough ?
YES
NO


*Fig. 16*


270
272
START
274
Sort
On-The-Fly
?
NO
276
Key
Word
?
NO
278
Add New
Constraint To
Actual List
Of Constraints
YES
YES
Prepare
New List Of
Fields To
Be Sent
280
Requests A
Keyword
From
User
282
To The Query
Generator
284
286
END

*Fig. 17*


301
START
298
303
Set
Truncator
Parameter TP = Size
Of Field Being
Searched
Get List
Of Records
Sized
By TP
305
309
Can
List Be Displayed
On
User's Screen
?
NO
Decrement
TP
307
YES
311
END

*Fig. 18*


313
START
315
Set Truncator Parameter TP = Size Of Field Being Searched
298
Get List Of Records Sized By TP
317
321
Can List Be Displayed On User's Screen ?
NO
TP = TP / 2
319
YES
323
END

*Fig. 19*


325
START
298
Set Truncator Parameter TP = Size Of Field Being Searched
327
Get List Of Records Sized By TP
329
Can List Be Displayed On User's Screen ?
331
NO
333
TP <= 10
NO
337
TP = TP * 3 / 4
YES
339
END
YES
Decrements TP TP = TP - 1
335

*Fig. 20*



400
410
412
414
416
417
418
420
422
424
427
430
432
434
435
436
438
November 1999
December 1999
January 2000
Recordings
General Contacts
Scratch Pad
Blues Records
L1
Virgin Records
Blues Records R1
(L1)
(R1)
(L1 ^ R1)
AND
OR
NOR
Close
Ready


Fig. 21


450
460
AMAZON
VIRGIN
PDR
AMA ONLINE
462
464
466
468
November 1999
December 1999
January 2000
Category
Brand Name
Generic Name
Dosage
Price
Specifications
Keyword
490
492
470
472
474
476
480
478
Patients
General Contacts
Pharmacy
Scratch Pad
Medicines
Ready

Fig. 22


450
460
AMAZON
VIRGIN
PDR
AMA ONLINE
462
464
466
468
November 1999
December 1999
January 2000
Antibiotics
Antidepressants
Narcotics
Other
494
Category
Brand Name
Generic Name
Dosage
Price
Specifications
490
Keyword
492
470
472
474
476
480
478
Patients
General Contacts
Pharmacy
Scratch Pad
Medicines
Ready

*Fig. 23*


450
460
462
464
466
468
AMAZON
VIRGIN
PDR
AMA ONLINE
November 1999
December 1999
January 2000
470
472
474
476
478
480
Patients
General Contacts
Pharmacy
Scratch Pad
Medicines
Ready
Category
Brand Name
Generic Name
Dosage
Price
Specifications
Keyword
494
Antibiotics
Antidepressants
Narcotics
Other
Keyword
Sort-On-The-Fly
496
498
500
Augmentin
Bactrim
Duracef
Keflex
Penk
Zinthromax
Keyword
Sort-On-The-Fly
502
504
506
508
Brand Name
Generic Name
Dosage
Price
Specifications
510
Ampicillin
Cephalothin
Cephaloxin
Penicillin
Sulfa
Zithramycin

Fig. 24


450
460
466
AMAZON
VIRGIN
PDR
AMA
ONLINE
462
464
468
November 1999
December 1999
January 2000
490
Category
Brand Name
Generic Name
Dosage
Price
Specifications
Keyword
492
470
472
474
476
480
478
Patients
General
Contacts
Pharmacy
Scratch
Pad
Medicines
Ready

*Fig. 25*


450
460
462
464
466
468
AMAZON
VIRGIN
PDR
AMA ONLINE
November 1999
December 1999
January 2000
470
472
474
476
478
480
Patients
General Contacts
Pharmacy
Scratch Pad
Medicines
Ready
Books
Music
Software
Keyword
520
522
524
Title
Artist
Style
Format
Keyword
SOF
Merge
526
528
530
532
534
536
Patients
General Contacts
Medicines
Virgin
PDR Online
AMA Online
538
540
542
544
546
548
Title
Artist
Style
Format
Keyword
SOF
Merge
550
552
560
Aerosmith
Chicago
DuranDuran
EMF
Etheridge
Pink Floyd
Santana
Sinatra
Streisand
Zepplin
Keyword
SOF

*Fig. 26*

# SEARCH-ON-THE-FLY/SORT-ON-THE-FLY SEARCH ENGINE FOR SEARCHING DATABASES

## TECHNICAL FIELD

The technical field is information management systems, interfaces, and mechanisms, and methods for searching one or more databases.

## BACKGROUND

In the most general sense, a database is a collection of data. Various architectures have been devised to organize data in a computerized database. Typically, a computerized database includes data stored in mass storage devices, such as tape drives, magnetic hard disk drives and optical drives. Three main database architectures are termed hierarchical, network and relational. A hierarchical database assigns different data types to different levels of the hierarchy. Links between data items on one level and data items on a different level are simple and direct. However, a single data item can appear multiple times in a hierarchical database and this creates data redundancy. To eliminate data redundancy, a network database stores data in nodes having direct access to any other node in the database. There is no need to duplicate data since all nodes are universally accessible. In a relational database, the basic unit of data is a relation. A relation corresponds to a table having rows, with each row called a tuple, and columns, with each column called an attribute. From a practical standpoint, rows represent records of related data and columns identify individual data elements. The order in which the rows and columns appear in a table has no significance. In a relational database, one can add a new column to a table without having to modify older applications that access other columns in the table. Relational databases thus provide flexibility to accommodate changing needs.

All databases require a consistent structure, termed a schema, to organize and manage the information. In a relational database, the schema is a collection of tables. Similarly, for each table, there is generally one schema to which it belongs. Once the schema is designed, a tool, known as a database management system (DBMS), is used to build the database and to operate on data within the database. The DBMS stores, retrieves and modifies data associated with the database. Lastly, to the extent possible, the DBMS protects data from corruption and unauthorized access.

A human user controls the DBMS by providing a sequence of commands selected from a data sublanguage. The syntax of data sublanguages varies widely. The American National Standards Institute (ANSI) and the International Organization for Standardization (ISO) have adopted Structured English Query Language (SQL) as a standard data sublanguage for relational databases. SQL comprises a data definition language (DDL), a data manipulation language (DML), and a data control language (DCL). The DDL allows users to define a database, to modify its structure and to destroy it. The DML provides the tools to enter, modify and extract data from the database. The DCL provides tools to protect data from corruption and unauthorized access. Although SQL is standardized, most implementations of the ANSI standard have subtle differences. Nonetheless, the standardization of SQL has greatly increased the utility of relational databases for many applications.

Although access to relational databases is facilitated by standard data sublanguages, users still must have detailed



knowledge of the schema to obtain needed information from a database since one can design many different schemas to represent the storage of a given collection of information. For example, in an electronic commerce system, product information, such as product SKU, product name, product description, price, and tax code, may be stored in a single table within a relational database. In another electronic commerce system, product SKU, product name, description, and tax code may be stored in one table while product SKU and product price are stored in a separate table. In this situation, a SQL query designed to retrieve a product price from a database of the first electronic commerce system is not useful for retrieving the price for the same product in the other electronic system's database because the differences in schemas require the use of different SQL queries to retrieve product price. As a consequence, developers of retail applications accessing product information from relational databases may have to adapt their SQL queries to each individual schema. This, in turn, prevents their applications from being used in environments where there are a wide variety of databases having different schemas, such as the World Wide Web.

A further problem with conventional search engines is a tendency to return very large amounts of data, or to require the search parameters to be narrowed. When large amounts of data are presented, the display may take many "pages" before all data is seen by the user. The time and expense involved in such a data review may be significant.

## SUMMARY

A Sort-on-the-Fly/Search-on-the-Fly search engine (hereafter, search-on-the-fly search engine) provides an intuitive means for searching databases, allowing a user to access data in the database without having to know anything about the database structure. A user selects a desired search term, and a database manager searches the database for all instances of the desired term, even if a specific file or table does not contain the instance. For example, if a user wants to search the database using the name of a specific individual as a database entry point, the database manager will search the database using the desired name, and will organize the search results so that all entries associated with that name are displayed. The database need not have a specific file (in a flat database) or a table (in a relational database) of names. The user may perform further on-the-fly searches to narrow or focus the search results, or for other reasons. For example, given search results for all names that include the name "Smith," the user may then decide to search for all "Smiths" that include an association to an address in New Jersey. The search-on-the-fly search engine then conducts a further search using this criteria and produces a second search result. Further narrowing or broadening of the search are permitted, with the search-on-the-fly search engine returning results based on any new criteria.

In an embodiment, the search-on-the-fly search engine uses graphical user interfaces (GUIs) and one or more icons to make the search process as efficient as possible. The GUIs may incorporate one or more pull down menus of available search terms. As a user selects an item from a first pulldown menu, a subsequent pulldown menu displays choices that are available for searching. The process continues until the search engine has displayed a discrete data entry from the database. The pulldown menus are not pre-formatted. Instead, the pulldown menus are created "on-the-fly" as the user steps through the search process. Thus, the search-on-the-fly search engine is inherently intuitive, and allows a user with little or no knowledge of the database contents, its

organization, or a search engine search routine to execute comprehensive searches that return generally accurate results.

The search-on-the-fly search engine also searches on key words specified by the user. The search-on-the-fly search engine can be used to exclude certain items. The search-on-the-fly search engine incorporates other advanced features such as saving search results by attaching a cookie to a user's computer, and associating icons with the search results.

The search-on-the-fly search engine may be used with both internal and external databases. For example, the search-on-the-fly search engine may be used with a company internal database and one or more databases accessible through the Internet.

The search-on-the-fly search engine is user-friendly. With one interface, many different types of databases or database schemas may be searched or sorted.

Finally, the search-on-the-fly technique, and other techniques discussed above may be used in conjunction with a method of doing business, particularly a business method that uses the Internet as a communications backbone.

## DESCRIPTION OF THE DRAWINGS

The detailed description will refer to the following figures, in which like numerals refer to like objects, and in which:

FIG. **1** is a block diagram of a system that uses a search-on-the-fly/sort-on-the-fly search engine;

FIG. **2** is another overall block diagram of the system of FIG. **1**;

FIG. **3** is a detailed block diagram of the search engine used with the system of FIG. **2**;

FIG. **4** is an example of a search-on-the-fly using the search engine of FIG. **3**;

FIGS. **5–9** are detailed block diagrams of components of the search engine of FIG. **3**;

FIG. **10** is another example of a search-on-the-fly using the search engine of FIG. **3**;

FIGS. **11–15***b* are additional examples of a search-on-the-fly using the search engine of FIG. **3**;

FIGS. **16–20** are flow charts illustrating operations of the search engine of FIG. **3**;

FIG. **21** illustrates a further function of the search engine of FIG. **3** in which results of more than one search are combined; and

FIGS. **22–26** illustrate graphical user interfaces that may be displayed in conjunction with operation of the system of FIG. **1**.

## DETAILED DESCRIPTION

A sort-on-the-fly/search-on-the-fly search engine (hereafter, search-on-the-fly search engine) provides an intuitive means for searching various types of databases, allowing a user to access data in the database without having to know anything about the database structure. A user selects a desired search term, and a database manager searches the database for all instances of the desired term, even if a specific file or table does not contain the instance. For example, if a user wants to search the database using the name of a specific individual as a database entry point, the database manager will search the database using the desired name, and will organize the search results so that all entries associated with that name are displayed. The database need not have a specific file (in a flat database) or a table (in a relational database) of names. The user may perform further on-the-fly searches to narrow the search results, or for other reasons. The search engine then conducts a further search using this criteria and produces a second search result. Further narrowing or broadening of the search are permitted, with the search engine returning results based on any new criteria.

FIG. **1** is a block diagram of a system **10** that uses the search-on-the-fly search engine. In FIG. **1**, a database **12** is accessed using a hardware/software interface device **100** to provide data to a user terminal **14**. Additional databases **13** and **15** may also be accessed by the terminal **14** using the device **100**. The databases **12**, **13** and **15** may use different schemas, or may use a same schema. As will be described later, the device **100** may include the search-on-the-fly search engine. In an alternative embodiment, the search-on-the-fly search engine may be co-located with the terminal **14**. In yet another embodiment, the search-on-the-fly search engine may be incorporated into the structure of one or more of the databases **12**, **13** and **15**. The device **100** may interface with any one or more of the databases **12**, **13** and **15** using a network connection such as through the Internet, for example. Other communications mediums may also be used between the terminal **14**, the device **100** and any one or more of the databases **12**, **13** and **15**. These mediums may include the public switched telephone network (PSTN), cable television delivery networks, Integrated Services Digital Networks (ISDN), digital subscriber lines (DSL), wireless means, including microwave and radio communications networks, satellite distribution networks, and any other medium capable of carrying digital data.

The system shown in FIG. **1** is but one of many possible variations. The search-on-the-fly search engine could also be incorporated within a single computer, such as a personal computer, a computer network with a host server and one or more user stations, an intranet, and an Internet-based system, as shown in FIG. **2**. Referring again to FIG. **2**, the terminal **14** may be any device capable of displaying digital data including handheld devices, cellular phones, geosynchronous positioning satellite (GPS) devices, wrist-worn devices, interactive phone devices, household appliances, televisions, television set top boxes, handheld computers, and other computers.

FIG. **3** is a detailed block diagram of an exemplary search-on-the-fly search engine **125**. The search engine **125** includes a request analyzer **130**that receives search requests **114** from the terminal **14** (not shown in FIG. **3**) and sends out updated requests **115** to a query generator **150**. A status control **140** receives a status update signal **116** and a request status control signal **118** and sends out a request status response **119** to the request analyzer **130**. The status control **140** also keeps track of search cycles, that is, the number of search iterations performed. The query generator **150** receives the updated requests **115** from the request analyzer **130** and sends a database access signal **151** to a database driver **170**. The query generator **150** receives results **153** of a search of the database **12** (not shown in FIG. **3**) from the database driver **170**. The query generator **150** provides a display signal **175** to the terminal **14**. The database driver **170** sends a database access signal **171** to the database **12**. Finally, a database qualifier **160** receives information **161** from the database driver **170** and provides a list **163** of available data fields from the database **12**. As will be described later, the list of available data fields **163** may be displayed to a user at the terminal **14**, and may be sorted and processed using the request analyzer **130** in conjunction with

the database qualifier **160**. The database qualifier **160** also receives search information and other commands **131** from the request analyzer **130**.

The search engine **125** may identify a database schema by simply using a trial and error process. Alternatively, the search engine **125** may use other techniques know in the art. Such techniques are described, for example, in U.S. Pat. No. 5,522,066, "Interface for Accessing Multiple Records Stored in Different File System Formats," and U.S. Pat. No. 5,974,407, "Method and Apparatus for Implementing a Hierarchical Database Management System (HDBMS) Using a Relational Database Management System (RDBMS) ad the Implementing Apparatus," the disclosures of which is hereby incorporated by reference.

The search engine **125** provides search-on-the-fly search capabilities and more conventional search capabilities. In either case, the search engine **125** may perform a preliminary database access function to determine if the user has access to the database **12**. The search engine **125** also determines the database schema to decide if the schema is compatible with the user's data processing system. If the database schema is not compatible with the user's processing system, the search engine **125** may attempt to perform necessary translations so that the user at the terminal **14** may access and view data in the database **12**. Alternatively, the search engine **125** may provide a prompt for the user indicating incompatibility between the terminal **14** and a selected database.

The search engine **125** may conduct a search using one or more search cycles. A search cycle includes receipt of a request **114**, any necessary formatting of the request **114**, and any necessary truncation steps. The search cycle ends when a result list **175** is provided to the terminal **14**. The search engine **125** may retain a status of each past and current search cycle so that the user can modify the search at a later time. The user may also use this feature of retaining a status of past and current search cycles to combine results of multiple searches, using, for example, a Boolean AND function, a Boolean OR function, or other logic function. The above listed functions will be described in more detail later.

The search-on-the-fly function of the search engine **125** begins by determining available data fields of the database **12**. The database **12** may have its data organized in one or more data fields, tables, or other structures, and each such data field may be identified by a data field descriptor. In many cases, the data field descriptor includes enough text for the user at the terminal **14** to determine the general contents of the data field. The list of data fields may then be presented at the terminal **14**, for example, in a pull down list. An example of such a data field result list is shown in FIG. **4**, which is from a federal database showing data related to managed health care organizations. This database is available at http://tobaccopapers.org/dnld.htm. In FIG. **4**, the first data field listed is "PlanType," which is shown in result list **156**. Other data field descriptors show the general categories of data in the database.

Using the terminal **14**, the user may select one of the data field descriptors to be searched. For example, the user could select "city." If a number of entries, or records, in the city data field is short, a further result list of complete city names may be displayed. If the entries are too numerous to be displayed within a standard screen size, for example, the search engine **125** may, in an iterative fashion, attempt to reduce, or truncate, the result list until the result list may be displayed. In the example shown in FIG. **4**, entries in the city data field are so numerous (the database includes all U.S. cities that have a managed health care organization) that the search engine **125** has produced a result list **157** that shows only a first letter of the city. Based on the available database data fields, the user may then perform a further search-on-the-fly. In this case, the user may choose cities whose first initial is "N." The search engine **125** then returns a result list **158** of cities whose names start with the letter "N." Because in this instance the result list **158** is short, no further truncation is necessary to produce a manageable list.

FIG. **5** is a more detailed block diagram of the request analyzer **130**. A protocol analyzer **133** receives the request **114** and provides an output **135** to a constraint collator **136**. The protocol analyzer **133** examines the received request **114**, determines a format of the request **114**, and performs any necessary translations to make the request format compatible with the database to be accessed. If the database to be accessed by the terminal **14** is part of a same computer system as the terminal **14**, then the protocol analyzer **133** may not be required to perform any translations or to reformat the request **114**. If the database to be accessed is not part of the same computer system as the terminal **14**, then the protocol analyzer **133** may be required to reformat the request **114**. The reformatting may be needed, for example, when a request **114** is transmitted over a network, such as the Internet, to a database coupled to the network.

The constraint collator **136** provides the updated request **115** (which may be an initial request, or a subsequent request) to the query generator **150**. The constraint collator **136** is responsible for interpreting the request **114**. The constraint collator **136** performs this function by comparing the request **114** against information stored in the status control **140**. In particular, the constraint collator **136** sends the request status control signal **118** to the status control **140** and receives the request status response **119**. The constraint collator **136** then compares the request status response **119** to constraint information provided with the request **114** to determine if the constraint status should be updated (e.g., because the request **114** includes a new constraint). In an embodiment, the constraint collator **136** compares constraint information in a current request **114** to constraint information residing in the status control **140**, and if the current request **114** includes a new constraint, such as anew narrowing request (for example, when the user clicks, touches or points over a field shown in a last search cycle), then the constraint collator **136** adds the updated information and sends the updated request **115** to the query generator **150**. If the constraint status should be updated, the constraint collator **136** sends the status update **118** to the status control **140**. If the request **114** is a refresh request, the constraint collator **136** sends a reset command **131** to the database qualifier **160**. The updated request **115** (possibly with anew constraint) is then sent to the query analyzer **150** for further processing.

FIG. **6** is a block diagram of the query generator **150**. The overall functions of the query generator **150** are to scan a database, such as the database **12**, using the database driver **170**, and to collect search results based on constraints supplied by the request analyzer **130**. The query generator **150** then returns the search results **175** to the terminal **14**.

The query generator **150** includes a truncator **152** and a dispatcher **154**. The truncator **152** receives the updated request **115**, including a new constraint, if applicable. The truncator **152** creates new queries, based on new constraints, and applies the new requests **151** to the database **12** using the database driver **170**. The truncator **152** may include a variable limit **155** that is set, for example, according to a

capacity of the terminal **14** to display the search results **175**. If data retrieved from the database **12** exceed the limit value, the truncator **152** adjusts a size (e.g., a number of entries or records) of the data until a displayable result list is achieved. One method of adjusting the size is by cycling (looping). Other methods may also be used to adjust the size of the result list. For example, the terminal **14** may be limited to displaying 20 lines of data (entries, records) from the database **12**. The truncator **152** will cycle until the displayed result list is at most 20 lines. In an embodiment, the truncation process used by the truncator **152** assumes that if the user requests all values in a particular data field from the database **12**, and there are no other constraints provided with the request **114**, and if the size of the resulting result list is larger than some numeric parameter related to a display size of the terminal **14**, then the constraints may be modified by the truncator **152** so that the result list can accommodated (e.g., displayed on one page) by the terminal **14**. For example, instead of a full name of a city, some part of the name—the first n letters—is checked against the database **12** again, and n is reduced until the result list is small enough for the capacity of the terminal **14**. If the maximum number of displayable results is three (3), and the database **12** contains the names of six cities "Armandia, Armonk, New Orleans, New York, Riverhead, Riverdale," then the first attempt to "resolve" the result list will stop after a result list display is created with the full name of the cities:

Armandia, Armonk, New Orleans . . . (the limit was reached)

Try again with 7 characters:

Armandia, Armonk, New Orl, New Yor, (limit reached again)

Again with 5 characters:

Armandia, Armonk, New O, New Y, (limit reached again)

Again with 3 characters:

Arm( . . . ),New( . . . ),Riv( . . . ). These results maynow be displayed on the terminal **14**. The display of Arm, New, Riv can then be used to conduct a further search-on-the-fly. For example, a user could then select Riv for a further search-on-the-fly. The result list returned would then list two cities, namely Riverhead and Riverdale.

In another embodiment, a fixed format is imposed such that all queries generated against a database will have preset limits corresponding to the capacity of the terminal **14**.

In yet another embodiment, the truncator **152** may adjust the field size by division or other means. For example, if the display limit has been reached, the truncator **125** may reduce the field size, X by a specified amount. In an embodiment, X may be divided by two. Alternatively, X may be multiplied by a number less than 1, such as ¾, for example. Adjusting the field size allows the search engine **125** to perform more focused searches and provides more accurate search results.

In still another embodiment, the user may select a limit that will cause the truncator **152** to adjust the field size. For example, the user could specify that a maximum of ten entries should be displayed.

For certain data fields, a terminal **14**, such as a hand-held device for example, may have a very limited display capacity. Alternatively a user may specify a limit on the number of entries for display. In these two illustrated cases, the search engine **125** may return a result list **175** of the request **114** on multiple display pages, and the user may toggle between these multiple display pages. As an example, if the terminal **14** is limited to displaying a maximum of ten entries, and if the request **114** results in a return of a data field comprising the 400 largest cities in the United States, the truncator **152** will produce a list of 23 entries comprising 23 alphabetical characters (no cities that begin with Q, Y or Z—see FIG. **4**). The search engine **125** may then display the results on three pages. Alternatively, the truncator **152** could produce a list of letter groups into which the cities would fall, such as A–D, E–G, H–M, N–R, and R–X, for example. In another alternative, the search engine **125** may send a notice to the terminal that the request **114** cannot be accommodated on the terminal **14** and may prompt the user to add an additional constraint to the request **114**, so that a search result may be displayed at the terminal **14**.

Adjusting the data field size also provides more convenient search results for the user. For example, if a user were to access an Internet-based database for books for sale, and were to request a list of all book titles beginning with the letter "F," a common search engine might return several hundred titles or more, displaying perhaps twenty titles (entries) at a time. The user would then have to look through each of many pages to find a desired title. This process could be very time-consuming and expensive. Furthermore, if the search results were too large, the common search engine might return a notice saying the results were too large for display and might prompt the user to select an alternative search request. However, performing the same search using the search engine **125** allows the truncator **152** to reduce the size of the information displayed to a manageable level. In this example, if the request **114** includes the constraint "F," the truncator **152** will loop through the data in a data field that includes book titles starting with the letter "F" until a list is available that can fit within the display limits of the terminal **14**, or that fits within a limit set by the user, for example. The first list returned to the terminal **14** as a result of this request **114** may be a two letter combination with "F" as the first letter and a second letter of a book title as the second letter. For example, the fist list may include the entries "Fa," "Fe," "Fi ," "Fo," and "Fu," all of which represent titles of books. The user could then select one of the entries "Fa," "Fe," "Fi," "Fo," and "Fu" to perform a further search, continuing the process until one or more desired titles are displayed. An example of a similar truncation result is shown in FIG. **14**.

When a parameter related to the search results is adequately truncated, the parameter is directed to the dispatcher **154**, which retrieves the data from database **12** using the database driver **170**. The dispatcher **154** then directs the final, truncated search results **175** back to the terminal **14** as a response to the request **114**.

FIG. **7** is a block diagram showing the status control **140**, which is responsible for monitoring the status of a current search. Due to the nature of the search engine **125**, the user can choose any combination of constraints, fields or keywords, including those from past and current search cycles. The status control **140** may keep track of all past cycles of the search, as well as all information necessary to return to any of those past search cycles. The status control **140** includes a status data module **142**, and an index module **144**. The status data module **142** contains data related to each such search cycle, including the constraint(s) entered during the search cycle, any truncation steps taken, and the results of such truncation, for example. The index module **144** provides access to these data. When the request **114** is being analyzed by the request analyzer **130**, the constraint collator **136** sends a request status query **116** to the index module **144**. The status data module **142** contains information related to all past and current search cycles, which are referenced by the index module **144**, and delivers a status

response **119** for the most recent search cycle to the constraint collator **136**. When a new constraint is sent to the query generator **150**, the status data module **142** is updated **118** by the constraint collator **136**. Specific structures of the request **114**, the request status query **116**, the status response **119** and the request status control **118** will be provided later.

The status data module **142** may be reset by the database qualifier **160** with all available fields when a refresh function is used. In an embodiment, the refresh function may be used to clear all past search cycles and the current search cycle from the status control **140**. In such an event, the search results, such as the search results shown in FIG. **4**, will no longer be displayed at the terminal **14**, and data related to the past and the current search cycles may not be used for future search cycles. In effect, the refresh function may cause the entire search to be discarded. The refresh function may be activated when a user selects a refresh button (see FIG. **4**) on a displayed result list, or on another portion of a GUI. Alternatively, the refresh function may discard selected search cycles. In this alternative embodiment, the user may, for example, move a cursor to a desired result list from a past search cycle and activate a refresh, reset, back, or drop button. All data associated with search cycles subsequent to the selected search cycle, including all displayed result lists may then be discarded.

FIG. **8** is a block diagram showing the database qualifier **160**. The database qualifier **160** provides data field information at the start of a search or when the search engine **125** is refreshed. A field assessor **162** access the database **12** using the database driver **170**, and identifies and accesses discrete data fields and other information in the database **12**. A field converter **164** structures the data field information into a usable (searchable/sortable) structure and sends **163** the formatted data field information to the status control **140**. Techniques for identifying and accessing the data fields, and for formatting the data field information are well known in the art. Such techniques are described, for example, in U.S. Pat. No. 5,222,066, Interface for Accessing Multiple Records Stored in Different File System Formats, the disclosure of which is hereby incorporated by reference.

FIG. **9** is a block diagram of the database driver **170**. The database driver **170** is the universal interface with the database **12**, which can be a local or a remote database.

FIG. **10** is an example of a search-on-the-fly using the search engine **125**. In FIG. **10**, a database **200** includes information related to a number of individuals. The information in the database **200** may be presented at the terminal **14** using a series of screens or menus **201–230**. The user first accesses the database **200** and is presented with a list **201** of the information or data fields contained in the database **200**. The result list **201** is generated by the field assessor **162**, and is provided for display at the terminal **14** by the query generator **150**. As shown in FIG. **10**, a user has selected the data field “City” for display of information. However, the number of “cities” listed in the database **200** is too large to conveniently display at one time (i.e., on one page) at the terminal **14**. Accordingly, the truncator **152** will loop a required number of times until an adequate display is available. In FIG. **10**, the menu **203** shows the results of the truncation with only the first letter of a city name displayed.

Using the menu **203**, the user has selected cities beginning with the letter “A.” The results are shown in menu **205**. Now, the user elects to conduct another search-on-the-fly, by selecting the “sort-on-the-fly” option **206**. The query generator **150** displays all the information fields available from the database **200**, except for the information field already displayed, namely “City.” The results are displayed in menu



**207**. The user then elects to further search on the data field “State.” The query generator **150** returns the requested information as displayed in menu **209**, listing five states by their common two-letter abbreviation. The user then chooses New York from the menu **209**, and the query generator **150** returns a list of cities in New York, menu **211**.

Next, the user elects to conduct another search-on-the-fly, option **212**, and the query generator **150** returns only the remaining data fields for display in menu **215**. From the menu **215**, the user selects “Address” for the next data field to search, and the query generator **150** returns an menu **217** showing only first letters of the address. This signifies that the data field “Address” was too large to be easily displayed on the terminal **14**. The user then elects to search on all addresses that begin with “C.” The query generator **150** returns a list of addresses by displaying only street names, menu **219**.

The user then elects to conduct a further search-on-the-fly, option **220**, and the remaining two data fields, “Name” and “Phone” are displayed as options in menu **221**. The user selects name, and the query generator returns a further breakdown of the data by last name and by first name, menu **223**. This process continues, with further menus being used to select a last name and a first name from the database **200**. When the final selection is made, information from the database **200** related to the individual is displayed in window **230**.

In the example shown in FIG. **10**, the user could have refreshed the search engine **125** at any time, and the search would have recommenced at the beginning. Alternatively, the user could, by simply selecting a prior menu, such as the menu **215**, have changed the course of the search. In this alternative, if the user had gone back to the menu **215** and instead of selecting “Address” selected “Phone,” then the menus **217–229** would be removed from display at the terminal **14**, and the search would begin over from the point of the menu **215**.

FIGS. **11–15** illustrate exemplary searches of a remote database, such as the database **13** shown in FIG. **1**. The database in the illustrated example is for an Internet website **232** that sell books. The examples illustrated are based on a Bames & Noble website. In FIG. **11**, the user has applied the search engine **125** to the website **232** database, and the query generator **150** has returned a list **233** of data fields from which the user may select to access data from the website **232** database. The list **233**, and other lists described below, may be displayed as overlays on the website **232**. In the example illustrated, the user selects “Title” for the first search cycle. Because the list of titles is too large to easily display at the terminal **14**, the truncator **152** loops until an alphanumeric list **234** is created. The list **234** is then returned to the terminal **14**. For the next search cycle, the user selects titles that begin with the letter “C.” Again, the data field contains too many entries to conveniently display at the terminal **14**, and the truncator **152** loops as appropriate until list **235** is created. The process continues with subsequent lists **236** and **237** being returned to the terminal **14**.

FIGS. **12–15***b* illustrate alternate searches that may be completed using the website **232** database.

For the search results shown in FIGS **11–15***a*, the status control **140** may iterate as follows:

Status Control Started . . .

Key: Title1 Option: Title Level: 1 Filter: Field: Title

Key: A2 Option: A Level: 2 Filter: SUBSTRING ([Title],1,1)=‘A’ Field: Title

Key: AA3 Option: AA Level: 3 Filter: SUBSTRING ([Title],1,2)=‘AA’ AND SUBSTRING([Title],1,1)= ‘A’ Field: Title

Key: F4 Option: F Level: 4 Filter: SUBSTRING ([Title],1,1)='F' Field: Title

Key: Fa5 Option: Fa Level: 5 Filter: SUBSTRING ([Title],1,2)='Fa' AND SUBSTRING([Title],1,1)= 'F' Field: Title

Key: Favo6 Option: Favo Level: 6 Filter: SUBSTRING ([Title],1,4)='Favo' AND SUBSTRING([Title],1, 2)='Fa' AND SUBSTRING([Title],1,1)='F' Field: Title

Key: C7 Option: C Level: 7 Filter: SUBSTRING ([Title],1,1)='C' Field: Title

Key: Ce8 Option: Ce Level: 8 Filter: SUBSTRING ([Title],1,2)='Ce' AND SUBSTRING([Title],1,1)= 'C' Field: Title

Key: Cells9 Option: Cells Level: 9 Filter: SUBSTRING([Title],1,5)='Cells' AND SUBSTRING([Title],1,2)='Ce' AND SUBSTRING ([Title],1,1)='C' Field: Title

Key: Cellula10 Option: Cellula Level: 10 Filter: SUBSTRING([Title],1,7)='Cellula' AND SUBSTRING([Title],1,2)='Ce' AND SUBSTRING ([Title],1,1)='C' Field: Title

Key: CC11 Option: CC Level: 11 Filter: SUBSTRING ([Title],1,2)='CC' AND SUBSTRING([Title],1,1)= 'C' Field: Title

Status Control Terminated.

FIG. **15***b* shows the results for a search for a low-fat cookbook using the search engine **125** as applied to a remote database. In this example, the remote database is coupled to a Barnes & Noble web page. The first query, and resulting message strings, are illustrated by the following:

Query Analyzer

Message Received: ACK

Status Control: Refresh

Dispatcher

Message Sent: Categories~-~Title~-~Author~-~ISBN~SubTitle~Format~Date Published~Stock Status~Recommended Age~Pages~Ratings~Price~Retail~Savings~Publisher

Query Analyzer

Message Received: CLK#0 #1#Categories

Status Control received an update:

Key: Categories1 Option: Categories Level: 1 Filter: Field: Categories

Query Generator

Request is not cached, processing

Generated Query: SELECT DISTINCT [Categories] FROM Books ORDER BY [Categories]

Number of Matching Records: 2032

Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,82) FROM Books ORDER BY SUBSTRING([Categories],1,82)

Number of Matching Records: 2022

Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,61) FROM Books ORDER BY SUBSTRING([Categories],1,61)

Number of Matching Records: 1995

Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,45) FROM Books ORDER BY SUBSTRING([Categories],1,45)

Number of Matching Records: 1751

Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,33) FROM Books ORDER BY SUBSTRING([Categories],1,33)

Number of Matching Records: 1251

Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,24) FROM Books ORDER BY SUBSTRING([Categories],1,24)



Number of Matching Records: 799

Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,18) FROM Books ORDER BY SUBSTRING([Categories],1,18)

Number of Matching Records: 425

Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,13) FROM Books ORDER BY SUBSTRING([Categories],1,13)

Number of Matching Records: 319

Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,9) FROM Books ORDER BY SUBSTRING([Categories],1,9)

Number of Matching Records: 147

Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,8) FROM Books ORDER BY SUBSTRING([Categories],1,8)

Number of Matching Records: 111

Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,7) FROM Books ORDER BY SUBSTRING([Categories],1,7)

Number of Matching Records: 78

Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,6) FROM Books ORDER BY SUBSTRING([Categories],1,6)

Number of Matching Records: 44

Generated Query: SELECT DISTINCT SUBSTRING ([Categories],1,5) FROM Books ORDER BY SUBSTRING([Categories],1,5)

Number of Matching Records: 26

Truncator finished, took 15 seconds to make 13 iterations

Caching this request . . .

Dispatcher

Message Sent: Afric~Art, ~Biogr~Busin~Compu~Cooki~Engin~Enter~Ficti~Histo~Home ~Horro~Kids!~Law: ~Medic~Mind, ~Nonfi~Paren~Poetr~Refer~Relig~Scien~Small~Sport~Trave~Write~

Query Analyzer

Message Received: CLKCategories

In the example illustrated by FIG. **15***b* and the above-listed message strings, an initial request would have returned 2032 book titles for cookbooks. This number of entries maybe too large. Accordingly, the truncator **152**, through 13 iterations, reduces the entries in a result list to 26. The entries in the truncated result list can then be easily reviewed by the user, and further searches may be performed to identify a desired book. As can be seen above, the user has selected "Categories" as a data field to search. As is also shown in FIG. **15***b*, the search engine **125** may display other information windows, such as book availability, ordering and shipping information windows. With a simple drag-and-drop cursor operation, for example, the user may then order and pay for the desired book.

FIG. **16**–**20** are flow charts illustrating operations of the search engine **125**. FIG. **16** is a flowchart of an overall search routine **250**. The process starts in block **251**. The request analyzer **130** receives the request **114**, block **252**. The request **114** may be made using a hierarchical menu-based display or a graphical user interface, with one or more layers. Using either the menu or the GUI, the user may enter specific details by typing, selection of iconic symbols or pre-formatted text, and by using well-known data entry techniques, for example. The request **114** may also comprise a simple text or voice query. Use of voice recognition may be particularly useful in mobile environments, and to speed access to the database **12**. Use of voice recognition may include simple commands, such as UP, DOWN, and

SELECT, to select search terms from a pre-formatted list that is presented to the user at the terminal **14**. More sophisticated use of voice recognition may include actually speaking letters or numbers, or full search terms, such as speaking a key word for a key word search, for example.

The protocol analyzer **133** provides an output **135** to the constraint collator **136**, and the constraint collator **136** determines the nature of the request, block **254**. If the request **114** is a refresh request (i.e., a command to initiate the refresh function), the constraint collator **136** sends a reset command **131** to the database qualifier **160**. The updated request **115** (possibly with a new constraint) is then sent to the query analyzer **150** for further processing, including analyzing the database **12**, retrieving field descriptors, and formatting, block **256**. The result of the data field descriptor retrieval and formatting are shown as an available data fields result list, block **258**, and is returned to the terminal **14**, block **260**.

In block **254**, if the request **114** is not a refresh request, the constraint collator **136** provides the updated request **115** (which may be an initial request, or a subsequent request) to the query generator **150**, block **264**. The constraint collator **136** compares the request **114** against information stored in the status control **140**. In particular, the constraint collator **136** sends the request status control signal **118** to the status control **140** and receives the request status response **119**. The constraint collator **136** then compares the request status response **119** to constraint information provided with the request **114** to determine if the constraint status should be updated (e.g., because the request **114** includes a new constraint). If the constraint status should be updated, the constraint collator **136** calls create new constraint subroutine **270**, and creates new constraints.

The create new constraints subroutine **270** is shown as a flowchart in FIG. **17**. The subroutine starts at **272**. In block **274**, the constraint collator **136** determines if the request is for a sort-on-the-fly operation. If sort-on-the-fly has been selected, field assessor **162** prepares a new set of data fields, block **280**. The new set of data fields are then sent to the query generator **150**, block **284**, and the subroutine **270** ends, block **286**.

In block **274**, if sort-on-the-fly was not selected, the request analyzer **130** may receive a key word constraint, block **276**. The query generator **150** will then generate an input window in which the user may enter a desired key word, block **282**. Alternatively, the query generator **150** may prompt the user to enter a key word using voice recognition techniques, or any other way of entering data. The process then moves to block **284**. In block **276**, if a key word search option was not selected, the constraint collator **136** enters the new constraint to the existing list of constraints, block **278**. The process then moves to block **284**.

Returning to FIG. **16**, the constraint collator **136** next updates the status control **140**, block **290**. In block **292**, using the updated constraints, the query generator **150** generates a next query of the database **12**, block **292**. The database driver **170** then extracts the result list from the database **12**, according to the latest query, block **294**. In block **296**, the truncator **152** determines if the result list may be displayed at the terminal **14**. If the result list cannot be displayed, the process moves to block **298**, and a truncation routine is executed. The process then returns to block **294**. If the result list in block **296** is small enough, the result list is provided by the dispatcher **154** to the terminal **14**, block **258**.

As noted above, the request analyzer **130** determines the nature of the request, including any special commands. A special command may include a command to conduct a search-on-the-fly. Alternatively, the search engine **125** may adopt a search-on-the-fly mechanism as a default value. The search engine **125** also may incorporate other special search commands, such as a Boolean search, for example.

FIGS. **18–20** are flowcharts illustrating alternate truncation subroutines **298**. In FIG. **18**, the subroutine **298** adjusts a size of a data field by decrementing a parameter TP related to entries in a selected data field. For example, if the data field comprises a list of U.S. cities by name, the parameter TP may be the number of alphabetical characters in a name. The results of such a truncation is shown in the example of FIG. **4**. The subroutine **298** starts at block **301**. In block **303**, the parameter TP is set to equal a size of the data field being searched. The truncator **152** then determines the list of records sized by the parameter TP, block **305**. In block **307**, the truncator **152** determines if the result list can be displayed at the terminal **14**. If the result list cannot be displayed at the terminal **14**, the truncator **152** decrements the parameter TP, block **309**. Processing then returns to block **305**, and the truncator **152** gets a reduced result list using the truncated parameter TP. If the result list can be displayed at the terminal **14**, the process moves to block **311** and the subroutine **298** ends.

FIG. **19** is a flowchart illustrating an alternate truncation routine **298**. The process starts in block **313**. In block **315**, the truncator **152** sets the parameter TP to a size of the data field being searched. In block **317**, the truncator **152** determines the list of records sized by the parameter TP. In block **319**, the truncator **152** determines if the result list can be displayed at the terminal **14**. If the result list cannot be displayed, the truncator **152** adjusts the size of the data field by dividing the parameter TP by a set amount, for example, by dividing the parameter TP by two, block **321**. Processing then returns to block **317**, and repeats. If the result list can be displayed at the terminal **14**, the process moves to block **323** and the subroutine ends.

FIG. **20** shows yet another alternative truncation subroutine **298**. The process starts in block **325**. In block **327**, the truncator **152** sets the parameterTP to equal the size of the data field being searched. In block **329**, the truncator **152** determines the list of records sized by the parameter TP. The truncator **152** then determines if the result list can be displayed at the terminal **14**, block **331**. If the result list cannot be displayed at the terminal **14**, the truncator **152** determines if the parameterTP is less then ten, block **333**. If the parameterTP is not less than ten, the truncator **152** adjusts the parameter TP by multiplying the parameter TP by a number less than one, block **337**. In an embodiment, the number may be ¾. The process then returns to block **329** and repeats. In block **333**, if the value of the parameterTP is less than ten, the truncator **152** decrements the parameter TP by one, block **335**. Processing then returns to block **329** and repeats. In block **331**, if the list can be displayed at the terminal **14**, the process moves to block **339** and the subroutine **298** ends.

The examples illustrated in FIGS. **18–20** are but a few examples of the truncations subroutine. One of ordinary skill in the art could conceive of other methods to adjust the field size. In addition to using a truncation subroutine, the user may specify a limit for the field size.

As noted above, the search engine **125** may be used for multiple searches and may be used to search multiple databases, including databases with different schemas. The results of individual searches, including the control data provided in the status control **140**, are saved. The search engine **125** may then be used to further sort (search), or

otherwise operate on, the results of these multiple searches. In an embodiment, the search engine **125** may perform a Boolean AND operation on two search results. The result of the Boolean AND operation would be a list of records, or entries, that are common to the two search results. FIG. **21** illustrates such a Boolean AND operation.

In FIG. **21**, a GUI **400** displays local database selections **410**, including a database of recordings (compact discs—CDs) **412** and a database of contacts **414**. The databases **412** and **414** may be shown by text descriptions and an appropriate icon, for example. The database selections in this example are resident on a user's terminal, such as the terminal **14** shown in FIG. **1**. Also displayed on the GUI **400** is a remote database selection **420** that represents databases, such as the databases **13** and **15** shown in FIG. **1**, that are located remotely from the terminal **14**. In the example shown in FIG. **21**, the remote database selection **420** includes a database **422** for online record sales, which is represented by an icon (a CD) and a text title of the online retailer. The remote databases shown in the remote database selection **420** may include those databases for which the user has already established a link. In the example shown, the user may already have entered an Internet address for the online retailer. In addition to any returned web pages from the online retailer, the terminal **14** may then display a representation of the database **422**.

Continuing with the example, the user may use the search engine **125** to conduct a search-on-the-fly of the recordings database **412** and the virgin records database **422**. The user may search both databases **412** and **422** for titles of recordings that are classified as "blues." The search engine **125** may return search results **416** and **424** for searches of both databases **412** and **422**, respectively. The search results **416** and **424** may be displayed in a window section **430** of the GUI 400. The results **416** and **424** may also be represented by CD icons, such as the icons **432** and **434**. The search results **416** and **424** may be stored as lists in one or more temporary databases, as represented by the windows **417** and **427**. The search results **416** and **424** may also be stored in a scratch pad database **418**. At this point, the user may wish to determine which recordings from the list **424** are contained in the list **416**. The search engine may support this function by performing a Boolean AND operation of the lists **416** and **424**. The results of the Boolean AND operation are represented by the icon **436** displayed in the window **430**. To execute the Boolean AND operation, the user may simply drag the icon **432** over the icon **434**, and then select AND from a pop-up menu **438** that appears when the icons **432** and **434** intersect. Other techniques to execute the Boolean AND (or another Boolean function) may include typing in a command in a window, using voice recognition techniques, and other methods. In addition, other Boolean functions may be used.

The result represented by the icon **436** of the Boolean AND operation may then be stored in a database at the terminal **14**, such as in the scratch pad database **418** or may be stored at another location. The result may then be subjected to further search-on-the-fly operations.

Also shown in FIG. **21** is an online-purchase module **435** that may be used to consummate purchase of a product referenced in an online database such as the database **422**. To initiate such a purchase, the user may drag an iconic or text representation of a desired product listed in the search result **424** over an icon **436** in the online-purchase module **435**. This drag-and-drop overlaying these icon may initiate and complete the online purchase for the desired product.

Use of the search engine **125** may be facilitated by one or more GUIs that are displayed on the terminal **14**. FIGS.



**22–26** are examples of such GUIs. In FIG. **22**, a GUI **450** includes a display section **452** and one or more database sections such as local database section **470** and remote database section **460**. The local database section **470** includes databases local to the terminal **14**. In the example shown, the local databases include a patients database **472**, a general contacts database **474**, a pharmacy database **476**, a medicines database **478** and a scratch pad database **480**. The remote databases include an Amazon.com database **462**, an online record retailer database **464**, a Physician's Desk Reference database **466** and an American Medical Association (AMA) online database **468**. The remote and local databases may be represented by a text title and an icon, both contained in a small window as shown. A user may access one of the remote or local databases by moving a cursor over the desired window and then selecting the database. In the example shown, the local medicines database **478** has been selected, and a list **490** of data fields in the medicines database **478** is displayed in the display section **452**. Also included on the display section **452** is a keyword button **492** that may be used to initiate a key word search of the medicines database **478**.

FIG. **23** shows the GUI **450** with a user selection of a category data field from the list **490**. The category data field is indicated as selected by an arrow adjacent to the data field name. When the category data field is selected, a category list **494** is displayed on display section **452**. The category list **494** includes four entries, as shown.

The user may continue to search the medicines database **478** using key word techniques and search-on-the-fly techniques. FIG. **24** shows the GUI **450** with results of several search cycles displayed.

FIG. **25** illustrates a search of the PDR database **466**. Such a search may be initiated by dragging a cursor to the window having the PDR **466** symbol (text or icon), and then operating a "select" button. FIG. **26** shows a search of the Amazon database **462**. This search may also be initiated by a "drag-and-drop" operation.

In specific embodiments, the search engine **125** is implemented as a program executed on a general purpose computer, such as a personal computer. The search engine may also be implemented as a routine attached to a database structure. In addition, the search engine may be implemented on any processor capable of executing the routines of the program. In alternative embodiments, the search engine **125** may be implemented as a single special purpose integrated circuit (e.g., ASIC) having a main or central processor section for overall, system level control, and separate circuits dedicated to performing various different specific functions, computations and other processes under control of the central processor section. Those of ordinary skill in the art will appreciate that the search engine **125** may also be implemented using a plurality of separated dedicated or programmable integrated circuits, or other electronic circuits or devices (e.g., hardwired electronic or logic circuits such as discrete elements circuits, or programmable logic devices, such as PLDs, PLAs, or PALs). In general, any device or assembly of devices on which a finite state machine capable of implementing flowcharts similar to the flowcharts of FIGS. **16–20** can be used to implement the search engine **125**.

The terms and descriptions used herein are set forth by way of illustration only and are not meant as limitations. Those skilled in the art will recognize that many variations are possible within the spirit and scope of the invention as defined in the following claims, and there equivalents, in which all terms are to be understood in their broadest possible sense unless otherwise indicated.

What is claimed is:

1. A method implemented on a computer for searching databases, comprising:

determining a database schema for a database, wherein the database includes database fields;

providing a list of the database fields, wherein the list includes a descriptor indicating a data category;

receiving a search selection for a database field on the provided list of the database fields;

determining a quantity of entries in the selected database field;

if the quantity exceed a specified amount, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field; and

if the quantity does not exceed the specified amount, displaying contents of the database field.

2. The method of claim **1**, further comprising providing a key word search.

3. A method implemented on a computer for searching a database, comprising:

generating a list of data fields;

receiving a first data field selection from the list of data fields;

determining a first quantity indicative of a number of entries of the selected data field;

if the first quantity exceeds a specified limit, reducing a size of data to be displayed from the selected data field wherein the reducing reduces characters in one or more entries in the selected data field and the size-reduced date represents each of the entries in the selected field; and

displaying data from the selected data field.

4. The method of claim **3**, wherein the specified limit is fixed.

5. The method of claim **3**, wherein the specified limit is variable.

6. The method of claim **3**, wherein the data are displayed on a terminal, and wherein the specified limit is determined dynamically, based on a characteristic of the terminal.

7. The method of claim **3**, wherein the specified limit is a user-determined limit.

8. The method of claim **3**, wherein the method for reducing the size of the data to be displayed from the selected data field comprises:

performing a truncation that reduces the size of the data to be displayed from the selected data field;

comparing the reduced size of the specified limit; and

if the reduced size exceeds the specified limit, repeating the truncation and comparing steps until the size of the data to be displayed from the selected field is less than or equal to the specified limit.

9. The method of claim **8**, wherein a parameter is related to the size of the data to be displayed from the selected data field, and wherein the truncation comprises decrementing the parameter.

10. The method of claim **9**, wherein the parameter is decremented by a value of one.

11. The method of claim **8**, wherein a parameter is related to the size of the data to be displayed from the selected data field, and wherein the truncation comprises dividing the parameter by a value.

12. The method of claim **11**, wherein the value is two.

13. The method of claim **8**, wherein a parameter is related to the size of the data to be displayed from the selected data field, and wherein the truncation comprises multiplying the parameter by a value.

14. The method of claim **13**, wherein the value is ¾.

15. The method of claim **3**, further comprising:

receiving a first constraint, wherein the first constrain is related to a data element in a data field; and

receiving one or more subsequent constraints, wherein search results are generated based on a combination of the first and the one or more subsequent constraints.

16. The method claim **3**, wherein each display of data comprises a search cycle, and further comprising receiving a refresh command, the refresh command resetting all search cycles.

17. The method claim **3**, further comprising displaying the list of data fields and a representation of the selected data field, wherein the representation of the selected data field comprises one or more elements from the selected data field.

18. The method of claim **3**, wherein the method comprises executing a plurality of search cycles, each search cycle of the plurality of search cycles providing a search result list comprising selected data elements from the data base.

19. The method of claim **18**, further comprising resetting one or more search cycles of the plurality of search cycles.

20. The method of claim **3** further comprising:

determining a schema of the database;

comparing the determined schema to a capability of a terminal for displaying the data; and

formatting a search request from the terminal to correspond to the determined schema.

21. The method of claim **3**, wherein the method for searching the database comprises searching a first database and a second database, and further comprising:

receiving a first search result from the search of the first database;

receiving a second search result from the search of the second database; and

combining the first and the second search results.

22. The method of claim **21**, wherein the combining step comprises a Boolean AND operation.

23. The method of claim **21**, wherein the combining step comprises a Boolean OR operation.

24. The method of claim **21**, wherein the combining step comprises a Boolean NOR operation.

25. The method of claim **21**, wherein the first search result is represented by a first icon and the second search result is represented by a second icon, and wherein the combining step comprises overlaying the first and the second icons.

26. The method of claim **3**, wherein the displayed data includes one or more data records, each of the one or more data records represented by one or more of text title and an icon, and further comprising overlaying a text title or an icon on a symbol representing an online purchase, wherein the step of overlaying initiates an online purchase of an item represented by the text title or icon.

27. The method of claim **3**, further comprising displaying the data on a terminal, the terminal including one of a handheld device, a cellular phone, a geosynchronous positioning satellite (GPS) device, a wrist-worn device, an interactive phone device, a household appliance, a television, a television set top box, a handheld computer, a main frame computer and a personal computer.

28. The method of claim **3**, wherein the database is coupled to an Internet website, the method further comprising accessing the Internet website.

29. The method of claim **3**, wherein the database is coupled to a node in a telecommunications network, the

method further comprising accessing the node in the telecommunications network.

**30**. The method of claim **3**, wherein the database is coupled to a terminal for displaying the data.

**31**. A search engine program, executable on a digital logic device, for searching one or more databases using one or more search cycles, comprising:

a request analyzer that receives a search request;

a status control coupled to the request analyzer, the status control including information related to the one or more search cycles;

a database qualifier coupled to the status control that accesses the one or more databases and obtains data field information;

a query generator coupled to the request analyzer that formats the received search request; and

a database driver coupled to the query generator and the database qualifier that returns data from the one or more databases, wherein the request analyzer comprises a truncator, the truncator determining a size of a data field, comparing the size to a specified limit, and reformatting the formatted search request, wherein the reformatted search request causes the database driver to return data with characters reduced in one or more entries and the returned data represents each entry in the data field.



**32**. The program of claim **31**, wherein the truncator repeats the truncation until the size of the data field is less than or equal to the specified limit.

**33**. The program of claim **31**, wherein the specified limit is fixed.

**34**. The program of claim **31**, wherein the specified limit is variable.

**35**. The program of claim **31**, wherein the data are displayed on a terminal, and wherein the specified limit is determined dynamically, based on a characteristic of the terminal.

**36**. The program of claim **31**, wherein the program is encoded into the digital logic device.

**37**. The program of claim **31**, wherein the program is incorporated into a database coupled to the digital logic device.

**38**. The program of claim **31**, wherein the digital logic device is a general purpose computer, and wherein the program is a software routine that executes on the general purpose computer.

**39**. The program of claim **31**, wherein the request analyzer comprises a constraint collator, wherein the constraint collator receives a first constraint, wherein the first constraint is related to a data element in a data field, and receives one or more subsequent constraints, wherein search results are generated based on a combination of the first and the one or more subsequent constraints.

* * * * *

# EXHIBIT B

## U.S. Patent No. 6,760,720 V. Oracle Cloud Infrastructure and Oracle Database

**’720 Patent Claim 1**

| CLAIM | ORACLE PRODUCTS |
|---|---|
| A method implemented on a computer for searching databases, comprising: | *Oracle operates a System of Oracle server farms throughout the United States. Each Oracle server farm includes multiple Oracle servers, and each Oracle server executes Oracle software (programs and applications) for the benefit of Oracle’s customers. The image below is a map showing locations of Oracle’s North American server farms as of 2019. As can be seen in the map, in 2019, Oracle operated three such server farms, one each in Phoenix, Chicago, and Ashburn, VA.* |

| | |
|---|---|
| |   <br>*Source:* https://www.youtube.com/watch?v=I_tlYGYwLmw. <br><br>*Oracle refers to this System of server farms as Oracle Cloud Infrastructure (OCI). OCI provides Oracle customers with different options, one of which is "Software as a Service," or "SaaS." The table below lists the functions and operations that Oracle servers provide and execute for the benefit of Oracle customers that choose, for example, the SaaS option.* |




*Source*: https://www.youtube.com/watch?v=I_tlYGYwLmw.

*Thus, in at least its SaaS offering, Oracle is the entity that actually executes the software. The software is hosted on Oracle's Cloud Infrastructure (OCI), and Oracle manages and controls all computing processes, security processes, data storage, and program updates. An end-user (Oracle OCI customer) accesses Oracle's software through a web browser or API. The Oracle OCI customer does not have to install or manage the*

| | |
|---|---|
| | *software on the customer's local devices. This offloads the technical complexities of running the software from the customer to Oracle. The Oracle OCI customer, at least in a SaaS environment, has only to access OCI and provide data to OCI. Oracle Cloud Infrastructure then provides all the hardware and software to meet the customers computing demands.*<br><br>*Thus, it is Oracle, and Oracle alone, that performs the method that infringes claim 1 of the '720 Patent.*<br><br>*Oracle lists the SaaS services of its "Oracle Cloud ecosystem":*<br><br><br><br><br>*Source: https://www.youtube.com/watch?v=I_tlYGYwLmw (time mark 4:49).* |

*As can be seen in the above video frame, the Oracle-provided services include Compute, Storage, Analytics and BI (Business Intelligence), and Oracle Databases, to name just a few of the Oracle products directly executed by Oracle on Oracle's own servers.*

*The Oracle Database product continues to evolve; however, the Oracle Database product includes some form of a database management system that provides data search and data management functions:*

Database Management System (DBMS)

A **database management system (DBMS)** is software that controls the storage, organization, and retrieval of data.

*Source*: https://docs.oracle.com/en/database/oracle/oracle-database/19/cncpt/introduction-to-oracle-database.html#GUID-2E8CBB2E-89D9-40C5-8AB0-75EEF20647ED.

Relational Database Management System (RDBMS)

The relational model is the basis for a **relational database management system (RDBMS)**. An RDBMS moves data into a database, stores the data, and retrieves it so that applications can manipulate it.

Oracle Database is an RDBMS. An RDBMS that implements object-oriented features such as user-defined types, inheritance, and polymorphism is called an **object-relational database management system (ORDBMS)**. Oracle Database has extended the relational model to an object-relational model, making it possible to store complex business models in a relational database.

*Source*: https://docs.oracle.com/en/database/oracle/oracle-database/19/cncpt/introduction-to-oracle-database.html#GUID-2E8CBB2E-89D9-40C5-8AB0-75EEF20647ED.

| | |
|---|---|
| | *Thus, Oracle directly executes Oracle products, including Oracle Database, and* ***this claim chart shows that Oracle itself, through its own operation of OCI and associated Products, including but not limited to Oracle Database, performs all the method steps necessary to directly infringe method claim 1 of the '720 Patent.*** |

| | |
|---|---|
| determining a database schema for a database, wherein the database includes database fields; | *Oracle Database* ***determines a database schema*** *for a database, and the database includes* ***database fields***.<br><br>*For example, Oracle Database organizes objects according to a schema, with rows of records composed of columns that represent the fields of the records:*<br><br>1.2 About Oracle Database<br>Oracle Database groups related information into logical structures called **schemas**. The logical structures contain **schema objects**.<br>When you connect to the database by providing your user name and password, you specify the schema and indicate that you are its owner. In Oracle Database, the user name and the name of the schema to which the user connects are the same.<br>1.2.1 About Schema Objects<br>Every object in an Oracle Database belongs to only one schema, and has a unique name with that schema.<br>Some of the objects that schemas can contain are:<br>• **Tables**<br>Tables are the basic units of data storage in Oracle Database. Tables hold all user-accessible data. Each table contains **rows** that represent individual data **records**. Rows are composed of **columns** that represent the **fields** of the records.<br>• **Indexes**<br>Indexes are optional objects that can improve the performance of data retrieval from tables. Indexes are created on one or more columns of a table, and are automatically maintained in the database.<br><br>*Source*: https://docs.oracle.com/en/database/oracle/oracle-database/21/tdddg/two-day-developer-intro.html#GUID-D6CEA186-A6ED-4E4B-A479-76E0CAFCA0BA |

*Because Oracle Database organizes objects according to a schema, and Oracle Database uses declarative language (DDL) commands to instruct to create (determine) the object, Oracle Database* ***determines a database schema for a database, where the database includes database fields***:

## Introduction to DML and DDL commands in Oracle

OCTOBER 13, 2018 BY HASH (UPDATED: OCTOBER 13, 2018) LEAVE A COMMENT

**DML commands in Oracle** and **DDL commands in Oracle** deals with the **data** and **database objects** respectively. Meaning, DML commands tells the database to insert, delete, update data whereas the DDL commands instruct Oracle to create, update, delete the objects containing the data in it.

*Source*: https://oracletutorial.net/dml-ddl-commands-in-oracle.html.

| | |
|---|---|
| providing a list of the database fields, wherein the list includes a descriptor indicating a data category; | *Oracle Database executed by Oracle on Oracle Servers **provides a list of database fields** (DDL commands instruct Oracle Database to create objects including a list of the database fields), wherein the list includes a descriptor indicating a data category.*<br><br>*For example, Oracle Database uses **columns in a table to represent fields**.*<br><br>1.2 About Oracle Database<br><br>Oracle Database groups related information into logical structures called **schemas**. The logical structures contain **schema objects**.<br><br>When you connect to the database by providing your user name and password, you specify the schema and indicate that you are its owner. In Oracle Database, the user name and the name of the schema to which the user connects are the same.<br><br>1.2.1 About Schema Objects<br><br>Every object in an Oracle Database belongs to only one schema, and has a unique name with that schema.<br><br>Some of the objects that schemas can contain are:<br><br>• **Tables**<br>Tables are the basic units of data storage in Oracle Database. Tables hold all user-accessible data. Each table contains **rows** that represent individual data **records**. Rows are composed of **columns** that represent the **fields** of the records.<br><br>• **Indexes**<br>Indexes are optional objects that can improve the performance of data retrieval from tables. Indexes are created on one or more columns of a table, and are automatically maintained in the database.<br><br>Source: https://docs.oracle.com/en/database/oracle/oracle-database/21/tdddg/two-day-developer-intro.html#GUID-D6CEA186-A6ED-4E4B-A479-76E0CAFCA0BA. |

*For example, Table columns (a list of the database fields) are used to hold data,* ***the list includes a descriptor (data type attribute) indicating a data category****:*

## 8.4.1.2 About Table Column Attributes

You define table columns to hold your data. When you create a column, you specify the following attributes:

- Data Type
- NOT NULL Column Constraint
- Default Value
- Encryption

### 8.4.1.2.1 Data Type

The data type attribute defines the kind of data to be stored in the column. When you create a table, you must specify a data type for each of its columns.

Data types define the domain of values that each column can contain. For example, `DATE` columns cannot accept the value `February 29` (except for a leap year) or the values `2` or `SHOE`. Each value subsequently inserted in a column assumes the column data type. For example, if you insert `17-JAN-2004` into a date column, then Oracle Database treats that character string as a date value after verifying that it converts to a valid date.

Table 8-1 lists some common Oracle Database built-in data types.

***Table 8-1 Common Data Types***

| Data Type | Description |
| --- | --- |
| `VARCHAR2(size [BYTE\|CHAR])` | Variable-length character string having a maximum length of `size` bytes or characters. A column to hold postal codes for different countries, for example, might be restricted to 12 bytes by defining it as `VARCHAR2(12)`.<br><br>You can use the `CHAR` qualifier, for example `VARCHAR2(10 CHAR)`, to indicate the maximum length in characters, without regard for the number of bytes required. This is especially useful for languages that use characters with double-byte and triple-byte lengths. The `BYTE` and `CHAR` qualifiers override the setting of the `NLS_LENGTH_SEMANTICS` parameter, which has a default of bytes. The maximum size is 4000 bytes or characters. The minimum is 1 byte or 1 character. You must specify `size` for VARCHAR2 |

| | |
|---|---|
| | *Source*: https://docs.oracle.com/database/121/ADMQS/GUID-7EDE63C6-5317-46A2-A9A3-6C019702B50D.htm. |
| receiving a search selection for a database field on the provided list of the database fields; | *Oracle Database executed by Oracle on Oracle Servers* ***receives a search selection*** *for a database field* ***on the provided list of the database fields****.*<br><br>*For example, Oracle Database* ***receives search selections (*****a query*****) for a database field*** (SELECT select_list from source_list), *on the provided list of the database fields (The* select_list *specifies the columns from which the data are to be selected)*:<br><br>**About Queries**<br>A **query**, or SQL `SELECT` statement, selects data from one or more tables or views.<br>The simplest form of query has this syntax:<br>`SELECT` *`select_list`* `FROM` *`source_list`*<br>The *`select_list`* specifies the columns from which the data is to be selected, and the *`source_list`* specifies the tables or views that have these columns.<br>A query nested within another SQL statement is called a **subquery**.<br>In the SQL*Plus environment, you can enter a query after the `SQL>` prompt.<br>In the SQL Developer environment, you can enter a query in the SQL Worksheet. For instructions, see "Running Queries in SQL Developer".<br><br>*Source*: https://docs.oracle.com/cd/E18283_01/appdev.112/e10766/tdddg_selecting.htm |

| | |
|---|---|
| | **Tutorial: Selecting Specific Columns of a Table**<br><br>This tutorial shows how to select only the columns `FIRST_NAME`, `LAST_NAME`, and `DEPARTMENT_ID` of the `EMPLOYEES` table.<br><br>**To select only FIRST_NAME, LAST_NAME, and DEPARTMENT_ID:**<br><br>1. Click the icon **SQL Worksheet**.<br>The SQL Worksheet pane appears.<br>2. In the field under "Enter SQL Statement:", enter this query:<br>`SELECT FIRST_NAME, LAST_NAME, DEPARTMENT_ID`<br>`FROM EMPLOYEES;`<br>3. Click the icon **Execute Statement**.<br>The query runs.<br>4. Click the tab **Results**.<br>The Results pane appears, showing the results of the query, which are similar to:<br>`FIRST_NAME           LAST_NAME                 DEPARTMENT_ID`<br>`-------------------- ------------------------- -------------`<br>`Donald               OConnell                             50`<br>`Douglas              Grant                                50`<br>`Jennifer             Whalen                               10`<br>`Michael              Hartstein                            20`<br>`Pat                  Fay                                  20`<br>`Susan                Mavris                               40`<br>`Hermann              Baer                                 70`<br>`Shelley              Higgins                             110`<br>`William              Gietz                               110`<br>`Steven               King                                 90`<br>`Neena                Kochhar                              90`<br><br>*Source*: https://docs.oracle.com/cd/E18283_01/appdev.112/e10766/tdddg_selecting.htm. |

<table>
<tr>
<td>determining a quantity of entries in the selected database field;</td>
<td>

*Oracle Database executed by Oracle on Oracle Servers,* ***determines a quantity of entries in the selected database field****.*

*For example, Oracle Database executes a* SUM() *function that returns the sum of all or distinct values in a set of values*:

SUM

**Syntax**




Description of the illustration sum.gif

**See Also:**

"Analytic Functions" for information on syntax, semantics, and restrictions

**Purpose**

`SUM` returns the sum of values of *`expr`*. You can use it as an aggregate or analytic function.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. returns the same datatype as the numeric datatype of the argument.

*Source*: https://docs.oracle.com/cd/B19306_01/server.102/b14200/functions163.htm.

</td>
</tr>
</table>

| | |
|---|---|
| | *The* SUM() *function is used to determine a quantity of entries in the selected database field (the* SUM() *function is used in a "select" query).*<br><br>**Sum Function**<br>The sum function is used in your "select" query. You must specify a column you want to add up in the sum function. The following code adds up all customer orders and displays the result:<br>select sum(order_total) as Total from orders where customerid=22<br>The results from the above query show the total amount for customer ID 22.<br><br>*Source*: https://smallbusiness.chron.com/multiplying-using-sum-oracle-37223.html.<br><br>*A* COUNT(*) *function is used to determine a quantity of entries (i.e.,* the number of rows in the Flights Table*) in the selected database field:*<br><br>**COUNT(*) function**<br>COUNT(*) is an aggregate function that counts the number of rows accessed. No NULLs or duplicates are eliminated. COUNT(*) does not operate on an expression.<br>**Syntax**<br>`COUNT(*)`<br>The resulting data type is INTEGER.<br>**Example**<br>`-- Count the number of rows in the Flights table`<br>`SELECT COUNT(*)`<br>`FROM Flights`<br>**Parent topic:** Built-in functions |

| | |
|---|---|
| | *Source*: https://docs.oracle.com/javadb/10.8.3.0/ref/rrefsqlj66113.html#:~:text=COUNT(*)%20is%20an%20aggregate,not%20operate%20on%20an%20expression. |
| if the quantity exceed a specified amount, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field; and | *Oracle Database executed by Oracle on Oracle Servers determines* ***if the quantity exceed a specified amount****, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field;* <br> *For example, Oracle Database invokes a* COUNT *function to* ***determine if the quantity exceed a specified amount; the COUNT function includes an "*over*" feature and an "*analytic_clause*" to determine if the specified amount is exceeded****:* |

# COUNT

## Syntax




Description of the illustration count.eps

**See Also:**

Analytic Functions for information on syntax, semantics, and restrictions

## Purpose

`COUNT` returns the number of rows returned by the query. You can use it as an aggregate or analytic function.

*For example, Oracle Database* ***displays the [] data from selected database field (query result)*****:**

| | |
|---|---|
| | **4**<br>**Formatting Query Results**<br>This chapter explains how to format your query results to produce a finished report. This chapter covers the following topics:<br>• Formatting Columns<br>• Clarifying Your Report with Spacing and Summary Lines<br>• Defining Page and Report Titles and Dimensions<br>• Storing and Printing Query Results<br>• Creating Web Reports<br>Read this chapter while sitting at your computer and try out the examples shown. Before beginning, make sure you have access to the sample tables<br>**Formatting Columns**<br>Through the SQL*Plus COLUMN command, you can change the column headings and reformat the column data in your query results.<br>**Changing Column Headings**<br>When displaying column headings, you can either use the default heading or you can change it using the COLUMN command. The sections below<br>**Default Headings**<br>SQL*Plus uses column or expression names as default column headings when displaying query results. Column names are often short and cryptic,<br>*Source*: https://docs.oracle.com/cd/A87860_01/doc/server.817/a82950/ch4.htm. |

*As another example, Oracle Database uses a Database PL/SQL Package "DBMS_OUTPUT" to* ***display the selected database field***:

## Using DBMS_OUTPUT

This section contains topics which relate to using the `DBMS_OUTPUT` package.

- Overview
- Security Model
- Operational Notes
- Exceptions
- Rules and Limits
- Examples

### Overview

The package is typically used for debugging, or for displaying messages and reports to SQL*DBA or SQL*Plus (such as are produced by applying the SQL command `DESCRIBE` to procedures).

The PUT Procedure and PUT_LINE Procedure in this package enable you to place information in a buffer that can be read by another trigger, procedure, or package. In a separate PL/SQL procedure or anonymous block, you can display the buffered information by calling the GET_LINE Procedure and GET_LINES Procedure.

If the package is disabled, all calls to subprograms are ignored. In this way, you can design your application so that subprograms are available only when a client is able to process the information.

*Source*: https://docs.oracle.com/database/121/ARPLS/d_output.htm#ARPLS67300.

*Oracle Database* ***truncates data*** *[if the determined quantity exceeds a limit:*

*For example, Oracle Database uses a DISTINCT clause to filter duplicate rows (i.e.****, truncate data)*** *in the result set.*

# Oracle SELECT DISTINCT

**Summary**: in this tutorial, you will learn how to use the Oracle `SELECT DISTINCT` statement to query distinct data from tables.

## Introduction to Oracle SELECT DISTINCT statement

The `DISTINCT` clause is used in a `SELECT` statement to filter duplicate rows in the result set. It ensures that rows returned are unique for the column or columns specified in the `SELECT` clause.

The following illustrates the syntax of the `SELECT DISTINCT` statement:

```
SELECT DISTINCT column_1
FROM table;
```

In this statement, the values in the `column_1` of the `table` are compared to determine the duplicates.

*Source*: https://www.oracletutorial.com/oracle-basics/oracle-select-distinct/.

| | |
|---|---|
| | ***Dynamic Truncation***: *Oracle also supports the ability to truncate or manipulate the data displayed, such as showing only the first letter of city names when the result set is too large. Oracle implements this truncation process using string functions SUBSTR to extract and truncate data*:<br><br>"SUBSTR<br><br>**Syntax**<br><br>***substr*::=**<br><br><br><br><br>Description of the illustration substr.eps<br><br>**Purpose** |

| | |
|---|---|
| | The SUBSTR functions return a portion of *char*, beginning at character *position*, *substring_length* characters long. SUBSTR calculates lengths using characters as defined by the input character set. SUBSTRB uses bytes instead of characters. SUBSTRC uses Unicode complete characters. SUBSTR2 uses UCS2 code points. SUBSTR4 uses UCS4 code points.<br><br>• If *position* is 0, then it is treated as 1.<br><br>• If *position* is positive, then Oracle Database counts from the beginning of *char* to find the first character.<br><br>• If *position* is negative, then Oracle counts backward from the end of *char*.<br><br>• If *substring_length* is omitted, then Oracle returns all characters to the end of *char*. If *substring_length* is less than 1, then Oracle returns null.<br><br>*char* can be any of the data types CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The exceptions are SUBSTRC, SUBSTR2, and SUBSTR4, which do not allow *char* to be a CLOB or NCLOB. Both *position* and *substring_length* must be of data type NUMBER, or any data type that can be implicitly converted to NUMBER, and must resolve to an integer. The return value is the same data type as *char*, except that for a CHAR argument a VARCHAR2 value is returned, and for an NCHAR argument an NVARCHAR2 value is returned. Floating-point numbers passed as arguments to SUBSTR are automatically converted to integers."<br><br>*Source*: https://docs.oracle.com/en/database/oracle/oracle-database/19/sqlrf/SUBSTR.html. |

| | |
|---|---|
| | ***Oracle Database executes a truncation function in which the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field:***<br><br>***For example, the* SUBSTR *function includes four distinct sub-functions that "reduce characters" (e.g., "return a portion of* char*") for every entry (the displayed data) "in the input character set"*:**<br><br>The SUBSTR functions return a portion of *char*, beginning at character *position*, *substring_length* characters long. SUBSTR calculates lengths using characters as defined by the input character set. SUBSTRB uses bytes instead of characters. SUBSTRC uses Unicode complete characters. SUBSTR2 uses UCS2 code points. SUBSTR4 uses UCS4 code points.<br><br>*Source*: https://docs.oracle.com/en/database/oracle/oracle-database/19/sqlrf/SUBSTR.html.<br><br>*Based on the above described Oracle Database functions, including Oracle SUBSTR (description* ***quoted*** *above), Oracle Database* ***determines if the quantity exceed a specified amount, truncating data****, and* ***displaying the truncated data*** *wherein the* ***truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field****.* |

| | |
|---|---|
| | *To implement such functionality in Oracle Database, where the results of a search are dynamically truncated based on the number of entries in a specific data field (like city), the process involves the following key steps:*<br>1. **Initial Search**: If the number of records is small, display the full results (complete city names).<br>2. **Dynamic Truncation**: If the number of records is large (too numerous to display), dynamically truncate the result set, such as showing only the first letter of the city names.<br>3. **Refined Search**: Allow the user to filter or refine the search further, such as narrowing down to cities that start with a specific letter (e.g., "N").<br>**Example Workflow Executed by Oracle Database**<br>**Initial Search in the city Field**<br>Selects a city field to search, and if the number of matching cities is small, Oracle Database displays the complete city names.<br>**Handling Large Results – Truncate to Display Only the First Letter**<br>If there are too many cities to display on a single screen, dynamically truncating the results to show just the **first letter** of each city name, with the option to further refine the search.<br>**Query: Truncate City Names to First Letter When Entries Are Too Numerous, the code is:** |

<table>
<tr>
<td></td>
<td>ELECT DISTINCT SUBSTR(city, 1, 1) AS city_initial<br><br>FROM (select data field)<br><br>ORDER BY city_initial;<br><br>The query returns a list of the first letters of cities in the database (i.e., “A,” “B,” “C,” etc.), which is useful when the number of entries is too large to display all cities at once.<br><br>Allow the User to Refine the Search Based on the First Letter<br><br>Once the list of city initials is shown, the user can select a specific initial (for example, “N”) to further refine the search and display only cities that start with the letter “N.”<br><br>Source: https://docs.oracle.com/en/database/oracle/oracle-database/19/arpls/DBMS_OUTPUT.html#GUID-C1400094-18D5-4F36-A2C9-D28B0E12FD8C.</td>
</tr>
<tr>
<td>if the quantity does not exceed the specified amount, displaying contents of the database field.</td>
<td>Oracle Database invokes PL/SQL statements to provide search results, Thus, Oracle Database, if the quantity does not exceed the specified amount, displays contents of the database field.<br><br>Example of Conditional Logic Using PL/SQL in Oracle Database:<br><br>DECLARE<br>  city_count NUMBER;<br>BEGIN<br>  -- Count how many cities are in the database<br>  SELECT COUNT(*)<br>IF city_count <= 50 THEN</td>
</tr>
</table>

| | |
|---|---|
| | DBMS_OUTPUT.PUT_LINE(rec.city);<br>*Source*: https://docs.oracle.com/en/database/oracle/oracle-database/19/arpls/DBMS_OUTPUT.html#GUID-C1400094-18D5-4F36-A2C9-D28B0E12FD8C.<br>*In this example, if there are fewer than 50 cities in the database field (“**the quantity does not exceed the specified amount** of 50 cities”), Oracle Database uses* DBMS_OUTPUT.PUT *function to* ***display all 50 city names (i.e., displaying the contents of the database field).*** . |

US007188100B2

(12) **United States Patent**
**De Bellis et al.**

(10) **Patent No.: US 7,188,100 B2**
(45) **Date of Patent: Mar. 6, 2007**

(54) **SEARCH-ON-THE-FLY REPORT GENERATOR**

(75) Inventors: **Joseph De Bellis**, 80 Sanford Pl., Southampton, NY (US) 11968; **Adriano A. Freire**, Southampton, NY (US)

(73) Assignee: **Joseph De Bellis**, Southampton, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 760 days.

(21) Appl. No.: **10/062,459**

(22) Filed: **Feb. 5, 2002**

(65) **Prior Publication Data**

US 2002/0133488 A1 Sep. 19, 2002

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/935,565, filed on Aug. 24, 2001, which is a continuation-in-part of application No. 09/513,340, filed on Feb. 25, 2000.

(51) **Int. Cl.**
***G06F 17/30*** (2006.01)

(52) **U.S. Cl.** .......................................... **707/3**; 707/100

(58) **Field of Classification Search** ............. 707/1–10, 707/100–154.5, 200–206
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,991,756 A * 11/1999 Wu ............................... 707/3
6,535,908 B1 * 3/2003 Johnson et al. .......... 707/104.1

* cited by examiner

*Primary Examiner*—Mohammad Ali
(74) *Attorney, Agent, or Firm*—Andrews Kurth LLP

(57) **ABSTRACT**

Sort-on-the-Fly/Search-on-the-Fly data retrieval or analysis provides an intuitive method and apparatus for accessing databases, allowing a user to access or obtain information about data in the database without having to know anything about the database structure. In embodiments, the thus obtained information is formatted according to a report template and is presented as a search report. In embodiments, the report template is saved so that subsequent search reports having a consistent format can be generated. The subsequent search reports represent the charging, dynamic content of the database. In embodiments, the search report is customized using filters and plug-ins.

**38 Claims, 44 Drawing Sheets**




10
13
DATABASE
12
DATABASE
15
DATABASE
14
TERMINAL
100
INTERFACE

FIG. 1


DATABASE
12
Interface
Search Engine
125
100
14
Handheld Devices
Cell Phones
GPS Devices
Wrist Devices
Interactive Phone Devices
Household Appliances
Pad Devices
Laptop PC
Personal Computer
Institutional Corporate

FIG. 2


125
140
Status Control
163
Database Qualifier
161
Database Driver
160
170
171
131
116
119
118
130
153
151
114
Request Analyzer
150
Query Generator
115
175

FIG. 3


450
462
464
460
466
468
AMAZON
VIRGIN
PDR
AMA ONLINE
November 1999
December 1999
January 2000
158
Nashville
New Orleans
New York
Newark
North Haven
North Quincy
Norwalk
Drop now
Refresh
New York (19)
Drop now
Sort-on-the-fly
Refresh
157
A B C D E F G H I J K L M N O P R S T U V W X
Refresh
PlanTye
contract_id
contract_year
plan_id
state_code
tax_status_code
plan_name
plan_geo_name
sp_plan_name
street_address
city
zip_code
contact_person
phone_number
alt_phone_number
web_address
use_web_flag
fed_approval_status
sp_fed_approval_status
pos_available_flag
important_note
sp_important_note
156
Patients
General Contacts
Pharmacy
Sratch Pad
Medicines
Ready
470
472
474
476
480
478

FIG. 4


116
119
118
131
136
Constraint Collator
115
135
133
Protocol Analyzer
130
114

FIG. 5




FIG. 6


140
144
142
Status Control
Index
Status Data
From
Database
Qualifier
116
119
118

FIG. 7




FIG. 8




FIG. 9


200
201
Name
Address
City
State
Phone
Keyword
203
A B C D E F G ...
Keyword
Sort on-the-fly
205
Abilene
Albany
Amity
Arlington
Armonk
Austin
...
Keyword
Sort on-the-fly
206
207
Name
Address
Street
Phone
Keyword
209
AL
AZ
CT
GA
NY
211
Albany
Amity
Armonk
Keyword
Sort on-the-fly
212
Name
Address
Phone
Keyword
215
A B C D E ...
217
Cable St.
Canal St.
Carl Ave.
Keyword
Sort on-the-fly
220
219
Name
Phone
Keyword
Sort on-the-fly
221
Last Name
First Name
223
A B C D E ... Z
225
Dean
De Bellis
Deluca
Diner
227
Fiona
Joseph
Max
Missy
229
230
Database Information
Name: Joseph L. De Bellis
Address: 18 Canal St.
City / State: Armonk NY
Zip Code: 11019
Phone: (914) 123-4567

FIG. 10


232
233
234
235
236
237
barnesandnoble.com (www.bn.com) - Microsoft Internet Explorer
Advanced Search
Safe Shopping Guarantee
Order Status
Coming Soon
African-American Studies
Get Published NOW
Rare & Out of Print
Cells
Cells Are Us
Cells Embryos and Evolution
My Computer
Ready

FIG. 11




FIG. 12


232
233
234
239
240
barnesandnoble.com (www.bn.com) - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Address
Books
Music
eCards
Prints&Post
Magazines
Browse Subjects
Categories
Gifts
Bargains
Quick Print
Search
Advanced Search
Cart Help Account
February 11, 2000
Get Published NOW
Special Features
Oprah's Pick:
Browse Subjects
Title
Author
ISBN
SubTitle
Format
Date Published
Stock Status
Recommended Age
Pages
Ratings
Price
Retail
Savings
Publisher
Keyword...
(Reset)
Rare & Out of Print
Safe Shopping Guarantee
Order Status
Coming Soon
Place your orders now:
CCD Arrays, Cameras and Displays, Vol. 57
CCD Astronomy
CCH Buisness Owner's Toolkit Tax Guide 2000
CCIE Professional Development
CCIE Resource Kit
CCNA
CCNA Exam Notes
CCNA Routing and Switching Exam Cram
CCNP
CCNP Advanced Cisco Router Configuration Exam Cram
CCNP Cisco Internetwork Troubleshooting Exam Cram
CCNP Cisco LAN Switch Configuration Exam Cram
CCNP Exam Notes Advanced Cisco Ro
CCRN Certification Examination Review Course (Book+Set of 4 Audio Tapes)
CCTV
Ccu-Card
Ready
My Computer

FIG. 13




FIG. 14




FIG. 15a



barnesandnoble.com (www.bn.com) - Microsoft Internet Explorer
File Edit View Favorites Tools Help Address
Back Search Favorites History
Links Gateway Infoseek Java MSDN Online Optimum JLDBMD MCP MSN ZD
Books Music eCards Prints&Posters
Browse Subjects
Kids
Bargains
Categories
Title
Author
ISBN
SubTitle
Format
Date Published
Stock Status
Recommended Age
Pages
Ratings
February 11, 2000
Welcome to the new sound of shopping!
iuniverse.com CLICK HERE
Special Features
Oprah's Pick:
Gap Creek
bn.com Live
Award Winners
Bestsellers
Recommended
New Releases
bn.com Editors
bn.com Interests
Browse Subjects
Art, Architecture & Photography
Biography
Business
Computers
Cooking
Fiction & Literature
History
Home & Garden
Kids!
Ready
128pp.
2nd ed.
Audio
Bath Book
Board Book
Book and Toy
Coloring Book
Title
Author
ISBN
Sub Title
Date Published
Stock Status
Ships 2-3 days
Ships within 24 ho
Unavailable
SOF
Drop!
Betty Crocker's New Low-Fat, Low-Cholesterol Cookbook
Cooking Healthy With a Man in Mind
Cooking Healthy with the Kids in Mind
Healthy Cooking for Two
Healthy Exchanges Cookbook
How to Bypass Your Bypass
International Light Cuisine
Lean Italian Cooking
The Joy of Healthy Pasta
The Light, Lean, and Low-Fat Cookbook
The Ultimate Low Cholesterol Low Fat Cookbook
SOF
Drop!
look at
The Harlem Renaissa


FIG. 15b


251
START
250
252
Analyze Request
254
Refresh Request ?
YES
NO
256
Analyze Database And Retireve Field Descriptions
258
Dispatch New Result List
260
Back To User
264
Request Status
270
Create New Constraints Subroutine
290
Update Status Control
292
Generate Database Query
Extract Result List
294
298
Truncate Subroutine
296
Result List Is Small Enough ?
YES
NO

FIG. 16



270
272
START
274
Sort On-The-Fly ?
NO
276
Key Word ?
NO
278
Add New Constraint To Actual List Of Constraints
YES
YES
Prepare New List Of Fields To Be Sent
280
Requests A Keyword From User
282
To The Query Generator
284
286
END


FIG. 17



301
START
298
303
Set Truncator Parameter TP = Size Of Field Being Searched
Get List Of Records Sized By TP
305
309
Can List Be Displayed On User's Screen ?
NO
Decrement TP
307
YES
311
END


FIG. 18


313
START
315
Set
Truncator
Parameter TP = Size
Of Field Being
Searched
298'
Get List
Of Records
Sized
By TP
317
321
Can
List Be Displayed
On
User's Screen
?
NO
TP = TP / 2
319
YES
323
END

FIG. 19



325
START
298"
327
Set Truncator Parameter TP = Size Of Field Being Searched
Get List Of Records Sized By TP
329
Can List Be Displayed On User's Screen ?
331
NO
333
TP <= 10
NO
337
TP = TP * 3 / 4
YES
YES
339
END
Decrements TP TP = TP - 1
335


FIG. 20


630
Receives The Query
631
Sets The Truncation To The Size Of The Field Being Viewed On The GUI Flag = False
633
635
Run The query Against The Database Using The Current Truncator
Save The Records Increment Truncator
641
637
Number Of Records Can Be Shown In The GUI?
Flag Is False?
634
645
Flag Is False?
Set Truncator = 1 Flag = True
647
653
Return The Records
651
Retrieve The Saved Records
655
End

FIG. 21



700
Receives the Constraints, the View By Field and the Maximum Number of Displayed Items (MNDI)
701
Sets Truncation = 0 (NO TRUNCATION) FLAG = TRUE
702
Generates the Query
703
Query Generator, receives the Constraints, the ViewBy Field and the Truncator as parameters
Returns the Query
703a
Runs the Query against the Database
COUNTER = 0
704
Fetch Next Record Increment COUNTER
705
End of File ?
706
Yes
Truncation = 0 ?
710
No
No
COUNTER > MNDI
707
No
Save List of Fields
711
Yes
Yes
712
Saved List of Fields Exists ?
708
Yes
Send List to the Client
END
No
709
Increments Truncator


FIG. 22


November 1999
December 1999
January 2000
Virgin Records
Blues Records R1
Recordings
General Contacts
Scratch Pad
L1
Blues Records
AND
OR
NOR
Close
(R1)
(L1)
(L1 ^ R1)
Ready
400
410
412
414
416
417
418
420
422
424
427
430
432
434
435
436
438

FIG. 23


START
601
Receives The Constraints Collection From The Request Analyzer
603
600
605
In The Same Merge Group?
NO
Generates The Query With A Boolean OR
609
607
YES
Generates The Query With A Boolean AND
Items Selected Within The Same Unit Are OR'ed, Default Truncator Is Utilized
611
621
Truncate
Executes The Generated Query
613
Number Of Records To Be Shown Is OK?
NO
615
YES
617
Return The Results
625
END

FIG. 24


750
751
752
753
755
756
757
759
760
761
DVD
GENRE
TITLE
KEYWORD...
STAR
DIRECTOR
NOVELIST
PRODUCER
STUDIO
WRITER
MPAA RATINGS
COLOR
PRICE
GENRE
ACTION ADVENTURE
BOXSETS
COMEDY
DRAMA
FAMILY
HORROR
MATURE
MUSIC/CONCERTS
MUSICALS
OTHER INTERESTS
SCI-FI
SPECIAL EDITIONS
THRILLER
WESTERNS/WAR
VIEW BY...
TITLE
STAR
DIRECTOR
STUDIO
MPAA RATINGS
COLOR
OTHER...
TITLE
20
Ad
AF
AJ
Am
AN
Ar
Au
Ba
Be
Bl
Bo
Br
Bu
Ca
CH
CL
CO
Cr
CU
Da
De
Di
Dr
Du
Dy
VIEW BY...
GENRE
STAR
DIRECTOR
STUDIO
MPAA RATINGS
COLOR
OTHER...
MPAA RATINGS
G
NR
NR(AS)
PG
R
VIEW BY...
GENRE
TITLE
STAR
DIRECTOR
STUDIO
COLOR
OTHER...
TITLE
BAREFOOT IN THE PARK
BUG'S LIFE, A
EXTREMELY GOOFY MOVIE, AN
HAPPIEST MILLIONARE, THE
HAPPIEST MILLIONARE, THE(ROADSHOW EDITION)
HILLBILLYS IN A HAUNTED HOUSE
LADY AND THE TRAMP [3] LIMITED EDITION
LION KING II: SIMBA'S PRIDE [3] LIMITED ISSUE
NORTH AVENUE IRREGULARS, THE
RETURN OF THE PINK PANTHER, THE
RUGRATS MOVIE, THE
THE JUNGLE BOOK [3] LIMITED ISSUE
TWELVE CHAIRS
UNIDENTIFIED FLYING ODDBALL
VIEW BY...
GENRE
STAR
DIRECTOR
STUDIO
MPAA RATINGS
COLOR
OTHER...

FIG. 25


REPORT FIELDS
767
766
765
GENRE
TITLE
KEYWORD...
STAR
DIRECTOR
NOVELIST
PRODUCER
STUDIO
WRITER
MPAA RATINGS
COLOR
PRICE
MOVIELD

FIG. 26


768
SEARCH TREE
GENRE = [COMEDY ] : MPAA RATINGS = [G ] :

FIG. 27




| TITLE | DIRECTOR | STUDIO | PRICE |
|---|---|---|---|
| BAREFOOT IN THE PARK | SAKS, GENE | PARAMOUNT PICTURES | $25.49 |
| BUG'S LIFE, A | | DISNEY | $49.99 |
| EXTREMELY GOOFY MOVIE, AN | | DISNEY | $29.99 |
| EXTREMELY GOOFY MOVIE, AN | | DISNEY | $29.99 |
| HAPPIEST MILLIONAIRE, THE | TOKAR, NORMAN | ANCHOR BAY ENTERTAINMENT | $21.23 |
| HAPPIEST MILLIONAIRE, THE (ROADSHOW EDITION) | TOKAR, NORMAN | ANCHOR BAY ENTERTAINMENT | $19.99 |
| HILLBILLYS IN A HAUNTED HOUSE | | | $16.99 |
| LADY AND THE TRAMP - LIMITED EDITION | GERONIMI, CLYDE | DISNEY | $29.99 |
| LION KING II: SIMBA'S PRIDE - LIMITED ISSUE | ROONEY, DARRELL | DISNEY | $29.99 |
| NORTH AVENUE IRREGULARS, THE | BILSON, BRUCE | ANCHOR BAY ENTERTAINMENT | $21.23 |
| RETURN OF THE PINK PANTHER, THE | EDWARDS, BLAKE | ARTISAN | $19.99 |
| RUGRATS MOVIE, THE | VIRGIEN, NORTON | PARAMOUNT PICTURES | $24.99 |
| THE JUNGLE BOOK - LIMITED ISSUE | REITHERMAN, WOLFGANG | DISNEY | $29.99 |
| TWELVE CHAIRS | | | $21.24 |
| UNIDENTIFIED FLYING ODDBALL | MAYBERRY, RUSS | ANCHOR BAY ENTERTAINMENT | $22.99 |
| | | | ☐ TOTALS |

FIG. 28


EXISTING WHERE QUERY CLAUSE
771i
SELECT CLAUSE
772₁
FROM CLAUSE
773₁
DEFINED QUERY CLAUSE
774₁
SEARCH REPORT
770₁
SELECT CLAUSE
772₂
FROM CLAUSE
773₂
DEFINED QUERY CLAUSE
774₂
SEARCH REPORT
770₂
SELECT CLAUSE
772N
FROM CLAUSE
773N
DEFINED QUERY CLAUSE
774N
SEARCH REPORT
770N

FIG. 29a


http://www.vilox.com/secured/SOFRepTemplate.asp?DBN=dvd&DBS=sql-2&ReportId=54-Microsoft Internet...
File Edit View Favorites Tools Help
Back Search Favorites History
Address http://www.vilox.com/secured/SOFRepTemplat
Go
Links
ViloX™ OTF™ Report Configuration
SAVE THIS REPORT
AUTHOR NAME:
REPORT TITLE: DVD
FILTERS: GENRE = (COMEDY ) MPAA RA
SAVE REPORT
DONE
Internet
775

FIG. 29b


START
781
RECEIVE REQUEST TO GENERATE SEARCH REPORT
782
RETURN REPORT FIELD MENU
783
RECEIVE MENU SELECTIONS
784
CREATE SELECT CLAUSE
785
GENERATE FROM CLAUSE
786
GENERATE DEFINED QUERY CLAUSE/ APPLY TO DATABASE
787
GENERATE CURRENT SEARCH REPORT
788
RETURN SEARCH REPORT
789
SAVE SEARCH REPORT?
790
NO
YES
SAVE SEARCH REPORT
791
END
792

FIG. 29c


DB
DB
12
13
DB
15
803
SERVER SIDE
CLIENT SIDE
801
802
REPORTS
820

FIG. 30a


125
OTFT™ ENGINE
USER INTERACTIVITY
12
15
DATABASE
DATABASE
DATABASE
13
QUERY
810
REPORT GENERATOR
820
REPORTS DATABASE
823
REPORT FRONT END APPLICATION
821
HTML REPORT ON THE WEB
770i
REPORT

FIG. 30b


125
SEARCH ENGINE
140
STATUS CONTROL
163
DATABASE QUALIFIER
161
170
DATABASE DRIVER
171
160
131
812
810
118
819
816
REPORT GENERATOR
119
116
818
814
114
REQUEST ANALYZER
QUERY GENERATOR
130
175
150

FIG. 31


810
812
REPORT FIELDS
812
841
REPORT FIELDS
840
REPORT FIELDS LIST
FIELDS ACCESSOR
851
CREATE REPORT REQUEST
850
830
REP. ID
REQUEST SELECTOR
DO REPORT REQUEST
REPORT SERIALIZER
REPORT DATA
831
852
REQUEST
814
818
REPORT QUERY

FIG. 32


850
REPORT FIELDS
812
853
2.2.6.3.1 SERIALIZE FIELDS DATA TYPES, CONVERSIONS, ETC.
854
831
856
852
DO REPORT REQUEST
2.2.6.3.2 REPORT PACKAGE CONTROL
2.2.6.3.4 UPDATE REPORTS DATABASE
REPORT DATA
REPORT ID
2.2.6.3.3 SERIALIZE QUERY
855
REPORT QUERY
818
851

FIG. 33

FIG. 34


DATABASE
DATABASE
DATABASE
12
13
15
REPORT GENERATOR FRONT END (APPLICATION VERSION)
823
REPORT GENERATOR FRONT END (WEB SERVER VERSION)
821
REPORTS DATABASE
820
770i
ViloX™ OTF™ Technology Report
DVD
Genre = (Comedy) MPAA Ratings = (G)
TITLE
DIRECTOR
STUDIO
PRICE
BAREFOOT IN THE PARK
SAKS, GENE
PARAMOUNT PICTURES
$25.49
BUG'S LIFE, A
DISNEY
$49.99
EXTREMELY GOOFY MOVIE, AN
DISNEY
$29.99
EXTREMELY GOOFY MOVIE, AN
DISNEY
$29.99
HAPPIEST MILLIONAIRE, THE
TOKAR, NORMAN
ANCHOR BAY ENTERTAINMENT
$21.23
HAPPIEST MILLIONAIRE, THE (ROADSHOW EDITION)
TOKAR, NORMAN
ANCHOR BAY ENTERTAINMENT
$19.99
HILLBILLYS IN A HAUNTED HOUSE
$16.99
LADY AND THE TRAMP - LIMITED EDITION
GERONIMI, CLYDE
DISNEY
$29.99
LION KING II: SIMBA'S PRIDE - LIMITED ISSUE
ROONEY, DARRELL
DISNEY
$29.99
NORTH AVENUE IRREGULARS, THE
BILSON, BRUCE
ANCHOR BAY ENTERTAINMENT
$21.23
RETURN OF THE PINK PANTHER, THE
EDWARDS, BLAKE
ARTISAN
$19.99
RUGRATS MOVIE, THE
VIRGIEN, NORTON
PARAMOUNT PICTURES
$24.99
THE JUNGLE BOOK - LIMITED ISSUE
REITHERMAN, WOLFGANG
DISNEY
$29.99
TWELVE CHAIRS
$21.24
UNIDENTIFIED FLYING ODDBALL
MAYBERRY, RUSS
ANCHOR BAY ENTERTAINMENT
$22.99
TOTALS



894
871
872
820
813
REPORT ID
1. DATABASE ACCESSOR
REPORT TEMPLATE
2. REPORTS DATABASE
3. DATABASE
REPORT QUERY, FIELD MAPPING
874
4. QUERY TWEAKER
873
QUERY
5. DATABASE ACCESSOR
878
875
SAVE REPORT, CHANGE DESCRIPTIONS, ETC.
876
6. FORMATTER
892
877
890
USER FEEDBACK:
7. REPORT
770i


FIG. 35

<table>
<tr><td>Author:</td><td>NULL</td></tr>
<tr><td>Date:</td><td>2001.08.29 10:23:29.420</td></tr>
<tr><td>Id:</td><td>59</td></tr>
<tr><td>Query:</td><td>SELECT [Stock].[local] as [Category], [Stock].[tipo] as [Sub Category], [Stock].[Model] as [Model], [Stock].[item] as [SKU], [Stock].[quantidade] as [In Stock], [Stock].[VendaUs] as [Retail], [Stock].[custo] as [Wholesale], [sales].[data] as [Sale Date], [Clients].[Last Name] as [Customer Last Name], [Clients].[First Name] as [Customer First Name], [Clients].[Zip] as [Zip] FROM [sales] JOIN [Stock] ON ([Stock].[item] = [sales].[item]) JOIN [Clients] ON ([Clients].[id] = [sales].[Client]) WHERE ( SUBSTRING([Stock].[Brand], 1, 4) = 'SONY') AND ( SUBSTRING([sales].vendedor], 1, 7) = 'Deborah')</td></tr>
<tr><td>Filters:</td><td>Brand = (SONY) Sales Representative = (Deborah)</td></tr>
<tr><td>Fields Metadata:</td><td>Category^|^Sub Category^|^Model^|^SKU|^^9^In Stock^|^^@^Retail^|^^@^Wholesale^|^^d^Sale Date^|^Customer Last Name^|^Customer First Name^|^^$^Zip</td></tr>
<tr><td>Title:</td><td>Electronics</td></tr>
</table>

FIG. 36

http://www.vilox.com/secured/SOFRepTemplate.asp?DBN=dvd&DBS=sql-2&ReportId=59-Microsoft Internet...

File Edit View Favorites Tools Help | Address http://www.vilox.com/secured/SOFRepTemplate.asp?DBN=dvd&DBS=sql-2&ReportId=59 | Go

Back Search Favorites History | Links

**ViloX™ OTF™ Technology Report**
**Electronics**
Representative = (Sony) Sales Representative = (Deborah)

| CATEGORY | SUB CATEGORY | MODEL | SKU | IN STOCK | RETAIL | WHOLESALE | SALE DATE | CUSTOMER LAST NAME | CUSTOMER FIRST NAME |
|---|---|---|---|---|---|---|---|---|---|
| PHOTOGRAPHY | DIGITAL CAMERA | MVCFD7 MAVICA | 027242527232 | 0 | | $599.00 | 2/16/1998 | | |
| AUDIO | CD PLAYER | CDX3160 FM/AM COMPACT DISC PLAYER | 027242515949 | 0 | | $152.00 | 2/16/1998 | | |
| AUDIO | MD | MD BUNDLE 4 | SONMDBUNDLE4 | 4 | | $305.00 | 2/18/1998 | | |
| VIDEO | PROJECTOR | VPH 100IQ | SONY VPH1001Q | 0 | | $3,600.00 | 2/26/1998 | | |
| AUDIO | PORTABLE | DE301 DISCMAN | 027242517448 | 4 | | $75.00 | 3/11/1998 | | |
| AUDIO | PORTABLE | DT405 DISCMAN | 027242518452 | 0 | | $140.00 | 3/12/1998 | | |
| COMPUTERS | GAMES | ALLADIN AND HIS WONDERFUL LAMP | 713378023013 | 0 | | $4.00 | 12/31/1997 | | |
| AUDIO | PORTABLE | DT401 DISCMAN AM/FM | 027242518438 | 12 | | $132.00 | 12/31/1997 | | |
| AUDIO | PORTABLE | DT401 DISCMAN AM/FM | 027242518438 | 12 | | $132.00 | 12/31/1997 | | |
| COMPUTERS | ACCESSORIES | KIW200 INTERNET KEYBOARD | SONYKLW200 | 0 | | $40.00 | 3/2/1998 | | |
| AUDIO | CD PLAYER | CDX4160 FM/AM COMPACT DISC PALYER | 027242515963 | 0 | | $163.00 | 4/2/1998 | | |
| AUDIO | MD | MD BUNDLE 4 | SONMDBUNDLE4 | 4 | | $305.00 | 4/20/1998 | | |
| AUDIO | CAR CASSETE PLAYER | XPRESS CAR TAPE/SPEAKERS | SONXRE555 | 0 | | $90.00 | 4/20/1998 | | |
| AUDIO | CD PLAYER | CDXC460 CAR CDPLAYER | 027242515871 | 1 | | $228.00 | 4/20/1998 | | |
| AUDIO | PORTABLE | DE401 DISCMAN | 027242530997 | 0 | | $95.00 | 4/20/1998 | | |
| COMPUTERS | GAMES | ALLADIN AND HIS WONDERFUL LAMP | 713378023013 | 0 | | $4.00 | 4/30/1998 | | |
| VIDEO | PROJECTOR TV | CPJ300 PROJECTOR | SONYCPJ300 | 0 | | $1,150.00 | 6/18/1998 | | |
| AUDIO | PORTABLE | D172K CAR KIT DISCMAN | 027242531338 | 0 | | $75.00 | 7/18/1998 | | |
| VIDEO | TV | KV20S21 COLOR TV | SONKV20S21 | 0 | | $290.00 | 8/10/1998 | | |
| AUDIO | MD | MZR50 PORTABLE | 4901780472529 | 0 | | $280.00 | 8/14/1998 | | |

Internet

770i

FIG. 37

FIG. 38a


900
START
901
RECEIVE QUERY
903
TEMPLATE FOUND?
905
NO
NEW SEARCH?
906
YES
B
NO
TO 930
YES
RETRIEVE TEMPLATE
907
DISPLAY TEMPLATE
909
ADJUSTMENTS?
911
YES
REFORMAT TEMPLATE
913
NO
FROM 941
PROVIDE TEMPLATE TO DB ACCESSOR
915
RETRIEVE CURRENT DATA
917
FORMAT DATA
919
GENERATE REPORT
921
A

FIG. 38b

900


A
923
CHANGE TEMPLATE?
YES
925
SAVE CHANGED FORMAT
NO
927
SAVE REPORT?
YES
929
SAVE REPORT
NO
930
END

900

FIG. 38c


B
DISPLAY MENU
931
RECEIVE OTFT SEARCH PARAMETERS
933
PRESENT FINAL RESULTS
935
GENERATE REPORT TEMPLATE
937
SAVE TEMPLATE?
939
NO
TO 930
YES
SAVE REPORT TEMPLATE
941
TO 915


1050
1055
1052
Display
1051
Processor Section
1053
Control Section

*FIG. 39*

# SEARCH-ON-THE-FLY REPORT GENERATOR

## RELATED APPLICATIONS

This application is a continuation-in-part of application Ser. No. 09/935,565, filed Aug. 24, 2001, entitled Search-On-The-Fly With Merge Function, which is a continuation-in-part of application Ser. No. 09/513,340, filed Feb. 25, 2000, entitled Search-On-The-Fly/Sort-On-The-Fly Search Engine, both of which are hereby incorporated by reference.

## TECHNICAL FIELD

The technical field is information management systems, interfaces, and mechanisms, and mechanisms and methods for searching one or more databases and reporting search results.

## BACKGROUND

In the most general sense, a database is a collection of data. Various architectures have been devised to organize data in a computerized database. Typically, a computerized database includes data stored in mass storage devices, such as tape drives, magnetic hard disk drives and optical drives. Three main database architectures are termed hierarchical, network and relational. A hierarchical database assigns different data types to different levels of the hierarchy. Links between data items on one level and data items on a different level are simple and direct. However, a single data item can appear multiple times in a hierarchical database and this creates data redundancy. To eliminate data redundancy, a network database stores data in nodes having direct access to any other node in the database. There is no need to duplicate data since all nodes are universally accessible. In a relational database, the basic unit of data is a relation. A relation corresponds to a table having rows, with each row called a tuple, and columns, with each column called an attribute. From a practical standpoint, rows represent records of related data and columns identify individual data elements. The order in which the rows and columns appear in a table has no significance. In a relational database, one can add a new column to a table without having to modify older applications that access other columns in the table. Relational databases thus provide flexibility to accommodate changing needs.

All databases require a consistent structure, termed a schema, to organize and manage the information. In a relational database, the schema is a collection of tables. Similarly, for each table, there is generally one schema to which it belongs. Once the schema is designed, a tool, known as a database management system (DBMS), is used to build the database and to operate on data within the database. The DBMS stores, retrieves and modifies data associated with the database. Lastly, to the extent possible, the DBMS protects data from corruption and unauthorized access.

A human user controls the DBMS by providing a sequence of commands selected from a data sublanguage. The syntax of data sublanguages varies widely. The American National Standards Institute (ANSI) and the International Organization for Standardization (ISO) have adopted Structured English Query Language (SQL) as a standard data sublanguage for relational databases. SQL comprises a data definition language (DDL), a data manipulation language (DML), and a data control language (DCL). The DDL allows users to define a database, to modify its structure and to destroy it. The DML provides the tools to enter, modify and extract data from the database. The DCL provides tools to protect data from corruption and unauthorized access. Although SQL is standardized, most implementations of the ANSI standard have subtle differences. Nonetheless, the standardization of SQL has greatly increased the utility of relational databases for many applications.

Although access to relational databases is facilitated by standard data sublanguages, users still must have detailed knowledge of the schema to obtain needed information from a database since one can design many different schemas to represent the storage of a given collection of information. For example, in an electronic commerce system, product information, such as product SKU, product name, product description, price, and tax code, may be stored in a single table within a relational database. In another electronic commerce system, product SKU, product name, description, and tax code may be stored in one table while product SKU and product price are stored in a separate table. In this situation, a SQL query designed to retrieve a product price from a database of the first electronic commerce system is not useful for retrieving the price for the same product in the other electronic system's database because the differences in schemas require the use of different SQL queries to retrieve product price. As a consequence, developers of retail applications accessing product information from relational databases may have to adapt their SQL queries to each individual schema. This, in turn, prevents their applications from being used in environments where there are a wide variety of databases having different schemas, such as the World Wide Web.

A further problem with conventional searches, search engines, data access and data retrieval is a tendency to return very large amounts of data, or to require the search parameters to be narrowed. When large amounts of data are presented, the display may take many "pages" before all data is seen by the user. The time and expense involved in such a data review may be significant, inconvenient, not user friendly or efficient.

## SUMMARY

Sort-on-the-Fly/Search-on-the-Fly data retrieval methods and apparatus (hereafter, search-on-the-fly) provide an intuitive means for accessing or searching databases, allowing a user to access or obtain information about data in the database without having to know anything about the database structure. Sort-on-the-fly/search-on-the-fly is an information gathering process or analysis process about data stored in one or more databases. The on-the-fly methods and apparatus often use or include sorting and searching. While sort-on-the-fly/search-on-the-fly may be a search engine or part of a search engine, it may also stand alone or make calls to a search engine. For example, database search engines may be used in conjunction with on-the-fly methods and apparatus.

Using sort-on-the-fly/search-on-the-fly, a user selects a desired term, and the user is delivered all instances of the desired term, even if a specific file or table does not contain the instance. For example, if a user wants to enter a database using the name of a specific individual as a database entry point, a database manager or other software will access the database using the desired name, and will organize the results so that all entries associated with that name are displayed. The database need not have a specific file (in a flat database) or a table (in a relational database) of names. The

user may perform further on-the-fly searches or information retrieval to narrow or focus the results, or for other reasons. For example, given results for all names that include the name "Smith," the user may then decide to obtain information for all "Smiths" that include an association to an address in New Jersey. Search-on-the-fly then conducts a further information gathering using this criteria and produces a second result. Further narrowing or broadening of the analysis is permitted, with search-on-the-fly returning results based on any new criteria.

In an embodiment, search-on-the-fly uses graphical user interfaces (GUIs) and one or more icons to make the information gathering process as efficient as possible. The GUIs may incorporate one or more pull down menus of available sorting terms. As a user selects an item from a first pulldown menu, a subsequent pulldown menu displays choices that are available for sorting or searching. The process may be continued or repeated until sort-on-the-fly/search-on-the-fly has retrieved or displayed a discrete data entry from the database. The pulldown menus are not pre-formatted. Instead, the pulldown menus are created "on-the-fly" as the user steps through the sort and/or search process. Thus, search-on-the-fly is inherently intuitive, and allows a user with little or no knowledge of the database contents, its organization, or a search engine search routine to execute comprehensive analysis, sorting and/or searches that return generally accurate results.

Search-on-the-fly also searches on key words specified by the user. Search-on-the-fly can be used to exclude certain items. Search-on-the-fly incorporates other advanced features such as saving results by attaching a cookie to a user's computer, and associating icons with the results.

Search-on-the-fly may be used with both internal and external databases. For example, Search-on-the-fly may be used with a company internal database and one or more databases accessible through the Internet.

Search-on-the-fly is user-friendly. With one interface, many different types of databases or database schemas may be searched or sorted.

The search-on-the-fly technique, and other techniques discussed above may be used in conjunction with a method of doing business, particularly a business method that uses the Internet as a communications backbone.

The search-on-the-fly mechanism provides for a mechanism and method for dynamic report generation based on a search template created during a search-on-the-fly search of one or more databases. The mechanism and method include client-side and server-side components. The server-side components may include the search-on-the-fly search engine and a report generator. The report generator takes the results of a search conducted using the search-on-the-fly search engine (or other search engine) and creates a template that includes a link, or path to one or more fields in one or more databases. A user interface-based menu, or similar means, may be used to specify which data fields are to be included in the template. Alternatively, default setting may be used for the template. The user may also specify other conditions related to any data in the databases, the client side components may include one or more front ends that couple to the one or more databases. Each template may be assigned a unique identification number (ID) to ensure a user may access the template to create a dynamic search-on-the-fly report. The front ends may access the template, and may use the template to access corresponding data in one or more of the one or more databases.

The search-on-the-fly mechanism may generate search reports by accessing one or more databases using a search-



on-the-fly search engine, and generating a search vault based on the data base access, wherein the search result includes one or more descriptor indicating corresponding data categories. The method may also include creating a report template of the search result, with the template including links to the data categories describing the descriptor.

## DESCRIPTION OF THE DRAWINGS

The detailed description will refer to the following figures, in which like numerals refer to like objects, and in which:

FIG. **1** is a block diagram of a system that uses a search-on-the-fly/sort-on-the-fly process;

FIG. **2** is another overall block diagram of the system of FIG. **1**;

FIG. **3** is a detailed block diagram of the search engine used with the system of FIG. **2**;

FIG. **4** is an example of a search-on-the-fly using the search engine of FIG. **3**;

FIGS. **5**–**9** are detailed block diagrams of components of the search engine of FIG. **3**;

FIG. **10** is another example of a search-on-the-fly using the search engine of FIG. **3**;

FIGS. **11**–**15***b* are additional examples of a search-on-the-fly using the search engine of FIG. **3**;

FIGS. **16** and **17** are flow charts illustrating operations of the search engine of FIG. **3**;

FIG. **18**–**22** are flow charts illustrating truncation operations of the search engine of FIG. **3**;

FIG. **23** illustrates a further function of the search engine of FIG. **3** in which results of more than one search are combined;

FIG. **24** is a flowchart illustrating an alternate operation of a query generator used with the search engine of FIG. **3**;

FIG. **25** is a user interface showing search results for a search-on-the-fly search of a DVD database;

FIG. **26** illustrates a report configuration menu;

FIG. **27** illustrates a search tree associated with the search of FIG. **25**;

FIG. **28** illustrates a user interface displaying a dynamic search report;

FIG. **29***a* illustrates software modules used to generate the dynamic search report;

FIG. **29***b* illustrates a save report dialog;

FIG. **29***c* is a flowchart illustrating application of the software modules of FIG. **29***b*.

FIG. **30** is an environment for generating dynamic reports based on data from one or more databases;

FIG. **31** is a block diagram of a search engine incorporating a report generator;

FIG. **32** is a block diagram of the report generator of FIG. **31**;

FIG. **33** is a block diagram of a report serializer used with the report generator of FIG. **32**;

FIG. **34** is a block diagram of an environment for generating a report on a client side;

FIG. **35** is a block diagram of components of client-side report generator components;

FIG. **36** illustrates a report template saved in a reports generator database;

FIG. **37** illustrates a dynamic report generated using the report template of FIG. **36**;

FIGS. **38***a*–*c* are flowcharts illustrating an operation of the report generator; and

FIG. **39** illustrates a computer-readable medium having the search-on-the-fly with merge function and search report generator loaded thereon.

## DETAILED DESCRIPTION

Ordinary search engines place constraints on any search. In particular, a partial ordering of available search criteria limits application of the search engine only to certain search sequences. The user is given a choice of search sequences, and the order in which individual search steps in the search sequence become available limits the direction of the search. A user who desires to take a vacation cruise may use an Internet search engine to find a desired vacation package. The search begins with presentation of a list of general categories, and the user clicks on "travel," which produces a list of subcategories. The user then clicks on "cruises" from the resulting list of subcategories, and so on in a cumulative narrowing of possibilities until the user finds the desired destination, date, cruise line, and price. The order in which choices become available amounts to a predefined "search tree," and the unspoken assumption of the search engine designer is that the needs and thought processes of any user will naturally conform to this predefined search tree.

To an extent, predefined constraints are helpful in that predefined constraints allow a search engine to logically and impersonally order the user's thoughts in such a way that if the user has a clear idea of what object the user wants, and if the object is there to be found, then the user is assured of finding the object. Indeed, the user may want to know that choosing any available category in a search sequence will produce an exhaustive and disjunctive list of subcategories from which another choice can be made. Unfortunately, an unnecessarily high cost is too often paid for this knowledge: The user is unnecessarily locked into a limited set of choice sequences, and without sufficient prior knowledge of the object being sought, this limitation can become a hindrance. Specifically, where prescribed search constraints are incompatible with the associative relationships in the user's mind, a conflict can arise between the thought processes of the user and the function of the search engine.

At one time, such conflicts were written off to the unavoidable differences between computers and the human mind. However, some "differences" are neither unavoidable nor problematic. In the case of search engine design, the solution is elegant: upon selecting a category or entering a keyword, the user can be given not only a list of subcategories, but the option to apply previously available categories as well. In slightly more technical terms, the open topology of the search tree can be arbitrarily closed by permitting search sequences to loop and converge. Previous lists can be accessed and used as points of divergence from which new sub-sequences branch off, and the attributes corresponding to distinct sub-sequences can later be merged.

Sort-on-the-fly/search-on-the-fly data analysis, sorting access and retrieval methods and apparatus (hereafter, search-on-the-fly search engine) provide an intuitive means for analyzing various types of databases, allowing a user to obtain information about and/or access data in the database without having to know anything about the database structure. A user selects a desired term, and a database manager reviews the database for all instances of the desired term, even if a specific file or table does not contain the instance. For example, if a user wants to analyze the database using the name of a specific individual as a database entry point, the database manager will search (drill down) the database or index using the desired name, and will organize the results so that all entries associated with that name are displayed. The database need not have a specific file (in a flat database) or a table (in a relational database) of names. The user may perform further on-the-fly searches to narrow the search results, or for other reasons. The search engine then conducts a further search using this criteria and produces a second search result. Further narrowing or broadening of the search are permitted, with the search engine returning results based on any new criteria.

This on-the-fly method or process can be used to simply analyze data or gather information about data stored in a database. The actual data itself does not need to be fetched, displayed, printed or even sorted. The user may simply wish to use this tool to "clean-up" data or understand how data could be sorted or for other reasons.

FIG. **1** is a block diagram of a system **10** that uses search-on-the-fly. In FIG. **1**, a database **12** is accessed using a hardware/software interface device **100** to provide data to a user terminal **14**. Additional databases **13** and **15** may also be accessed by the terminal **14** using the device **100**. The databases **12**, **13** and **15** may use different schemas, or may use a same schema. As will be described later, the device **100** may include the search-on-the-fly search apparatus. In an alternative embodiment, the search-on-the-fly search engine may be co-located with the terminal **14**. In yet another embodiment, the search-on-the-fly search engine may be incorporated into the structure of one or more of the databases **12**, **13** and **15**. The device **100** may interface with any one or more of the databases **12**, **13** and **15** using a network connection such as through the Internet, for example. Other communications mediums may also be used between the terminal **14**, the device **100** and any one or more of the databases **12**, **13** and **15**. These mediums may include the public switched telephone network (PSTN), cable television delivery networks, Integrated Services Digital Networks (ISDN), digital subscriber lines (DSL), wireless means, including microwave and radio communications networks, satellite distribution networks, and any other medium capable of carrying digital data.

The system shown in FIG. **1** is but one of many possible variations. The search-on-the-fly search engine could also be incorporated within a single computer, such as a personal computer, a computer network with a host server and one or more user stations, an intranet, and an Internet-based system, as shown in FIG. **2**. Referring again to FIG. **2**, the terminal **14** may be any device capable of displaying digital data including handheld devices, cellular phones, geosynchronous positioning satellite (GPS) devices, wrist-worn devices, interactive phone devices, household appliances, televisions, television set top boxes, handheld computers, and other computers.

FIG. **3** is a detailed block diagram of an exemplary search-on-the-fly search engine **125**. The search engine **125** includes a request analyzer **130** that receives search requests **114** from the terminal **14** (not shown in FIG. **3**) and sends out updated requests **115** to a query generator **150**. A status control **140** receives a status update signal **116** and a request status control signal **118** and sends out a request status response **119** to the request analyzer **130**. The status control **140** also keeps track of search cycles, that is, the number of search iterations performed. The query generator **150** receives the updated requests **115** from the request analyzer **130** and sends a database access signal **151** to a database driver **170**. The query generator **150** receives results **153** of a search of the database **12** (not shown in FIG. **3**) from the database driver **170**. The query generator **150** provides a

display signal **175** to the terminal **14**. The database driver **170** sends a database access signal **171** to the database **12**. Finally, a database qualifier **160** receives information **161** from the database driver **170** and provides a list **163** of available data fields from the database **12**. As will be described later, the list of available data fields **163** may be displayed to a user at the terminal **14**, and may be sorted and processed using the request analyzer **130** in conjunction with the database qualifier **160**. The database qualifier **160** also receives search information and other commands **131** from the request analyzer **130**.

The search engine **125** may identify a database schema by simply using a trial and error process. Alternatively, the search engine **125** may use other techniques know in the art. Such techniques are described, for example, in U.S. Pat. No. 5,522,066, "Interface for Accessing Multiple Records Stored in Different File System Formats," and U.S. Pat. No. 5,974,407, "Method and Apparatus for Implementing a Hierarchical Database Management System (HDBMS) Using a Relational Database Management System (RDBMS) as the Implementing Apparatus," the disclosures of which are hereby incorporated by reference.

The search engine **125** provides search-on-the-fly search capabilities and more conventional search capabilities. In either case, the search engine **125** may perform a preliminary database access function to determine if the user has access to the database **12**. The search engine **125** also determines the database schema to decide if the schema is compatible with the user's data processing system. If the database schema is not compatible with the user's processing system, the search engine **125** may attempt to perform necessary translations so that the user at the terminal **14** may access and view data in the database **12**. Alternatively, the search engine **125** may provide a prompt for the user indicating incompatibility between the terminal **14** and a selected database.

The search engine **125** may conduct a search using one or more search cycles. A search cycle includes receipt of a request **114**, any necessary formatting of the request **114**, and any necessary truncation steps. The search cycle ends when a result list **175** is provided to the terminal **14**. The search engine **125** may retain a status of each past and current search cycle so that the user can modify the search at a later time. The user may also use this feature of retaining a status of past and current search cycles to combine results of multiple searches, using, for example, a Boolean AND function, a Boolean OR function, or other logic function. The above listed functions will be described in more detail later.

The search-on-the-fly function of the search engine **125** begins by determining available data fields of the database **12**. The database **12** may have its data organized in one or more data fields, tables, or other structures, and each such data field may be identified by a data field descriptor. In many cases, the data field descriptor includes enough text for the user at the terminal **14** to determine the general contents of the data field. The list of data fields may then be presented at the terminal **14**, for example, in a pull down list. An example of such a data field result list is shown in FIG. **4**, which is from a federal database showing data related to managed health care organizations. This database is available at http://tobaccopapers.org/dnld.htm. In FIG. **4**, the first data field listed is "PlanType," which is shown in result list **156**. Other data field descriptors show the general categories of data in the database.

Using the terminal **14**, the user may select one of the data field descriptors to be searched. For example, the user could select "city." If a number of entries, or records, in the city data field is short, a further result list of complete city names may be displayed. If the entries are too numerous to be displayed within a standard screen size, for example, the search engine **125** may, in an iterative fashion, attempt to reduce, or truncate, the result list until the result list may be displayed. In the example shown in FIG. **4**, entries in the city data field are so numerous (the database includes all U.S. cities that have a managed health care organization) that the search engine **125** has produced a result list **157** that shows only a first letter of the city. Based on the available database data fields, the user may then perform a further search-on-the-fly. In this case, the user may choose cities whose first initial is "N." The search engine **125** then returns a result list **158** of cities whose names start with the letter "N." Because in this instance the result list **158** is short, no further truncation is necessary to produce a manageable list.

FIG. **5** is a more detailed block diagram of the request analyzer **130**. A protocol analyzer **133** receives the request **114** and provides an output **135** to a constraint collator **136**. The protocol analyzer **133** examines the received request **114**, determines a format of the request **114**, and performs any necessary translations to make the request format compatible with the database to be accessed. If the database to be accessed by the terminal **14** is part of a same computer system as the terminal **14**, then the protocol analyzer **133** may not be required to perform any translations or to reformat the request **114**. If the database to be accessed is not part of the same computer system as the terminal **14**, then the protocol analyzer **133** may be required to reformat the request **114**. The reformatting may be needed, for example, when a request **114** is transmitted over a network, such as the Internet, to a database coupled to the network.

The constraint collator **136** provides the updated request **115** (which may be an initial request, or a subsequent request) to the query generator **150**. The constraint collator **136** is responsible for interpreting the request **114**. The constraint collator **136** performs this function by comparing the request **114** against information stored in the status control **140**. In particular, the constraint collator **136** sends the request status control signal **118** to the status control **140** and receives the request status response **119**. The constraint collator **136** then compares the request status response **119** to constraint information provided with the request **114** to determine if the constraint status should be updated (e.g., because the request **114** includes a new constraint). In an embodiment, the constraint collator **136** compares constraint information in a current request **114** to constraint information residing in the status control **140**, and if the current request **114** includes a new constraint, such as a new narrowing request (for example, when the user clicks, touches or points over a field shown in a last search cycle), then the constraint collator **136** adds the updated information and sends the updated request **115** to the query generator **150**. If the constraint status should be updated, the constraint collator **136** sends the status update **118** to the status control **140**. If the request **114** is a refresh request, the constraint collator **136** sends a reset command **131** to the database qualifier **160**. The updated request **115** (possibly with a new constraint) is then sent to the query analyzer **150** for further processing.

FIG. **6** is a block diagram of the query generator **150**. The overall functions of the query generator **150** are to scan a database, such as the database **12**, using the database driver **170**, and to collect search results based on constraints supplied by the request analyzer **130**. The query generator **150** then returns the search results **175** to the terminal **14**.

The query generator **150** includes a truncator **152** and a dispatcher **154**. The truncator **152** receives the updated request **115**, including a new constraint, if applicable. The truncator **152** creates new queries, based on new constraints, and applies the new requests **151** to the database **12** using the database driver **170**. Many different methods of truncating for display or viewing may be used by truncator **152**. The truncator **152** may include a variable limit **155** that is set, for example, according to a capacity of the terminal **14** to display the search results **175**. If data retrieved from the database **12** exceed the limit value, the truncator **152** adjusts a size (e.g., a number of entries or records) of the data until a displayable result list is achieved. One method of adjusting the size is by cycling (looping). Other methods may also be used to adjust the size of the result list. For example, the terminal **14** may be limited to displaying twenty lines of data (entries, records) from the database **12**. The truncator **152** will cycle until the displayed result list is at most twenty lines. In an embodiment, the truncation process used by the truncator **152** assumes that if the user requests all values in a particular data field from the database **12**, and there are no other constraints provided with the request **114**, and if the size of the resulting result list is larger than some numeric parameter related to a display size of the terminal **14**, then the constraints may be modified by the truncator **152** so that the result list can be accommodated (e.g., displayed on one page) by the terminal **14**. For example, instead of a full name of a city, some part of the name—the first n letters—is checked against the database **12** again, and n is reduced until the result list is small enough for the capacity of the terminal **14**. If the maximum number of displayable results is three (3), and the database **12** contains the names of six cities "Armandia, Armonk, New Orleans, New York, Riverhead, Riverdale," then the first attempt to "resolve" the result list will stop after a result list display is created with the full name of the cities:

Armandia, Armonk, New Orleans . . . (the limit was reached)

Try again with 7 characters:

Armandia, Armonk, New Orl, New Yor, (limit reached again)

Again with 5 characters:

Armandia, Armonk, New O, New Y, (limit reached again)

Again with 3 characters:

Arm ( . . . ), New ( . . . ), Riv ( . . . ) These results may now be displayed on the terminal **14**.

The display of Arm, New, Riv can then be used to conduct a further search-on-the-fly. For example, a user could then select Riv for a further search-on-the-fly. The result list returned would then list two cities, namely Riverhead and Riverdale.

In another embodiment, a fixed format is imposed such that all queries generated against a database will have preset limits corresponding to the capacity of the terminal **14**.

In yet another embodiment, the truncator **152** may adjust the field size by division or other means. For example, if the display limit has been reached, the truncator **125** may reduce the field size, X by a specified amount. In an embodiment, X may be divided by two. Alternatively, X may be multiplied by a number less than 1, such as ¾, for example. Adjusting the field size allows the search engine **125** to perform more focused searches and provides more accurate search results.

In another embodiment, the truncator first attempts to display information without truncation. If that is not appropriate, the truncator may attempt truncation by beginning with one character (26 letters and perhaps 10 digits) and incrementing to two characters and then three, four, until a failure to display is reached.



In still another embodiment, the user may select a limit that will cause the truncator **152** to adjust the field size. For example, the user could specify that a maximum of ten entries should be displayed.

For certain data fields, a terminal of a hand-held device, may have a very limited display capacity. For example, a personal data assistant (PDA—see FIG. **2**) or a cellular phone (see FIG. **2**) may be used to search a database, with the results displayed on a small screen. Alternatively a user may specify a limit on the number of entries for display. In the illustrated cases, the search engine **125** may return a result list **175** of the request **114** on multiple display pages, and the user may toggle between these multiple display pages. As an example, if the terminal **14** is limited to displaying a maximum of ten entries, and if the request **114** results in a return of a data field comprising the four hundred largest cities in the United States, the truncator **152** will produce a list of twenty three entries comprising twenty three alphabetical characters (no cities that begin with Q, Y or Z—see FIG. **4**). The search engine **125** may then display the results on three pages. Alternatively, the truncator **152** could produce a list of letter groups into which the cities would fall, such as A-D, E-G, H-M, N-R, and R-X, for example. In another alternative, the search engine **125** may send a notice to the terminal that the request **114** cannot be accommodated on the terminal **14** and may prompt the user to add an additional constraint to the request **114**, so that a search result may be displayed at the terminal **14**.

Adjusting the data field size also provides more convenient search results for the user. For example, if a user were to access an Internet-based database of books for sale, and were to request a list of all book titles beginning with the letter "F," a common search engine might return several hundred titles or more, displaying perhaps twenty titles (entries) at a time. The user would then have to look through each of many pages to find a desired title. This process could be very time-consuming and expensive. Furthermore, if the search results were too large, the common search engine might return a notice saying the results were too large for display and might prompt the user to select an alternative search request. However, performing the same search using the search engine **125** allows the truncator **152** to reduce the size of the information displayed to a manageable level. In this example, if the request **114** includes the constraint "F," the truncator **152** will loop through the data in a data field that includes book titles starting with the letter "F" until a list is available that can fit within the display limits of the terminal **14**, or that fits within a limit set by the user, for example. The first list returned to the terminal **14** as a result of this request **114** may be a two letter combination with "F" as the first letter and a second letter of a book title as the second letter. For example, the first list may include the entries "Fa," "Fe," "Fi," "Fo," and "Fu," all of which represent titles of books. The user could then select one of the entries "Fa," "Fe," "Fi," "Fo," and "Fu" to perform a further search, continuing the process until one or more desired titles are displayed. An example of a similar truncation result is shown in FIG. **14**.

When a parameter related to the search results is adequately truncated, the parameter is directed to the dispatcher **154**, which retrieves the data from database **12** using the database driver **170**. The dispatcher **154** then directs the final, truncated search results **175** back to the terminal **14** as a response to the request **114**.

FIG. **7** is a block diagram showing the status control **140**, which is responsible for monitoring the status of a current search. Due to the nature of the search engine **125**, the user can choose any combination of constraints, fields or keywords, including those from past and current search cycles. The status control **140** may keep track of all past cycles of the search, as well as all information necessary to return to any of those past search cycles. The status control **140** includes a status data module **142**, and an index module **144**. The status data module **142** contains data related to each such search cycle, including the constraint(s) entered during the search cycle, any truncation steps taken, and the results of such truncation, for example. The index module **144** provides access to these data. When the request **114** is being analyzed by the request analyzer **130**, the constraint collator **136** sends a request status query **116** to the index module **144**. The status data module **142** contains information related to all past and current search cycles, which are referenced by the index module **144**, and delivers a status response **119** for the most recent search cycle to the constraint collator **136**. When a new constraint is sent to the query generator **150**, the status data module **142** is updated **118** by the constraint collator **136**. Specific structures of the request **114**, the request status query **116**, the status response **119** and the request status control **118** will be provided later.

The status data module **142** may be reset by the database qualifier **160** with all available fields when a refresh function is used. In an embodiment, the refresh function may be used to clear all past search cycles and the current search cycle from the status control **140**. In such an event, the search results, such as the search results shown in FIG. **4**, will no longer be displayed at the terminal **14**, and data related to the past and the current search cycles may not be used for future search cycles. In effect, the refresh function may cause the entire search to be discarded. The refresh function may be activated when a user selects a refresh button (see FIG. **4**) on a displayed result list, or on another portion of a GUI. Alternatively, the refresh function may discard selected search cycles. In this alternative embodiment, the user may, for example, move a cursor to a desired result list from a past search cycle and activate a refresh, reset, back, or drop button. All data associated with search cycles subsequent to the selected search cycle, including all displayed result lists may then be discarded.

FIG. **8** is a block diagram showing the database qualifier **160**. The database qualifier **160** provides data field information at the start of a search or when the search engine **125** is refreshed. A field assessor **162** access the database **12** using the database driver **170**, and identifies and accesses discrete data fields and other information in the database **12**. A field converter **164** structures the data field information into a usable (searchable/sortable) structure and sends **163** the formatted data field information to the status control **140**. Techniques for identifying and accessing the data fields, and for formatting the data field information are well known in the art. Such techniques are described, for example, in U.S. Pat. No. 5,222,066, Interface for Accessing Multiple Records Stored in Different File System Formats, the disclosure of which is hereby incorporated by reference.

FIG. **9** is a block diagram of the database driver **170**. The database driver **170** is the universal interface with the database **12**, which can be a local or a remote database.

FIG. **10** is an example of a search-on-the-fly using the search engine **125**. In FIG. **10**, a database **200** includes information related to a number of individuals. The information in the database **200** may be presented at the terminal **14** using a series of screens or menus **201**–**230**. The user first accesses the database **200** and is presented with a list **201** of the information or data fields contained in the database **200**. The result list **201** is generated by the field assessor **162**, and is provided for display at the terminal **14** by the query generator **150**. As shown in FIG. **10**, a user has selected the data field “City” for display of information. However, the number of “cities” listed in the database **200** is too large to conveniently display at one time (i.e., on one page) at the terminal **14**. Accordingly, the truncator **152** will loop a required number of times until an adequate display is available. In FIG. **10**, the menu **203** shows the results of the truncation with only the first letter of a city name displayed.

Using the menu **203**, the user has selected cities beginning with the letter “A.” The results are shown in menu **205**. Now, the user elects to conduct another search-on-the-fly, by selecting the “sort-on-the-fly” option **206**. The query generator **150** displays all the information fields available from the database **200**, except for the information field already displayed, namely “City.” The results are displayed in menu **207**. The user then elects to further search on the data field “State.” The query generator **150** returns the requested information as displayed in menu **209**, listing five states by their common two-letter abbreviation. The user then chooses New York from the menu **209**, and the query generator **150** returns a list of cities in New York, menu **211**.

Next, the user elects to conduct another search-on-the-fly, option **212**, and the query generator **150** returns only the remaining data fields for display in menu **215**. From the menu **215**, the user selects “Address” for the next data field to search, and the query generator **150** returns a menu **217** showing only first letters of the address. This signifies that the data field “Address” was too large to be easily displayed on the terminal **14**. The user then elects to search on all addresses that begin with “C.” The query generator **150** returns a list of addresses by displaying only street names, menu **219**.

The user then elects to conduct a further search-on-the-fly, option **220**, and the remaining two data fields, “Name” and “Phone” are displayed as options in menu **221**. The user selects name, and the query generator returns a further breakdown of the data by last name and by first name, menu **223**. This process continues, with further menus being used to select a last name and a first name from the database **200**. When the final selection is made, information from the database **200** related to the individual is displayed in window **230**.

In the example shown in FIG. **10**, the user could have refreshed the search engine **125** at any time, and the search would have recommenced at the beginning. Alternatively, the user, by simply selecting a prior menu such as the menu **215**, could have changed the course of the search. In this alternative, if the user had gone back to the menu **215** and instead of selecting “Address,” selected “Phone,” then the menus **217**–**229** would be removed from display at the terminal **14**, and the search would begin over from the point of the menu **215**.

FIGS. **11**–**15***b* illustrate exemplary searches of a remote database, such as the database **13** shown in FIG. **1**. The database in the illustrated example is for an Internet website **232** that sells books. The examples illustrated are based on a Barnes & Noble™ website. In FIG. **11**, the user has applied the search engine **125** to the website **232** database, and the query generator **150** has returned a list **233** of data fields from which the user may select to access data from the website **232** database. The list **233**, and other lists described below, may be displayed as overlays on the website **232**. In the example illustrated, the user selects “Title” for the first

search cycle. Because the list of titles is too large to easily display at the terminal **14**, the truncator **152** loops until an alphanumeric list **234** is created. The list **234** is then returned to the terminal **14**. For the next search cycle, the user selects titles that begin with the letter "C." Again, the data field contains too many entries to conveniently display at the terminal **14**, and the truncator **152** loops as appropriate until list **235** is created. The process continues with subsequent lists **236** and **237** being returned to the terminal **14**.

FIGS. **12**–**15***b* illustrate alternate searches that may be completed using the website **232** database.

For the search results shown in FIGS. **11**–**15***b*, the status control **140** may iterate as follows:

Status Control Started . . .

Key: Title1 Option: Title Level: 1 Filter: Field: Title

Key: A2 Option: A Level: 2 Filter: SUBSTRING([Title], 1,1)='A' Field: Title

Key: AA3 Option: AA Level: 3 Filter: SUBSTRING ([Title],1,2)='AA'AND SUBSTRING([Title],1,1)='A' Field: Title

Key: F4 Option: F Level: 4 Filter: SUBSTRING([Title], 1,1)='F' Field: Title

Key: Fa5 Option: Fa Level: 5 Filter: SUBSTRING ([Title],1,2)='Fa' AND SUBSTRING([Title],1,1)= 'F'Field: Title

Key: Favo6 Option: Favo Level: 6 Filter: SUBSTRING ([Title],1,4)='Favo' AND SUBSTRING([Title],1,2)= 'Fa'AND SUBSTRING([Title],1,1)='F' Field: Title

Key: C7 Option: C Level: 7 Filter: SUBSTRING([Title], 1,1)='C' Field: Title

Key: Ce8 Option: Ce Level: 8 Filter: SUBSTRING ([Title],1,2)='Ce'AND SUBSTRING([Title],1,1)='C' Field: Title

Key: Cells9 Option: Cells Level: 9 Filter: SUBSTRING ([Title],1,5)='Cells' AND SUBSTRING([Title],1,2)= 'Ce' AND SUBSTRING([Title],1,1)='C' Field: Title

Key: Cellula10 Option: Cellula Level: 10 Filter: SUBSTRING([Title],1,7) ='Cellula' AND SUBSTRING ([Title],1,2)='Ce' AND SUBSTRING([Title],1,1) ='C' Field: Title

Key: CC11 Option: CC Level: 11 Filter: SUBSTRING ([Title],1,2)='CC' AND SUBSTRING([Title],1,1)='C' Field: Title

Status Control Terminated.

FIG. **15***b* shows the results for a search for a low-fat cookbook using the search engine **125** as applied to a remote database. In this example, the remote database is **14** coupled to a Barnes & Noble web page. The first query, and resulting message strings, are illustrated by the following:

Query Analyzer

Message Received: ACK

Status Control: Refresh

Dispatcher

Message Sent: Categories~-~Title~-~Author~-~ISBN~ SubTitle~Format~Date

Published~Stock Status~Recommended

Age~Pages~Ratings~Price~Retail~Savings~-~Publisher

Query Analyzer

Message Received: CLK#**0**#**1**#Categories

Status Control received an update:

Key: Categories1 Option: Categories Level: 1 Filter: Field: Categories

Query Generator

Request is not cached, processing

Generated Query: SELECT DISTINCT [Categories] FROM Books ORDER BY [Categories]

Number of Matching Records: 2032

Generated Query: SELECT DISTINCT SUBSTRING([Categories],1,82) FROM Books ORDER BY SUBSTRING ([Categories],1,82)

Number of Matching Records: 2022

Generated Query: SELECT DISTINCT SUBSTRING([Categories],1,61) FROM Books ORDER BY SUBSTRING ([Categories],1,61)

Number of Matching Records: 1995

Generated Query: SELECT DISTINCT SUBSTRING([Categories],1,45) FROM Books ORDER BY SUBSTRING ([Categories],1,45)

Number of Matching Records: 1751

Generated Query: SELECT DISTINCT SUBSTRING([Categories],1,33) FROM Books ORDER BY SUBSTRING ([Categories],1,33)

Number of Matching Records: 1251

Generated Query: SELECT DISTINCT SUBSTRING([Categories],1,24) FROM Books ORDER BY SUBSTRING ([Categories],1,24)

Number of Matching Records: 799

Generated Query: SELECT DISTINCT SUBSTRING([Categories],1,18) FROM Books ORDER BY SUBSTRING ([Categories],1,18)

Number of Matching Records: 425

Generated Query: SELECT DISTINCT SUBSTRING([Categories],1,13) FROM Books ORDER BY SUBSTRING ([Categories],1,13)

Number of Matching Records: 319

Generated Query: SELECT DISTINCT SUBSTRING([Categories],1,9) FROM Books ORDER BY SUBSTRING ([Categories],1,9)

Number of Matching Records: 147

Generated Query: SELECT DISTINCT SUBSTRING([Categories],1,8) FROM Books ORDER BY SUBSTRING ([Categories],1,8)

Number of Matching Records: 111

Generated Query: SELECT DISTINCT SUBSTRING([Categories],1,7) FROM Books ORDER BY SUBSTRING ([Categories],1,7)

Number of Matching Records: 78

Generated Query: SELECT DISTINCT SUBSTRING([Categories],1,6) FROM Books ORDER BY SUBSTRING ([Categories],1,6)

Number of Matching Records: 44

Generated Query: SELECT DISTINCT SUBSTRING([Categories],1,5) FROM Books ORDER BY SUBSTRING ([Categories],1,5)

Number of Matching Records: 26

Truncator finished, took 15 seconds to make 13 iterations

Caching this request . . .

Dispatcher

Message Sent: Afric~Art,

~Biogr~Busin~Compu~Cooki~Engin~Enter~Ficti~Histo~ Home~Horro~Kids!~Law:~Medic~Mind,~Nonfi~ Paren~Poetr~Refer~Relig~Scien~Small~Sport~ Trave~Write~Query Analyzer

Message Received: CLKCategories

In the example illustrated by FIG. **15***b* and the above-listed message strings, an initial request would have returned 2032 book titles for cook books. This number of entries may be too large. Accordingly, the truncator **152**, through 13 iterations, reduces the entries in a result list to 26. The entries in the truncated result list can then be easily reviewed by the user, and further searches may be performed to identify a desired book. As can be seen in FIG. **15***b*, the user has selected "Categories" as a data field to search. As is also

shown in FIG. **15***b*, the search engine **125** may display other information windows, such as book availability, ordering and shipping information windows. With a simple drag-and-drop cursor operation, for example, the user may then order and pay for the desired book.

FIGS. **16**–**17** are flow charts illustrating operations of the search engine **125**. FIG. **16** is a flowchart of an overall search routine **250**. The process starts in block **251**. The request analyzer **130** receives the request **114**, block **252**. The request **114** may be made using a hierarchical menu-based display or a graphical user interface, with one or more layers. Using either the menu or the GUI, the user may enter specific details by typing, selection of iconic symbols or pre-formatted text, and by using well-known data entry techniques, for example. The request **114** may also comprise a simple text or voice query. Use of voice recognition may be particularly useful in mobile environments, and to speed access to the database **12**. Use of voice recognition may include simple commands, such as UP, DOWN, and SELECT, to select search terms from a pre-formatted list that is presented to the user at the terminal **14**. More sophisticated use of voice recognition may include actually speaking letters or numbers, or full search terms, such as speaking a key word for a key word search, for example.

The protocol analyzer **133** provides an output **135** to the constraint collator **136**, and the constraint collator **136** determines the nature of the request, block **254**. If the request **114** is a refresh request (i.e., a command to initiate the refresh function), the constraint collator **136** sends a reset command **131** to the database qualifier **160**. The updated request **115** (possibly with a new constraint) is then sent to the query analyzer **150** for further processing, including analyzing the database **12**, retrieving field descriptors, and formatting, block **256**. The result of the data field descriptor retrieval and formatting are shown as an available data fields result list, block **258**, and is returned to the terminal **14**, block **260**.

In block **254**, if the request **114** is not a refresh request, the constraint collator **136** provides the updated request **115** (which may be an initial request, or a subsequent request) to the query generator **150**, block **264**. The constraint collator **136** compares the request **114** against information stored in the status control **140**. In particular, the constraint collator **136** sends the request status control signal **118** to the status control **140** and receives the request status response **119**. The constraint collator **136** then compares the request status response **119** to constraint information provided with the request **114** to determine if the constraint status should be updated (e.g., because the request **114** includes a new constraint). If the constraint status should be updated, the constraint collator **136** calls create new constraint subroutine **270**, and creates new constraints.

The create new constraints subroutine **270** is shown as a flowchart in FIG. **17**. The subroutine starts at **272**. In block **274**, the constraint collator **136** determines if the request is for a sort-on-the-fly operation. If sort-on-the-fly has been selected, field assessor **162** prepares a new set of data fields, block **280**. The new set of data fields are then sent to the query generator **150**, block **284**, and the subroutine **270** ends, block **286**.

In block **274**, if sort-on-the-fly was not selected, the request analyzer **130** may receive a key word constraint, block **276**. The query generator **150** will then generate an input window in which the user may enter a desired key word, block **282**. Alternatively, the query generator **150** may prompt the user to enter a key word using voice recognition techniques, or any other way of entering data. The process then moves to block **284**. In block **276**, if a key word search option was not selected, the constraint collator **136** enters the new constraint to the existing list of constraints, block **278**. The process then moves to block **284**.

Returning to FIG. **16**, the constraint collator **136** next updates the status control **140**, block **290**. In block **292**, using the updated constraints, the query generator **150** generates a next query of the database **12**, block **292**. The database driver **170** then extracts the result list from the database **12**, according to the latest query, block **294**. In block **296**, the truncator **152** determines if the result list may be displayed at the terminal **14**. If the result list cannot be displayed, the process moves to block **298**, and a truncation routine is executed. The process then returns to block **294**. If the result list in block **296** is small enough, the result list is provided by the dispatcher **154** to the terminal **14**, block **258**.

As noted above, the request analyzer **130** determines the nature of the request, including any special commands. A special command may include a command to conduct a search-on-the-fly. Alternatively, the search engine **125** may adopt a search-on-the-fly mechanism as a default value. The search engine **125** also may incorporate other special search commands, such as a Boolean search, for example.

FIGS. **18**–**22** are flowcharts illustrating alternate truncation subroutines. In FIG. **18**, a truncation subroutine **298** adjusts a size of a data field by decrementing a parameter TP related to entries in a selected data field. For example, if the data field comprises a list of U.S. cities by name, the parameter TP may be the number of alphabetical characters in a name. The results of such a truncation is shown in the example of FIG. **4**. The subroutine **298** starts at block **301**. In block **303**, the parameter TP is set to equal a size of the data field being searched. The truncator **152** then determines the list of records sized by the parameter TP, block **305**. In block **307**, the truncator **152** determines if the result list can be displayed at the terminal **14**. If the result list cannot be displayed at the terminal **14**, the truncator **152** decrements the parameter TP, block **309**. Processing then returns to block **305**, and the truncator **152** gets a reduced result list using the truncated parameter TP. If the result list can be displayed at the terminal **14**, the process moves to block **311** and the subroutine **298** ends.

FIG. **19** is a flowchart illustrating an alternate truncation routine **298'**. The process starts in block **313**. In block **315**, the truncator **152** sets the parameter TP to a size of the data field being searched. In block **317**, the truncator **152** determines the list of records sized by the parameter TP. In block **319**, the truncator **152** determines if the result list can be displayed at the terminal **14**. If the result list cannot be displayed, the truncator **152** adjusts the size of the data field by dividing the parameter TP by a set amount, for example, by dividing the parameter TP by two, block **321**. Processing then returns to block **317**, and repeats. If the result list can be displayed at the terminal **14**, the process moves to block **323** and the subroutine **298'** ends.

FIG. **20** shows another alternative truncation subroutine **298"**. The process starts in block **325**. In block **327**, the truncator **152** sets the parameter TP to equal the size of the data field being searched. In block **329**, the truncator **152** determines the list of records sized by the parameter TP. The truncator **152** then determines if the result list can be displayed at the terminal **14**, block **331**. If the result list cannot be displayed at the terminal **14**, the truncator **152** determines if the parameter TP is less then ten, block **333**. If the parameter TP is not less than ten, the truncator **152** adjusts the parameter TP by multiplying the parameter TP by

a number less than one, block **337**. In an embodiment, the number may be ¾. The process then returns to block **329** and repeats. In block **333**, if the value of the parameter TP is less than ten, the truncator **152** decrements the parameter TP by one, block **335**. Processing then returns to block **329** and repeats. In block **331**, if the list can be displayed at the terminal **14**, the process moves to block **339** and the subroutine **298"** ends.

FIG. **21** illustrates yet another alternate truncation routine **630**. The routine **630** begins in block **631** with the truncator **152** receiving the request **115**. In block **633**, the truncation is set to the size of the field being viewed on the GUI, and sets the False Flag. The query is then run against the database using the selected truncator, block **635**. In block **635**, the truncator **152** determines if the number of records that would be retrieved from the database can be displayed on the existing GUI. If the records can be displayed, the process moves to block **639**, and the truncator **152** determines if the Flag is set False. If the Flag is set False, the process moves to block **653** and the records are returned (displayed on the GUI). The process then ends, block **655**. In block **637**, if the number of records exceeds the display size of the GUI, the status of the Flag is checked as False. If False, the truncator is set to 1, and the Flag is set to True, block **647**, and the process returns to block **635**. If in block **637**. If the Flag is not set False, the process moves to block **651**, and saved records are retrieved. The retrieved records are then displayed, block **653**.

In block **639**, if the Flag is not set to False, the retrieved records are saved, and the truncator **152** is incremented. The process then returns to block **635**.

FIG. **22** illustrates still another alternative truncation routine **700**. In block **701**, the truncator **152** receives the constraints, the view by field and the maximum of number of display items (MNDI). In block **702**, the truncation is set to zero (no truncation), and the Flag is set to True. Next, the query is generated in block **702**. In block **703***a*, query generator receives the constraints, the view by field, and the truncator as parameters, and the query generator returns the query. The query is then run against the database, and the counter is set to zero, block **704**. In block **705**, the truncator **152** fetches the next record and increments the counter. If the end of file is reached, block **706**, and the truncation equals zero, block **710**, the truncator **152** sends the list of fields to the client, block **712**. However, if the truncation is not zero, block **710**, the truncator **152** is incremented, block **709**, and the process returns to block **703**. On the other hand, if the end of file is not reached, block **706**, and the counter is smaller than MNDI, block **707**, the process goes back to block **705**, in which the truncator **152** fetches the next record and increments the counter. However, if the counter is larger than MNDI, block **707**, and the saved list of fields exist, block **708**, the truncator sends the list to the client, block **712**. Conversely, if the saved list of fields do not exist, block **708**, the truncator **152** is incremented, block **709**, and the process goes back to block **703** again.

Table 1 illustrates an example of the alternate truncation routine **700**. This routine **700** begins by attempting not to truncate the records.

TABLE 1

| | Records | | 1st Round | | 2nd Round | | 3rd Round |
|---|---|---|---|---|---|---|---|
| 1 | Armandia | 1 | Armandia | 1 | A | 1 | AR |
| 2 | Armonk | 2 | Armonk | 2 | N | 2 | NE |
| 3 | Armonk | 3 | New Orleans | 3 | R | 3 | RI |
| 4 | New Orleans | 4 | New York | | | 4 | RO |
| 5 | New Orleans | | | | | | |
| 6 | New York | | | | | | |
| 7 | New York | | | | | | |
| 8 | New York | | | | | | |
| 9 | Riverdale | | | | | | |
| 10 | Riverdale | | | | | | |
| 11 | Riverdale | | | | | | |
| 12 | Rockfort | | | | | | |

In this example, the maximum number (n) of displayable results is three, and the database contains twelve instances of six different cities. First, the database is queried for the full city field with no truncation, and records are fetched. Records are fetched until four (n+1) records are fetched from the database. Since the number of different cities (4) is greater than n, fetching is halted and the process moves to truncation. Then the database is queried for only the first letter of the cities (truncation is incremented so that it equals one). For this query the database manager may simply review its index. The compiled list from the query is saved as "A", "N", and "R". Next, the database is queried for the first two letters of the city field (truncation is incremented so that it equals two). Again, the database manager may simply review its index to locate this information about the data field. This query for two letters or characters is continued until the number of two letter combinations exceeds n. When the number of different combinations (4) is again greater than n, the routine halts and nothing is saved. The system now returns to the previous saved list. Therefore, the saved list ("A", "N", and "R") is returned to the client for display or process.

The examples illustrated in FIGS. **18**–**22** are but a few examples of the truncations subroutine. One of ordinary skill in the art could conceive of other methods to adjust the field size. In addition to using a truncation subroutine, the user may specify a limit for the field size.

As noted above, the search engine **125** may be used for multiple searches and may be used to search multiple databases, including databases with different schemas. The results of individual searches, including the control data provided in the status control **140**, are saved. The search engine **125** may then be used to further sort (search), or otherwise operate on, the results of these multiple searches. In an embodiment, the search engine **125** may perform a Boolean AND operation on two search results. The result of the Boolean AND operation would be a list of records, or entries, that are common to the two search results. FIG. **23** illustrates such a Boolean AND operation.

In FIG. **23**, a GUI **400** displays local database selections **410**, including a database of recordings (compact discs—CDs) **412** and a database of contacts **414**. The databases **412** and **414** may be shown by text descriptions and an appropriate icon, for example. The database selections in this example are resident on a user's terminal, such as the terminal **14** shown in FIG. **1**. Also displayed on the GUI **400** is a remote database selection **420** that represents databases, such as the databases **13** and **15** shown in FIG. **1**, that are located remotely from the terminal **14**. In the example shown in FIG. **21**, the remote database selection **420** includes a database **422** for online record sales, which is represented by an icon (a CD) and a text title of the online retailer. The remote databases shown in the remote database selection **420** may include those databases for which the user

has already established a link. In the example shown, the user may already have entered an Internet address for the online retailer. In addition to any returned web pages from the online retailer, the terminal **14** may then display a representation of the database **422**.

Continuing with the example, the user may use the search engine **125** to conduct a search-on-the-fly of the recordings database **412** and the Virgin Record™ database **422**. The user may search both databases **412** and **422** for titles of recordings that are classified as "blues." The search engine **125** may return search results **416** and **424** for searches of both databases **412** and **422**, respectively. The search results **416** and **424** may be displayed in a window section **430** of the GUI **400**. The results **416** and **424** may also be represented by CD icons, such as the icons **432** and **434**. The search results **416** and **424** may be stored as lists in one or more temporary databases, as represented by the windows **417** and **427**. The search results **416** and **424** may also be stored in a scratch pad database **418**. At this point, the user may wish to determine which recordings from the list **424** are contained in the list **416**. The search engine **125** may support this function by performing a Boolean AND operation of the lists **416** and **424**. The results of the Boolean AND operation are represented by the icon **436** displayed in the window **430**. To execute the Boolean AND operation, the user may simply drag the icon **432** over the icon **434**, and then select AND from a pop-up menu **438** that appears when the icons **432** and **434** intersect. Other techniques to execute the Boolean AND (or another Boolean function) may include typing in a command in a window, using voice recognition techniques, and other methods. In addition, other Boolean functions may be used.

The result represented by the icon **436** of the Boolean AND operation may then be stored in a database at the terminal **14**, such as in the scratch pad database **418** or may be stored at another location. The result may then be subjected to further search-on-the-fly operations.

Also shown in FIG. **23** is an online-purchase module **435** that may be used to consummate purchase of a product referenced in an online database such as the database **422**. To initiate such a purchase, the user may drag an iconic or text representation of a desired product listed in the search result **424** over an icon **436** in the online-purchase module **435**. This drag-and-drop overlaying these icon may initiate and complete the online purchase for the desired product.

The search engine **125** may accommodate merging of one or more sets of search results. The multiple search results may be derived from a common database, or from more than one database. A search using the search engine **125** may be controlled through a user interface by one or more icons that can represent (1) filters or (2) the images of filters. Thus, the icon may represent spatial or temporal attributes, or sets of objects or procedures. Merging the icons thus has two interpretations corresponding to (1) and (2): either filters are added ("apply every filter in every icon to every image to which it can be applied"), or image sets are added. In an alternative embodiment, the addition (union or join) operator may be any other relational operator, e.g. divide, difference.

FIG. **24** is a flow chart illustrating an alternative operation **600** of the query generator **150** of FIG. **6**. In the illustrated operation, the query generator **150** is adapted to receive multiple selections of items within a same menu function and within a same merge function. To provide this functionality of the query generatory **150**, the request analyzer **130** (see FIG. **5**) may be adapted to receive a collection of user choices.

The operation **600** begins in block **601**. In block **603**, the request analyzer **130** receives constraints collected from the constraint collator **136**, and the updated request **115**, which may be an initial request or a subsequent request, is provided to the query generator **150**. In block **605**, the query generator **150** determines if the constraints (the request **115** ) are in the same merge group. If the query generator **150** determines that the request **115** is in the same merge group, the process moves to block **607** and the query generator **150** generates the query with a Boolean AND. If the request is not in the same merge group, the query generator **150** generates the query with a Boolean OR, block **609**.

In block **611**, the items selected within the same unit are OR'ed and the default truncator may be used depending on the size of the returned items. In block **613**, the generated query is executed. In block **615**, the number of records to be displayed is checked. If the number is within a specified limit, the process moves to block **617** and the search results are returned for display. The operation **600** then ends, block **625**. In block **625**, if the number of records to be displayed is too large, the process moves to block **621**, and a truncation routine is executed.

FIG. **25** illustrates a graphical user interface display **750** showing the results of a search-on-the-fly search for DVDs in a DVD database. Menu screen **751** shows the various search/sort features available to access the DVD database. In menu screen **753**, the selection of genre produces a further selection menu showing all available genres for searching the DVD database. The menu screen **753** also shows a View By section **752**. The View By section **752** allows the user to perform a further sort on the DVD database by selection one of the listed database categories shown. In the illustrated example, the Title category is selected, and the results of this merged search-on-the-fly search are shown in menu screen **755**. Because of the large number of database entries returned, a truncator function has reduced the DVD titles to a two-letter (or number) result. A further selection from the View By section **752** (in this case, MPAA Ratings **756** ) produces menu screen **757**, which lists available MPAA ratings. The user selects MPAA rating G, resulting in search results list **759** showing available DVD titles, the View By section **752**, and an icon bar **760**.

The icon bar **760** provides one means for initiating generation of a report related to a search, such as the search shown in FIG. **25**. In an embodiment, the report generation initiation means comprises an icon **761** that the user can select using a mouse or other pointing device, for example. The report may be generated by entering a report generation text command in a dialog box, for example. The report generation may also be made automatic or semi-automatic. For example, the report may be generated periodically, or upon occurrence of specified events, for example.

Operation of the icon **761** returns configuration means for selection of report fields or context. FIG. **26** illustrates an embodiment of the means for configuring the report. In FIG. **26**, a report fields menu **765** includes a data fields list **766** having a number of data fields. The displayed data fields conform to data fields from the data set created by the search-on-the-fly search. In the illustrated example, the created data set conforms to the search conditions shown in search tree **768**, shown in FIG. **27**. Specifically, in the illustrated example, the search tree **768** shows search by genre=comedy and MPAA ratings=G. Returning to FIG. **26**, a check block section **767** allows the user to select one or more data fields by marking desired fields with an "X." In

an aspect of this embodiment, the report fields menu **765** may include default fields to be displayed when generating the report.

Using the report fields menu **765**, the user selects desired data fields of Title, Director, Studio, and Price. The search-on-the-fly search has returned search results for DVDs shown in the search results list **759** (see FIG. **25**). The user can then receive a search report that provides the Title, Director, Studio, and Price information from the DVD databases for the DVDs shown in the search results list **759**.

FIG. **28** illustrates a search report $\mathbf{770}_i$ corresponding to the search-on-the-fly search of FIG. **25**, with the data fields of Title, Director, Studio and Price listed. The search report $\mathbf{770}_i$; may be displayed graphically, and may be printed, saved as a file, or sent to another user, for example.

The search report $\mathbf{770}_i$ presents a "snapshot," or dynamic view of data in the DVD database. However, the user may desire to replicate the search report representing the search shown in FIG. **25** at some later time. Such a subsequent search report would return results based on the DVD database contents as the contents exist at the time of the generating the subsequent search report. Thus, the results from the subsequent search report may differ from the results of the prior search report, and the subsequent search report may show results that differ from those shown in the search report $\mathbf{770}_i$; of FIG. **28**. To provide means to generate dynamic search report results of the DVD database (or other databases), the data related to the search shown in FIG. **25** may be saved as a template in a reports database. Such a template may include links or clauses that provide a path to data subsets, tables, fields, or elements within the DVD database (or other databases).

When requesting generation of a search report, the user may elect to use the same report format as for a prior search report, or may select other data subsets, tables, fields or elements to be displayed in the search report. FIG. **29***a* illustrates the concept of generating a search report based on a prior search. A search-on-the-fly search, such as the search shown in FIG. **25** may be executed using one or more WHERE query clauses $\mathbf{771}_i$. Immediately afterward, or a some subsequent time, a user elects to generate a search report, such as the search report $\mathbf{770}_i$. The user may define one or more SELECT clauses, such as the clauses $\mathbf{772}_i$, that define data elements (i.e., requested data elements) to be included with the search report $\mathbf{770}_i$. For example, immediately following the search, the user may define SELECT clause $\mathbf{772}_1$. At a later time, such as one week later, the user may define SELECT clause $\mathbf{772}_2$. Still later, the user may define SELECT clause $\mathbf{772}_n$. The search engine **125**, or a component thereof, may define a FROM clause $\mathbf{773}_i$ that establishes a path from the requested data element to its location in the database. That is, the FROM clause **773**establishes a database address for requested data elements. The SELECT clauses $\mathbf{772}_i$ and the FROM clauses $\mathbf{773}_i$ are then combined with the WHERE query clause $\mathbf{771}_i$ to produce a defined query $\mathbf{774}_i$. Using the defined query $\mathbf{774}_i$, a report generator may generate search-on-the-fly search reports $\mathbf{770}_i$.

As noted above, the search reports $\mathbf{770}_i$ may be generated into a specific request from a user. In another embodiment, generation of the search reports may be automated, with search reports generated periodically on regular or irregular basis, or in response to discrete, defined events.

As noted above, means for generating the report $\mathbf{770}_i$ may be based on a "WHERE" query clause $\mathbf{771}_i$, which corresponds to the definition of a subset of data being searched. In the preceding example, the "WHERE" query clause $\mathbf{771}_i$ is:

WHERE (SUBSTRING([DVDs].[Genre], 1, 35)='Comedy') AND (SUBSTRING([DVDs].[MPAA Ratings], 1, 10)='G')

Using the report fields menu **765**, the user can select which data fields are to be displayed on the report $\mathbf{770}_i$, creating another part of the defined query $\mathbf{774}_i$: the "SELECT" clause $\mathbf{772}_i$:

SELECT [DVDs].[Title] as [Title], [Directors].[Name] as [Director], [Studios].[Name] as [Studio], [DVDs].[Price] as [Price]

The SELECT clause $\mathbf{772}_i$ may be generated by the search engine **125** (see FIG. **3**), using the information created by an administrator, or by querying database metadata, to find out which data tables and data fields host data for "DVDs", "DIRECTORS", and "STUDIOS". Using this same information, the search engine **125** creates the "FROM" clause $\mathbf{773}_i$, which specifies how to connect the tables to produce the desirable results: FROM [DVDs] JOIN [Directors] ON ([Directors].[DirectorId] =[DVDs].[DirectorId]) JOIN [Studios] ON ([Studios].[StudioId] =[DVDs].[StudioId])

The result is the following defined query $\mathbf{774}_i$, which can be used at anytime to reproduce and display the DVD Movies with Genre are "COMEDY" and MPAA Ratings are "G":

SELECT [DVDs].[Title] as [Title], [Directors].[Name] as [Director], [Studios].[Name] as [Studio], [DVDs].[Price] as [Price] FROM [DVDs] JOIN [Directors] ON ([Directors].[DirectorId]=[DVDs].[DirectorId]) JOIN [Studios] ON ([Studios].[StudioId]=[DVDs].[StudioId]) WHERE (SUBSTRING([DVDs].[Genre], 1, 35)='Comedy') AND ( SUBSTRING([DVDs].[MPAA Ratings], 1, 10)='G').

In an embodiment, as noted above, when a report $\mathbf{770}_i$ is generated, because "Database Data" may not be saved, the report $\mathbf{770}_i$ may show a "Real-Time Snaphot," or dynamic status, of the data using the defined query $\mathbf{774}_i$. However, because of the ad-hoc nature of the reports $\mathbf{770}_i$, the user can choose to "Save" the report $\mathbf{770}_i$ for future use, and to use on-the-fly technology to search through those saved reports $\mathbf{770}_i$ at a later time.

FIG. **29***b* illustrates an embodiment of a Save Report screen or menu **775** that allows the user to save a report $\mathbf{770}_i$. In an aspect, the report $\mathbf{770}_i$ is created in HTML, XML, or other markup language, allowing the associated report to be bookmarked, or sent by e-mail to another user. In addition the report $\mathbf{770}_i$ may be accessed by another user who follows a link to the reports database, and who then generates a dynamic report based on the defined query $\mathbf{774}_i$. The report $\mathbf{770}_i$ may also be generated as a part of an application program, and also may be saved.

The Save Report screen **775** includes a dialog box that allows the user to specify an author's name and a report title. The dialog box also allows the user to see which search-on-the-fly filters were used for the search. A Save Report button may be operated to save the thus-identified search report $\mathbf{770}_i$.

FIG. **29***c* is a flowchart illustrating an operation **780** of a report generator for generating a search-on-the-fly search report $\mathbf{770}_i$. The operation **780** begins in start block **781**. In block **782**, the report generator receives a request to generate a search report. The request may be based on a previous search, and may include means for identifying the previous search results, such as a search identification (ID), for example. Such a request, when received, may result in generation of a WHERE clause $\mathbf{771}_i$ that specifies the

search-on-the-fly search process. Also in response to the report generation request, the report generator may return a reports field menu, block **783**. In block **784**, the report generator receives selections from the reports field menu **765**. The selection may result in creation of a SELECT clause $772_i$, block **785**. In block **786**, the report generator may generate one or more FROM clauses $773_i$ that show the link or path to a data element, or a database address. In block **787**, the report generator combines the clauses $771_i$, $772_i$, and $773_i$ to generate a defined query $774_i$, which the report generator then applies to the database. In block **788**, the report generator generates a current search report $770_i$ based on contents of the database, and the defined query $774_i$. In block **789**, the report generator returns the search report $770_i$. In block **790**, the report generator provides the SAVE REPORT menu **775**, and in block **791** the report generator receives an instruction to either save or not save the search report $770_i$. If the instruction is to save the search report $770_i$, the report generator initiates action to save the search report at an address specified by the user. The operation **780** then ends, block **792**. In block **791**, if the instruction is not to save the report $770_1$, the operation **780** proceeds to block **792** and ends.

FIG. **30***a* illustrates an environment **800** in which search-on-the-fly search reports $770_i$ may be generated. The environment **800** includes server side components **801** that may be located remotely from client side components **802**. The server side components **801** and the client side components **802** may be coupled by a network **803**. The network **803** may be a local area network (LAN), a wide area network (WAN) or other network, including the Internet. Also coupled to the client side components **802** and the server side components **801** are the databases **12**, **13**, and **15**, and a reports database **820**. The databases **12**, **13** and **15** may contain data of interest to users at the client side **802** and the server side components **801**, and may be searched using the server side components **801**, for example. In an embodiment, the client side components **802** may direct or request a search of the databases **12**, **13**, and **15** using the server side components **801**. In another embodiment, the client side components **802** may request generation of a search report, based on a prior search of the databases **12**, **13** and **15**. Search criteria for such a prior search may be stored in the reports database **820**. In an embodiment, the search criteria are stored in a template, with links to specific data fields or tables in the databases **12**, **13** and **15**. Using the stored templates, a user at either the client side **802** or the server side **801** can request generation of a report. Such a report may represent the dynamic content of the databases **12**, **13**, and **15**.

FIG. **30***b* illustrates the environment **800** in more detail. The environment **800** includes the OTFT search engine **125** coupled to the databases **12**, **13**, and **15**. Included as server side components **801** may be a dynamic report generator **810**. Client side components **802** may include an application front end **823** and a HTML front end **821**, both coupled to the reports database **820**. The front ends **821** and **823** are used to produce a report $770_i$. In an embodiment, the front ends **821** and **823**, the report generator **810**, and the OTFT search engine **125** may all reside at either the server side or the client side. Both the client side and the server side access the reports database **820** and the databases **12**, **13** and **15**. The server side components **801** access the databases **12**, **13** and **15** to conduct an on-the-fly search and to initially build a report template, which may be subsequently stored in the reports database **820**. Because a template is saved, any subsequent reports generated using the template will represent updated (dynamic) data in the databases **12**, **13** and **15**. The client side components **802** may be used to generate a report $770_i$ based on the template. The template acts as a road map to fields in the databases **12**, **13** and **15**. Using the template, the front end **821** and/or the front end **823** are able to construct a search report $770_i$ using the latest data saved in the databases **12**, **13** and **15**. Thus, the process of creating the report template provides for a dynamic report generating mechanism. However, the environment **800** is also capable of storing static reports generated by the front ends **821** and **823**. Any such static reports may also be searched using the OTFT search engine **125**.

FIG. **31** shows the OTFT search engine **125** incorporating the report generator **810**. The report generator **810** receives different types of requests **814**. For example, the report generator **810** may receive a Prepare Report Request (give the field options to the user), or a Do Report Request (show/print the report). When the request **814** is a Prepare Request Report, the report generator **810** receives a list **812** of reportable fields from the database qualifier **160** and send the list **819** back immediately back to the user. In an embodiment, the list **819** could be a pop-up menu with checkboxes, a numbered list in a cell phone, and a dropdown selection box in a program application, for example.

The Do Report Request contains the selected list of fields the user wants to report. The report generator **810** then gets a "RAW" report query **818** (raw because this is a simple query containing all the fields selected, and the filtered condition generated by the search (drill down) using the OTFT search engine **125** includes information about the field data types and metadata) and sends back to the user a command to show the report $770_i$. The command could be in a application to open the program/class/object/form that will actually display the report $770_i$ along with a report identification (ID) as a parameter.

FIG. **32** shows the report generator **810** in detail. The report generator **810** includes a request selector **830** that receives requests **814** and provides a Do Report Request **831** or a Prepare Report Request **832**. In particular, the request selector **830** receives the different requests types (e.g., Prepare Report or Do Report) and redirects the request **814** to the appropriate module to be processed and delivered.

Coupled to the request selector **830** is a fields accessor **840** and a report serializer **850**. The fields accessor **840** receives the Prepare Report Request **832** and the Report Fields Command **812** and produces a fields list **841** for presentation to the user. If the request is a Prepare Report Request **832**, the fields accessor **840** receives the request, and interacting with the external data from the database qualifier **160**, creates a list of the reportable fields in the database/database subset. This list is formatted using the same format used for the regular operations of the OTFT search engine **125**, which could be a pop-up menu, a WML/WAP page (for cell phones), a HTML page, or different format depending of the situation.

A report serializer **850** receives the report query **818**, the Do Report Request **831** and the Report Fields Command **812**, and produces a report data message **852** and a report identification **851**. That is, when the request is a Do Report Request **831**, the request serializer **850** will take the request (which contains the list of selected fields by the user), and request a report query **818** from the query generator **150** (see FIG. **31**). The report query **818** is a "RAW" SELECT query, selecting the fields chosen by the user, and filtering (using the WHERE clause), the conditions corresponding to the drill down. The query, and information about the fields to be reported, are also serialized in the reports database **820** as a

template, so that when displaying/printing the report, the report generator **810** is capable of re-querying the database **820** looking for the same subset of the data.

The report generator **810** may also format the data or use plug-ins to transform the data into a different form. Transformation of the data may be useful for one-time reports, when searching legacy databases, and at other times. The data transform may occur as part of a query, or may occur after the search results are obtained. A plug-in may specify data fields from which data is to be extracted and may then specify the format for reporting the extracted data. An example of a plug-in is the "Hundred Year Date Plug-In," which transforms the numeric data saved as a date encountered in some legacy databases.

Following is an example of a resulting QUERY using the Year Date Plug-In:

SELECT GIP.RMNOGI as Room_Number, RMP.RMTPRM as Room_Type,
ROOMSTATUSDESC.DESCRIPTION as Room_Status, GIP.CONVGI as Group_Code,
GIP.VIPGI as Vip_Code, GIP.LNAMGI as Last_Name, GIP.FNAMGI as First_Name,
GIP.ARDTGI as Arrival_Date, GIP.DPDTGI as Departure_Date FROM RMP LEFT JOIN GIP ON (RMP.RMNORM=GIP.RMNOGI) LEFT JOIN ROOMSTATUSDESC ON (ROOMSTATUSDESC.STATUS=RMP.CSTARM) WHERE ({fn SUBSTRING(GIP.VIPGI, 1, 1)}='N' OR {fn SUBSTRING(GIP.VIPGI, 1, 1)}='1' OR {fn SUBSTRING(GIP.VIPGI, 1, 1)}='2' OR {fn SUBSTRING (GIP.VIPGI, 1, 1)}='3') AND (GIP.ARDTGI BETWEEN 37103 AND 37107) ORDER BY Vip_Code. This specific plug-in may be used by a hotel chain to track check-ins of hotel quests and to provide other data for hotel management.

In the above query example, (GIP.ARDTGI BETWEEN 37103 AND 37107) means the dates (Aug. 1, 2001 to Aug. 5, 2001). The results are shown as:

results are packaged by the report package controller **854** in the form of a report template, which is sent to the database updater **856**. The database updater **856** stamps the template in the report database **820** (see FIG. **30***a*). The database updater **856** then obtains a report ID for the report **770**$_i$, and returns the report **770**$_i$ to the user. The report ID enables the user to recreate the conditions of the report **770**$_i$, and to display/print/transmit the report **770**$_i$.

FIG. **34** illustrates a report generation environment in which the report **770**$_i$ (based on the DVD example of FIG. **25**) is generated. The databases **12**, **13** and **15** may contain DVD data accessible by the OTFT search engine **125** (not shown in FIG. **34**). The databases **12**, **13** and **15** are also accessible by the client-side report generation means, specifically the front ends **821** and **823**. A template for the report **770**$_i$, the report **770**$_i$ having a unique ID, may be stored in the reports database **820**. By referencing a unique report ID, the DVD data accessed from the databases **12**, **13** and **15** is transformed using the front ends **821** and **823** to generate the report **770**$_i$. The report **770**$_i$ may subsequently be stored as a report in the reports database **820**, and may be assigned a unique ID.

FIG. **35** illustrates components of the report generator front end **821** of FIG. **34**. The components shown in FIG. **35** may be similar to those for the report generator front end **823**. The report generator front end **821** includes a reports database accessor **871**, a query tweaker **873**, a database accessor **875**, and a formatter **877**. The reports database accessor **871** accesses the reports database **820** to extract a report template **872**. The reports database accessor **871** may be provided a report ID **894** to identify a specific report template **872**. The database accessor **871** provides information to the query tweaker **873**. Such information may include the information based on the report template **872**, and other information provided by the user. Information based on the report template **872** may include field mapping or address data contained in, or referenced, by the report template **872**.

VIP Arrival Report
(8/1/2001 to 8/5/2001)
Vip_Code = (N, 1, 2, 3)
by Front Desk

| ROOM NUMBER | ROOM TYPE | ROOM STATUS | GROUP CODE | VIP CODE | LAST NAME | FIRST NAME | ARRIVAL DATE | DEPARTURE DATE |
|---|---|---|---|---|---|---|---|---|
| 2217 | NK | Inspected | NMMII01 | 1 | XXXXX | ASARU/1* | 8/2/2001 | 8/3/2001 |
| 2218 | NK | Inspected | SUCBIE | 1 | XXXXX | PAUL* | 8/5/2001 | 8/9/2001 |
| 2418 | NK | Inspected | | 1 | XXXXX | LESLIE* | 8/2/2001 | 8/5/2001 |
| 1816 | SE | Inspected | SUCBIE | 1 | XXXXX | SALIM* | 8/4/2001 | 8/10/2001 |
| 2310 | ND | Dirty | | 1 | XXXXX | VESTER* | 8/5/2001 | 8/6/2001 |
| 1705 | SE | Dirty | NDEAN01 | 1 | XXXXX | DEAN* | 8/1/2001 | 8/2/2001 |
| 2122 | SC | Inspected | | 2 | XXXXX | KOSUKE** | 8/2/2001 | 8/3/2001 |
| 2425 | NK | Dirty | | 2 | XXXXX | MITSUO** | 8/2/2001 | 8/5/2001 |
| 1922 | SE | Inspected | | 2 | XXXXX | SHUJI** | 8/3/2001 | 8/4/2001 |

FIG. **33** shows the report serializer **850** in detail. The report serializer **850** includes a fields serializer **853**, a report package controller **854**, a query serializer **855** and a database updater **856**. The report package controller **854** receives the Do Report Request **831**, with the list of fields as designated by the user, the report package controller **854** requests a report query from the query generator **150**, and information about the fields (metadata) obtained from the database qualifier **160** (see FIG. **3**). The metadata and the report query

The query tweaker **873** receives a raw query on the database **13**, and generates a specific query **878**. In generating the specific query **878**, the query tweaker **873** perform special transformations and corrections, including setting up types of JOIN operations based on the database schema; applying filters and plug-ins; and applying GROUP BY clauses. Once the query **878** is ready, the query **878** is sent to the database accessor **875**. The database accessor **875** runs the query **878** against the database **13**. The result of this

search, a recordset object **876**, is sent to the formatter **877**, which fetches the records, and formats the fetched records according to information obtained from the fields metadata and the plug-ins. The formatter **877** then outputs the report **770**$_i$.

Means are also provided for the user to view and edit the report **770**$_i$. A user feedback **890** allows the user to view the report, and to edit the report as desired. Means are also provided for saving the report **770**$_i$, and to change descriptions and other metadata. A save/change function **892** allows the user to designate the report **770**$_i$ for saving. The function **892** also allows the user to change the template **872** associated with the report **770**$_i$, and to save the changed template **872** in the reports database **820**.

FIG. **36** illustrates an example of raw data saved in a template **872** in the reports database **820**. In the example, the raw data relates to sales of electronic equipment. As shown, the raw data includes field descriptors of authors, date and title; the specific query; applied filters; and fields metadata.

FIG. **37** illustrates a report **770**$_i$ associated with the raw data and template **872** of FIG. **36**. The example report **770**$_i$ shown in FIG. **37** relates to retail sales of Sony® brand electronics and related products by a specific sales representative, Deborah. To generate the report, the query tweaker **873** receives a new query on the databases **12**, **13**, and **15**. The query tweaker **873** then performs any desired transformations, including setting up types of JOIN operations according to the architecture of the databases **12**, **13**, and **15**; applying any filters and plug-ins; and applying any GROUP BY clauses. The transformed query is then sent to the database accessor **871**, which runs the transformed query against the database. In the process of accessing the databases **12**, **13** and **15**, the database accessor **871** passes a recorded object to the formatter **877**, which filters records from the databases **12**, **13**, and **15**. The formatter **877** formats the records using information from the fields metadata and the plug-ins. The report **770**$_i$ can then be displayed and printed.

FIGS. **38***a–c* show a flowchart illustrating an report generation operation **900** using the front ends **821** and/or **823** of FIG. **30***b*. The operation **900** begins in start block **901**. In block **903**, the database accessor **871** receives a prepare report request. The request may include a report ID **894** that allows the database accessor **871** to search the reports database **820** for a specific report template **872**. The database accessor **871** may also search the reports database **820** using criteria other than the report ID **894**. For example, the database accessor **871** may using a keyword or report title to search for a specific report template **872**. In block **905**, the database accessor **871** determines if a report template **872** exists in the reports database **820**. If a report template **872** exists, the database accessor **871** retrieves the report template **872**, block **907**. The database accessor **871** then provides the report template **872** to the query tweaker **873**, and the report template is displayed, block **909**. The display of the report template **872** may optionally include a prompt to make changes or adjustment to the report template **872**. In block **911**, the query tweaker **873** may receive changes to the report template **872**. If adjustments are received, the operation **900** moves to block **913**, and amends the report template **872**, block **913**. The operation **900** then moves to block **915**. In block **911**, if adjustments are not made, the operation **900** moves to block **915**.

In block **915**, the query tweaker **873** provides the report template **872** to the database accessor **875**. Using the report template **872**, the database accessor **875** accesses the database **13** to retrieve the latest saved data for the data fields specified in the report template **872**, block **917**. In block **917**, the database accessor may access multiple databases. In block **919**, the formatter **877** formats the retrieved data, and in block **921**, generates the search report **770**$_i$. The search report **770**$_i$ may then be displayed to the user, and the user may edit or modify the search report **770**$_i$. The user may also choose to save the search report **770**$_i$, and to change the report template **872**. In an embodiment, the user may be restricted from changing the report template **872**, and only authorized personnel may be allowed to create and change report templates **872**.

In block **923**, the query tweaker **873** may prompt the user to change the report template **872**. The prompt may be provided as a pop-up screen, window, or dialog box, for example. If the query tweaker **873** receives a YES to the change report template **872** prompt, the operation **900** moves to block **925**, and the changed report template **872** is saved in the reports database **820**. If the query tweaker **873** receives a NO to the change report template **872** prompt, the operation **900** moves to block **927**, and the query tweaker **873** prompts the user to save the search report **770**$_i$. If, in response to the save search report **770**$_i$ prompt, the query tweaker **873** receives a YES, the operation **900** moves to block **929** and saves the report. As part of block **929**, the query tweaker **873** may prompt the user to enter a destination address for storing the search report **770**$_i$. Alternatively, the query tweaker **873** may provide a default address for storing the search report **770**$_i$. The operation **900** then moves to block **930** and ends. In block **927**, the query tweaker **873** receives a NO in response to the save search report **770**$_i$, prompt, the operation moves to block **930** and ends.

In block **905**, if the report template **872** is not found, the operation **900** moves to block **906**, and the query tweaker **873** prompts the user to elect a new search. If the user does not elect a new search, the operation **900** moves to block **930** and ends. Otherwise, the operation **900** moves to block **931**, and the search engine **125** initiates a database search (drill down) using a series of search menus (see, for example, FIG. **25**). The operation moves to block **933**, the search engine **125** receives search-on-the-fly search parameters, and the search engine **125** performs the requested search-on-the-fly search. In block **935**, the search engine **125** presents the final results of the search. In block **937**, the report generator **810** generates the report template **872**. In block **939**, the report generator **810** prompts the user to save the generated report template **872**. If the report generator **810** receives a NO in response to the save report template **872** prompt, the operation **900** moves to block **930** and ends. If the report generator **810** receives a YES in response to the save report template **872** prompt, the operation **900** moves to block **941**, and the report template **872** is saved in the reports database **820**. The operation **915** then returns to block **915**.

The database accessor **875** runs the query against the database **13**, block **917**, yielding a recordset object **876**. In block **919**, the recordset object **876** is sent to the formatter **877**, which then formats the search results according to the fields metadata and any plug-ins. In block **921**, the formatter **877** generates the report **770**$_i$.

Following report generation, the user may charge and/or save the report template as shown in FIG. **38***b*. In block **923**, the user may be prompted, by way of a graphical user interface, for example, to change the search template **872**. If the user chooses to change the search template **872**, the user may save the changed template format, block **925**. The changed template format may be saved in the reports database **820**. In block **927**, the user may be prompted to save the generated search report. If the user chooses to save the

report, block **929**, the report may be saved in the reports database **820**. The operation **900** then ends.

In block **906**, if the user elects to conduct a new search, the operation **900** moves to block **931**, as shown in FIG. **38***c*, and a search menu is displayed (see FIG. **25**, for example). In block **933**, the query generator **160** receives on-the-fly search parameters, and a search of the databases **12**, **13**, and **15** is completed. In block **935**, the search results are displayed. In block **937**, a report template **872** is generated. In block **939**, the user is prompted to save the template **872**. If the user chooses not to save the template **872**, the operation **900** returns to block **930**. If the user chooses to save the report template **872**, the operation **900** moves to block **941**, the report template **872** is saved in the reports database **820**, and the operation **900** then returns to block **915**.

FIG. **39** illustrates a general purpose personal computer system **1050** that may be used for search-on-the-fly of a plurality of databases. The system **1050** includes a processor section **1051**, a display **1052** and a control section **1053** coupled to the processor section **1051**, and a computer readable medium **1055**, which may be read by components of the processor section **1051**. The computer readable medium **1055** may include the software routine required to implement the search-on-the-fly with merge function method and the report generator method.

In specific embodiments, the search engine **125** is implemented as a program executed on a general purpose computer, such as a personal computer. The search engine may also be implemented as a routine attached to a database structure. In addition, the search engine may be implemented on any processor capable of executing the routines of the program. In alternative embodiments, the search engine **125** may be implemented as a single special purpose integrated circuit (e.g., ASIC) having a main or central processor section for overall, system level control, and separate circuits dedicated to performing various different specific functions, computations and other processes under control of the central processor section. Those of ordinary skill in the art will appreciate that the search engine **125** may also be implemented using a plurality of separated dedicated or programmable integrated circuits, or other electronic circuits or devices (e.g., hardwired electronic or logic circuits such as discrete elements circuits, or programmable logic devices, such as PLDs, PLAs, or PALs). In general, any device or assembly of devices on which a finite state machine capable of implementing flowcharts similar to the flowcharts of FIGS. **16**–**22** and **38***a*–**38***c* can be used to implement the search engine **125**.

While using search-on-the-fly method and apparatus has been described in detail for an end result of printing, viewing or displaying data, search on the fly can be useful for other purposes. Search on the fly does not require obtaining the underlying data in the database or the display of the underlying data to be useful. Search on the fly can be used for gathering information or characteristics about data in a database with or without downloading the data itself. This gathered information about the data can be used to analyze the data, sorting, correct or clean data, verifications and confirmations. For example, search on the fly can be used to determine whether there is existing data in a database within certain ranges or parameters (date ranges, numerical, alphanumerical and other characteristics). If there is data within certain parameters, the number of datapoints within those parameters can also be determined. This information about the data can be gathered using search on the fly with queries to the database manager (which may simply need to query its index and not access the data itself). Another example is correcting data. Data may need to be corrected or cleaned for various reasons including spelling errors. Search-on-the-fly can locate these errors without necessarily accessing and downloading the data itself. Certain combinations of characters or truncations will be obvious spelling errors. Also, data that is out of range can be located and corrected or eliminated from the database using search-on-the-fly. Another example is data from one database can be confirmed or verified against data in a second database using search-on-the-fly. Those skilled in the art will find many uses and specific applications for search-on-the-fly.

The terms and descriptions used herein are set forth by way of illustration only and are not meant as limitations. Those skilled in the art will recognize that many variations are possible within the spirit and scope of the invention as defined in the following claims, and there equivalents, in which all terms are to be understood in their broadest possible sense unless otherwise indicated.

The invention claimed is:

**1**. A computer-based method for creating a data report, comprising:
- receiving a query, whereby the query comprises a database search request, and wherein the database is searched using an on-the-fly search;
- a query tweaker generating a defined query of the database from the received query, wherein generating the defined query includes the query tweaker performing transformations and corrections on the received query;
- accessing one or more databases, using a search engine, per the defined query;
- generating a search result based on the database access, wherein the search result includes one or more descriptors indicating corresponding data categories; and
- creating a template of the search result, wherein the template comprises links to the data categories described by the one or more descriptors.

**2**. The method of claim **1**, wherein the one or more databases comprise more than one database schema, the method further comprising translating the more than one database schema into a consistent database schema.

**3**. The method of claim **1**, further comprising:
- generating a list of database fields;
- receiving one or more selections from the list of database fields; and
- integrating the one or more selections to create the template.

**4**. The method of claim **1**, wherein the template is generated based on a default selection of database fields.

**5**. The method of claim **1**, further comprising:
- receiving a request to create the data report;
- returning a report field menu;
- receiving one or more menu selections based on the report field menu;
- generating a defined query; and
  - searching the one or more databases using the defined query, whereby the search result is generated.

**6**. The method of claim **5**, wherein generating the defined query, comprises:
- generating a select clause based on the received one or more menu selections;
- generating a from clause based on the select clause; and
- combining the select clause and the from clause to generate the defined query.

**7**. The method of claim **1**, further comprising:
- sending a prompt to save the search result;
- receiving a response to the save prompt; and
- saving the search result based on the received response.

**8**. The method of claim **1**, further comprising:

performing a subsequent database access using the template, whereby a subsequent search result is generated; and

saving the subsequent search result.

**9**. The method of claim **8**, further comprising searching the search result and the subsequent search result using an alternate template.

**10**. The method of claim **1**, further comprising receiving one or more changes to the template.

**11**. The method of claim **1**, further comprising receiving user feedback based on the returned search result.

**12**. The method of claim **1**, wherein the step of creating the search result comprises:

generating a list of data fields;

receiving a first data field selection from the list of data fields;

receiving a first constraint, wherein the first constraint is related to a data element in a data field; and

receiving one or more subsequent constraints, wherein search results are generated based on a combination of the first and the one or more subsequent constraints.

**13**. The method of claim **12**, further comprising:

determining a first quantity indicative of a number of entries of the selected data field;

if the first quantity exceeds a specified limit, reducing a size of data to be displayed from the selected data field; and

displaying data from the selected data field.

**14**. The method of claim **13**, wherein the specified limit is fixed.

**15**. The method of claim **13**, wherein the specified limit is variable.

**16**. The method of claim **13**, wherein the data are displayed on a terminal, and wherein the specified limit is determined dynamically, based on a characteristic of the terminal.

**17**. The method of claim **13**, wherein the specified limit is a user-determined limit.

**18**. The method of claim **13**, wherein the method for reducing the size of the data to be displayed from the selected data field comprises:

performing a truncation that reduces the size of the data to be displayed from the selected data field;

comparing the reduced size to the specified limit; and

if the reduced size exceeds the specified limit, repeating the truncation and comparing steps until the size of the data to be displayed from the selected data field is less than or equal to the specified limit.

**19**. The method of claim **18**, wherein a parameter is related to the size of the data to be displayed from the selected data field, and wherein the truncation comprises decrementing or incrementing the parameter.

**20**. The method of claim **19**, wherein the parameter is decremented or incremented by a value of one.

**21**. The method of claim **19**, wherein a parameter is related to the size of the data to be displayed from the selected data field, and wherein the truncation comprises dividing the parameter by a value.

**22**. The method of claim **21**, wherein the value is two.

**23**. The method of claim **18**, wherein a parameter is related to the size of the data to be displayed from the selected data field, and wherein the truncation comprises multiplying the parameter by a value.

**24**. The method of claim **1**, wherein performing transformations and corrections on the received query includes setting up JOIN operations based on a database schema, applying filters and plug-ins, and applying GROUP BY clauses.



**25**. A computer-based method for generating search result reports, comprising:

receiving a query, whereby the query comprises a database search request, and wherein the database is searched using an on-the-fly search;

a query tweaker generating a defined query of the database from the received query, wherein generating the defined query includes the query tweaker performing transformations and corrections on the received query;

searching a reports database for existence of a search template corresponding to the defined query;

if the search template is found:

retrieving the search template,

searching the database, whereby search-on-the-fly search results are generated, and

formatting the search results according to the search template; and

if the search template is not found, completing a new search, comprising:

displaying a search-on-the-fly search menu,

receiving search parameters, wherein the search parameters define a scope of the search, and

returning search-on-the fly search results, and

generating a second search template based on the returned search-on-the fly search results.

**26**. The method of claim **25**, further comprising generating the query, comprising:

retrieving an existing where query clause;

generating a select clause;

generating a from clause; and

combining the select clause and the from clause to generate the query.

**27**. The method of claim **26**, further comprising:

generating a reports fields menu based on the search results;

returning the reports field menu; and

receiving one or more selections from the reports field menu, whereby the select clause is generated.

**28**. The method of claim **25**, further comprising reformatting the search template based on a user feedback.

**29**. The method of claim **28**, further comprising saving a reformatted search template, whereby a prior search template is overwritten.

**30**. The method of claim **25**, further comprising saving the search results.

**31**. The method of claim **25**, wherein performing transformations and corrections on the received query includes setting up JOIN operations based on a database schema, applying filters and plug-ins, and applying GROUP BY clauses.

**32**. An apparatus for generating search-on-the-fly search reports, wherein search results are provided by a search-on-the-fly search engine, the apparatus comprising:

a search-on-the-fly report generator that receives raw queries from the search-on-the-fly search engine and generates a search report and a search report template, wherein the search-on-the-fly report generator includes:

a query tweaker that receives the raw queries of a database from the search-on-the-fly search engine and generates defined queries of the database, wherein the query tweaker generates defined queries by performing transformations and corrections on the raw queries; and

a search database accessor that runs the defined query against one or more databases and produces a dataset object; and

a reports database coupled to the report generator, wherein the reports database comprises one or more search report templates, each search report template corresponding to a search result and identified by a unique identification.

**33**. The apparatus of claim **32**, wherein the report generator, comprises:

a request selector that receives a report generation request;

a fields accessor, coupled to the request selector, that receives a create report request, and accesses the reports database to locate a search template corresponding to the requested create report request; and

a report serializer, coupled to the request selector, that receives a do report request, and initiates presentation of a corresponding search report, wherein the report generation request comprises the report generation request and the create report request.

**34**. The apparatus of claim **33**, wherein the report serializer, comprises:

a fields serializer that obtains information related to fields in the databases to be searched;

a query serializer that receives the do report request;

a report package controller that receives the do report request from the query serializer, wherein the do report request includes a list of database fields, and that requests a report query and metadata related to the list of database fields, wherein the report package controller packages the report query and the metadata to create the search report template; and

a database updater that receives the search report template that saves the search report template in the reports database and obtains the unique report identification for the search report.



**35**. The apparatus of claim **34**, wherein the report generator further comprises a report generator front end, comprising:

a search database accessor that runs the defined query against one or more databases and produces a dataset object; and

a formatter that fetches records from the one or more databases according to the dataset object and formats the search report according to the information obtained by the fields serializer.

**36**. The apparatus of claim **35**, further comprising a user feedback module, whereby the search report is modifiable by a user.

**37**. The apparatus of claim **36**, wherein the user feedback module is operable to modify the search report template.

**38**. The apparatus of claim **32**, wherein the transformations and corrections performed by the query tweaker on the received query includes setting up JOIN operations based on a database schema, applying filters and plug-ins, and applying GROUP BY clauses.

* * * * *

# EXHIBIT D

## U.S. Patent No. 7,188,100 V. Oracle Cloud Infrastructure and Oracle Database

**’100 Patent Claim 1**

| CLAIM | ORACLE PRODUCTS (Including, OCI, Oracle Database, Business Intelligence (BI) Publisher, Reports Builder, Query Optimizer, Universal Records Management) |
|---|---|
| A computer-based method for creating a data report, comprising: | *Oracle operates a System of Oracle server farms throughout the United States, each Oracle server farm includes multiple Oracle servers, and each Oracle server executes Oracle software (programs and applications) for the benefit of Oracle’s customers. The image below is a map showing locations of Oracle’s North American server farms as of 2019. As can be seen, in 2019, Oracle operated three such server farms, one each in Phoenix, Chicago, and Ashburn, VA.* |

| | |
|---|---|
| |   *Source:* https://www.youtube.com/watch?v=I_tlYGYwLmw. *Oracle refers to this System of server farms as Oracle Cloud Infrastructure (OCI). OCI provides Oracle customers with different options, one of which is "Software as a Service," or "SaaS." The table below lists the functions and operations that Oracle servers provide and execute for the benefit of Oracle customers that choose, for example, the SaaS option.* |




*Source*: https://www.youtube.com/watch?v=I_tlYGYwLmw.

*Thus, in at least its SaaS offering, Oracle is the entity that actually executes the software. The software is hosted on Oracle's Cloud Infrastructure (OCI), and Oracle manages and controls all computing processes, security processes, data storage, and program updates. An end-user (Oracle OCI customer) accesses Oracle's software through a web browser or API. The*

| | |
|---|---|
| | *Oracle OCI customer does not have to install or manage the software on the customer's local devices. This offloads the technical complexities of running the software from the customer to Oracle. The Oracle OCI customer, at least in a SaaS environment, has only to access OCI and provide data to OCI. Oracle Cloud Infrastructure then provides all the hardware and software to meet the customers computing demands.*<br><br>*Thus, it is Oracle, and Oracle alone, that performs the method that infringes claim 1 of the '100 Patent.* |

| | |
|---|---|
| | *Oracle lists the SaaS services of its "Oracle Cloud ecosystem":*   *Source: https://www.youtube.com/watch?v=I_tlYGYwLmw (time mark 4:49).* <br><br> *As can be seen in the above video frame, the Oracle-provided services include Compute, Storage, Analytics and BI (Business Intelligence), and Oracle Databases, to name just a few of the Oracle products directly executed by Oracle on Oracle's own servers.* <br><br> *Another Oracle Product is Oracle Reports Builder. Oracle Reports Builder may be invoked by OCI to generate a data report; that is, Oracle uses its own computer (server) to* |

| | |
|---|---|
| | *execute a method for creating a data report*:<br><br>**1.1.1 About Oracle Reports Builder**<br><br>Oracle Reports Builder is the report-building component of Oracle Reports, a powerful enterprise reporting tool that enables you to rapidly develop and deploy sophisticated Web and paper reports against any data source (including an Oracle database, JDBC, XML, and text files). Leveraging Java EE technologies such as JSP and XML, you can publish your reports in a variety of formats (including HTML, XML, PDF, spreadsheet, delimited text, PostScript, and RTF) to any destination (including e-mail, Web browser, Oracle Portal, and file system) in a scalable, efficient manner. Recognizing the differences between Web publishing and paper publishing, Oracle Reports Builder provides the power to develop high quality output for the Web and e-business requirements, as well as high-fidelity printed reports Oracle Reports Builder includes:<br><br>• user-friendly wizards that guide you through the report design process<br>• pluggable data sources (PDSs), such as JDBC and XML, that provide access to data from any source for your reports<br>• a query builder with a graphical representation of the SQL statement to obtain report data<br>• default report templates and layout styles that can be customized if needed<br>• a live editor that enables you to modify paper report layouts in WYSIWYG mode<br>• the ability to add dynamic report output to an HTML page by embedding custom JSP tags within an HTML document<br>• an integrated graph builder to graphically represent report data<br>• the ability to generate code to customize how reports will run<br>• tools that dynamically generate Web pages based on your data<br>• standard report output formats such as HTML, HTMLCSS, XML, PDF, RTF, Spreadsheet, PCL, PostScript, and ASCII<br>• client-side parameter validation using JavaScript<br><br>*Source:* https://docs.oracle.com/middleware/11119/classic/build-reports/orbr_concepts1001.htm.<br><br>*Having shown that Oracle directly executes these Oracle products on Oracle servers, the remainer of this claim chart addresses the specific limitations of claim 1 of the '100 Patent.*<br><br>***Thus, this claim chart shows that Oracle itself, through its own operation of OCI and associated Products, performs all the method steps necessary to directly infringe method claim 1 of the '100 Patent.*** |

| | |
|---|---|
| receiving a query, whereby the query comprises a database search request, and wherein the database is searched using an on-the-fly search; | *Oracle Database, executed by Oracle on an Oracle server,* ***receives a query****, the* ***query comprises a database search request****, and the* ***database is searched using an on-the-fly search****.*<br><br>*For example, Oracle Database* ***receives a query*** *(*SELECT select_list from source_list*), the query comprises* ***a database search request*** *from a source-list.*<br><br>**About Queries**<br><br>A **query**, or SQL SELECT statement, selects data from one or more tables or views.<br><br>The simplest form of query has this syntax:<br><br>SELECT *select_list* FROM *source_list*<br><br>The *select_list* specifies the columns from which the data is to be selected, and the *source_list* specifies the tables or views that have these columns.<br><br>A query nested within another SQL statement is called a **subquery**.<br><br>In the SQL*Plus environment, you can enter a query after the SQL> prompt.<br><br>In the SQL Developer environment, you can enter a query in the SQL Worksheet. For instructions, see "Running Queries in SQL Developer".<br><br>*Source:* https://docs.oracle.com/cd/E18283_01/appdev.112/e10766/tdddg_selecting.htm. |

| | |
|---|---|
| | *Oracle Database uses Dynamic SQL; Dynamic SQL statements can change "on the fly" **(the database is searched using an on-the-fly search)**:*<br><br>**What Is Dynamic SQL?**<br><br>Dynamic SQL enables you to write programs that reference SQL statements whose full text is not known until runtime. Before discussing dynamic SQL in detail, a clear definition of static SQL may provide a good starting point for understanding dynamic SQL. Static SQL statements do not change from execution to execution. The full text of static SQL statements are known at compilation, which provides the following benefits:<br><br>• Successful compilation verifies that the SQL statements reference valid database objects.<br>• Successful compilation verifies that the necessary privileges are in place to access the database objects.<br>• Performance of static SQL is generally better than dynamic SQL.<br><br>With static SQL, all of the data definition information, such as table definitions, referenced by the SQL statements in your program must be known at compilation. If the data definition changes, you must change and recompile the program. Dynamic SQL programs can handle changes in data definition information, because the SQL statements can change "on the fly" at runtime. Therefore, dynamic SQL is much more flexible than static SQL. Dynamic SQL enables you to write application code that is reusable because the code defines a process that is independent of the specific SQL statements used.<br><br>*Source:* https://docs.oracle.com/cd/A81042_01/DOC/appdev.816/a76939/adg09dyn.htm. |

| | |
|---|---|
| | **To Execute Dynamic Queries**<br><br>You can use dynamic SQL to create applications that execute dynamic queries, which are queries whose full text is not known until runtime. Many types of applications need to use dynamic queries, including:<br><br>• Applications that allow users to input or choose query search or sorting criteria at runtime<br>• Applications that allow users to input or choose optimizer hints at run time<br>• Applications that query a database where the data definitions of tables are constantly changing<br>• Applications that query a database where new tables are created often<br><br>*Source:* https://docs.oracle.com/cd/A81042_01/DOC/appdev.816/a76939/adg09dyn.htm |
| a query tweaker generating a defined query of the database from the received query, wherein generating the defined query includes the query tweaker | ***Oracle generates a defined query of a database from a received query****, wherein generating the defined query includes* ***performing transformations and corrections*** *on the received query. In other words, Oracle uses a "****query tweaker****" to* ***transform and correct a received query****.* |

| | |
|---|---|
| performing transformations and corrections on the received query; | *For example in Oracle Database, Release 21, Oracle describes a **Query Optimzer**:*<br><br>"Introduction to the Query Optimizer<br><br>The **query optimizer** (called simply the **optimizer**) is built-in database software that determines the most efficient method for a SQL statement to access requested data."<br><br>*Source:* https://docs.oracle.com/en/database/oracle/oracle-database/21/tgsql/query-optimizer-concepts.html#GUID-06129ACE-36B2-4534-AE68-EDFCAEBB3B5D.<br><br>*The remaining descriptions quoted in this section of the claim chart also may be found through the above link.*<br><br>*Oracle's query optimizer includes a*<br><br>"**Query Transformer**<br><br>For some statements, the **query transformer** determines whether it is advantageous to rewrite the original SQL statement into a semantically equivalent SQL statement with a lower cost.<br><br>When a viable alternative exists, the database calculates the cost of the |

alternatives separately and chooses the lowest-cost alternative. The following graphic shows the query transformer rewriting an input query that uses OR into an output query that uses UNION ALL."

*Following is an example of Oracle's "**Query Transformer**":*

**Figure 4-3 Query Transformer**




Description of "Figure 4-3 Query Transformer"

*Thus, Oracle's Query Optimzer, including the **Query Transformer** meets all the elements*

*of this limitation of Claim 1.*

*In addition to Oracle's Query Optimizer, Oracle Database is structured to enable use of "JOINs, filter, Plug-in, and GROUP By clause"* ***to perform transformations and corrections on the received query***:


Database / Oracle / Oracle Database / Release 21

SQL Language Reference

Joins

A **join** is a query that combines rows from two or more tables, views, or materialized views. Oracle Database performs a join whenever multiple tables appear in the `FROM` clause of the query. The select list of the query can select any columns from any of these tables. If any two of these tables have a column name in common, then you must qualify all references to these columns throughout the query with table names to avoid ambiguity.

Source: https://docs.oracle.com/en/database/oracle/oracle-database/21/sqlrf/Joins.html.

*Note that the above excerpt from Oracle's Oracle Database document (release 21) makes reference to SQL (structured query language). SQL is merely one of the "languages" used with*

*Oracle products (another being Dynamic SQL). A simple review of the above excerpt (e.g., "Oracle Database performs a join whenever …") makes that abundantly clear.*

*Oracle Database also applies filters when querying*:

> ## Selecting and Filtering Rows
>
> To filter out or select rows for extraction or replication, use the `FILTER` and `WHERE` clauses of the `TABLE` and `MAP` parameters.
>
> The `FILTER` clause offers you more functionality than the `WHERE` clause because you can employ any of the Oracle GoldenGate column conversion functions, whereas the `WHERE` clause accepts basic `WHERE` operators.
>
> ### Selecting Rows with a FILTER Clause
>
> Use a `FILTER` clause to select rows based on a numeric value by using basic operators or one or more Oracle GoldenGate column-conversion functions.

*Source*: https://docs.oracle.com/en/cloud/paas/goldengate-cloud/gwuad/selecting-and-filtering-rows.html#GUID-CF05918F-CE6E-4807-942E-795341BC39C5.

*Oracle Database also applies Group By clauses*:

| | |
|---|---|
| | **GROUP BY clause**<br><br>A GROUP BY clause, part of a *SelectExpression*, groups a result into subsets that have matching values for one or more columns. In each group, no two rows have the same value for the grouping column or columns. NULLs are considered equivalent for grouping purposes.<br><br>You typically use a GROUP BY clause in conjunction with an aggregate expression.<br><br>Using the ROLLUP syntax, you can specify that multiple levels of grouping should be computed at once.<br><br>**Syntax**<br><br>`GROUP BY`<br>`{`<br>`    column-Name [ , column-Name ]*`<br>`\|`<br>`    ROLLUP ( column-Name [ , column-Name ]* )`<br>`}`<br><br>*Source*: : https://docs.oracle.com/javadb/10.8.3.0/ref/rrefsqlj32654.html. |
| accessing one or more databases, using a search engine, per the defined query; | In a Software as a Service (SaaS) context and environment, **Oracle Database** provides a **query tool (search engine) for searching (accessing) databases**: |

| | |
|---|---|
| | A **query**, or SQL SELECT statement, selects data from one or more tables or views.<br><br>The simplest form of query has this syntax:<br><br>SELECT *select_list* FROM *source_list*<br><br>The *select_list* specifies the columns from which the data is to be selected, and the *source_list* specifies the tables or views that have these columns.<br><br>A query nested within another SQL statement is called a **subquery**.<br><br>In the SQL*Plus environment, you can enter a query after the SQL> prompt.<br><br>*Source*: Selecting Table Data (oracle.com). |
| generating a search result based on the database access, wherein the search result includes one or more descriptors indicating corresponding data categories; and | *Oracle Database **generates a search result based on the database access**, wherein the search result **includes one or more descriptors indicating corresponding data categories**.* |

*For example, Oracle Database uses columns in a table to represents fields (i.e., **descriptors indicating corresponding data categories**).*

1.2 About Oracle Database

Oracle Database groups related information into logical structures called **schemas**. The logical structures contain **schema objects**.

When you connect to the database by providing your user name and password, you specify the schema and indicate that you are its owner. In Oracle Database, the user name and the name of the schema to which the user connects are the same.

1.2.1 About Schema Objects

Every object in an Oracle Database belongs to only one schema, and has a unique name with that schema.

Some of the objects that schemas can contain are:

- **Tables**

  Tables are the basic units of data storage in Oracle Database. Tables hold all user-accessible data. Each table contains **rows** that represent individual data **records**. Rows are composed of **columns** that represent the **fields** of the records.

- **Indexes**

  Indexes are optional objects that can improve the performance of data retrieval from tables. Indexes are created on one or more columns of a table, and are automatically maintained in the database.

*Source*: https://docs.oracle.com/en/database/oracle/oracle-database/21/tdddg/two-day-developer-intro.html#GUID-D6CEA186-A6ED-4E4B-A479-76E0CAFCA0BA

*In this example, Table columns (a list of the database fields) are used to hold data, with the list including **a descriptor (data type attribute) that indicates a data category**:*

## 8.4.1.2 About Table Column Attributes

You define table columns to hold your data. When you create a column, you specify the following attributes:

- Data Type
- NOT NULL Column Constraint
- Default Value
- Encryption

### 8.4.1.2.1 Data Type

The data type attribute defines the kind of data to be stored in the column. When you create a table, you must specify a data type for each of its columns.

Data types define the domain of values that each column can contain. For example, `DATE` columns cannot accept the value `February 29` (except for a leap year) or the values `2` or `SHOE`. Each value subsequently inserted in a column assumes the column data type. For example, if you insert `17-JAN-2004` into a date column, then Oracle Database treats that character string as a date value after verifying that it converts to a valid date.

Table 8-1 lists some common Oracle Database built-in data types.

***Table 8-1 Common Data Types***

| Data Type | Description |
| --- | --- |
| `VARCHAR2(size [BYTE|CHAR])` | Variable-length character string having a maximum length of *`size`* bytes or characters. A column to hold postal codes for different countries, for example, might be restricted to 12 bytes by defining it as `VARCHAR2(12)`.<br><br>You can use the `CHAR` qualifier, for example `VARCHAR2(10 CHAR)`, to indicate the maximum length in characters, without regard for the number of bytes required. This is especially useful for languages that use characters with double-byte and triple-byte lengths. The `BYTE` and `CHAR` qualifiers override the setting of the `NLS_LENGTH_SEMANTICS` parameter, which has a default of bytes. The maximum size is 4000 bytes or characters. The minimum is 1 byte or 1 character. You must specify *`size`* for `VARCHAR2` |

*Source*: https://docs.oracle.com/database/121/ADMQS/GUID-7EDE63C6-5317-46A2-A9A3-6C019702B50D.htm.

| | |
|---|---|
| | *Oracle Database* ***generates a search result****, and displays the selected column headings (descriptors indicating corresponding data categories).*<br><br>**4**<br>**Formatting Query Results**<br><br>This chapter explains how to format your query results to produce a finished report. This chapter covers the following topics:<br>• Formatting Columns<br>• Clarifying Your Report with Spacing and Summary Lines<br>• Defining Page and Report Titles and Dimensions<br>• Storing and Printing Query Results<br>• Creating Web Reports<br><br>Read this chapter while sitting at your computer and try out the examples shown. Before beginning, make sure you have access to the sample tables<br><br>**Formatting Columns**<br><br>Through the SQL*Plus COLUMN command, you can change the column headings and reformat the column data in your query results.<br><br>**Changing Column Headings**<br><br>When displaying column headings, you can either use the default heading or you can change it using the COLUMN command. The sections below<br><br>**Default Headings**<br><br>SQL*Plus uses column or expression names as default column headings when displaying query results. Column names are often short and cryptic, <br><br>*Source*: https://docs.oracle.com/cd/A87860_01/doc/server.817/a82950/ch4.htm. |
| creating a template of the search result, wherein the template | *Oracle provides several Products that are used to generate reports with links to data categories, including Oracle Reports Builder, Oracle Universal Records Management (URM),* |

| | |
|---|---|
| comprises links to the data categories described by the one or more descriptors. | *Oracle Business Intelligence Publisher (BI Publisher) and Oracle Application Express (APEX), all of which work within Oracle Database, and all of which are executed by Oracle servers to* ***create templates of search results*** *with* **links to the data categories** *described by the descriptors*.<br><br>*Oracle Products* ***create a template of search results****:*<br><br>*URM, for example, provides*:<br><br>11 Generating Reports<br><br>Several types of reports are provided with the software. These reports can be used to track user and group usage of the system and provide summary information for content and items involved with physical content such as invoices, chargebacks, and storage.<br><br>In addition, reports can be created as needed about the data that appears on the screen as a search result, content information, and so on. If these kinds of reports are available, an option appears on the Page menu on the screen, indicating the default reports available for that data.<br><br>*Source*: Generating Reports (oracle.com).<br><br>11.3 Content and Physical Item Reports<br><br>Several default reports and templates are provided with Oracle URM. These reports are available in a variety of locations within the software such as search result page, content information pages, and so on. The type of reports depend on the configuration of the system and which components have been enabled. |

| | |
|---|---|
| | **11.3.1 Creating a Report**<br><br>The creation of new reports is composed of two steps: finding the information for the report then choosing the appropriate report option.<br><br>1. Use searching or screening to find the information.<br><br>2. Use one of the following methods to create a report for an individual item:<br><br>• Click the **Info** icon for the item. On the item's Content Information Page, click **Create Reports** then the type of report.<br><br>• On the Search Results Page, click the checkbox for an item. Click **Create Reports** then **Selected Items** then the type of report.<br><br>3. To create a report for multiple items, click the checkboxes of the items then click **Create Reports** then **Selected Items** then the type of report.<br><br>4. To create a report for all items on the page (such as all search results), click **Create Reports** then **Full Results** then the type of report.<br><br>*Oracle URM explicitly states that data used to create a report can come from search results.*<br><br>*Source*:<br><br>https://docs.oracle.com/cd/E17904_01/doc.1111/e10789/c11_reports.htm#RMDMG306.<br><br>*Other Oracle Products work with Oracle Database to create templates of search results*: |

## 11.3.17 Report Templates

Report column templates provide you with control over the results of a row from a SQL query. This type of template defines a cell, not an entire row.

Each report template identifies column names using the syntax `#1#, #2#, #3#`, and so on. You can also name columns using column name substitution syntax such as `#ENAME#` or `#EMPNO#`. You can reference any item from your application within your template. For example, to reference an item called `ABC.` in your template, you could include the exact substitution string `&ABC.`. The actual value of ABC. would be provided by an end user editing an item in your application named `ABC`.

- Generic Column Templates and Named Column Templates
- Report Column Template Attributes for Generic Column Templates
- Report Column Template Attributes for Named Column Templates
- About Using JavaScript in Column Templates

*Source*: https://docs.oracle.com/en/database/oracle/application-express/21.2/htmdb/report-templates.html.

*Oracle Application Express (APEX) cooperates with Oracle Database to* ***create templates of search results***:

## 16.6.8.2 Editing Search Results Region Attributes

Edit Search Results region attributes to change region behavior.

To edit Search Results Region attributes:

1. View the search page in Page Designer:
    a. On the Workspace home page, click the **App Builder** icon.
    b. Select an application.
    c. Select a page.

    Page Designer appears.
2. View the Search Results Region attributes:
    a. In the Rendering tab (or left pane), select the **Search Results** region.
    b. In the Property Editor, select the **Region** tab (if not already selected).




Description of the illustration search_page_components.png

*Sources*: https://docs.oracle.com/en/database/oracle/apex/23.1/htmdb/how-oracle-apex-uses-templates.html.

https://docs.oracle.com/en/database/oracle/apex/22.2/htmdb/editing-a-search-page.html#GUID-F75E8129-39C2-4BA8-B534-C8F39DB80474.

*APEX provides a list of links which can be used for navigation and other action-oriented tasks:*



# Links List

**Overview** Instructions List Attributes

## Overview

This list template provides a list of links which can be used for navigation and other action-oriented tasks. You can optionally show badges, icons, sub list items, and more.

## Instructions

1. In **Page Designer**, select a **region**
2. Go to the **Property Editor**
3. Under the **Region** tab
    1. Find **Identification → Type**, use **List**
4. Under the **Attributes** tab
    1. Find **Appearance → Template**, use **Links List**

| | |
|---|---|
| | *Source*: https://apex.oracle.com/pls/apex/apex_pm/r/ut/links-list.<br><br>*APEX Creates a Column ( the data categories described by the one or more descriptors) Link in an Interactive Report, such that the* ***template comprises links to the data categories described by the one or more descriptors****.*<br><br>*Finally, Oracle BI Publisher cooperates with Oracle Database to* ***create templates of search results****, including database queries. A query or search retrieves the desired data from a database. Oracle BI Publisher provides the* ***tools to create the template****, and once the template is created, and the template's* ***data fields are linked to the database****, BI Publisher* ***generates a report****. When the report runs, BI Publisher retrieves data from linked data locations of the database and merges the data into a templated report.*<br><br>*Source:* https://docs.oracle.com/middleware/bi12214/biee/BIPRD/GUID-A229808F-D2F6-458E-8E52-9E7FA156FF0E.htm.<br><br>*Thus, a number of Oracle Products, including Oracle BI Publisher, APEX, and URM cooperate with Oracle Database and OCI to* ***create a template of search results****, with the* |

| | |
|---|---|
| | *template including **links to data categories** described by one or more descriptors. These template then may be used to generate reports according to the template and its linked database.* |

# U.S. Patent No. 6,760,720 V. Oracle ATG

# 1. Claim Chart

| Claim | Analysis |
| --- | --- |
| 1.A method implemented on a computer for searching databases, comprising: | Oracle corp. has developed Oracle ATG Web Commerce software (Oracle ATG), oracle database software provides a method implemented on a computer for searching databases<br><br>For example, oracle database need to be installed on a computer (implemented on a computer).<br><br>**Installing the ATG Platform**<br><br>To install the ATG platform:<br><br>1. Run the `ATG10_1.exe` \| `bin` file to start the setup program.<br>2. On Windows, click Next.<br>3. Accept the terms of the license agreement.<br>4. Specify the installation folder for the ATG software (for example, `/usr/local/ATG/ATG10.1` or `C:\ATG\ATG10.1`).<br>5. Select all of the ATG products to install.<br>6. Select your application server. For WebSphere environments, choose the second option, 2- IBM WebSphere, for WebSphere without clustering.<br>7. Enter the required configuration information for your application server.<br><br>Source: https://docs.oracle.com/cd/E24152_01/CRS.10-1/ATGCRSInstall/html/s0405installingtheatgplatform01.html |

| | |
|---|---|
| | Oracle ATG Search from a database<br><br>**How Oracle ATG Web Commerce Search Works**<br><br>*Searching* means retrieving stored information using an input query. *Indexing* is the process of making documents and other content searchable. This searchable collection is then called the *index*. During indexing, Oracle ATG Web Commerce Search generalizes documents and other content into an abstraction called a *content item*. A content item consists of two main parts: *searchable text content* and *metadata*. Metadata includes the title, summary, and other associated properties. Examples of content items are products in an Oracle ATG Web Commerce catalog repository, HTML files, or structured data from a traditional database.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 3)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf |

| | |
|---|---|
| determining a database schema for a database, wherein the database includes database fields; | Oracle ATG can determine a database schema for a database, the database includes database fields.<br><br>For example, Oracle ATG defines a catalog repository including database schema<br><br>**Product Catalog Repository**<br><br>Oracle ATG Web Commerce uses a SQL repository to define the product catalog. Before reading this chapter, you should be familiar with the repository as described in the *ATG Repository Guide*.<br><br>A catalog repository is similar to any other SQL repository. There are three main parts:<br><br>1. The database schema on your SQL database server.<br>2. The repository component, which is of class `atg.adapter.gsa.GSARepository`.<br>3. The repository definition file, which is an XML file that defines the relationship between the SQL database and the repository component.<br><br>Oracle ATG Commerce Programming Guide (Page, 24)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGCommProgGuide/ATGCommProgGuide.pdf Page 533. |

Oracle database includes tables, in the table, columns represent the field

## 1.2 About Oracle Database

Oracle Database groups related information into logical structures called **schemas**. The logical structures contain **schema objects**.

When you connect to the database by providing your user name and password, you specify the schema and indicate that you are its owner. In Oracle Database, the user name and the name of the schema to which the user connects are the same.

### 1.2.1 About Schema Objects

Every object in an Oracle Database belongs to only one schema, and has a unique name with that schema.

Some of the objects that schemas can contain are:

- **Tables**

  Tables are the basic units of data storage in Oracle Database. Tables hold all user-accessible data. Each table contains **rows** that represent individual data **records**. Rows are composed of **columns** that represent the **fields** of the records.

- **Indexes**

  Indexes are optional objects that can improve the performance of data retrieval from tables. Indexes are created on one or more columns of a table, and are automatically maintained in the database.

Source: https://docs.oracle.com/en/database/oracle/oracle-database/21/tdddg/two-day-developer-intro.html#GUID-D6CEA186-A6ED-4E4B-A479-76E0CAFCA0BA

| | |
|---|---|
| | Oracle ATG includes repository item properties, attribute of a property specifies the database column that stores the property, since the database column represent field, thus the database includes database fields.<br><br>**Properties and Database Columns**<br><br>All repository item properties are described in the XML repository definition with `<property>` tags. You can explicitly map an item property to a database column name through the `column-names` attribute; otherwise, the property name and database column name are assumed to be the same. For example, you can map the `login` property to the `login_name` property as follows:<br><br>`<property name="login" column-names="login_name" data-types="string"/>`<br><br>The `column-names` attribute of a property specifies the database column that stores the property. Each property must also define its data type with the `data-types` attribute. In the case of a multi-column `id` property, the `data-types` attribute is a comma-separated list of data types, where each entry corresponds to an entry in the `column-names` attribute. Each column can have a different data type. If no data type is specified, the string data type is used by default. The valid data type names and their Java and SQL representations are listed in the Data Type Mappings: Java and SQL (page 172) section in the *SQL Repository Reference* (page 161) chapter.<br><br>Oracle Commerce Repository Guide (version 10.2) (page 39)<br><br>Source: https://docs.oracle.com/cd/E55783_02/Platform.11-2/ATGRepositoryGuide/ATGRepositoryGuide.pdf |

| | |
|---|---|
| | **Repository Items**<br><br>A repository is a collection of repository items. A repository item is a JavaBean component that implements `atg.repository.RepositoryItem` or one of its sub-interfaces, and corresponds to the smallest uniquely identifiable entity in the underlying data store. In the SQL repository, for example, a repository item often corresponds roughly to a row in a table. In the SQL profile repository, each user profile is a repository item.<br><br>*Properties*<br><br>Each repository item is composed of named properties that store the item's data—for example, `id`, `firstName`, and `lastName`. In the SQL repository, these properties generally correspond to table columns. Repository item properties are defined in its item descriptor.<br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGRepositoryGuide/html/s0203repositoryitems01.html |
| providing a list of the database fields, wherein the list includes a descriptor indicating a data category; | Oracle ATG provides a list of the database fields, wherein the list includes a descriptor indicating a data category.<br><br>database field is referred to property (attribute) |

| | |
|---|---|
| | Field<br><br>A database field is a set of data values, of the same data type, in a table. It is also referred to as a column or an attribute.<br><br>Most databases also allow fields to hold complex data like pictures, entire files, and even movie clips. A field that allows the same data type does not mean it only has simple text values. Some databases allow the data to be stored as a file on the Operating System, while the field data only contains a pointer or link to the actual file. This is done to keep the database size manageable, given that smaller database sizes mean less time for backups, as well as for searching data within the database.<br><br>Source: https://teachcomputerscience.com/database-fields/<br><br>For example, Oracle ATG associates property (database field) with item descriptor.<br><br>**Implementing a User-Defined Property Type**<br><br>As the SQL repository parses the XML repository definition file, it creates an instance of your `RepositoryPropertyDescriptor` class and stores it directly in the SQL repository's list of property descriptors for each item descriptor. The SQL repository calls `setItemDescriptor()` to associate your property with its item descriptor. The SQL repository then calls one or more methods corresponding to the property's type:<br><br>• `RepositoryPropertyDescriptor.setPropertyType()`<br><br>• `GSAPropertyDescriptor.setComponentPropertyType()`<br><br>Oracle Commerce Repository Guide (version 10.2) (page 74)<br><br>Source: https://docs.oracle.com/cd/E55783_02/Platform.11-2/ATGRepositoryGuide/ATGRepositoryGuide.pdf |

| | |
|---|---|
| | **Specifying Properties to Display**<br><br>All properties defined in an item descriptor can display in the Details pane when an item of that type is selected. For out-of-the-box items, a subset of those properties display. You can modify the properties that display for existing items, or specify the list of properties that you want to display for custom or customized items.<br><br>ATG Business Control Center Administration and Development Guide<br><br>Source:https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGBCCAdminGuide/html/s0810specifyingpropertiestodisplay01.html<br>The property includes category |

| | |
|---|---|
| | **Category Properties**<br><br>You can work with the following category properties in the Details pane. The properties described in this section are the category properties that come with Merchandising by default. Your administrator might have added new catalog properties that are specific to your Web sites.<br><br>(table below)<br><br>Oracle ATG WEB Commerce Merchandising Guide for Business Users (page, 72)<br>Source: https://docs.oracle.com/cd/E55783_02/Platform.11-2/ATGMerchandisingUserGuide/ATGMerchandisingUserGuide.pdf<br><br>Oracle ATG provides a list of the database fields (properties), wherein the list includes a descriptor indicating a data category |

| Property | Description |
|---|---|
| Default display name | Name used for the category on the site.<br><br>This property is required.<br><br>The name does not have to be unique, as Merchandising assigns a unique ID to each asset you create. |
| Sites | In a multisite environment, the names of the sites to which the category belongs.<br><br>This property is read-only. See Assets in a Multisite Environment (page 39). |
| Start date | Date on which the category is available. |
| End date | Date the category is no longer available. |
| Default description | Short descriptive text to display with the category. |
| Default long description | Detailed descriptive text to display with the category. |
| Template | JSP template used to display the category.<br><br>For details about working with templates, see *Creating and Managing Media Assets and Folders* (page 89). |

| | |
|---|---|
| | <br>**Presenting Search Options**<br>When you create a search form, it is good practice to provide users with a set of drop-down lists where they can specify the values to include in their search. The PossibleValues (page 279) component, an instance of `atg.repository.servlet.PossibleValues`, takes enumeration or `RepositoryItem` properties, queries the database for their values, and returns these values for use by a servlet bean such as ForEach, which can display the query results.<br>For example, you might want to query Recipe items on three properties: Appliance, PrepTime, and Course. You can construct three drop-down lists that display the complete set of property values:<br>Appliance: Oven, Toaster, Rice Cooker, Hot Pot, Fondue Pot, Microwave, Oven<br>Prep Time: 15 min or less, 16-30 min, 31-45 min, 46-60 min, 60+ min<br>Course: Appetizer, Soup, Salad, Entrée, Dessert<br><br>Oracle ATG WEB Commerce Page Developer's Guide (page, 99)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGPageDevGuide/ATGPageDevGuide.pdf |
| receiving a search selection for a database field on the provided list of the database fields; | Oracle ATG receives a search selection for a database field on the provided list of the database fields.<br><br>For example, Oracle Database receives search selection for a database field on the provided list of the database fields (properties) |

| | |
|---|---|
| | **Presenting Search Options**<br><br>When you create a search form, it is good practice to provide users with a set of drop-down lists where they can specify the values to include in their search. The PossibleValues (page 279) component, an instance of `atg.repository.servlet.PossibleValues`, takes enumeration or `RepositoryItem` properties, queries the database for their values, and returns these values for use by a servlet bean such as ForEach, which can display the query results.<br><br>For example, you might want to query Recipe items on three properties: Appliance, PrepTime, and Course. You can construct three drop-down lists that display the complete set of property values:<br><br><br><br>Oracle ATG WEB Commerce Page Developer's Guide (page, 99)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGPageDevGuide/ATGPageDevGuide.pdf |
| determining a quantity of entries in the selected database field; | Oracle ATG has the ability to determine a quantity of entries in the selected database field.<br><br>For example, Oracle ATG determine a quantity of entries (get the number of items returned) in the selected database field |

| | |
|---|---|
| | **Managing Search Results**<br><br>SearchFormHandler class properties let you control the display of search results and help users access them. With these properties, you can:<br><br>• Set the maximum number of items returned by a query.<br>• Set the maximum number of items displayed on a single page.<br>• Get the number of items returned and the number of results pages.<br><br>Oracle ATG WEB Commerce Page Developer's Guide (page, 99)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGPageDevGuide/ATGPageDevGuide.pdf |
| if the quantity exceed a specified amount, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field; and | Oracle ATG can determine: if the quantity exceed a specified amount, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field;<br><br>For example, Oracle ATG can include Oracle Endeca |

| | |
|---|---|
| | **Architecture Diagram**<br>The diagram in this section shows the recommended server architecture for a multiple application environment running on Oracle ATG Web Commerce 10.2. A larger, printable version of this diagram, filename `ATGArchitectureDiagram102.pdf`, is located in the downloadable version of this documentation library.<br>As discussed in the Introduction, the recommended approach in Oracle ATG Web Commerce 10.2 for adding product catalog search features to your sites is to use Oracle Endeca Commerce. If your installation includes Commerce Service Center, you can use Oracle Endeca Commerce for catalog searching, but you are required to use ATG Search for customer orders and profiles. This configuration is shown in the diagram below.<br>**Oracle ATG Web Commerce 10.2 Server Architecture**<br><br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGMultiApp/html/s0202architecturediagram01.html |

ORACLE | atg.

**ATG-Endeca Integration Guide**

### Installation Requirements

The ATG-Endeca integration requires that Oracle ATG Web Commerce and Oracle Endeca Commerce software (including either Oracle Endeca Guided Search or Oracle Endeca Experience Manager), be installed in your environment. We also suggest that you initially install ATG Oracle Web Commerce Reference Store, so that you have an application and data to work with as you familiarize yourself with the integration.

For information on installing Oracle ATG Commerce software, see the ATG Installation and Configuration Guide. For information on installing Commerce Reference Store, see the ATG Commerce Reference Store Installation and Configuration Guide. For information on installing Oracle Endeca Commerce software, see the *Oracle Endeca Commerce Getting Started Guide* and other related Oracle Endeca installation documentation.

Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGEndecaIntegrationGuide/html/s0102installationrequirements01.html

Endeca can implement steps as

1. **Define Dimensions and Attributes in Endeca**:
   - In Endeca, you would define dimensions (e.g., city name) and attributes (e.g., city initials).
   - For the "city" dimension, you can create a derived dimension called "city initial" to group cities by their first letter.

   The code can be:

```
<dimension>
  <dimensionName>City</dimensionName>
  <attributes>
    <attribute name="CityName"/>
    <attribute name="CityInitial" derived="true" expression="substring(CityName, 1, 1)"/>
  </attributes>
</dimension>
```

2. **Initial Query and Count of Records:**
   - Endeca can be configured to count the total number of records that match the initial search query.
   - Based on the count, the application logic can decide whether to display full city names or truncated results.

The code can be:

```
// Pseudo-code for Endeca query to count results
long cityCount = endecaQuery.countResults ("City");
```

3. **Faceted Navigation Setup**:
   - Configure faceted navigation in Endeca, allowing the search results to be dynamically filtered.
   - If the record count is high, the facet for "CityInitial" will display values like "A," "B," "C," etc., with counts for each letter.

   The code can be:

```
<facet>
   <facetName>CityInitial</facetName>
   <values>
      <value name="A" count="50"/>
      <value name="B" count="30"/>
      ...
   </values>
</facet>
```

4. **Display Initial Truncated Results**:
   - If the number of results is large, display the truncated data (e.g., city initials) instead of full names.
   - Endeca will automatically handle the grouping and counting based on the configuration.

   The code can be:

```
// Pseudo-code to display truncated results
if (cityCount > 100) {
   displayCityInitials(endecaQuery.getFacet("CityInitial"));
} else {
   displayFullCityNames(endecaQuery.getResults("City"));
}
```

5. **User-Driven Refinement**:
   - Users can select a facet value, such as "N," to refine the search.

<table>
<tr>
<td></td>
<td>

• Endeca will perform a new query, restricted to the selected facet value, and return the list of cities starting with "N."<br><br>
The code can be:<br><br>
// Pseudo-code for refining search based on user input<br>
String selectedInitial = getUserSelectedInitial(); // e.g., "N"<br>
List<String> citiesWithN = endecaQuery.getResults("City", "CityInitial=N");<br>
displayFullCityNames(citiesWithN);
</td>
</tr>
<tr>
<td>if the quantity does not exceed the specified amount, displaying contents of the database field.</td>
<td>

Oracle ATG can determine, if the quantity does not exceed the specified amount, displaying contents of the database field.<br><br>
For example, Endeca can implement steps as<br><br>
Display Initial Truncated Results:<br>
• If the number of results is large, display the truncated data (e.g., city initials) instead of full names.<br>
• Endeca will automatically handle the grouping and counting based on the configuration.<br><br>
The code can be:<br><br>
// Pseudo-code to display truncated results<br>
if (cityCount > 100) {<br>
  displayCityInitials(endecaQuery.getFacet("CityInitial"));<br>
} else {<br>
  displayFullCityNames(endecaQuery.getResults("City"));<br>
}
</td>
</tr>
</table>

# U.S. Patent No. 6,760,720 V. Oracle Database

## 2. Claim Chart

| Claim | Analysis |
|---|---|
| 1.A method implemented on a computer for searching databases, comprising: | Oracle corp. has developed Oracle Database software, oracle database software provides a method implemented on a computer for searching databases<br><br>For example, oracle database needs to be installed on a computer.<br><br><br><br>https://docs.oracle.com/en/database/oracle/oracle-database/21/install-and-upgrade.html<br><br>oracle database is a RDBMS which can search databases (retrieve database) |

| | |
|---|---|
| | **About Relational Databases**<br><br>Every organization has information that it must store and manage to meet its requirements. For example, a corporation must collect and maintain human resources records for its employees. This information must be available to those who need it.<br><br>An **information system** is a formal system for storing and processing information. An information system could be a set of cardboard boxes containing manila folders along with rules for how to store and retrieve the folders. However, most companies today use a database to automate their information systems. A database is an organized collection of information treated as a unit. The purpose of a database is to collect, store, and retrieve related information for use by database applications.<br><br>**Database Management System (DBMS)**<br><br>A **database management system (DBMS)** is software that controls the storage, organization, and retrieval of data.<br><br>Typically, a DBMS has the following elements:<br><br>Source:https://docs.oracle.com/en/database/oracle/oracle-database/19/cncpt/introduction-to-oracle-database.html#GUID-2E8CBB2E-89D9-40C5-8AB0-75EEF20647ED<br><br>**Relational Database Management System (RDBMS)**<br><br>The relational model is the basis for a **relational database management system (RDBMS)**. An RDBMS moves data into a database, stores the data, and retrieves it so that applications can manipulate it.<br><br>Oracle Database is an RDBMS. An RDBMS that implements object-oriented features such as user-defined types, inheritance, and polymorphism is called an **object-relational database management system (ORDBMS)**. Oracle Database has extended the relational model to an object-relational model, making it possible to store complex business models in a relational database.<br><br>Source:https://docs.oracle.com/en/database/oracle/oracle-database/19/cncpt/introduction-to-oracle-database.html#GUID-2E8CBB2E-89D9-40C5-8AB0-75EEF20647ED |

| | |
|---|---|
| determining a database schema for a database, wherein the database includes database fields; | Oracle Database can determine a database schema for a database, the database includes database fields.<br><br>For example, Oracle Database organize object as schema, rows of records are composed of columns that represent the fields of the records<br><br>1.2 About Oracle Database<br><br>Oracle Database groups related information into logical structures called **schemas**. The logical structures contain **schema objects**.<br><br>When you connect to the database by providing your user name and password, you specify the schema and indicate that you are its owner. In Oracle Database, the user name and the name of the schema to which the user connects are the same.<br><br>1.2.1 About Schema Objects<br><br>Every object in an Oracle Database belongs to only one schema, and has a unique name with that schema.<br><br>Some of the objects that schemas can contain are:<br><br>• **Tables**<br><br>Tables are the basic units of data storage in Oracle Database. Tables hold all user-accessible data. Each table contains **rows** that represent individual data **records**. Rows are composed of **columns** that represent the **fields** of the records.<br><br>• **Indexes**<br><br>Indexes are optional objects that can improve the performance of data retrieval from tables. Indexes are created on one or more columns of a table, and are automatically maintained in the database.<br><br>Source: https://docs.oracle.com/en/database/oracle/oracle-database/21/tdddg/two-day-developer-intro.html#GUID-D6CEA186-A6ED-4E4B-A479-76E0CAFCA0BA |

| | |
|---|---|
| | Since Oracle Database organize object as schema, Oracle Database can use DDL commands to instruct Oracle to create (determine) the object, thus Oracle Database can determine a database schema for a database, the database includes database fields.<br><br>**Introduction to DML and DDL commands in Oracle**<br><br>OCTOBER 13, 2018 BY HASH (UPDATED: OCTOBER 13, 2018) LEAVE A COMMENT<br><br>**DML commands in Oracle** and **DDL commands in Oracle** deals with the **data** and **database objects** respectively. Meaning, DML commands tells the database to insert, delete, update data whereas the DDL commands instruct Oracle to create update, delete the objects containing the data in it.<br><br>Source: https://oracletutorial.net/dml-ddl-commands-in-oracle.html |
| providing a list of the database fields, wherein the list includes a | Oracle Database provides a list of the database fields (DDL commands to instruct Oracle to create object including a list of the database fields), wherein the list includes a descriptor indicating a data category.<br><br>For example, Oracle Database uses columns in a table to represents fields. |

| | |
|---|---|
| descriptor indicating a data category; | **1.2 About Oracle Database**<br><br>Oracle Database groups related information into logical structures called **schemas**. The logical structures contain **schema objects**.<br><br>When you connect to the database by providing your user name and password, you specify the schema and indicate that you are its owner. In Oracle Database, the user name and the name of the schema to which the user connects are the same.<br><br>**1.2.1 About Schema Objects**<br><br>Every object in an Oracle Database belongs to only one schema, and has a unique name with that schema.<br><br>Some of the objects that schemas can contain are:<br><br>• **Tables**<br>Tables are the basic units of data storage in Oracle Database. Tables hold all user-accessible data. Each table contains **rows** that represent individual data **records**. Rows are composed of **columns** that represent the **fields** of the records.<br><br>• **Indexes**<br>Indexes are optional objects that can improve the performance of data retrieval from tables. Indexes are created on one or more columns of a table, and are automatically maintained in the database.<br><br>Oracle Database uses columns in a table to represents fields.<br><br>Source: https://docs.oracle.com/en/database/oracle/oracle-database/21/tdddg/two-day-developer-intro.html#GUID-D6CEA186-A6ED-4E4B-A479-76E0CAFCA0BA |

| | |
|---|---|
| | For example, Table columns (a list of the database fields) are used to hold data, the list includes a descriptor (data type attribute) indicating a data category |

<table>
<tr><td></td><td>

## 8.4.1.2 About Table Column Attributes

You define table columns to hold your data. When you create a column, you specify the following attributes:

- Data Type
- NOT NULL Column Constraint
- Default Value
- Encryption

### 8.4.1.2.1 Data Type

The data type attribute defines the kind of data to be stored in the column. When you create a table, you must specify a data type for each of its columns.

Data types define the domain of values that each column can contain. For example, `DATE` columns cannot accept the value `February 29` (except for a leap year) or the values `2` or `SHOE`. Each value subsequently inserted in a column assumes the column data type. For example, if you insert `17-JAN-2004` into a date column, then Oracle Database treats that character string as a date value after verifying that it converts to a valid date.

Table 8-1 lists some common Oracle Database built-in data types.

***Table 8-1 Common Data Types***

| Data Type | Description |
|---|---|
| `VARCHAR2(size [BYTE\|CHAR])` | Variable-length character string having a maximum length of *size* bytes or characters. A column to hold postal codes for different countries, for example, might be restricted to 12 bytes by defining it as `VARCHAR2(12)`.<br><br>You can use the `CHAR` qualifier, for example `VARCHAR2(10 CHAR)`, to indicate the maximum length in characters, without regard for the number of bytes required. This is especially useful for languages that use characters with double-byte and triple-byte lengths. The `BYTE` and `CHAR` qualifiers override the setting of the `NLS_LENGTH_SEMANTICS` parameter, which has a default of bytes. The maximum size is 4000 bytes or characters. The minimum is 1 byte or 1 character. You must specify *size* for |

Source: https://docs.oracle.com/database/121/ADMQS/GUID-7EDE63C6-5317-46A2-A9A3-6C019702B50D.htm
</td></tr>
<tr><td>receiving a search selection for a database</td><td>Oracle Database receives a search selection for a database field on the provided list of the database fields.</td></tr>
</table>

| | |
|---|---|
| field on the provided list of the database fields; | For example, Oracle Database receives search selection for a database field (SELECT select_list from source_list), on the provided list of the database fields (The select_list specifies the columns from which the data is to be selected)<br><br>**About Queries**<br>A **query**, or SQL `SELECT` statement, selects data from one or more tables or views.<br>The simplest form of query has this syntax:<br>`SELECT` *`select_list`* `FROM` *`source_list`*<br>The *`select_list`* specifies the columns from which the data is to be selected, and the *`source_list`* specifies the tables or views that have these columns.<br>A query nested within another SQL statement is called a **subquery**.<br>In the SQL*Plus environment, you can enter a query after the `SQL>` prompt.<br>In the SQL Developer environment, you can enter a query in the SQL Worksheet. For instructions, see "Running Queries in SQL Developer".<br><br>Source: https://docs.oracle.com/cd/E18283_01/appdev.112/e10766/tdddg_selecting.htm |

<table>
<tr><td></td><td>

**Tutorial: Selecting Specific Columns of a Table**

This tutorial shows how to select only the columns `FIRST_NAME`, `LAST_NAME`, and `DEPARTMENT_ID` of the `EMPLOYEES` table.

**To select only FIRST_NAME, LAST_NAME, and DEPARTMENT_ID:**

1. Click the icon **SQL Worksheet**.

   The SQL Worksheet pane appears.

2. In the field under "Enter SQL Statement:", enter this query:

```
SELECT FIRST_NAME, LAST_NAME, DEPARTMENT_ID
FROM EMPLOYEES;
```

3. Click the icon **Execute Statement**.

   The query runs.

4. Click the tab **Results**.

   The Results pane appears, showing the results of the query, which are similar to:

```
FIRST_NAME           LAST_NAME                 DEPARTMENT_ID
-------------------- ------------------------- -------------
Donald               OConnell                             50
Douglas              Grant                                50
Jennifer             Whalen                               10
Michael              Hartstein                            20
Pat                  Fay                                  20
Susan                Mavris                               40
Hermann              Baer                                 70
Shelley              Higgins                             110
William              Gietz                               110
Steven               King                                 90
Neena                Kochhar                              90
```

Source: https://docs.oracle.com/cd/E18283_01/appdev.112/e10766/tdddg_selecting.htm
</td></tr>
<tr><td>determining a quantity of entries in the selected database field;</td><td>Oracle Database has the ability to determine a quantity of entries in the selected database field.<br><br>For example, Oracle Database has SUM() function that returns the sum of all or distinct values in a set of values.</td></tr>
</table>

# SUM

**Syntax**




Description of the illustration sum.gif

**See Also:**

"Analytic Functions" for information on syntax, semantics, and restrictions

**Purpose**

`SUM` returns the sum of values of *`expr`*. You can use it as an aggregate or analytic function.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. returns the same datatype as the numeric datatype of the argument.

Source: https://docs.oracle.com/cd/B19306_01/server.102/b14200/functions163.htm

SUM() function can be used to determine a quantity of entries in the selected database field (The sum function is used in your "select" query)

| | |
|---|---|
| | **Sum Function**<br><br>The sum function is used in your "select" query. You must specify a column you want to add up in the sum function. The following code adds up all customer orders and displays the result:<br><br>select sum(order_total) as Total from orders where customerid=22<br><br>The results from the above query show the total amount for customer ID 22.<br><br>Source: https://smallbusiness.chron.com/multiplying-using-sum-oracle-37223.html<br><br>COUNT(*) function can be used to determine a quantity of entries in the selected database field<br><br>**COUNT(*) function**<br><br>COUNT(*) is an aggregate function that counts the number of rows accessed. No NULLs or duplicates are eliminated. COUNT(*) does not operate on an expression.<br><br>**Syntax**<br><br>`COUNT(*)`<br><br>The resulting data type is INTEGER.<br><br>**Example**<br><br>`-- Count the number of rows in the Flights table`<br>`SELECT COUNT(*)`<br>`FROM Flights`<br><br>**Parent topic:** Built-in functions<br><br>Source: https://docs.oracle.com/javadb/10.8.3.0/ref/rrefsqlj66113.html#:~:text=COUNT(*)%20is%20an%20aggregate,not%20operate%20on%20an%20expression. |

| | |
|---|---|
| if the quantity exceed a specified amount, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field; and | Oracle Database can determine: if the quantity exceed a specified amount, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field;<br><br>For example, Oracle Database can display the selected database field (query result)<br><br>**4**<br>**Formatting Query Results**<br><br>This chapter explains how to format your query results to produce a finished report. This chapter covers the following topics:<br>• Formatting Columns<br>• Clarifying Your Report with Spacing and Summary Lines<br>• Defining Page and Report Titles and Dimensions<br>• Storing and Printing Query Results<br>• Creating Web Reports<br><br>Read this chapter while sitting at your computer and try out the examples shown. Before beginning, make sure you have access to the sample tables<br><br>**Formatting Columns**<br><br>Through the SQL*Plus COLUMN command, you can change the column headings and reformat the column data in your query results.<br><br>**Changing Column Headings**<br><br>When displaying column headings, you can either use the default heading or you can change it using the COLUMN command. The sections below<br><br>**Default Headings**<br><br>SQL*Plus uses column or expression names as default column headings when displaying query results. Column names are often short and cryptic,<br><br>Source: https://docs.oracle.com/cd/A87860_01/doc/server.817/a82950/ch4.htm |

For another example, Oracle Database can use a Database PL/SQL Package "DBMS_OUTPUT" to display the selected database field.



## Using DBMS_OUTPUT

This section contains topics which relate to using the DBMS_OUTPUT package.

- Overview
- Security Model
- Operational Notes
- Exceptions
- Rules and Limits
- Examples

### Overview

The package is typically used for debugging, or for displaying messages and reports to SQL*DBA or SQL*Plus (such as are produced by applying the SQL command DESCRIBE to procedures).

The PUT Procedure and PUT_LINE Procedure in this package enable you to place information in a buffer that can be read by another trigger, procedure, or package. In a separate PL/SQL procedure or anonymous block, you can display the buffered information by calling the GET_LINE Procedure and GET_LINES Procedure.

If the package is disabled, all calls to subprograms are ignored. In this way, you can design your application so that subprograms are available only when a client is able to process the information.

Source: https://docs.oracle.com/database/121/ARPLS/d_output.htm#ARPLS67300

Oracle Database has SUBSTR() function to extract a substring from a string, allowing to truncate data to a specific number of characters.

# SUBSTR

## Syntax

***substr*::=**




Description of the illustration substr.eps

## Purpose

The `SUBSTR` functions return a portion of *`char`*, beginning at character *`position`*, *`substring_length`* characters long. `SUBSTR` calculates lengths using characters as defined by the input character set. `SUBSTRB` uses bytes instead of characters. `SUBSTRC` uses Unicode complete characters. `SUBSTR2` uses UCS2 code points. `SUBSTR4` uses UCS4 code points.

- If *`position`* is 0, then it is treated as 1.
- If *`position`* is positive, then Oracle Database counts from the beginning of *`char`* to find the first character.
- If *`position`* is negative, then Oracle counts backward from the end of *`char`*.
- If *`substring_length`* is omitted, then Oracle returns all characters to the end of *`char`*. If *`substring_length`* is less than 1, then Oracle returns null.

Oracle Database has DISTINCT clause to filter duplicate rows in the result set.

| | |
|---|---|
| | **Oracle SELECT DISTINCT**<br><br>**Summary**: in this tutorial, you will learn how to use the Oracle `SELECT DISTINCT` statement to query distinct data from tables.<br><br>**Introduction to Oracle SELECT DISTINCT statement**<br><br>The `DISTINCT` clause is used in a `SELECT` statement to filter duplicate rows in the result set. It ensures that rows returned are unique for the column or columns specified in the `SELECT` clause.<br><br>The following illustrates the syntax of the `SELECT DISTINCT` statement:<br><br>`SELECT DISTINCT column_1`<br>`FROM table;`<br><br>In this statement, the values in the `column_1` of the `table` are compared to determine the duplicates.<br><br>Source: https://www.oracletutorial.com/oracle-basics/oracle-select-distinct/<br><br>Based on Oracle Database function, Oracle Database can determine: if the quantity exceed a specified amount, truncating data, and displaying the truncated data wherein the truncating reduces characters in one or more entries in the selected database field and the truncated data represents each of the entries in the selected database field. |

For example, to search “city” in a database( for example, health_care_organizations) , If a number of entries, or records, in the city data field is short, a further result list of complete city names may be displayed. If the entries are too numerous to be displayed within a standard screen size, in order to reduce, or truncate, the result list until the result list may be displayed. In the example where entries in the city data field are so numerous (the database includes all U.S. cities that have a managed health care organization) that a result list is produced to shows only a first letter of the city. Based on the available database data fields, the user may then perform a further search-on-the-fly. In this case, the user may choose cities whose first initial is “N.” The search engine then returns a result list of cities whose names start with the letter “N.”
To implement such functionality in Oracle, where the results of a search are dynamically truncated based on the number of entries in a specific data field (like city), the process involves the following key steps:

1. **Initial Search**: If the number of records is small, display the full results (complete city names).
2. **Dynamic Truncation**: If the number of records is large (too numerous to display), dynamically truncate the result set, such as showing only the first letter of city names.
3. **Refined Search**: Allow the user to filter or refine the search further, such as narrowing down to cities that start with a specific letter (e.g., "N").

**Example Workflow Using SQL**

1. **Initial Search in the city Field**

The user selects the city field to search, and if the number of matching cities is small, you display the complete city names.
**Query 1: Display Full City Names if the Number of Entries is Small, the code is:**

```
SELECT city
FROM health_care_organizations
WHERE city LIKE '%';
```

The results can be limited to a manageable number of records to display on the screen by using ROWNUM or FETCH FIRST clauses.
**Example to Limit to 50 Cities: the code is:**

```
SELECT city
```

| | |
|---|---|
| | FROM health_care_organizations<br>WHERE city LIKE '%'<br>FETCH FIRST 50 ROWS ONLY;<br><br>2. **Handling Large Results – Truncate to Display Only the First Letter**<br>If there are too many cities to display on a single screen, dynamically truncating the results to show just the **first letter** of each city name, giving the user the option to refine the search further.<br><br>**Query 2: Truncate City Names to First Letter When Entries Are Too Numerous, the code is:**<br><br>ELECT DISTINCT SUBSTR(city, 1, 1) AS city_initial<br>FROM health_care_organizations<br>ORDER BY city_initial;<br><br>his query returns a list of the first letters of cities in the database (i.e., "A", "B", "C", etc.), which is useful when the number of entries is too large to display all cities at once.<br><br>**3. Allow the User to Refine the Search Based on the First Letter**<br>Once the list of city initials is shown, the user can select a specific initial (for example, "N") to further refine the search and display only cities that start with the letter "N."<br><br>**Query 3: Display Cities Starting with a Specific Letter ("N"), the code is:**<br><br>SELECT city<br>FROM health_care_organizations<br>WHERE city LIKE 'N%'<br>ORDER BY city;<br><br>this query narrows down the results to cities whose names start with the letter "N." |
| if the quantity does not exceed the specified amount, displaying | .<br>Based on Oracle Database PL/SQL procedure or script, Oracle Database can perform : if the quantity does not exceed the specified amount, displaying contents of the database field. |

<table>
<tr>
<td>contents of the database field.</td>
<td>

Example of Conditional Logic Using PL/SQL:

```
DECLARE
   city_count NUMBER;
BEGIN
   -- Count how many cities are in the database
   SELECT COUNT(*)
   INTO city_count
   FROM health_care_organizations
   WHERE city LIKE '%';

   IF city_count <= 50 THEN
      -- If the number of cities is small, display full city names
      FOR rec IN (SELECT city FROM health_care_organizations ORDER BY city) LOOP
         DBMS_OUTPUT.PUT_LINE(rec.city);
      END LOOP;
   ELSE
      -- If too many results, display only the first letter of cities
      FOR rec IN (SELECT DISTINCT SUBSTR(city, 1, 1) AS city_initial
                  FROM health_care_organizations
                  ORDER BY city_initial) LOOP
         DBMS_OUTPUT.PUT_LINE(rec.city_initial);
      END LOOP;
   END IF;
END;
```

In this PL/SQL block:

- If the number of cities is small (≤50), the full city names are displayed.
- If the number of cities is large, only the first letter of each city is shown.

</td>
</tr>
</table>

# U.S. Patent No. 7,188,100 V. Oracle ATG

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| A computer-based method for creating a data report, comprising: | Oracle Corp has developed Oracle ATG Web Commerce software, Oracle ATG software provides a computer-based method implemented for creating a data report<br><br>For example, Oracle ATG need to be installed on a computer (computer-based).<br><br>**Installing the ATG Platform**<br>To install the ATG platform:<br>1. Run the ATG10_1.exe\|bin file to start the setup program.<br>2. On Windows, click Next.<br>3. Accept the terms of the license agreement.<br>4. Specify the installation folder for the ATG software (for example, /usr/local/ATG/ATG10.1 or C:\ATG\ATG10.1).<br>5. Select all of the ATG products to install.<br>6. Select your application server. For WebSphere environments, choose the second option, 2- IBM WebSphere, for WebSphere without clustering.<br>7. Enter the required configuration information for your application server.<br><br>Source: https://docs.oracle.com/cd/E24152_01/CRS.10-1/ATGCRSInstall/html/s0405installingtheatgplatform01.html<br><br>Oracle ATG can create a data report (commerce Reporting) |

<table>
<tr>
<td></td>
<td>

# 25 Preparing to Use Commerce Reporting

Commerce Reporting draws on data stored in the Data Warehouse, described in detail in the *ATG Data Warehouse Guide*. Before you can use this feature, data must be gathered and loaded into the warehouse. Data is collected in the form of log files, which include information about orders placed, visits to your sites, and changes to the product catalog or user records. This chapter describes the components, processes, and configuration required to create and load these logs.

Oracle ATG Commerce Programming Guide (Page, 533)

Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGCommProgGuide/ATGCommProgGuide.pdf Page 533.
</td>
</tr>
<tr>
<td>receiving a query, whereby the query comprises a database search request, and wherein the database is searched using an on-the-fly search;</td>
<td>Oracle ATG can receive a query, the query comprises a database search request, and the database is searched using an on-the-fly search.<br><br>For example, Oracle ATG receives a query (The index items are fed into ATG Search). whereby the query comprises a database search request (a piece of structured data from a database)</td>
</tr>
</table>

| | |
|---|---|
| [construe the term "on-the-fly search"]<br><br>3: 1-7<br>user may perform further on-the-fly searches or information retrieval to narrow or focus the results, or for other reasons. For example, given results for all names that include the name "Smith, the user may then decide to obtain informa tion for all "Smiths' that include an association to an address in New Jersey. Search-on-the-fly then conducts a further information.<br><br>3: 11-20<br>In an embodiment, search-on-the-fly uses graphical user interfaces (GUIs) and one or more icons to make the information gathering process as efficient as possible. The GUIs may incorporate one or more pull down menus of available sorting terms. As a user selects an item from a first pulldown menu, a Subsequent pulldown menu displays choices that are available for Sorting or searching. The | **How ATG Search Works**<br><br>"Searching" means retrieving information using an input query. Commonly, the information is textual, it is retrieved from a collection of documents, and the queries are words or phrases entered by an end-user. The search results are typically those documents most relevant to the query, plus some indication of why the documents were retrieved. In order for searching to be efficient, the document collection is indexed by its terms in a secondary storage component, typically called the *index*.<br><br>ATG Search generalizes documents and other content into an abstraction called an *index item*. An index item can be an actual document such as an HTML file, a repository item such as an ATG Commerce product, or a piece of structured data from a database such as Microsoft Access. An index item consists of two elements: *searchable text content* and *metadata*. Metadata includes the title, summary, and other properties, and is used in the following Commerce Search features:<br><br>• Faceted navigation<br>• Rank configuration<br>• Secondary sorting<br><br>The index items are fed into ATG Search, which analyzes the content and stores a representation for each item in the index. The index objects are organized into hierarchical sets much like a directory scheme. ATG Search creates some sets from the physical organization of the items, some sets from the metadata of the items, and other sets from topic categorization results. These item sets enable users to search within subsets of the collection and browse the collection without query input.<br><br>Source: https://docs.oracle.com/cd/E23095_01/Search.93/ATGSearchInstall/html/s0202howatgsearchworks01.html<br><br>Oracle ATG can use Dynamic Search and Navigation (the database is searched using an on-the-fly search) |

| | |
|---|---|
| process may be continued or repeated until sort-on-the-fly/ search-on-the-fly has retrieved or displayed a discrete data entry from the database.. ] | **Using Dynamic Search and Navigation**<br><br>Users who have ATG Merchandising and ATG Search also have a feature called Dynamic Search and Navigation that provides tools for designing dynamic navigational elements on your web site. If your site is an electronics store, for example, you can use this feature to organize TVs by screen size and price. A user who visits your site sees the following links: 5" - 20" TVs, 21" – 29" TVs, and 30" – 39" TVs. Clicking one link leads a user to a list of pricing links, each of which represents a list of products with a particular screen size and price.<br><br>Screen size and price are both properties of products. You use this feature to create a facet asset that represents a product property, so your site displays the values of the property as links. You may prefer separate selections for each property value, for example, one link for 5"TVs, another for 13" TVs and so on. Or, you may prefer to organize a range of selections as demonstrated above.<br><br>In ATG Merchandising, you create facets, and decide how facets will organize products into selections and what products a facet will include in its selections. Some facets are available to all products (global), where as others are available to a subset of products (local), such as the products in a given category. Facets can work in tandem with other facets as they do in our example, or may work independently.<br><br>You provide all of these guidelines in ATG Merchandising, which are then used in building selections that contain the appropriate products dynamically. How does that happen? ATG Search interprets the facets you define as search criteria and produces selections containing products as "search results." To site users, these results appear as links to products.<br><br>When you use Search Merchandising and Dynamic Search and Navigation together, ATG Search incorporates the search configuration settings (created with Search Merchandising) in the search query text used to produce a list of products. Once that list is produced, ATG uses your facet settings to create selections and populate them with the appropriate products.<br><br>Source:https://docs.oracle.com/cd/E23507_01/Platform.20073/ATGMerchandisingUserGuide/html/s0205usingdynamicsearchandnavigation01.html |

| | |
|---|---|
| | **Dynamic Search and Navigation**<br><br>The Dynamic Search and Navigation feature enables ATG Commerce sites to provide a navigational structure that is not strictly based on the catalog hierarchy. Dynamic navigation is based on **facets**, which are like virtual categories that are populated by the results of search queries.<br><br>This chapter describes how to implement Dynamic Search and Navigation on an ATG Commerce site. It includes the following sections:<br><br>Overview of Facets<br><br>Source:<br>https://docs.oracle.com/cd/E23507_01/Platform.20073/ATGSearchIntegration/html/s0401dynamicsearchandnavigation01.html |

| | |
|---|---|
| | **Overview of Facets**<br><br>A facet is a search refinement element that corresponds to a property of a commerce item type. The property is referred to as a faceting property. The values of this property are broken down into selections that can be either ranges or specific values. For example, you might define a price facet whose faceting property is the `salePrice` property of a product's SKUs. (Facets are always used to group products, but the faceting property can be a property of a related commerce item type, such as the product's parent categories or child SKUs.) The selection ranges, which can either be determined dynamically or specified explicitly when you create the facet in ATG Merchandising, might be $100 to $200, $200 to $500, $500 to $1000, etc. Or you might define a manufacturer facet with selection values of Acme, Cogswell, and Spacely.<br><br>The selection values are displayed on site pages as hyperlinks. When a user clicks one of these links, a query is issued to ATG Search, using the selection range or value as a refinement criterion. For example, if the customer clicks the "$100 to $200" link, the query issued would be something like "return all products whose sale price is between $100 and $200." The results of this query are then displayed on the page.<br><br>Source: https://docs.oracle.com/cd/E23507_01/Platform.20073/ATGSearchIntegration/html/s0402overviewoffacets01.html |
| a query tweaker generating a defined query of the database from the received query, wherein generating the defined query includes the query tweaker performing transformations and | Oracle ATG includes a query tweaker generating a defined query of the database from the received query, wherein generating the defined query includes the query tweaker performing transformations and corrections on the received query. |

| | |
|---|---|
| corrections on the received query;<br><br>[construe the term "transformations and corrections"<br><br>26: 58-59<br>The query tweaker 873 receives a raw query on the database 13, and generates a specific query 878.<br><br>28: 58-65<br>In generating the specific query 878, the query tweaker 873 perform special transformations and corrections, including setting up types of JOIN operations based on the database schema; applying filters and plug-ins; and applying GROUP BY clauses. ] | For example, Oracle ATG Web Commerce Search includes a spellchecking feature, which will attempt to correct the misspelled term.<br><br>However, *before* you add the term, make sure that you try a search with the misspelling. Oracle ATG Web Commerce Search does include a spellchecking feature, which will attempt to correct the misspelled term. If Search can determine the correct form of the term, the search will work, and you do not need to add the term.<br><br>Note, however, that if the misspelled version of the term actually *appears in the content*, the spellchecker assumes that it is a valid term, does not correct it, and the search will return *only* the misspelled items, because those match exactly the term the user entered.<br><br>If your tests with the misspelled search term do not achieve good results, add the correct version of the term to a dictionary as a custom term, and also add the misspelled version or versions as spelling variations of that term.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 101)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf |

| | |
|---|---|
| | **Natural Language Processing**<br><br>Once it receives the submitted request, Oracle ATG Web Commerce Search analyzes it to determine what terms it has to search for. To do this, it performs a series of analyses on the text the user entered. Note that it is the final result of *all* of these steps that is used by the search engine to conduct the search.<br><br>This is essentially the same process used to index content, and it relies on a combination of the core search dictionary, any supplemental dictionaries you have created, and language-specific information.<br><br>This step includes the following processes:<br><br>1. Identify the words in the request. This step is necessary before Search can perform any further processing. For example, "running the New York Marathon" can be broken down into the following words:<br><br>running the New York marathon<br><br>Note that if it is specified as such in the dictionary, Search can index and search for compound terms such as "New York" as if they were a single word.<br><br>2. Identify the root form of each of the identified words.<br><br>In the marathon example, the root form of *running* would be identified as *run*.<br><br>3. Map variant word forms and common misspellings to a single form of the word.<br><br>For example, if the user had mistakenly typed *marathan,* Search could correct it to *marathon* before proceeding. (Note, however, that if the user puts the term in quotes, "marathan," Search attempts to match on the misspelled version.)<br><br>4. Identify synonyms for each of the words, if any.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 5)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf |

| | |
|---|---|
| accessing one or more databases, using a search engine, per the defined query; | Oracle ATG uses a search engine to access one or more databases, per the defined query<br><br>For example, Oracle ATG Web Commerce Search is a search engine<br><br>**2 Overview**<br><br>This chapter describes the features and components of Oracle ATG Web Commerce Search.<br><br>Oracle ATG Web Commerce Search is an industry-leading search engine that lets users zero in on the information they need, regardless of format, location or language. Multiple levels of analysis pinpoint answers and deliver them with sub-second response times.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 3)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf<br><br>Oracle ATG Web Commerce Search from a database<br><br>**How Oracle ATG Web Commerce Search Works**<br><br>*Searching* means retrieving stored information using an input query. *Indexing* is the process of making documents and other content searchable. This searchable collection is then called the *index*. During indexing, Oracle ATG Web Commerce Search generalizes documents and other content into an abstraction called a *content item*. A content item consists of two main parts: *searchable text content* and *metadata*. Metadata includes the title, summary, and other associated properties. Examples of content items are products in an Oracle ATG Web Commerce catalog repository, HTML files, or structured data from a traditional database.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 3) |

| | |
|---|---|
| | Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf<br><br>Oracle ATG Web Commerce Search per the defined query (submitted request)<br><br>**Natural Language Processing**<br><br>Once it receives the submitted request, Oracle ATG Web Commerce Search analyzes it to determine what terms it has to search for. To do this, it performs a series of analyses on the text the user entered. Note that it is the final result of *all* of these steps that is used by the search engine to conduct the search.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 5)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf |
| generating a search result based on the database access, wherein the search result includes one or more descriptors indicating corresponding data categories; and | Oracle ATG can generate a search result based on the database access, wherein the search result includes one or more descriptors indicating corresponding data categories<br><br>For example, Oracle ATG generate a search result to displayed. |

## Search Request Life Cycle

This diagram provides a high-level overview of the processes used in answering search requests:




Search Request Processing

Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 4)

Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf

The search result includes one or more descriptors (Categorization) indicating corresponding data categories

| | |
|---|---|
| | **Query Processing**<br><br>The compiled query information is compared against the index. The engine returns XML that includes the resulting matching products or statements, taking constraints into account, along with categorization, spelling, and query feedback information specified in the request.<br><br>The results are sorted in relevance order by default, but this behavior can be changed using request parameters. The results can be grouped to reduce duplication, and you can apply paging to prevent slowing down your site with large result lists.<br><br>The final results are displayed to the user.<br><br>Oracle ATG Web Commerce Search Administration Guide (version 10.2) (page 6)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Search.10-2/ATGSearchAdmin/ATGSearchAdmin.pdf<br><br>Oracle ATG Web Commerce define item type by a Repository item descriptor |

# Item Descriptors

Each repository item belongs to an item type that is defined by a Repository item descriptor. An item descriptor implements the `atg.repository.RepositoryItemDescriptor` interface and can subclass `atg.repository.ItemDescriptorImpl`. An item descriptor provides the following information:

- The item type's name
- Item type properties
- The class of the Java object used to represent the item type—for example, Integer or String

Repository item descriptors depend on a combination of the underlying data store and the configuration of the repository. In the SQL repository, for example, an item descriptor might correspond to a single database table, or encompass multiple tables.

Item descriptors are defined in an XML repository definition file. A repository can support multiple item descriptors. For example, the figure below shows two item descriptors that are defined in a Visitor Profile repository that stores customer data: `user` and `address`. Each item descriptor is typically implemented by multiple items. The example below shows how item descriptors user and address are implemented by multiple items:




Oracle Commerce Repository Guide (version 10.2) (page 5)
Source: https://docs.oracle.com/cd/E55783_02/Platform.11-2/ATGRepositoryGuide/ATGRepositoryGuide.pdf

| | |
|---|---|
| creating a template of the search result, wherein the template comprises links to the data categories described by the one or more descriptors. | Oracle ATG can create a template of the search result, wherein the template comprises links to the data categories described by the one or more descriptors<br><br>For example, Oracle Database can create a report template (template page), the template comprises links to the data categories described by the one or more descriptors (links to all the child products of the category)<br><br>**Specifying Template Pages for Categories and Products**<br><br>You can display categories and products on your commerce site using JSPs. Rather than requiring you to create a separate JSP for each page on your commerce site, you can to create template pages that fill in the product's properties dynamically. You can then specify which template to use as a property of the category or product. This enables you to display any item without knowing in advance what template the item uses.<br><br>For example, the following portion of a JSP uses a `CategoryLookup` servlet bean to retrieve the current category, and a `ForEach` servlet bean to create links to all of the child products of the category. The URL for each link is found by looking at the `template.url` property of the product being linked to.<br><br>`<dsp:droplet name="/atg/commerce/catalog/CategoryLookup">`<br>`<dsp:param param="itemId" name="id"/>`<br><br>`<dsp:oparam name="output">`<br>` <dsp:droplet name="/atg/dynamo/droplet/ForEach">`<br>`   <dsp:param param="element.childProducts" name="array"/>`<br>`   <dsp:oparam name="outputStart">`<br>`   <p><b>Child Products:</b>`<br>`   </dsp:oparam>`<br>`   <dsp:oparam name="output">`<br>`   <dsp:getvalueof var="templateURL" param="element.template.url"/>`<br>`<dsp:a href="${templateURL}">`<br>`   <dsp:valueof param="element.displayName"/>`<br>`   <dsp:param param="element.repositoryId" name="itemId"/>`<br>`   </dsp:a>`<br>`   </dsp:oparam>`<br>` </dsp:droplet>`<br>`</dsp:oparam>`<br>`</dsp:droplet>` |

| | |
|---|---|
| | Oracle ATG Web Commerce Programming Guide (version 10.2) (page 36)<br><br>Source: https://docs.oracle.com/cd/E35319_01/Platform.10-2/ATGCommProgGuide/ATGCommProgGuide.pdf<br><br>For example, Oracle ATG Commerce Reference Store (CRS) uses a small number of template pages for displaying categories and products(search result), the template comprises links to the data categories described by the one or more descriptors *( if a customer clicks on a link to a specific product, the page used to display the product is determined by the value of this property*) |

ORACLE | atg. Documentation Home

**ATG Commerce Reference Store Overview**

## Template Pages

CRS uses a small number of template pages for displaying categories and products. The main template pages are:

- `/browse/category.jsp` -- Displays a category that contains child categories but no child products.
- `/browse/subcategory.jsp` -- Displays a category that contains child products.
- `/browse/productDetail.jsp` -- Displays product details without a SKU color/size picker.
- `/browse/productDetailWithPicker.jsp` -- Displays product details with a SKU color/size picker.

The template used to display a given item is specified by the item's `template` property. So, for example, if a customer clicks on a link to a specific product, the page used to display the product is determined by the value of this property.

Since the same page can be used for different categories or products, the actual category or product is specified through query parameters. For the category templates, the category is specified with the `categoryId` query parameter. For example:

```
/browse/category.jsp?categoryId=cat10006
```

For the product templates, the product is specified with the `productId` query parameter, and its parent category is specified with the `categoryId` query parameter. For example:

```
/browse/productDetail.jsp?productId=xprod2035&categoryId=cat10056
```

Source: https://docs.oracle.com/cd/E23095_01/CRS.93/ATGCRSOverview/html/s0204templatepages01.html

*Category Pages*

The category page used for a specific category differs depending on whether or not the category contains child products. If the category includes child categories but no child products of its own, ATG Store uses the `/browse/category.jsp` template. This template displays a listing of the featured products in the child categories. So, for example, the page for Footwear (which has Men's Shoes and Women's Shoes child categories) shows featured men's and women's shoes:




Source: https://docs.oracle.com/cd/E23095_01/CRS.93/ATGCRSOverview/html/s0204templatepages01.html

| | |
|---|---|
| | If the category includes child products, ATG Store uses the `/browse/subcategory.jsp` template. This template displays a listing of the category's child products:   Source: https://docs.oracle.com/cd/E23095_01/CRS.93/ATGCRSOverview/html/s0204templatepages01.html |

*Product Detail Pages*

The product detail page used for a specific product differs depending on whether the `size` and `color` properties of its SKUs have values or are null. If the `size` and color `properties` are null (e.g., products in the Home Store category), ATG Store typically uses the `/browse/productDetail.jsp` template. This page displays information about the product, includes a quantity field for each SKU, an Add to Cart button, and a More Actions drop-down with options for adding the item to a gift list, emailing a friend, etc. For example:




In most cases, products displayed with the `/browse/productDetail.jsp` template have only one SKU. However, this template can also be used for products with multiple SKUs. In this case, the page displays a separate quantity field for each SKU. The Analog Watch in the Gift Ideas -> For Him category illustrates this:

Source: https://docs.oracle.com/cd/E23095_01/CRS.93/ATGCRSOverview/html/s0204templatepages01.html

# U.S. Patent No. 7,188,100 V. Oracle Database

## 2. Claim Chart

| Claim | Analysis |
|---|---|
| A computer-based method for creating a data report, comprising: | Oracle Corp. has developed Oracle Database software, Oracle Database software provides a computer-based method implemented for creating a data report<br><br>For example, oracle database needs to be installed on a computer (computer-based).<br><br><br><br>https://docs.oracle.com/en/database/oracle/oracle-database/21/install-and-upgrade.html<br><br>Oracle Database is a RDBMS |

| | |
|---|---|
| | Relational Database Management System (RDBMS)<br><br>The relational model is the basis for a **relational database management system (RDBMS)**. An RDBMS moves data into a database, stores the data, and retrieves it so that applications can manipulate it.<br><br>Oracle Database is an RDBMS. An RDBMS that implements object-oriented features such as user-defined types, inheritance, and polymorphism is called an **object-relational database management system (ORDBMS)**. Oracle Database has extended the relational model to an object-relational model, making it possible to store complex business models in a relational database.<br><br>Source:https://docs.oracle.com/en/database/oracle/oracle-database/19/cncpt/introduction-to-oracle-database.html#GUID-2E8CBB2E-89D9-40C5-8AB0-75EEF20647ED<br><br>Oracle Database displays query results (create a data report) |

# 4
# Formatting Query Results

This chapter explains how to format your query results to produce a finished report. This chapter covers t

- Formatting Columns
- Clarifying Your Report with Spacing and Summary Lines
- Defining Page and Report Titles and Dimensions
- Storing and Printing Query Results
- Creating Web Reports

Read this chapter while sitting at your computer and try out the examples shown. Before beginning, mak

## Formatting Columns

Through the SQL*Plus COLUMN command, you can change the column headings and reformat the colu

### Changing Column Headings

When displaying column headings, you can either use the default heading or you can change it using the

#### Default Headings

SQL*Plus uses column or expression names as default column headings when displaying query results. (

Source: https://docs.oracle.com/cd/A87860_01/doc/server.817/a82950/ch4.htm

| | |
|---|---|
| receiving a query, whereby the query comprises a database search request, and wherein the database is searched using an on-the-fly search; | Oracle Database can receive a query, the query comprises a database search request, and the database is searched using an on-the-fly search.<br><br>For example, Oracle Database receives a query (SELECT select_list from source_list), the query comprises a database search request from a source-list.<br><br>**About Queries**<br>A **query**, or SQL `SELECT` statement, selects data from one or more tables or views.<br>The simplest form of query has this syntax:<br>`SELECT select_list FROM source_list`<br>The *select_list* specifies the columns from which the data is to be selected, and the *source_list* specifies the tables or views that have these columns.<br>A query nested within another SQL statement is called a **subquery**.<br>In the SQL*Plus environment, you can enter a query after the `SQL>` prompt.<br>In the SQL Developer environment, you can enter a query in the SQL Worksheet. For instructions, see "Running Queries in SQL Developer".<br><br>Source: https://docs.oracle.com/cd/E18283_01/appdev.112/e10766/tdddg_selecting.htm<br><br>Oracle Database has Dynamic SQL, the SQL statements can change "on the fly" (the database is searched using an on-the-fly search) |

| | |
|---|---|
| | **What Is Dynamic SQL?**<br><br>Dynamic SQL enables you to write programs that reference SQL statements whose full text is not known until runtime. Before discussing dynamic SQL in detail, a clear definition of static SQL may provide a good starting point for understanding dynamic SQL. Static SQL statements do not change from execution to execution. The full text of static SQL statements are known at compilation, which provides the following benefits:<br><br>• Successful compilation verifies that the SQL statements reference valid database objects.<br>• Successful compilation verifies that the necessary privileges are in place to access the database objects.<br>• Performance of static SQL is generally better than dynamic SQL.<br><br>With static SQL, all of the data definition information, such as table definitions, referenced by the SQL statements in your program must be known at compilation. If the data definition changes, you must change and recompile the program. Dynamic SQL programs can handle changes in data definition information, because the SQL statements can change "on the fly" at runtime. Therefore, dynamic SQL is much more flexible than static SQL. Dynamic SQL enables you to write application code that is reusable because the code defines a process that is independent of the specific SQL statements used.<br><br>Source: https://docs.oracle.com/cd/A81042_01/DOC/appdev.816/a76939/adg09dyn.htm |

| | |
|---|---|
| | **To Execute Dynamic Queries**<br><br>You can use dynamic SQL to create applications that execute dynamic queries, which are queries whose full text is not known until runtime. Many types of applications need to use dynamic queries, including:<br><br>• Applications that allow users to input or choose query search or sorting criteria at runtime<br>• Applications that allow users to input or choose optimizer hints at run time<br>• Applications that query a database where the data definitions of tables are constantly changing<br>• Applications that query a database where new tables are created often<br><br>Source: https://docs.oracle.com/cd/A81042_01/DOC/appdev.816/a76939/adg09dyn.htm |
| a query tweaker generating a defined query of the database | Oracle Database includes a query tweaker generating a defined query of the database from the received query, wherein generating the defined query includes the query tweaker performing transformations and corrections on the received query. |

| | |
|---|---|
| from the received query, wherein generating the defined query includes the query tweaker performing transformations and corrections on the received query;<br><br>[construe the term "transformations and corrections"<br><br>26: 58-59<br>The query tweaker 873 receives a raw query on the database 13, and generates a specific query 878.<br><br>28: 58-65<br>In generating the specific query 878, the query tweaker 873 perform special transformations and corrections, including setting up types of JOIN operations based on the database schema; applying filters and plug-ins; and applying GROUP BY clauses. ] | For example, SQL of Oracle Database includes "JOINs, filter, Plug-in, and GROUP By clause" to performing transformations and corrections on the received query.<br><br>Database / Oracle / Oracle Database / Release 21<br>**SQL Language Reference**<br><br>**Joins**<br>A **join** is a query that combines rows from two or more tables, views, or materialized views. Oracle Database performs a join whenever multiple tables appear in the `FROM` clause of the query. The select list of the query can select any columns from any of these tables. If any two of these tables have a column name in common, then you must qualify all references to these columns throughout the query with table names to avoid ambiguity.<br><br>Source: https://docs.oracle.com/en/database/oracle/oracle-database/21/sqlrf/Joins.html<br><br>**Selecting and Filtering Rows**<br>To filter out or select rows for extraction or replication, use the `FILTER` and `WHERE` clauses of the `TABLE` and `MAP` parameters.<br>The `FILTER` clause offers you more functionality than the `WHERE` clause because you can employ any of the Oracle GoldenGate column conversion functions, whereas the `WHERE` clause accepts basic `WHERE` operators.<br>**Selecting Rows with a FILTER Clause**<br>Use a `FILTER` clause to select rows based on a numeric value by using basic operators or one or more Oracle GoldenGate column-conversion functions. |

Source: https://docs.oracle.com/en/cloud/paas/goldengate-cloud/gwuad/selecting-and-filtering-rows.html#GUID-CF05918F-CE6E-4807-942E-795341BC39C5

## A.5 PL/SQL Server Plug-in Developer's Reference

You can use the plug-in framework in PL/SQL, including designing, creating, and using PL/SQL server plug-ins with Oracle Internet Directory.

The following sections explain this further:

- Designing, Creating, and Using PL/SQL Server Plug-ins
- Using PL/SQL Plug-ins
- Performing Binary Operations by using PL/SQLPlug-ins
- Object Type Definitions in the LDAP API Plug-in
- Specifications for PL/SQL Plug-in Procedures

Source:https://docs.oracle.com/en/middleware/idm/internet-directory/12.2.1.4/administer/pl-sql-server-plug-developers-reference.html

<table>
<tr>
<td></td>
<td>

**GROUP BY clause**

A GROUP BY clause, part of a *SelectExpression*, groups a result into subsets that have matching values for one or more columns. In each group, no two rows have the same value for the grouping column or columns. NULLs are considered equivalent for grouping purposes.

You typically use a GROUP BY clause in conjunction with an aggregate expression.

Using the ROLLUP syntax, you can specify that multiple levels of grouping should be computed at once.

**Syntax**

```
GROUP BY
{
    column-Name [ , column-Name ]*
|
    ROLLUP ( column-Name [ , column-Name ]* )
}
```

Source: https://docs.oracle.com/javadb/10.8.3.0/ref/rrefsqlj32654.html
</td>
</tr>
<tr>
<td>accessing one or more databases, using a search engine, per the defined query;</td>
<td>

Oracle Database can use a search engine to access one or more databases, per the defined query

Home > Enterprise Applications

**Oracle search engine expands access to third-party data sources**

Oracle software can be used to fish through EMC, Notes and other information stores.
</td>
</tr>
</table>

| | |
|---|---|
| | Source: https://www.networkworld.com/article/2294791/oracle-search-engine-expands-access-to-third-party-data-sources.html |
| generating a search result based on the database access, wherein the search result includes one or more descriptors indicating corresponding data categories; and | Oracle Database can generate a search result based on the database access, wherein the search result includes one or more descriptors indicating corresponding data categories<br><br>For example, Oracle Database uses columns in a table to represents fields. |

## 1.2 About Oracle Database

Oracle Database groups related information into logical structures called **schemas**. The logical structures contain **schema objects**.

When you connect to the database by providing your user name and password, you specify the schema and indicate that you are its owner. In Oracle Database, the user name and the name of the schema to which the user connects are the same.

### 1.2.1 About Schema Objects

Every object in an Oracle Database belongs to only one schema, and has a unique name with that schema.

Some of the objects that schemas can contain are:

- **Tables**

  Tables are the basic units of data storage in Oracle Database. Tables hold all user-accessible data. Each table contains **rows** that represent individual data **records**. Rows are composed of **columns** that represent the **fields** of the records.

- **Indexes**

  Indexes are optional objects that can improve the performance of data retrieval from tables. Indexes are created on one or more columns of a table, and are automatically maintained in the database.

Source: https://docs.oracle.com/en/database/oracle/oracle-database/21/tdddg/two-day-developer-intro.html#GUID-D6CEA186-A6ED-4E4B-A479-76E0CAFCA0BA

For example, Table columns (a list of the database fields) are used to hold data, the list includes a descriptor (data type attribute) indicating a data category

## 8.4.1.2 About Table Column Attributes

You define table columns to hold your data. When you create a column, you specify the following attributes:

- Data Type
- NOT NULL Column Constraint
- Default Value
- Encryption

### 8.4.1.2.1 Data Type

The data type attribute defines the kind of data to be stored in the column. When you create a table, you must specify a data type for each of its columns.

Data types define the domain of values that each column can contain. For example, `DATE` columns cannot accept the value `February 29` (except for a leap year) or the values `2` or `SHOE`. Each value subsequently inserted in a column assumes the column data type. For example, if you insert `17-JAN-2004` into a date column, then Oracle Database treats that character string as a date value after verifying that it converts to a valid date.

Table 8-1 lists some common Oracle Database built-in data types.

***Table 8-1 Common Data Types***

| Data Type | Description |
| --- | --- |
| `VARCHAR2(size [BYTE\|CHAR])` | Variable-length character string having a maximum length of *size* bytes or characters. A column to hold postal codes for different countries, for example, might be restricted to 12 bytes by defining it as `VARCHAR2(12)`.<br><br>You can use the `CHAR` qualifier, for example `VARCHAR2(10 CHAR)`, to indicate the maximum length in characters, without regard for the number of bytes required. This is especially useful for languages that use characters with double-byte and triple-byte lengths. The `BYTE` and `CHAR` qualifiers override the setting of the `NLS_LENGTH_SEMANTICS` parameter, which has a default of bytes. The maximum size is 4000 bytes or characters. The minimum is 1 byte or 1 character. You must specify *size* for `VARCHAR2` |

Source: https://docs.oracle.com/database/121/ADMQS/GUID-7EDE63C6-5317-46A2-A9A3-6C019702B50D.htm

For example, Oracle Database can display the selected column (descriptors indicating corresponding data categories)

| | |
|---|---|
| | **4**<br>**Formatting Query Results**<br>This chapter explains how to format your query results to produce a finished report. This chapter covers the following topics:<br>• Formatting Columns<br>• Clarifying Your Report with Spacing and Summary Lines<br>• Defining Page and Report Titles and Dimensions<br>• Storing and Printing Query Results<br>• Creating Web Reports<br>Read this chapter while sitting at your computer and try out the examples shown. Before beginning, make sure you have access to the sample tables<br>**Formatting Columns**<br>Through the SQL*Plus COLUMN command, you can change the column headings and reformat the column data in your query results.<br>**Changing Column Headings**<br>When displaying column headings, you can either use the default heading or you can change it using the COLUMN command. The sections below<br>**Default Headings**<br>SQL*Plus uses column or expression names as default column headings when displaying query results. Column names are often short and cryptic,<br><br>Source: https://docs.oracle.com/cd/A87860_01/doc/server.817/a82950/ch4.htm |
| creating a template of the search result, wherein the template comprises links to the data categories | Oracle Database can create a template of the search result, wherein the template comprises links to the data categories described by the one or more descriptors |

| | |
|---|---|
| described by the one or more descriptors. | For example, Oracle Database can create a report template, the template comprises links to the data categories described by the one or more descriptors (column name)<br><br>**11.3.17 Report Templates**<br><br>Report column templates provide you with control over the results of a row from a SQL query. This type of template defines a cell, not an entire row.<br><br>Each report template identifies column names using the syntax `#1#, #2#, #3#`, and so on. You can also name columns using column name substitution syntax such as `#ENAME#` or `#EMPNO#`. You can reference any item from your application within your template. For example, to reference an item called *ABC.* in your template, you could include the exact substitution string *&ABC.*. The actual value of ABC. would be provided by an end user editing an item in your application named *ABC*.<br><br>Generic Column Templates and Named Column Templates<br>Report Column Template Attributes for Generic Column Templates<br>Report Column Template Attributes for Named Column Templates<br>About Using JavaScript in Column Templates<br><br>Source: https://docs.oracle.com/en/database/oracle/application-express/21.2/htmdb/report-templates.html<br><br>Oracle Application Express (APEX) is an option of the Oracle Database. |

# Installation

When installing Oracle Application Express there are a number of key architecture and management areas to understand.

Database

Web Listener

Multi-Tenancy

Roles and Responsibilities

Environments

Database Jobs

Database Backup

## Database

Oracle Application Express is a no-cost option of the Oracle Database which is fully supported as part of your Oracle Database maintenance agreement. It can be installed into any edition of the Oracle Database 10.2.0.4 and above, which includes Enterprise Edition, Standard Edition, Standard Edition One, and Express Edition (XE). Starting with Oracle Database 11gR1, Application Express is installed as part of the standard Oracle Database. Oracle strongly recommends that you upgrade to the latest version of Application Express available on the Oracle Technology Network (OTN). Oracle Application Express cannot be installed into any other relational database.

Source: https://www.oracle.com/tools/technologies/apex-deploy-installation.html

Oracle APEX constructs the appearance of each page in an application using templates.

# 3.5 How Oracle APEX Uses Templates

Learn how Oracle APEX uses templates APEX to construct the appearance of application pages.

The APEX engine constructs the appearance of each page in an application using templates. Templates define how controls, and page components display. This topic describes the various ways you can use templates to control and appearance of application pages.

- Basic Templates
  Templates in Oracle APEX support the use of substitution strings to pass information and replace any charact with another value.
- Theme Templates
  Learn about the Universal Theme and how to control application layout using theme styles, Theme Roller, an options.
- Template Components
  Use Template Components to create reusable UI components that work in Page Designer like any other plug-i
- Template Directives
  Template directives are special tokens in a template that control how the text around them is processed.

Source: https://docs.oracle.com/en/database/oracle/apex/23.1/htmdb/how-oracle-apex-uses-templates.html

When you create a new application, the Create Application Wizard uses the Universal Theme - 42 (Universal Theme). The Universal Theme features a responsive design, versatile UI components, and easy customization.

### 3.5.2 Theme Templates

Learn about the Universal Theme and how to control application layout using theme styles, Theme Roller, and template options.

A **theme** is a collection of templates that enables developers to define the layout and style of an entire application. When you create a new application, the Create Application Wizard uses the Universal Theme - 42 (Universal Theme). The Universal Theme features a responsive design, versatile UI components, and easy customization.

Source: https://docs.oracle.com/en/database/oracle/apex/23.1/htmdb/theme-templates.html#GUID-5DC6C1FB-E7A2-4161-A1E4-6A735613BA46

A sample search page created with the Create Page Wizard, a search field displays at after the page title and is followed by a Search Results region

### 16.6.1 Example Searches

View search examples.

The following example shows a sample search page created with the Create Page Wizard. Notice a search field displays at after the page title and is followed by a Search Results region. In Page Designer, the search field is positioned in the Breadcrumb region and the Search Results region displays in the Body Position. This example has two search configurations that map to two separate tables, `EBA_PROJECTS` and `EBA_PROJECT_TASKS`.

Source: https://docs.oracle.com/en/database/oracle/apex/22.2/htmdb/example-searches.html#GUID-F02052FA-54BB-4006-8E46-37433B9087BF

Search Results Region Attributes shows that APEX creates a template of the search result.

## 16.6.8.2 Editing Search Results Region Attributes

Edit Search Results region attributes to change region behavior.

To edit Search Results Region attributes:

1. View the search page in Page Designer:
   a. On the Workspace home page, click the **App Builder** icon.
   b. Select an application.
   c. Select a page.

   Page Designer appears.
2. View the Search Results Region attributes:
   a. In the Rendering tab (or left pane), select the **Search Results** region.
   b. In the Property Editor, select the **Region** tab (if not already selected).




Description of the illustration search_page_components.png

Source: https://docs.oracle.com/en/database/oracle/apex/22.2/htmdb/editing-a-search-page.html#GUID-F75E8129-39C2-4BA8-B534-C8F39DB80474

The list template provides a list of links which can be used for navigation and other action-oriented tasks.



# Links List

**Overview** Instructions List Attributes

## Overview

This list template provides a list of links which can be used for navigation and other action-oriented tasks. You can optionally show badges, icons, sub list items, and more.

## Instructions

1. In **Page Designer**, select a **region**
2. Go to the **Property Editor**
3. Under the **Region** tab
    1. Find **Identification → Type**, use **List**
4. Under the **Attributes** tab
    1. Find **Appearance → Template**, use **Links List**

Source: https://apex.oracle.com/pls/apex/apex_pm/r/ut/links-list

APEX Creates a Column ( the data categories described by the one or more descriptors) Link in an Interactive Report, such that the template comprises links to the data categories described by the one or more descriptors.

| | |
|---|---|
| | **8.9.6.2 Creating a Column Link in an Interactive Report**<br><br>Use Column Attributes to create a link from a report to another page in your application or to a URL.<br><br>To create a column link to another page:<br><br>1. View the page in Page Designer:<br>a. On the Workspace home page, click the **App Builder** icon.<br>b. Select an application.<br>c. Select a page.<br>Page Designer appears.<br>2. In the Rendering tab, locate the region and expand the Columns node.<br>The columns appear in the Rendering tab.<br>3. Select a column to edit.<br>The Property Editor displays the attributes for that column. Attributes are organized in groups.<br>4. Find **Identification**. From Type, select **Link**<br>5. Find **Link** and click **No Link Defined**.<br>The Link Builder - Target dialog appears.<br>6. To create a link to another page, in the Link Builder - Target dialog:<br>a. Type - Select **Page in this Application**.<br>b. Page - Specify the target page number.<br>c. Set Items - Select a Name and Value to specify session state for an item.<br>d. Clear/Reset, Clear Cache - Specify the page numbers on which to clear cache. To specify multiple page, enter a comma-delimited list of page numbers.<br>e. Clear/Reset, Action - Select one of the following:<br><br>Source: https://docs.oracle.com/en/database/oracle/apex/22.1/htmdb/managing-interactive-report-column-attributes.html#GUID-DCBE6E24-678F-476B-9682-D82EECEBF7B4 |