**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ORACLE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VILOX TECHNOLOGIES, LLC and JOSEPH L. DE BELLIS, an individual,<br><br>Defendants. | C.A. No. 23-126 (MN)<br>CONSOLIDATED<br><br>JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 11 of the Scheduling Order (D.I. 77), the parties submit their Joint Claim Construction Chart for claim construction proceedings for U.S. Patent No. 7,188,100 (the "'100 Patent"). The Joint Claim Construction Chart identifies for the Court the disputed claim terms and each side's proposed construction of the disputed claim language, along with citations to intrinsic evidence in support of their respective proposed constructions. Citations to patent column and line numbers are in column:line format. Each citation to a figure incorporates by reference, as if fully set out herein, any associated description or discussion of the figure. Similarly, each citation to a description or discussion of any figure incorporates by reference each figure described or discussed as if fully set out herein.

Each party reserves the right to rely on other portions of the intrinsic record, including to refute positions taken by the other party during Markman proceedings. Moreover, the parties further agree that any party may argue that the cited portions are exemplary, and thus indicate that no special definition governs, and that the ordinary meaning should thus govern. Additionally, each party reserves the right to assert that its proposed construction is supported by

the ordinary meaning of the term, and to introduce extrinsic evidence to the extent the Court permits such evidence.

**Terms for Construction from the '100 Patent (assigned to Joseph L. De Bellis)**

| Term No. | Term (Proposing Party) | De Bellis's Proposed Construction | De Bellis's Intrinsic Evidence | Oracle's Proposed Construction | Oracle's Intrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "database"<br><br>(De Bellis)<br><br>'100 Patent - claims 1, 25 | A structured collection of data, including its indexes, tables, schemas, and associated data structures that organize and provide access to the stored data. | '100 Patent 1:22-58, 5:56-6:10, 18:14-35, 29:64-67 | No construction necessary. | |
| 2. | "the database is searched using an on-the-fly search"<br><br>"search-on-the-fly search results"<br><br>"search-on-the-fly search menu"<br><br>(De Bellis/Oracle)<br><br>'100 Patent, claims 1, 25 | An "on-the-fly search" or a "search-on-the-fly" is a dynamic, iterative search process in which search queries are generated and refined in real-time in response to user interactions, without requiring the user to formulate a complete query in advance.<br><br>The phrases "the database is searched using an on-the-fly search," "search-on-the-fly search results," and "search-on-the-fly search | '100 Patent 2:44-4:6, 5:56-6:10 | **"The database is searched using an on-the-fly search"**<br><br>"the database search request is created without using predefined tables, fields, filters, or search terms."<br><br>**"Search-on-the-fly search results"**<br><br>"search results obtained from a database search request that was created without predefined tables, fields, filters, or search terms."<br><br>**"Search-on-the-fly-search** | '100 Patent Specification at 1:6-11, 3:20-27, 5:56-6:10, 6:11-16, 7:24-36, 7:50-65, 7:66-11:63-12:12; 12:13-25; 12:26-56, Figure 4, Figure 10.<br><br>'720 Patent and Specification.<br><br>*Oracle Corp. v. Joseph De Bellis*, Case IPR2021-221 ("'720 IPR"), Exhibit 2003 (Second De Bellis |

| Term No. | Term (Proposing Party) | De Bellis's Proposed Construction | De Bellis's Intrinsic Evidence | Oracle's Proposed Construction | Oracle's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | menu" should be construed as plain and ordinary meaning incorporating the definitions above. | | **Menu"**<br><br>"a menu for creating a database search request that does not include predefined tables, fields, filters, or search terms" | Declaration), ¶ 75.<br><br>'720 IPR, Paper 13 (Patent Owner Response) at 6-10. |
| 3. | "query tweaker"<br><br>(De Bellis)<br><br>'100 Patent - claims 1, 25 | A "query tweaker" is a software component that receives a raw or received query and generates a defined query by performing transformations and corrections on the received query. | '100 patent at 26:24-28:52 | No construction necessary. | '100 Patent at 21:64-60, 21:66-22:34, 26:24-39, 26:58-27:5. |
| 4. | "template of the search results"<br><br>"search template"<br><br>(De Bellis/Oracle)<br><br>'100 Patent - claims 1, 25, 28, 29 | A stored configuration that defines the structure, fields, formatting parameters, and data category links for a search report, and that can be stored in a reports database, retrieved, modified based on user feedback, and reused to generate reports using current data from the database. | '100 Patent at 3:66-4:6, Fig. 36-37, 23:51-24:12, 25:58-26:8, 26:24-26:38, 27:39-29:15, Applicant Arguments/Remarks Made in an Amendment dated October 15, 2004 | **"template of the search results"**<br><br>"an object or file that, when executed, replicates the previously run search that generated the search results."<br><br>**"search template"**<br><br>"an object or file that, when executed, replicates the previously run search of the | '100 Patent at 21:17-33, 3:44-65, 4:62-63, 21:17-33, 21:34-60, 23:51-24:12, 24:56-25:3, 27:64-28:11, 29:3-15, Claim 1, Claim 25, Figure 25, Figure 36, Figure 37, Figure 38c.<br><br>6/17/2004 Office Action at 3-14.<br><br>10/15/2004 |

| Term No. | Term (Proposing Party) | De Bellis's Proposed Construction | De Bellis's Intrinsic Evidence | Oracle's Proposed Construction | Oracle's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | database." | Response to Office Action at 10-12. |
| 5. | "descriptors indicating corresponding data categories"<br><br>(De Bellis)<br><br>'100 Patent - claim 1 | Labels or identifiers associated with search results that indicate the category or type of data contained in each result field. | '100 Patent at 7:50-8:17, 15:25-37, 27:15-19, Applicant Arguments/Remarks Made in an Amendment dated October 15, 2004 | "descriptions of corresponding data fields in one or more databases" | '100 Patent at 7:50-8:1, 27:15-19, Figure 36 |
| 6. | "the template comprises links to the data categories described by the one or more descriptors"<br><br>(Oracle)<br><br>'100 Patent - claim 1 | No construction necessary beyond terms No. 4 and 5. | '100 Patent at 3:66-4:6, 21:17-33, 23:24-50, Applicant Arguments/Remarks Made in an Amendment dated October 15, 2004 | "the template contains code that, when executed, retrieves data from the data fields" | '100 Patent at 21:17-33, 3:44-65, 4:62-63, 21:17-33, 21:34-60, 23:51-24:12, 24:56-25:3, 27:64-28:11, 29:3-15, Figure 25, Figure 36, Figure 37, Figure 38c. |
| 7. | "if the search template is found . . . if the search template is not found completing | Plain and ordinary meaning | '100 Patent at Figs. 38a-c, 27:41-29:15, Applicant Arguments/Remarks Made in an | These are conditional limitations of which only one need be met to practice the claim. | '100 Patent at 28:12-52, Figure 38a. |

| Term No. | Term (Proposing Party) | De Bellis's Proposed Construction | De Bellis's Intrinsic Evidence | Oracle's Proposed Construction | Oracle's Intrinsic Evidence |
|---|---|---|---|---|---|
| | a new search comprising…."<br><br>(Oracle)<br><br>'100 Patent - claim 25 | | Amendment dated October 15, 2004 | | |
| 8. | "generating a second search template based on the returned search-on-the-fly search results"<br><br>(Oracle)<br><br>'100 Patent - claim 25 | Plain and ordinary meaning | '100 Patent at Figs. 38a-c, 27:41-29:15, 5:56-6:10 | Indefinite | '100 Patent at Claim 25. |
| 9. | "generating the query" / "generate the query"<br><br>(Oracle)<br><br>'100 Patent - claim 26 | generating the defined query / generate the defined query | '100 Patent at 21:34-23:24, | Indefinite | '100 Patent at Claims 25-26. |
| 10. | "generating a | Plain and ordinary | '100 Patent at Fig. | Indefinite | '100 Patent at |

| Term No. | Term (Proposing Party) | De Bellis's Proposed Construction | De Bellis's Intrinsic Evidence | Oracle's Proposed Construction | Oracle's Intrinsic Evidence |
|---|---|---|---|---|---|
| | reports field menu based on the search results . . . whereby the select clause is generated"<br><br>(Oracle)<br><br>'100 Patent - claim 27 | meaning | 28, Fig. 29a-c, 21:12-23:23 | | Claims 25-27. |

Dated: July 29, 2026

DATED: July 29, 2026

*/s/ Brian P. Egan*__

Brian P. Egan (#6227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com

Jared Bobrow (CA State Bar No. 133712)
Diana Rutowski (CA State Bar No. 233878)
Jason Yu (CA State Bar No. 274215)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
jbobrow@orrick.com
drutowski@orrick.com
jasonyu@orrick.com

*Attorneys for Plaintiff and Consolidated Defendant Oracle Corporation*

DATED: July 29, 2026

*/s/ Stamatios Stamoulis*_____

Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT, LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Email: stamoulis@swdelaw.com
Phone: (302)999-1540

Lewis E. Hudnell, III (*admitted pro hac vice*)
Stanley H. Thompson, Jr. (*admitted pro hac vice*)
Roland J. Tong (*admitted pro hac vice*)
HUDNELL LAW GROUP P.C.
800 W. El Comino Real, Ste. 180
Mountain View, CA 94040
Phone: (650)564-3698
Email: lewis@hudnellaw.com
Email: stan@hudnelllaw.com
Email: roland@hudnelllaw.com

*Attorneys for Defendant and Consolidated Plaintiff Joseph L. De Bellis*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of JOINT CLAIM CONSTRUCTION CHART via electronic mail this 29th day of July, 2026.

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)